1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF KENTUCKY

3               CIVIL DIVISION

4    ----------------------------------------------------

5    CARRIE JOHNSON, Individually and

6    on Behalf of all Others Similarly Situated,

7        Plaintiffs,                    Civil Action No.5:19-064 DCR
                                        Removed from Fayette Circuit
8              v.                        Court Case No. 18-CI-03625

9    BLC LEXINGTON SNF, LLC d/b/a

10   BROOKDALE RICHMOND PLACE SNF (KY),

11   et al,

12       Defendants,
     ----------------------------------------------
13               DEPOSITION OF:

14               JOANNE LESKOWICZ

15               June 27, 2019

16            9:00 a.m. - 4:30 p.m.

17                 TAKEN AT:

18             U.S. LEGAL SUPPORT

19       411 East Wisconsin Avenue, Suite 1625

20             Milwaukee, Wisconsin

21

22

23

24   Reported by:   Jennifer A. SEASTROM
                    Notary Public
25

Page 2

1                    Deposition of JOANNE LESKOWICZ, a
2   witness in the above-entitled action, taken at the
3   instance of the Plaintiffs, pursuant to notice,
4   before Jennifer A. Seastrom, Notary Public, State of
5   Wisconsin, at 411 East Wisconsin Avenue, Suite 1625,
6   Milwaukee, Wisconsin, on the 27th day of June, 2019,
7   commencing at 9:00 a.m. and concluding at 4:30 p.m.
8   A P P E A R A N C E S :
9        GOLDEN LAW OFFICE, PLLC
10       BY:  MS. LARACLAY PARKER
11       771 Corporate Drive, Suite 750
12       Lexington, Kentucky 40503
13       (859) 469-5000
14       lparker@goldenlawoffice.com
15            On behalf of the Plaintiffs,
16
17       QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
18       BY:  J. Peter Cassidy, III
19       2452 Sir Barton Way, Suite 300
20       Lexington, Kentucky 40509
21       pcassidy@qpwblaw.com
22            On behalf of the Defendant,
23
24
25

Page 3

1                    I N D E X
2   WITNESS:                                 PAGE
3       JOANNE LESKOWICZ
4
    Examination by Ms. Parker                   4
5   Examination by Mr. Cassidy                283
6
7                  E X H I B I T S
8                                           PAGE
9   No. 1                                     6
10  No. 1                                     6
11  No. 2                                    44
12  No. 3                                    63
13  No. 4                                    63
14  No. 5                                    92
15  No. 6                                    97
16  No. 7                                   109
17  No. 8                                   117
18  No. 9                                   209
19  No. 10                                  209
20  No. 11                                  209
21  No. 12                                  267
22
23
24
25

Page 4

1                    (Witness sworn.)
2                    JOANNE LESKOWICZ,
3   called as a witness herein, having been first duly
4   sworn, was examined and testified as follows:
5                    EXAMINATION
6   BY MS. PARKER:
7       Q.   Good morning.
8       A.   Good morning.
9       Q.   Will you state your full name for the
10  record, please?
11      A.   Joanne Catherine Leskowicz.
12      Q.   And Ms. Leskowicz, we've met off the
13  record, but just for the sake of the record, my name
14  is Laura Parker, and I'm here on behalf of the
15  plaintiff.  Thank you for being here this morning.
16           Have you ever given a deposition
17  before?
18      A.   Yes, I have.
19      Q.   How many times?
20      A.   Quite a few.  10, 15 times, maybe, in
21  total.
22      Q.   So you're an old hat at this.  But again,
23  for the sake of the record, I'll just go over a few
24  of our ground rules.  I'm sure you're very familiar
25  with them.

Page 5

1            Today we have a court reporter, so
2   any answers to my questions, if you would give them
3   orally, I would appreciate that rather than going
4   uh-huh, uhn-uhn, shaking your head, because that
5   won't be clear six months from now.  Okay?
6       A.   Yes.
7       Q.   If you need a break at any time, you're
8   more than welcome to take a break at any time.  I
9   just ask that if I have asked you a question, you go
10  ahead and answer that question before we go off the
11  record.  Okay?
12      A.   Yes.
13      Q.   And then if -- I have a habit of talking
14  fast, and I can ask confusing questions.  So if you
15  don't understand my question, just let me know and
16  I'll rephrase it.  If you do answer my question, I'm
17  going to assume that you understood it.  Okay?
18      A.   Okay.
19      Q.   All right.  Do you understand that you've
20  been designated to testify on behalf of Brookdale
21  Richmond Place SNF this morning?
22      A.   Brookdale Richmond Place SNF, LLC.
23      Q.   Yes.  That's the same d/b/a --
24      A.   Okay.  Okay.  BLC Lexington SNF, LLC.
25      Q.   Yes.

Page 6

1    A.   Yes.
2    Q.   And I'll give you a copy of what's been
3  filed in the record as your notice of corporate rep
4  deposition.
5         MS. PARKER:  Peter, do you need a copy as
6  well?
7         MR. CASSIDY:  No, I have that.  I just
8  want to make sure that it's the same one I have.  It
9  looks to be.  Thank you.
10        Did you want to mark this?
11        MS. PARKER:  Yes.  We're going to mark it
12 as Exhibit 1.
13             (Deposition Exhibit No. 1 was
14             marked for identification.)
15 BY MS. PARKER:
16   Q.   So we're going to be talking about a lot
17 of entities today, I think.
18   A.   Okay.
19   Q.   If I say Richmond Place, can we agree that
20 what I'm talking about is the skilled nursing
21 facility that's incorporated -- or is registered as
22 BLC Lexington SNF, LLC; is that fair?
23   A.   Yes.
24   Q.   When did you first see this notice of
25 deposition?

Page 7

1    A.   I'm thinking it was a month or so ago, but
2  I'm not positive, to be honest.  I didn't go back
3  and look at my emails from that.
4    Q.   Okay.  And have you read the entire notice
5  of deposition?
6    A.   Yes, I have.
7    Q.   And what did you do to prepare to testify
8  as to those topics today?
9    A.   I spoke, first of all, to in-house counsel
10 regarding the actual deposition and what I was
11 expected to testify to.  And then I had a discussion
12 with various people on the licensing side.  The
13 structure charts, and the information regarding
14 legal entities is my -- in my department, so I
15 really didn't have to go back and look at a lot of
16 data for that.  I did look to see if there were
17 certain agreements in place and if I could find the
18 agreements.
19   Q.   And did you find any agreements?
20   A.   I was able to find some lease agreements.
21 I was not able to find some of our employee leasing
22 agreements, or the employee leasing agreements that
23 I thought would be in place.
24   Q.   So when you refer to lease agreements that
25 you were able to find, were those property lease

Page 8

1  agreements?
2    A.   Yes.
3    Q.   And you also looked for employee lease
4  agreements?
5    A.   Correct.
6    Q.   And you were not able to locate employee
7  lease agreements, but did find some property lease
8  agreements?
9    A.   Correct.  I was not able to find employee
10 lease agreements for this particular company.
11   Q.   For Richmond Place?
12   A.   Correct.
13   Q.   Okay.  Did you bring those lease
14 agreements with you to your deposition today?
15   A.   No, I did not.
16   Q.   How many are there?
17   A.   I only found the one lease agreement.
18   Q.   What entities were part of that lease
19 agreement?
20   A.   It would have been ARC Richmond Place
21 Propco, LLC, and BLC Lexington SNF, LLC.
22   Q.   Okay.  And what were the terms of that
23 lease agreement?
24   A.   I do not recall what the actual terms
25 were.  You mean in -- I'm not sure I follow what the

Page 9

1  question is.  As far as actual dollars, or?
2    Q.   Well, who was leasing from whom and what
3  were they leasing?
4    A.   Oh, okay.  I understand now.
5         So ARC Richmond Place Propco acquired
6  the property through internal restructuring and then
7  leased the property to BLC Lexington SNF, LLC.
8    Q.   What year did ALC Richmond Place Propco
9  acquire that property?
10        MR. CASSIDY:  You guys are both getting a
11 little bit mixed up.  I feel like you said ALC, you
12 said ARC, and --
13        MS. PARKER:  Oh, I'm sorry.
14        MR. CASSIDY:  -- and I'm just going to try
15 to correct the witness here, because I'm thinking
16 that she means BKD Richmond Place Propco as the
17 lease, not AR -- because that is not one of the
18 entities here, ARC or ALC Richmond Place Propco.
19        But you all go -- you all go right
20 ahead.
21        THE WITNESS:  Yes.  I apologize.  It is
22 the BKD Richmond Place Propco, LLC, is the owner of
23 the property.  I do not recall the exact date.  It
24 was somewhere between 2012 and 2013.
25 BY MS. PARKER:

Page 10

1    Q.   Okay.  So BKD Richmond Place Propco
2  acquired that property on which the SNF now sits; is
3  that right?
4    A.   Yes.
5    Q.   And I think we're talking about 2770
6  Palumbo Drive is the street address.  Does that ring
7  a bell?
8    A.   The street, but not the number.  I don't
9  know the exact numbers.  I just know it by legal
10  entity or by business unit.
11    Q.   Got you.  Okay.
12         And the lease between BKD Richmond
13  Place Propco and BLC Lexington SNF, I assume that
14  BLC Lexington SNF is paying some sort of fee to
15  lease that property from the Propco; is that
16  correct?
17    A.   Correct.
18    Q.   What's the fee?
19    A.   I don't recall off the top of my head.  It
20  would be -- it would be to cover the lease payments
21  or the mortgage payments that then, at the time, BKD
22  Richmond Place Propco, LLC, had to pay to its lender
23  during the 2013 to 2016 period, from what I recall.
24    Q.   Is that number, that you don't recall
25  sitting here today, is that number listed in the

Page 11

1  actual lease?
2    A.   I don't remember.
3    MR. CASSIDY:  When you say "number," are
4  you talking about the lease payment number?
5    MS. PARKER:  I am, yeah.
6    MR. CASSIDY:  Okay.  Sorry.
7    MS. PARKER:  Yeah.
8  BY MS. PARKER:
9    Q.   Is there any other document held by
10  Brookdale Richmond Place that would show me the
11  number that it was paying to lease that property?
12    MR. CASSIDY:  And just so that I'm clear,
13  because we're going around and around a little bit
14  on this.  You're talking about the SNF right now,
15  right?
16    MS. PARKER:  Richmond Place, yeah.
17    MR. CASSIDY:  Okay.
18    MS. PARKER:  When I say "Richmond Place"
19  today, we're going to be talking about the SNF.
20  Yeah.
21    MR. CASSIDY:  You can go ahead and answer.
22  I just want to make sure.
23    THE WITNESS:  I don't recall.  I'd have to
24  look at documents to remember that.
25  BY MS. PARKER:

Page 12

1    Q.   So -- but there is a document where you,
2  as a senior vice president, could go and find how
3  much the SNF was paying to lease the property from
4  Propco, right?
5    A.   Yes, there should be.
6    Q.   Oaky.  That information exists somewhere?
7    A.   That should exist, yes.
8    Q.   You're just not sure, sitting here today,
9  what document -- what the name of that document
10  would be?
11    A.   It would be a lease agreement.  I just am
12  not sure of the number that's in the document.
13    Q.   Okay.  Did you obtain or look at any other
14  lease agreements in preparing for this deposition
15  today?
16    A.   For this particular entity, no, because
17  that's the only one that I'm aware of that exists
18  for this entity.
19    Q.   Okay.  And you said that the lease
20  agreement would contain terms for 2013, I think,
21  through 2016; is that right?
22    A.   No.  That the 2013 to 2016 was when this
23  property was mortgaged through Synovus Bank.
24    Q.   So -- but the least agreement continues,
25  does it continue through today?

Page 13

1    A.   To the best of my knowledge, yes.
2    Q.   Okay.  Who signed the lease agreement for
3  the SNF?
4    A.   I don't recall.
5    Q.   Who signed the lease agreement for the
6  Propco?
7    A.   I don't recall.
8    Q.   Does Brookdale have in its possession the
9  actual mortgage paperwork from Synovus Bank where
10  this property was mortgaged in 2013?
11    A.   There would be someone at brook -- in the
12  Brookdale organization, yes, that would have those
13  documents.
14    Q.   You could go find that document if you
15  wanted to look at it, right?
16    A.   Yes.
17    Q.   Okay.  What division would have that
18  document?
19    A.   Since the mortgage debt is no longer in
20  existence, it would be somewhere within the legal
21  library.  I'm guessing at this point, but that's
22  what -- I'm pretty sure that's where it would be.
23    Q.   And the mortgage debt has been satisfied
24  on that property?
25    A.   Yes.

Page 14

1    Q.   When was the mortgage debt satisfied?
2    A.   I believe it was sometime in 2016.
3    Q.   Okay.  Who or what -- did Brookdale -- let
4  me get my language right because we've got a lot of
5  entities here.
6         Did the SNF make a payment directly
7  that satisfied that mortgage debt?
8    A.   No.
9    Q.   Did the Propco make a payment directly
10  that satisfied that mortgage debt?
11    A.   That would be my understanding, yes.
12    Q.   Okay.  Does the Propco -- or did the
13  Propco obtain any funds from any other source other
14  than lease payments from the SNF?
15    A.   No.
16    Q.   Okay.  So you were also looking for
17  employment -- employee agreements; is that right?
18    A.   Correct.
19    Q.   What type of employee agreements were you
20  looking for?
21    A.   In 2014, we consolidated our employees
22  into an employee leasing company for the entire US,
23  and then we leased employees to the communities
24  based on that structure.
25    Q.   Okay.  What's the name of the employee

Page 15

1  leasing company?
2    A.   Brookdale Employee Services, LLC.
3    Q.   Okay.  And all employees, whether they be
4  direct care, home health, focus work in assisted
5  living corporate folks, are all employees of
6  Brookdale Employee Services, LLC; is that correct?
7    A.   No.
8    Q.   Okay.  Who was consolidated into Brookdale
9  Employee Services, LLC?
10    A.   The community level associates.
11    Q.   So that would be skilled nursing facility
12  folks, assisted living folks, retirement center
13  folks?
14    A.   Correct, if they were not considered
15  therapy -- certain types of therapy, home health,
16  and nursing people that were working under a therapy
17  or a home health license.
18    Q.   Okay.  Were administrators of skilled
19  nursing facilities consolidated?
20    A.   Yes.
21    Q.   Were executive directors of communities
22  consolidated?
23    A.   Yes.
24    Q.   Were regional directors of operations, for
25  instance, consolidated?

Page 16

1    A.   No.
2    Q.   Okay.  And regional directors of care
3  services, they were not consolidated either, right?
4    A.   Not in -- in general, no.  They were --
5  I'm sorry.  Regional clinical people?
6    Q.   Correct.
7    A.   I think it depends on the type of what
8  they actually did, from a service perspective and
9  from a licensing perspective.
10    Q.   Okay.  Who does, for instance,
11  nonconsolidated folks, like regional -- regional
12  directors of operations, who do they work for?
13    A.   A regional director of operations should
14  generally be employed by Brookdale Employee
15  Services-Corporate, LLC.
16    Q.   And I should have asked you this at the
17  beginning.  I apologize.
18         Would you state for the record your
19  current title with Brookdale.
20    A.   Senior vice president of tax.
21    Q.   And who is your current employer?
22    A.   My current employer is Brookdale Employee
23  Services-Corporate, LLC.
24    Q.   And how long have you been employed by
25  Brookdale Employee Services-Corporate, LLC?

Page 17

1    A.   Since 2014, January 1st of 2014.
2    Q.   Before the consolidation occurred, who did
3  folks at -- scratch that.  I'm going to rephrase.
4         Before the consolidation occurred,
5  who employed the direct care providers at the SNF
6  that we're talking about today, at Brookdale
7  Richmond Place?
8    A.   I did not go back and look at that, but my
9  understanding, knowing the ownership structure, was
10  that the employees were directly employed by
11  Brookdale Employee Services SNF.
12    Q.   Is that an entity that no longer exists?
13    A.   No, that entity exists.  Now it leases
14  employees from Brookdale Employee
15  Services-Corporate, LLC -- I mean, sorry --
16  Brookdale Employee Services, LLC.
17    Q.   Okay.  I'm going to get this, I promise.
18    A.   Okay.
19    Q.   So before 2014, direct care staff at
20  Brookdale Richmond Place was employed by Brookdale
21  Employee Services SNF.  Did I get it right?
22    A.   No.  Before 2014, the employees of -- can
23  I look at this?
24    Q.   Absolutely.
25         MR. CASSIDY:  Please do, yeah.

Page 18

1        THE WITNESS:  BLC Lexington SNF, LLC,
2    employed its own people at the community, unless
3    they were related to a therapy or other type of
4    license other than the SNF license.
5    BY MS. PARKER:
6        Q.   Now I'm with you.  Okay.
7             So each community -- for instance, if
8    there was -- and I don't know there's like a
9    Brookdale in Tuscaloosa, an SNF, would employ its
10   own direct care staff before the consolidation
11   happened in 2014?
12       A.   It wasn't quite that simple.  There were
13   different -- there were different payroll structures
14   for each individual corporate structure as it came
15   under the Brookdale Senior Living, Inc., umbrella.
16            So every -- not every community was
17   the same.
18       Q.   Okay.  But for our purposes, the Richmond
19   Place, that's how it worked at Richmond Place?
20       A.   Correct.  And I'm saying that because I
21   remember how that structure was set up.
22       Q.   Good enough for me.
23            And then from 2014 to present, the
24   SNF -- BLC Lexington SNF is leasing employees to
25   work day to day from Brookdale Employee Services,

Page 19

1    LLC, right?
2        A.   Correct.
3        Q.   And so you were looking for the leasing
4    agreement between Brookdale Employee Services, LLC,
5    and BLC Lexington SNF?
6        A.   Correct.
7        Q.   Which should have been signed in 2014,
8    right?
9        A.   Correct.
10       Q.   And continuing to this day?
11       A.   Yes.
12       Q.   And you were not able to find that
13   agreement?
14       A.   I was not able to find it at this time,
15   no.
16       Q.   It does not exist?
17       A.   We're operating as though it does, so I'm
18   assuming it's somewhere.  But I do not know that for
19   sure.
20       Q.   When you say you're operating as though it
21   does, what features of the operation lead you to say
22   that?
23       A.   Our payroll department is paying payroll
24   tax in the state of Kentucky and to the Federal
25   Government on behalf of these employees and

Page 20

1    providing W-2s and employing these entities under
2    the Brookdale Employee Services, LLC, name and tax
3    ID number.
4        Q.   I see.
5             Is there also -- are there also any
6    employee lease payments made between BLC Lexington
7    SNF and any other entity?
8        A.   No.
9        Q.   What would the terms of the employee lease
10   be, then?
11       A.   Basically covers the cost.  It's a cost
12   agreement.  So there's not a markup on it.  It's
13   just whatever cost Brookdale Employee Services, LLC,
14   incurs to employ those people is passed on to the
15   legal entity, BKD Lexington SNF, LLC, through --
16   that's the payment.
17       Q.   I see.  So, for instance, if --
18       MR. CASSIDY:  Let me just -- also, I'm
19   going to be anal about this.
20            You mean BLC Lexington SNF, LLC.
21       THE WITNESS:  I have to put my glasses on.
22       MR. CASSIDY:  You said BKD Lexington SNF.
23       THE WITNESS:  Yes.  I mean BLC Lexington
24   SNF, LLC.
25

Page 21

1    BY MS. PARKER:
2        Q.   Got you.
3             So for instance, if Brookdale
4    Employee Services, LLC, incurs X dollars on an
5    employee, the leasing agreement means that BLC
6    Lexington SNF, LLC, is going to pay Brookdale
7    Employee Services that X dollars; is that right?
8        A.   Correct.
9        Q.   Is that a payment that Brookdale -- that
10   BLC Lexington SNF makes annually?  Quarterly?
11   Daily?  When do they make those payments to the
12   Brookdale Employee Services, LLC?
13       A.   I was not sure from the accounting
14   systems, but it's at least monthly, if not daily.
15       Q.   And that's accounted for you, as a senior
16   VP, could obtain that information about how much and
17   when those payments were occurring, right?
18       A.   Yes.
19       Q.   Did you -- I think at this point, I've
20   asked you about all of the documents that you
21   obtained to prepare for your deposition.
22            Have I -- are there any other
23   documents that you obtained to prepare for your
24   deposition?
25       A.   For this particular deposition, yes.

Page 22

1    Q.   Okay.  Tell me about them, please.
2         Oh, I'm sorry.  I misunderstood your
3    answer.
4    A.   Yeah.  This is -- yeah, we talked about
5    all the ones that I looked at for this particular
6    deposition.
7    Q.   Okay.  Did you talk to anyone -- other
8    than your attorney, I certainly don't want to hear
9    any attorney communications -- but did you talk to
10   anyone to prepare to testify today under this notice
11   of deposition?
12   A.   Not in any great detail.  I mainly looked
13   back at our records from a tax perspective.
14   Q.   What records did you look back at?
15   A.   I looked at corporate tax returns, our
16   legal entity data that we pull into those tax
17   returns, to understand -- to make sure I understood
18   the structure as I recalled it.
19   Q.   Did you look at any other documents in
20   order to prepare for your deposition?
21   A.   I looked at some payroll reports.
22   Q.   Anything else?
23   A.   Not that I recall.
24   Q.   Cost reports?
25   A.   No.  No.

Page 23

1    Q.   Either Medicare or Medicaid?
2    A.   I do not get involved in those.  I'm not
3    familiar with those.
4    Q.   And so you didn't talk to anyone about
5    Medicare or Medicaid cost reports to prepare for
6    today?
7    A.   No, I do not know what area of our company
8    does that, to be honest.
9    Q.   Did you look at any documentation
10   submitted to Medicaid on behalf of this SNF?
11   A.   No.
12   Q.   Did you review any Secretary of State
13   filings for this entity?
14   A.   No.
15   Q.   And by "Secretary of State," I mean
16   Kentucky Secretary of State, where you all
17   incorporate or, you know, put up information about
18   the LLCs, that sort of thing?
19   A.   Right.  So we would -- like, our annual
20   report filings.  And no, I did not look at that.
21   Q.   And you didn't talk to anyone about that
22   information either, right?
23   A.   No.  No.
24   Q.   All right.  Let's return to this list.
25   First, corporate tax returns.

Page 24

1              What years of corporate tax returns
2    did you review?
3    A.   I just looked at a couple in our system, I
4    think, 2017.  And then prior to 2017, I pulled up
5    some 2011, 2012 documents just to make sure I
6    understood before the Propco, OPCO was split and --
7    and understood that transaction.
8    Q.   Okay.  And when you say "corporate tax
9    returns," do you mean the tax returns for BLC
10   Lexington SNF or for a different entity?
11   A.   I mean the tax returns for Brookdale
12   Senior Living, Inc., and its subsidiaries.
13   Q.   Okay.  And that is a jointly filed tax
14   return?
15   A.   Correct.
16   Q.   So one tax return for Brookdale Senior
17   Living, Inc., and all of its 100 percent owned
18   subsidiaries; is that correct?
19   A.   It would be its 100 percent owned
20   subsidiaries and percentage of joint ventures,
21   depending, from an IRS perspective.
22   Q.   What would be the percentage of joint
23   ventures that would get filed under the joint tax
24   return?
25   A.   Any -- any joint venture gets -- 100

Page 25

1    percent ownership gets filed underneath our
2    ownership.  As long as there's a K-1, that data goes
3    in.  It's truly based on economics.
4    Q.   Okay.  This BLC Lexington SNF was a 100
5    percent owned subsidiary, correct?
6    A.   Yes.
7    Q.   Is the Propco that owned the land on which
8    BLC Lexington SNF operates, is that a 100 percent
9    owned subsidiary?
10   A.   Yes.
11   Q.   And the OPCO, is that a 100 percent owned
12   subsidiary?
13   A.   Yes.
14        MR. CASSIDY:  Objection, just because I
15   don't know what entity you're talking about there.
16   But if you do, go right ahead.
17        THE WITNESS:  The OPCO is the BLC
18   Lexington SNF, LLC.
19        MS. PARKER:  Okay.
20        THE WITNESS:  Yes, they are both 100
21   percent owned by American Retirement Corporation.
22   BY MS. PARKER:
23   Q.   So when you reviewed those corporate tax
24   returns from 2017 and then earlier for Brookdale
25   Senior Living, Inc., what understanding did you come

Page 26

1  to about the relationship between BLC Lexington SNF
2  and the Propco?
3       A.   The actual tax return, because both of
4  these legal entities are disregarded for income tax,
5  does not flow through.  It all flows under American
6  Retirement Corporation.  However, the data -- the
7  business unit data for the legal entity general
8  ledger flows into them on a separate basis.  So it's
9  two separate legal entities.
10      Q.   Okay.  And there are no -- are there any
11 return of partnership forms associated with BLC
12 Lexington SNF, LLC?
13      A.   No.
14      Q.   Okay.  Or for the Propco?
15      A.   No.  And I want to take a step back.  I'm
16 not sure what Kentucky law requires, to be honest,
17 if there's a separate LLC return.  I don't know that
18 off the top of my head.
19      Q.   Okay.  If Kentucky requires a separate LLC
20 return, would that be something that Brookdale would
21 retain and that you would be able to access?
22      A.   Yes.  My team would file those.  I just
23 don't remember because the LLC laws change so
24 frequently.
25      Q.   Okay.  The legal entity data is the second

Page 27

1  thing you mentioned.  Can you explain to me what
2  type of legal entity data you looked at?
3       A.   My tax department has a -- we have to
4  understand the flow of data and the ownership
5  structures and the contracts and leasing
6  arrangements between all of our legal entities in
7  order to make sure we account for it correctly in a
8  tax return as compared to the accounting information
9  that's rolled up onto one consolidated GAP
10 statement.  So we are responsible for separating
11 into legal entity structures.
12      Q.   So -- and when you talk about the
13 consolidated GAP statement, are you talking about
14 the big consolidated financial statement that
15 Brookdale files as part of its 10Ks?
16      A.   Yes.
17      Q.   And quarterly filings with the SEC?
18      A.   Yes.
19      Q.   And so then your department is responsible
20 for taking that rolled-up information and breaking
21 it down into entity-by-entity form; is that correct?
22      A.   We receive data from a business unit
23 perspective that accounting is responsible for
24 handling.  We make sure it goes into the right legal
25 entity.

Page 28

1       Q.   Do you have -- and you don't have any
2  communications with the folks that actually do the
3  reporting for Medicare and Medicaid on the cost
4  report side; is that correct?
5       A.   No.  That's correct.
6       Q.   Who does that for Brookdale?
7       A.   I don't know.  I don't know the names.
8       Q.   Okay.  So when you were looking at legal
9  entity data, is that a -- were you going to a
10 spreadsheet?  A system on your computer?  What
11 information were you actually looking at?  You can
12 describe to me sort of a context, but . . .
13      A.   We -- more Excel spreadsheets that we
14 track, because it changes so frequently.  So we
15 track business units and then understand where the
16 legal entity is.  So we have -- the starting point
17 is always the legal entity and understanding what
18 legal entity owns what properties and operates or
19 manages, depending on where it is in the structure.
20      Q.   And the spreadsheets, would that just be
21 like a assets and liabilities sheet?  Would it be a
22 balance sheet?
23      A.   It's strictly at this point just a
24 business unit connected to a legal entity.  So
25 there's no financial data in it at this point,

Page 29

1  because the financial data is in the financial
2  systems.  Once we know the business unit, we can
3  pull from our financial systems what we need.
4       Q.   Okay.  So when you say "legal entity
5  data," you're strictly looking at who owns what
6  property, who owns -- who leases what employees,
7  that sort of thing?
8       A.   Correct.
9       Q.   All right.  Stripped of all financial
10 information?
11      A.   Correct.
12      Q.   And then Brookdale has some sort of
13 program where you can select that legal entity and
14 it pulls in the financial data; is that correct?
15      A.   We select -- our financial systems,
16 PeopleSoft Financial Systems, you select a report or
17 you query a report based on a business unit, and you
18 can pull the data in that way.
19      Q.   Got you.
20           And when you say "business unit" --
21 did you say PeopleSoft Financial Systems?
22      A.   Our financial system, our general ledger
23 is PeopleSoft.
24      Q.   Okay.  And when you say "business unit,"
25 do you mean individually, BLC Lexington SNF versus

Joanne Lieskowicz
June 27, 2019                                    30 to 33

1  the Propco, or do you mean a regional business unit,
2  or do you mean like, CCRCs versus?
3       A.   The business unit is the lowest possible
4  denominator -- take that back.  You can do a
5  business unit department.  There are lower
6  departments.  But a business unit goes into a legal
7  entity.  And a legal entity can have one business
8  unit or multiple business units, depending on what
9  it does.  There is not a concept of a regional
10 business unit -- let me back up.
11      There is a concept of a business
12 unit, but that's at a higher level.  So I don't look
13 at that at all when we do legal entity accounting.
14 It's strictly at the basic department -- basic
15 business unit concept.
16      Q.   And so when you are looking at BLC
17 Lexington SNF, LLC, if I understand you right, there
18 are going to be individual business units within BLC
19 Lexington SNF; is that correct?
20      A.   No.  For BLC Lexington SNF, LLC, there's
21 only one business unit attached to it --
22      Q.   Okay.
23      A.   -- which means it only operates one
24 community.
25      Q.   Got you.

1           Same with the Propco, there's only
2  one business unit attached to the Propco?
3       A.   Because it -- yes.  Yes.
4       Q.   And just for the sake of clarification,
5  the Propco, I believe, is BLC -- is the BLC Richmond
6  Place Propco; is that correct?
7       A.   Correct.
8       MR. CASSIDY:  Let me --
9       MS. PARKER:  Did I get it wrong.
10      THE WITNESS:  BKD.
11      MR. CASSIDY:  I was going to clarify, but
12 then you muddied it up.
13      MS. PARKER:  Then I messed it up.  I'm
14 sorry.
15      MR. CASSIDY:  When you say "Propco," you
16 mean BKD Richmond Place Propco, LLC; is that right?
17      MS. PARKER:  Yes.
18      MR. CASSIDY:  Okay.
19 BY MS. PARKER:
20      Q.   I believe that was your earlier testimony,
21 is that BKD Richmond Place Propco --
22      A.   Yes.  Yes.
23      Q.   -- owns the property.
24      A.   Yes.
25      Q.   Okay.  So we got one business unit for BLC

1  Lexington SNF and one business unit for BKD Richmond
2  Place Propco?
3       A.   In this situation, it's the same business
4  unit.  So it's -- 50760 is the business unit for
5  those two entities:  One owns the property, and the
6  rest is the operations.
7       Q.   Okay.  Are there any other entities under
8  that umbrella, the 50760 business unit?
9       A.   No, there should not be.
10      Q.   And so when you look at -- when you query
11 the PeopleSoft Financial Systems for 50760 -- I want
12 a sense of actually what data you're able to pull --
13 does the financial data pull once you query 50760?
14      A.   Yes.
15      Q.   Does it show transactions between the
16 Propco and the SNF?
17      A.   No.
18      Q.   What -- does it show transactions between
19 the business unit and other Brookdale business
20 units?
21      A.   When I do the -- I'm not sure how you
22 query the transactions, the actual journal entry
23 transactions.  When I query the system, I get an
24 income statement and balance sheet.  I don't look at
25 the underlying detail of how it got into the

1  accounts.  But I'm sure there's a way to do that; I
2  just am not familiar with the detail.
3       Q.   And did you -- I just didn't hear the
4  first part.  Income statement, balance sheet, did
5  you say something else as well?
6       A.   No, income statement and balance sheet.
7       Q.   Okay.  Just an income statement and
8  balance sheet.
9       A.   Yes.
10      Q.   And those income statements and balance
11 sheets are going to contain rolled-up, essentially,
12 financial data for both the SNF and the Propco; is
13 that right?
14      A.   Correct.
15      Q.   But Brookdale somewhere accounts for
16 journal entry transactions between these two
17 entities, right?
18      MR. CASSIDY:  Objection.  If you -- form.
19      You go right ahead, though, and
20 answer, okay.  If you understood her question, you
21 go right ahead.
22      THE WITNESS:  Absolutely, there's --
23 it's -- we're transactional-based.
24 BY MS. PARKER:
25      Q.   And I'll clarify:  The corporate structure

Page 34

1  overall Brookdale Senior Living, Inc., somewhere
2  accounts for transaction between these two entities,
3  right?
4      A.   Yes.
5      Q.   Okay.  Payroll reports was the other thing
6  that you looked at to prepare for your deposition
7  today, I believe.
8           What information were you looking for
9  at payroll reports?
10     A.   I wanted to understand what legal entities
11 filed in the state of Kentucky, in particular,
12 Lexington.
13     Q.   And what legal entities filed in the state
14 of Kentucky in Lexington?
15     A.   When I was looking strictly for this, it
16 was at one -- I looked at payroll reports from 2014
17 forward, and when I found those reports, it was
18 Brookdale Employee Services, LLC, ARC Therapy
19 Services, Inc. --
20          MR. CASSIDY:  I'm going to correct you.
21          THE WITNESS:  LLC?
22          MR. CASSIDY:  Right.
23          THE WITNESS:  We converted it, so I'm
24 trying to remember which.
25          And then at one point in time, I

Page 35

1  believe, American Retirement.  But I don't recall
2  now off -- it doesn't file on a regular basis.
3  BY MS. PARKER:
4      Q.   Okay.
5      A.   And I'm trying to remember if there were
6  any other ones in Lexington versus just Kentucky in
7  general.
8           ARC Richmond Place, Inc., but that
9  might have been before -- no, that was not after
10 2014.  They did not file there, because there was
11 Brookdale Employee Services, LLC.
12     Q.   So after 2014 to present -- we've already
13 talked about Brookdale Employee Services, LLC,
14 they -- the SNF leased its employees from them,
15 right?
16     A.   Correct.
17     Q.   ARC Therapy Services, Inc., I believe, is
18 going to be --
19          MR. CASSIDY:  LLC.  Sorry.
20          MS. PARKER:  Oh, yep.
21          MR. CASSIDY:  I just am trying to keep us
22 on track.
23          MS. PARKER:  Yep.
24 BY MS. PARKER:
25     Q.   What is BLC Lexington SNF's relationship

Page 36

1  to ARC Therapy Services, LLC?
2      A.   From a relationship perspective, it's --
3  it has the common parent of American Retirement
4  Corporation.  ARC Therapy Services, LLC, does not
5  have any contracts directly with BLC Lexington SNF,
6  LLC.  It is a -- it is our -- it is the Brookdale
7  organization's entity that has licenses to do
8  various therapy and other types -- home health,
9  other types of work under a separate license, and it
10 employs individuals that work under that license.
11 And those contracts are between ARC Therapy, LLC,
12 and the resident.
13     Q.   Okay.  I didn't mean to cut you off.  Was
14 that --
15     A.   Um-hum.
16     Q.   Okay.  From a operational perspective, I
17 understand that ARC Therapy Services, LLC -- now,
18 they would not be in the same business unit as, for
19 instance, the Propco or SNF, right?
20     A.   Correct.
21     Q.   What is their -- do you know their
22 business unit number?
23     A.   I don't off the top of my head, because
24 they have multiple business units because they
25 operate in more than just one jurisdiction.  They

Page 37

1  operate across the United States.
2      Q.   But there is one business unit that is
3  providing care to Kentucky citizens, right?
4      A.   That is my understanding, yes.  It could
5  be multiple business units that -- depending on
6  how -- how it's broken out from a jurisdiction area.
7  You could have more than one area in a state.  I
8  just don't know how that's set up.  It's a very
9  complicated structure.
10     Q.   Got it.  Okay.
11          But it is my understanding that this
12 SNF, BLC Lexington SNF in Kentucky, has patients
13 that need therapy, and that therapy is provided by
14 ARC Therapy Services, LLC?
15     A.   If that is the resident's choice, yes,
16 because we cannot -- we cannot be inclusive.
17     Q.   And who employs the therapists that
18 provide therapy to residents at the SNF in Lexington
19 on behalf of ARC Therapy Services, LLC?
20     A.   ARC Therapy Services, LLC, is the
21 employer.
22     Q.   Okay.
23     A.   Under Medicare law, the frontline people
24 must be under the licensed entity.
25     Q.   So there's no leasing employee

Page 38

1   relationship as it relates to therapy folks that
2   work at ARC Therapy, LLC; is that correct?
3       A.   There should not be, no.
4       Q.   Now, I think I sort of understand the
5   operational structure.
6            How about the financial structure,
7   are there any payment arrangements between BLC
8   Lexington SNF and ARC Therapy Services, LLC?
9       A.   Should not be.
10      Q.   I'm a lawyer, so I got to follow up.
11           You say there should not be.  Do you
12  know if there are?
13      A.   I'm not aware of any.
14      Q.   Okay.  If there were, Brookdale would
15  account -- Brookdale Senior Living, Inc., would
16  account for those transactions in some way, right?
17      A.   There -- yes, absolutely.
18           I don't believe there is anything,
19  though.  Everything should be accounted for under
20  the license.
21      Q.   So when you look at, for instance, the
22  income statement and the balance sheet of this
23  business unit, 50760, there are not any -- there are
24  not going to be any charges or transactions related
25  to payment for therapy; is that right?

Page 39

1       A.   There should not be at this point in time.
2   I do know that over this time period, there were
3   different ways that we were trying to get the
4   systems to account for the therapy correctly,
5   because we had to show it under the therapy side.
6   I -- and the -- because it was -- ARC Therapy was
7   providing different services for different
8   communities, you had to make sure that you accounted
9   for it.  Depending on how your provider number was
10  set up, it may be covering several, and you weren't
11  able to break it apart.
12           So there were years that we had to
13  work through those processes, so I don't want to say
14  that there's never anything on a financial
15  statement.
16      Q.   Okay.  But --
17      A.   But there was no -- there isn't a
18  contract.  There's no payment that the one legal
19  entity would get.  We -- all the payments should
20  come under ARC Therapy legal entity provider number,
21  and all the income should be under that entity as
22  well as the expenses for the therapist.
23      Q.   Let me just make sure I got you.
24           It's my understanding from your
25  testimony that there's no -- there should be no

Page 40

1   payments for therapy between BLC Lexington SNF and
2   ARC Therapy Services, LLC, right?
3       A.   Correct.
4       Q.   Does BLC Lexington SNF pay any other
5   therapy providers for therapy?
6       A.   No.
7       Q.   Okay.  So you were talking about, like, if
8   a patient selected a different type of therapy
9   service, BLC Lexington SNF would not pay that other
10  therapy service to get the patient therapy and then
11  seek reimbursement to cover that, for instance?
12      A.   No.  The resident would pay that other
13  therapist directly.  There would be a direct bill
14  between the two, or Medicare.
15      Q.   And so the way that ARC Therapy Services,
16  LLC, gets paid is through Medicare billing; is that
17  correct?
18      A.   Correct.
19      Q.   And then that money rolls up to ARC
20  Richmond Place, right?
21           MR. CASSIDY:  Objection.
22           Go ahead.
23  BY MS. PARKER:
24      Q.   I'm sorry.  Wrong entity.
25           American Retirement Corporation, that

Page 41

1   money then rolls up to American Retirement
2   Corporation, correct?
3       A.   I don't understand.  It rolls up into ARC
4   Therapy, Inc.
5           MR. CASSIDY:  LLC.
6           THE WITNESS:  LLC.
7           MR. CASSIDY:  I think she's trying to find
8   out where it goes from ARC Therapy Services, LLC.
9   But if I'm wrong --
10          MS. PARKER:  That's precisely right.
11          MR. CASSIDY:  Okay.
12          THE WITNESS:  Okay.  There's the bank
13  accounts that we are -- we're centralized so that
14  all the money goes into the bank account that is
15  owned by Brookdale Senior Living Communities, Inc.
16  Or -- I believe that's the entity that has the
17  revenue coming through.  I haven't looked at that
18  recently.
19  BY MS. PARKER:
20      Q.   Okay.  I think my question was inartful,
21  because I had misunderstood.
22          So from a operational perspective,
23  the ARC Therapy Services, LLC, is a 100 percent
24  owned sub of American Retirement Corporation; is
25  that right?

Page 42

1      A.   Correct.
2      Q.   And BLC Lexington SNF doesn't own any part
3  of ARC Therapy, LLC, right?
4      A.   Correct.
5      Q.   Or ARC Therapy Services, LLC?
6      A.   Correct.
7      Q.   But financially, on the financial side,
8  all of the money generated from ARC Therapy
9  Services, LLC's, business is coming into a bank
10  account that is held by Brookdale Senior Living,
11  Inc.; is that right?
12      A.   Brookdale Senior Living Communities, Inc.
13      Q.   Okay.  Is that the same for -- is all of
14  the money generated by BLC Lexington SNF, LLC, also
15  going into this bank account held by Brookdale
16  Senior Living Communities, Inc.?
17      A.   At this point in time, yes, it should be.
18      Q.   So how long has that been the case?
19      A.   I do not know for sure.  I know back in
20  2006, 2007 when we all acquired all of these
21  companies, there were separate bank accounts.  I
22  don't know -- I don't recall who they were under.
23  And we had multiple bank accounts and obviously paid
24  multiple bank fees.  So the idea was to consolidate
25  it since we were central.

Page 43

1      Q.   So since -- is it fair to say, since at
2  least 2014, it's been a centralized bank account?
3      A.   Yes.  It should have been, yes.
4      Q.   And same question with respect to this
5  Propco -- which I'm going to get the name of right
6  this time -- BKD Richmond Place Propco, any funds
7  that the Propco generates are going to go into this
8  centralized bank account, right?
9      A.   Yes.  If there were any funds generated,
10  yes.
11      Q.   But there are no funds generated because
12  the Propco's only business is paying the mortgage,
13  which is now paid; is that right?
14      A.   Yes.
15      Q.   The Propco still exists, however, right?
16      A.   Correct.
17      Q.   Okay.  So I see -- do you have notes that
18  you brought with you today?
19      A.   Oh, I just have some information on how --
20  I was trying to understand who owned what when it
21  got into some of these lower-tiered entities.
22      Q.   Got you.
23      A.   I couldn't -- I can't recall that off the
24  top of my head.
25      Q.   Would you mind if I look at your notes for

Page 44

1  today?
2      A.   It's pretty cryptic.
3      Q.   Thank you.  You aren't kidding, it is
4  cryptic.
5          Okay.  We'll go ahead and just mark
6  this for the sake of the record as Exhibit 2 to your
7  deposition, if you don't mind.
8              (Deposition Exhibit No. 2 was
9               marked for identification.)
10  BY MS. PARKER:
11      Q.   The Propco that we've been talking about
12  today, Brookdale SNF, are either of those entities
13  involved in any Rodaya (phonetic) Ventures?
14      A.   No.
15      Q.   Okay.  Are any of the entities that have
16  been sued in this lawsuit part of a Rodaya venture?
17      A.   Yes.  Let me back up.  Does this list mean
18  that they're --
19      Q.   I can --
20          MR. CASSIDY:  She's -- she gets to
21  clarify.  But if you don't understand, that's fine.
22  You can ask her to clarify the question.
23          THE WITNESS:  Yes, please clarify.
24  BY MS. PARKER:
25      Q.   Sure.  I can give you a list of the

Page 45

1  entities that we've sued.  This is just a copy of
2  your objections.
3          MS. PARKER:  If you don't mind if I give
4  her the list.
5          MR. CASSIDY:  That's fine.
6  BY MS. PARKER:
7      Q.   This is the list of entities that we've
8  sued.
9          MR. CASSIDY:  So this is the plaintiff,
10  and then here are the list here of all of the
11  defendants that are sued, or should be all of the
12  defendants that are sued.  Okay?
13          THE WITNESS:  Um-hum.
14  BY MS. PARKER:
15      Q.   And there's some corporations and entities
16  on the second page as well.
17          MR. CASSIDY:  Okay.
18          THE WITNESS:  BKD Twenty One Management
19  Company, Inc., while not part of the Rodaya joint
20  venture, is the EIK required under Rodaya.
21          ARC Richmond Place Real Estate
22  Holdings, LLC, is not a Brookdale entity, so I'm not
23  familiar how that's owned in a structure.
24  BY MS. PARKER:
25      Q.   Okay.

Page 46

```
1        A.   HCP, Inc., is again, a -- not a Brookdale
2    entity.  I'm not sure where that fits in their
3    structure.
4        Q.   So -- okay.  I got you.
5             When you say "EIK," can you clarify
6    for the record what that stands for?
7        A.   EIK is a acronym used in the Internal
8    Revenue Code that stands for eligible independent
9    contractor.
10       Q.   Okay.  Let's walk down this notice of
11   deposition for me.  I'm on page 2.
12            BKD Twenty One Management Company,
13   Inc., first of all, they don't have any -- do they
14   have any management or oversight with respect to the
15   daily operations of Brookdale Richmond Place SNF,
16   this SNF we've been talking about today?
17       A.   No.
18       Q.   Okay.  What do they do --
19            MR. CASSIDY:  Just so that I'm clear.
20   You're referring to BLC Lexington SNF, LLC, d/b/a
21   Brookdale Richmond Place SNF, correct?
22            MS. PARKER:  That is correct.
23            MR. CASSIDY:  All right.
24   BY MS. PARKER:
25       Q.   What do they do as an eligible independent
```

Page 47

```
1    contractor?
2             MR. CASSIDY:  Objection.
3             You go right ahead and answer if you
4    know.
5             THE WITNESS:  BKD Twenty One Management
6    Company, Inc., is a manager -- third-party manager
7    for the Rodaya structure -- structures that
8    Brookdale has had with each -- Brookdale
9    organization has had with HCP, the third-party REIT.
10   BY MS. PARKER:
11       Q.   Got it.
12            And as a third-party manager of those
13   Rodaya structures, what communities does it manage?
14       A.   I would not be able to tell you off the
15   top of my head which ones it manages.  There were
16   five Rodaya structures at one time set up with HCP.
17   We no longer own any of them -- or we only own two
18   at this point.  One was set up with 21 communities,
19   and they bought some over time and sold some over
20   time.  One was set up with 49 communities.  One was
21   set up with 35 communities.  One was set up with 15
22   communities.  And then one was set up with one
23   community.
24            I wouldn't be able to name them all
25   at this point, but none of them have anything to do
```

Page 48

```
1    with BL -- saying it wrong -- BLC Lexington SNF,
2    LLC.
3        Q.   Were any of them located in Kentucky, any
4    of those communities under the Rodaya umbrella?
5        A.   I don't recall if they were located in
6    Kentucky or not.  I know some of them weren't for
7    sure, like the CCRC entrance fee structure and the
8    one community in Houston.  But I don't recall with
9    the 21 or the 49 or the 35 if there, at one point,
10   was something in Kentucky or is today.
11       Q.   Brookdale Senior Living, Inc., would have
12   some kind of documentary record or evidence of where
13   those communities were located, right?
14       A.   Absolutely.
15       Q.   And you could access that?
16       A.   Absolutely.
17       Q.   Okay.  All right.  Business functions --
18   the first category under this notice of deposition
19   is, "Business functions day-to-day operations in
20   revenue generating business activities of Richmond
21   Place from 2012 through the present time."
22            We've kind of been talking a little
23   bit about this this morning so far.  Does Richmond
24   Place generate revenue in any other way besides
25   providing care to residents?
```

Page 49

```
1             MR. CASSIDY:  She means --
2             THE WITNESS:  Richmond Place --
3             MR. CASSIDY:  She doesn't think of it the
4    same way you do.  But anyway, she's talking about
5    BLC Lexington SNF, LLC, does that entity generate
6    revenue any way other than from residents?
7             Is that your question?
8             MS. PARKER:  Correct.
9             THE WITNESS:  No.
10   BY MS. PARKER:
11       Q.   When I say "Richmond Place," do you think
12   of the entity as a whole with ARC Richmond Place
13   and --
14       A.   Yes.
15       Q.   -- and the SNF?
16       A.   Yes.  So I'm trying to -- but the BLC
17   Lexington SNF, LLC, is a -- it generates revenue
18   through its care of rent and -- resident rent and
19   revenue or care.  We look at it --
20       Q.   Say that one more time.
21       A.   So we -- it's all through resident
22   billings.
23       Q.   Yes.
24       A.   Yes.
25       Q.   Okay.  So there are no -- basically, my
```

Page 50

1  question is, does this SNF BLC Richmond -- BLC
2  Lexington SNF, LLC, does it provide services to any
3  other entity or individual that would generate
4  revenue, other than just the care it provides to its
5  residents?
6      A.   No.
7      Q.   Is there a way internally that Brookdale
8  Senior Living, Inc., looks at both BLC Lexington SNF
9  and the personal care home at Richmond Place
10 jointly?
11     A.   No.
12     Q.   Okay.  Are those different business units?
13     A.   Yes.
14     Q.   Is there any way to view those financials
15 together?
16     A.   I would imagine you can do a query with
17 both business units together.  But that would --
18 it's a separate license, so there would be no reason
19 for me to do that.  And it's a separate entity,
20 there would be no reason for me to do that.  It
21 also, now, has a separate structure.
22     Q.   It now has a separate structure?
23     A.   Yes.
24     Q.   As of when?
25     A.   You're talking about ARC Richmond Place,

Page 51

1  Inc.?
2      Q.   Yes, I am.  Yeah.
3      A.   ARC Richmond Place, Inc., is a manager for
4  a former joint venture that we had with Blackstone.
5  Blackstone meaning the organization Blackstone on
6  the private equity company.  We don't own any of
7  that joint venture anymore.  We only collect
8  management fees for managing that ARC Richmond
9  Place, Inc.
10     Q.   Okay.  We will get to that in a minute.
11          Would BLC Lexington SNF ever, as an
12 entity by itself, take out a loan?
13     A.   It doesn't have anything for collateral,
14 so it would have a hard time taking out a loan.
15     Q.   Yeah.  Okay.
16          Would it ever be able to mortgage the
17 property on which it operates?
18     A.   No, because it doesn't own the property
19 per deed.
20     Q.   And that is true from 2012 to present,
21 correct?
22     A.   Correct.
23     Q.   Has it ever borrowed money from other
24 Brookdale entities?
25     A.   If the company -- if Brookdale -- if the

Page 52

1  SNF cannot pay its bills because it doesn't have
2  enough revenue, it would get cash through an
3  intercompany with Brookdale organization through our
4  other sources of revenue.
5      Q.   It would get cash through an intercompany
6  loan; is that right?
7      A.   It would be -- depending on the -- if it
8  needed to, it would be an intercompany loan or a --
9  just an intercompany cash flow if it was just a
10 month-type situation.  It would be dependent on the
11 time and how much revenue was generated on its own
12 if it needed cash infusion.
13     Q.   Okay.  So if there's an intercompany loan
14 or intercompany cash flow to this entity, BLC
15 Lexington SNF, does it have to pay that intercompany
16 loan back to the entity for which it borrowed that
17 cash?
18     A.   It would -- it would -- yes, obviously, at
19 the end if there was something set up like that.  I
20 don't know if there is anything like that with this
21 entity, though.
22     Q.   If there was something like that with this
23 entity, would there be internal paperwork regarding
24 those transactions?
25     A.   There would be an intercompany account

Page 53

1  that could be traced.  Again, with a loan, it's
2  different.  So I would say, yes, there should be,
3  but I don't recall that there is anything with this
4  particular entity.
5      Q.   So you didn't see anything when you were
6  looking at this particular entity --
7      A.   No.
8      Q.   -- regarding intercompany loans --
9      A.   No.
10     Q.   -- or transactions?  Is that?
11     A.   Intercompany is always out there because,
12 like I said, we're centralized.  So everything flows
13 back and forth between the intercompany based on the
14 business unit.  So its revenue comes into the
15 account segregated by business unit along with its
16 expenses.  And then if it nets positive or negative
17 for the month, that's intercompany.
18     Q.   I'm trying to figure out if there would
19 ever be a situation where one entity would make a
20 substantial loan to BLC Lexington SNF that would be
21 accounted for as -- or on a balance sheet or an
22 income statement as accounts receivable and then on
23 the liability side, a debt obligation?
24     A.   I'm trying to understand if -- I don't
25 know of anything that's out there.  So subject --

Page 54

1  are you asking could there be or --
2       Q.  I'm trying to -- I'm trying to understand,
3  yeah, if that's Brookdale's -- Brookdale Senior
4  Living, Inc.'s, practice and procedures is to make
5  intercompany loans back to these SNFs and why that
6  would occur?
7       A.  We would not make intercompany loans on a
8  regular basis, because -- it's a day -- it's a month
9  to month -- they're short-term month-to-month
10 positions -- cash positions.  If you have a
11 situation where an entity is not paying -- it's able
12 to pay its own debt on a long-term basis, that those
13 entities are obviously looked at in a different
14 light.
15          But I'm not sure which ones we have
16 out there like that right now.  And depending on the
17 situation, I can't -- I can't speak to anything from
18 a hypothetical.  I don't know of anything like that
19 right now.
20      Q.  Okay.  I'll show you -- maybe I'm using
21 the wrong terminology, but not for the first time.
22          This is a cost report submitted by
23 this SNF to Medicare in 2015.  So if --
24          MR. CASSIDY:  Objection.  Form.
25          Go right ahead.

Page 55

1          MS. PARKER:  I'm sorry?
2          MR. CASSIDY:  I was objecting to your
3  statement --
4          MS. PARKER:  Oh, this is a --
5          MR. CASSIDY:  -- but you can go ahead.
6  BY MS. PARKER:
7       Q.  Yeah.  So this is a cost report submitted
8  by BLC Lexington SNF, LLC, located at 277 El Palumbo
9  Drive to Medicare.  It was settled with that audit
10 back in 2015.  And what I'm going to be asking you
11 to look at is obviously not the whole thing.  It's
12 just this worksheet G, which is at the very end, but
13 you're welcome to look at --
14      A.  I've never seen this before, so --
15      Q.  Right.
16          MR. CASSIDY:  She's never seen this
17 document before, Loraclay.  Would you help her with
18 what page it is that you want her to look at.
19 BY MS. PARKER:
20      Q.  So these don't -- so the little boxes at
21 the top right show you what worksheet it is, and
22 they're alphabetized.
23      A.  Oh, yes.
24      Q.  They don't have page numbers.  I'm not
25 trying to be difficult, they just don't have page

Page 56

1  numbers.
2       A.  So is it S-3?
3       Q.  So keep going past all the S'es.
4  Worksheet G is, like, four pages from the back.
5       A.  Worksheet G, you said.  Okay.  Okay.
6       Q.  One, two three -- four from the back,
7  yeah.
8          They're kind of crinkled because it
9  traveled so . . .
10         And this is just the balance sheet
11 for Brookdale -- no, I'm going to get it right --
12 BLC Lexington SNF, LLC for 2015?
13      A.  Okay.
14      Q.  So take look at that and let me know when
15 you want to chat about it.
16      A.  Okay.
17      Q.  So what I'm looking at it is current
18 assets.  There's a numbered column on the left-hand
19 side of the page.
20      A.  Um-hum.
21      Q.  Number 4, accounts receivable --
22      A.  Um-hum.
23      Q.  -- 115 million?
24      A.  Yep.  Yes.
25      Q.  And then current liabilities is No. 41,

Page 57

1  due to other funds, 116 million.
2          Where did Brookdale Richmond Place --
3  I'm sorry.  Where did BLC Lexington SNF, LLC,
4  generate $115 million in accounts receivable for the
5  year 2015?
6       A.  I would have to go back to financial
7  statements, but the only thing it could have done
8  was to be billing residents.
9       Q.  So do you know, sitting here today, how it
10 generated $115 million in AR for this year?
11      A.  Other than saying it bills residents,
12 because that's the only way this entity could get
13 revenue.  I don't know what else to answer.
14      Q.  Right.  So it's going to be your testimony
15 that Brookdale -- that BLC Lexington SNF billed
16 residents for care totaling $115 million in 2015; is
17 that correct?
18      A.  Well, I don't know what a cost report
19 does, so I don't know if that's what we bill
20 Medicare or what we bill a resident.  That's a
21 different answer.  Right?  Because Medicare, we
22 could still have private pay or -- I don't know what
23 we have in revenue coming in from that source.  So
24 my understanding is Medicare doesn't cover
25 everything.

Page 58

1    Q.   Sure.

2    A.   But again, I don't know if this is a
3    Medicare report, if this just would bill Medicare.
4    That's not the same thing as saying that's what we
5    billed in total.

6          But again, I didn't prepare this, so
7    I don't know the answer.

8    Q.   Sure.  And so -- I'm not trying to hide
9    the ball from you.  I'll give you 2014.  You may
10   want to look at this for a comparison.

11         2014 cost report also has a section
12   G, four from the back, same place.  Where
13   Brookdale -- BLC Lexington SNF reports 1.8 million
14   in AR for 2014.  Do you see that?

15   A.   Yes.

16   Q.   Do you have any explanation, as the CR
17   30(b)(6) representative sitting here today, for the
18   jump over 2014 to 2015 between 1.8 million in AR and
19   115 million in AR?

20   A.   I would have no idea.

21   Q.   How about the -- due to other funds,
22   No. 41.  I'm looking at Worksheet G on cost report
23   2015 where it says, "Line 41 is due to other funds
24   $116 million."  Do you see that?

25   A.   Yes.

Page 59

1    Q.   What other funds did --

2          MR. CASSIDY:  I don't see -- are you on --
3    which one are you on?

4          MS. PARKER:  2015.

5          MR. CASSIDY:  Okay.  Sorry.

6          MS. PARKER:  No worries.

7    BY MS. PARKER:

8    Q.   Worksheet G 2015, line 41.  "Due to other
9    funds, 116 million," what other funds did BLC
10   Lexington SNF, LLC, owe $116 million to in 2015?

11   A.   Again, I'm not familiar with what a cost
12   report is and the instructions to fill it out, so I
13   would have no idea what this even is saying.

14   Q.   You were designated as a CR 30(b)(6)
15   corporate representative today, right?

16         MR. CASSIDY:  She was, Laraclay, and I'm
17   going to instruct her not to answer any other
18   questions about this document that she doesn't know
19   anything about.

20         MS. PARKER:  So I just need to make my
21   record, okay?

22         MR. CASSIDY:  Go right ahead.

23         MS. PARKER:  And so I want to make a note
24   on the record that I don't think it's proper to
25   object to -- or to instruct her not to answer.

Page 60

1    Based on that objection, you can certainly object to
2    form, but, you know, we did notice her for this
3    document.  It's No. 10 in the notice of 30(b)(6)
4    corporate representative deposition with the
5    specific lines attached.

6          MR. CASSIDY:  You did, and we filed
7    objections to those.  And my position certainly is
8    that your line of questioning here doesn't have
9    anything to do with the limited scope of discovery
10   ordered by the court, which is do the entities that
11   filed motions to dismiss for lack of jurisdiction
12   operate as one or not?

13         And this witness is, in addition to
14   your line of questioning being outside of that
15   scope, is not able to answer any questions about a
16   document that she's never seen, prepared, or know
17   about or otherwise knows anything about.

18         So I'm going to instruct her not to
19   answer any further questions about any of the
20   CMS-type cost reports, including what you just
21   handed to us which purport to be something from 2014
22   and 2015.

23         MS. PARKER:  And just to make my record,
24   because I think we do have a obligation under the
25   rules to try to work out discovery disputes before

Page 61

1    we have to file something with the record.  I would
2    note that the proper procedure to object to a
3    30(b)(6) is not to serve objections on the opposing
4    party, but to move for protective order.  That's a
5    direct quote from Beachmark, Inc., versus LL Wings,
6    Inc., 3R2 FRD 396.

7          No motion to -- protective order was
8    ever filed in this case.  There's no order that
9    limits the scope at this point of the CR32 --
10   30(b)(6) deposition.  And so I just want to make
11   that objection for the record.

12         So -- and I would also point --

13         MR. CASSIDY:  Go ahead.

14         MS. PARKER:  I would also point to Brooks
15   versus Caterpillar Global Mining, which is a Sixth
16   Circuit case indicating that if there is simply
17   objections filed without a ruling on a motion for a
18   protective order, the witness should answer the
19   questions posed in a 30(b)(6).

20         MR. CASSIDY:  Thank you.  I believe we do
21   have an order in place that limits the scope of the
22   discovery, and that's the order that is the whole
23   reason that we're here.  And that's the order that
24   limits the scope of what this testimony is.

25         And we can certainly bring all that

Page 62

1  back up before the court if you'd like to, and I'm
2  sure we will.  But that's going to be my position
3  today based upon the statements I've made.
4          MS. PARKER:  Okay.  So what I'd like to do
5  at this point now that we've tried to confer and
6  that has failed, is ask my questions on the record
7  so the judge knows what questions I wanted to ask.
8  And then if you'll kindly make your objection for
9  the record just so we can put those before the court
10 when we get back to Lexington, if that works.
11         I'm not trying to be difficult or
12 trick you into answering, but I've got to make my
13 record.
14 BY MS. PARKER:
15     Q.  So do you have any explanation, as a
16 30(b)(6) deponent sitting here today, as to why
17 there is a $116 million discrepancy between 2014 and
18 2015 in BLC Lexington SNFs due to other funds
19 column?
20         MR. CASSIDY:  And just -- and I understand
21 you want to make your record.  But so that we're
22 clear, you're asking about these two documents that
23 you've handed us that purport to be the 2014 and
24 2015, I think you said Medicare cost reports for
25 Richmond Place, correct?

Page 63

1          MS. PARKER:  Correct.
2          MR. CASSIDY:  Okay.  My objection stands
3  and it's the same one.
4          MS. PARKER:  Okay.
5  BY MS. PARKER:
6      Q.  What entities did BLC Lexington SNF owe
7  $116 million to in 2015?
8          MR. CASSIDY:  Objection.
9          If you have any idea and understand
10 what the question is, you can answer that question.
11         THE WITNESS:  I do not.
12 BY MS. PARKER:
13     Q.  You do not know?
14     A.  I do not know.
15     Q.  Okay.  All right.  I am on section 2 of
16 the notice of deposition.
17         So what we will do for recordkeeping,
18 because I'm -- I will forget if I don't do it now,
19 is just mark 2015 as No. 3 -- Exhibit No. 3, and
20 2014 as Exhibit No. 4.
21         (Deposition Exhibit No. 3 and No.
22             4 were marked for
23             identification.)
24         MS. PARKER:  We've been going a little
25 over an hour.  I'm going to take five minutes, if

Page 64

1  that's okay.
2          MR. CASSIDY:  Sure.
3              (A short recess was taken.)
4  BY MS. PARKER:
5      Q.  Okay.  We've just been off for a little
6  bit of a break.  And it's my general practice to ask
7  if you want to change out or clarify anything about
8  your testimony at this point?
9      A.  Not that I can think of.
10     Q.  Okay.  We are on No. 2 on the
11 organizational structure of Richmond Place,
12 including Richmond Place's relationship to each of
13 the following entities for the years 2012 to 2018.
14 And by "Richmond Place," I mean BLC Lexington SNF.
15         So what is the relationship between
16 BLC Lexington SNF and ARC Richmond Place, Inc.?
17     A.  There is an ownership structure
18 relationship.  And other than that, I am not aware
19 of any operational relationship between the two
20 legal entities.
21     Q.  When you say "ownership structure
22 relationship," can you describe that for me?
23     A.  It is owned -- ARC Richmond Place, Inc.,
24 is owned by, ultimately, the same parent company
25 that BLC Lexington SNF is owned by.

Page 65

1      Q.  And is that direct parent company American
2  Retirement Corporation?
3      A.  Correct.
4      Q.  Is there any entity in between American
5  Retirement Corporation and ARC Richmond Place, Inc.?
6      A.  I don't believe so.
7      Q.  Is there any entity in between BLC
8  Lexington SNF and Arc Richmond Place, Inc. -- I'm
9  sorry -- BLC Lexington SNF and American Retirement
10 Corporation?
11     A.  No, there is not.
12     Q.  Okay.  Do BLC Lexington SNF and ARC
13 Richmond Place Inc. share employees?
14     A.  I am not aware of that.  I did not look to
15 see if there was any crossover in some of the
16 employees.
17     Q.  Brookdale Senior Living, Inc., would have
18 records of employee crossover, right?
19     A.  Correct.
20     Q.  Employees from ARC Richmond Place, are
21 they also -- scratch that.
22         The folks that work on a daily basis
23 at ARC Richmond Place, Inc., do they actually work
24 for Brookdale Employee Services, LLC?
25     A.  Correct.

Page 66

1    Q.   And where would the records be kept that
2 show crossover in between ARC Richmond Place, Inc.
3 and BLC Lexington SNF?
4    A.   They would have to be located in our
5 payroll department.
6    Q.   Okay.  In management-wise, there is an
7 executive director that oversees both ARC Richmond
8 Place and BLC Lexington SNF, right?
9    A.   I am not -- I was not aware of that until
10 you said that.  So I was not -- usually, we have one
11 ED per community.  But in this case, I have not seen
12 the record to say that she works for both legal
13 entities.
14    Q.   Okay.  If -- where would a record be kept
15 of the ED working for both legal entities?
16    A.   In our payroll department, we would see
17 that.
18    Q.   What is ARCPI Holdings, Inc.?
19    A.   It's a holding company within the American
20 Retirement structure.
21    Q.   Does it stand in between American
22 Retirement Corporation and ARC Richmond Place, Inc.,
23 in terms of ownership?
24    A.   It may at this point.  Yes, I think it
25 probably does.  And that's from a historical setup

Page 67

1 structure.  Nothing that I would have been involved
2 in.
3    Q.   How long has ARCPI Holdings, Inc., stood
4 in between ARC Richmond Place and American
5 Retirement Corporation?
6    A.   Since 2007, as far as -- even before --
7 I only have been on since 2007.
8    Q.   What does ARCPI Holdings, Inc., do?
9    A.   From 2014 to 2017, or even before, it's
10 purely a holding company.
11    Q.   So it has no employees?
12    A.   No.
13    Q.   No revenue-generating business?
14    A.   No.
15    Q.   Same question with respect to ARC Richmond
16 Place, does it have any employees?
17    A.   Yes.  Oh, wait.  ARC Richmond Place,
18 Inc..?
19    Q.   Right.
20    A.   Yes, it has its own employees.
21    Q.   I thought --
22    A.   I'm sorry.
23         It leases its own employees from
24 Brookdale Employee Services, LLC, starting in '14.
25    Q.   So ARC Richmond Place, Inc., does not

Page 68

1 actually have any of its own employees, right?
2    A.   Correct.  It leases employees.
3    Q.   Just like BLC Lexington SNF does not have
4 any employees?
5    A.   Correct.
6    Q.   What is the revenue-generating business of
7 ARC Richmond Place, Inc..?
8    A.   It generates rent and service revenue from
9 its residents.
10    Q.   Does it do any other services or --
11    A.   Can I correct that?
12    Q.   Absolutely.
13    A.   Before March of 2017, it generated revenue
14 from services and rent from residents.  As of
15 March 2017, that entity is only a manager, so it
16 gets management fees, a 5 percent or something of
17 that nature, depending on the agreement from -- it
18 just generates management revenue.  It doesn't get
19 revenue from its residents.
20    Q.   Okay.  Let's split my inquiries up before,
21 you said March 20 of '17?
22    A.   March of 2017.  I'm not sure of the exact
23 date.
24    Q.   Okay.  So before March 2017, its only
25 revenue-generating activities was caring for its

Page 69

1 patients, right?
2    A.   Correct.
3    Q.   It did not do any revenue-generating
4 activities for any other entity or subsidiary of
5 Brookdale Senior Living, Inc.?
6    A.   Correct.
7    Q.   After March of 2017, it is responsible, it
8 sounds like, for managing the personal care home
9 located on Ruidoso Drive; is that correct?
10    A.   Correct.
11    Q.   And it gets a management fee for that?
12    A.   Correct.
13    Q.   Is the actual personal care home now owned
14 by -- Brookstone, did you tell me?  It's -- hold on.
15         Who actually owns currently the
16 personal care home?
17    A.   In 20 -- well, starting in March of 2017,
18 BRE Knight SH KY Owner, LLC.
19    Q.   They own the land, right?
20    A.   They own the land and the building, and
21 they get the operational income minus the management
22 fee from the community.
23         MR. CASSIDY:  And Laraclay, I'm perfectly
24 fine with you continuing to ask questions of BLC
25 Lexington SNF corporate representative about ARC

Page 70

1  Richmond Place, Inc. stuff.  And if you agree, I
2  will stipulate that she's being presented as the ARC
3  Richmond Place, Inc., corporate representative
4  deposition that I believe you noticed for this
5  afternoon.
6            So if you want to continue to ask
7  questions of her in her capacity as a corporate
8  representative of ARC Richmond Place, Inc., for
9  these questions, I will stipulate that she's
10 presenting as corporate representative for that
11 entity as well.
12          MS. PARKER:  That would be helpful.  It
13 might make sense to do that, and then at the end of
14 her deposition to go -- to just leave through the
15 ARC Richmond Place, Inc., notice of deposition and
16 clean up anything we miss rather than doing
17 everything twice.
18          MR. CASSIDY:  That sounds like a good
19 plan.
20          MS. PARKER:  Okay.
21 BY MS. PARKER:
22    Q.   Sorry.  I got totally off track there.
23            BRE Knight Shareholder Kentucky
24 Owner, LLC, is that one of the companies affiliated
25 ed with BKD Twenty One Management Company?

Page 71

1     A.   No.
2     Q.   Who owns BRE Knight Shareholder Kentucky
3  Owner, LLC?
4           MR. CASSIDY:  And just so I'm clear, and
5  "SH" may very well stand for shareholder, but the
6  entity is BRE Knight SH KY Owner LLC, right?  Is
7  that the one you're asking --
8           MS. PARKER:  Yeah.  I can rephrase.
9           MR. CASSIDY:  Okay.
10 BY MS. PARKER:
11    Q.   Who owns BRE Knight SH KY Owner, LLC?
12    A.   Can I refer to my Exhibit 2?
13    Q.   Of course.
14    A.   So it is a 100 percent owned by BRE Knight
15 SH Holdings, LLC, which is then 100 percent owned by
16 BR --I can't even read my own writing -- BRE
17 Knight -- BRE-BKD Knight, LLC, which is the joint
18 venture where 15 percent is owned by BKD, BRE Knight
19 Member, LLC, and then 85 percent is owned by a
20 non-Brookdale entity.  And my understanding of that
21 name is BRE Knight Member, LLC, which is then
22 owned -- yes.  So that's how that joint venture is
23 owned.  And then BRE -- BRE-BDK Knight, LLC --
24 BKD-BRE Knight Member, LLC, is then owned 100
25 percent by BRE Knight Member Holding, LLC, which is

Page 72

1  then owned by Emeritus Corporation, and then owned
2  by Brookdale Senior Living, Inc.
3     Q.   Got you, I think.
4            So the 15 percent -- so it sounds
5  like Brookdale owns 15 percent of the joint venture?
6     A.   Correct.
7     Q.   Brookdale Senior Living, Inc.?
8     A.   Brookdale -- ultimately, yes.  Indirectly,
9  Brookdale Senior Living, Inc., owned -- owned
10 15 percent of the joint venture.  We sold our share
11 in August of 2018.
12    Q.   Okay.  So we've got March of 2017 to
13 August of 2018 and August 2018 to present?
14    A.   Correct.
15    Q.   So March of 2017 to August of 2018,
16 Brookdale Senior Living, Inc., through its 100
17 percent owned sub, Emeritus Corporation, owned
18 15 percent of the entities that jointly owned BRE
19 Knight SH KY Owner, LLC,; is that right?
20    A.   Correct.
21    Q.   And then the 85 percent was owned by
22 non-Brookdale entities?
23    A.   Correct.
24    Q.   Who had no subsidiary relationship to
25 Brookdale Senior Living, Inc., or any other

Page 73

1  Brookdale entity?
2     A.   Correct.
3     Q.   After August 2018, you all sold the
4  15 percent; is that right?
5     A.   Correct.
6     Q.   And so now you own no portion of BRE
7  Knight SH KY Owner, LLC?
8     A.   Correct.
9     Q.   You just collect management fees on that
10 property?
11    A.   Correct.
12    Q.   Is there a management agreement between
13 ARC Richmond Place, Inc., and BRE Knight SH KY
14 Owner, LLC?
15    A.   Yes, there is.  There are two.  There was
16 one when we were in the joint venture and owned our
17 15 percent, and then there was a new agreement after
18 we sold our 15 percent.
19    Q.   And is ARC Richmond Place, Inc. paid a,
20 you said a 5 percent fee?
21    A.   It's -- it is a percentage of revenues
22 based on the contract.  I would have to look at the
23 details.
24    Q.   Did that percentage of revenue change
25 between March 2017 and August 2018 to August 2018 to

Page 74

1  present?
2      A.  Say that again, please.
3      Q.  Did the percentage of revenue change,
4  decrease or increase, from the two time periods
5  we're talking about, March '17 to August '18?
6          MR. CASSIDY:  For the management fee,
7  you're talking about?
8  BY MS. PARKER:
9      Q.  Yes.  For August '18 to the present.
10     A.  I think so, but I'd have to go back and
11 look.  It was renegotiated.
12     Q.  Who pays the -- under this management
13 agreement between ARC Richmond Place, Inc. and BRE
14 Knight SH KY Owner, LLC, what entity pays for
15 employees -- the leased employees?
16     A.  It is still -- the manager is the entity
17 that pays for the employees.  So ARC Richmond Place,
18 Inc. pays the leasing fee to Brookdale Employee
19 Services, LLC.
20     Q.  So does it pay that out of the percentage
21 that it collects from revenue?
22     A.  No.  It pays that -- that fee is charged
23 back to the operator, which is the joint venture.
24 They take all the economics.  We keep our 5 percent.
25          The 5 percent covers general

Page 75

1  administrative costs and then corporate allocations.
2  And I say "5 percent" as a relative number.  I don't
3  know the exact number.
4      Q.  I understand.
5          When you say "charged back to the
6  joint venture," so is it actually the joint venture
7  that is paying Brookdale Employee Services, LLC, to
8  rent employees?
9      A.  No.  The joint venture pays ARC Richmond
10 Place, Inc. and reimburses them for community-level
11 costs that ARC Richmond Place, Inc. pays on behalf
12 of the operator.
13     Q.  So ARC Richmond Place, Inc. incurs
14 community-level costs.  It pays those.  It seeks
15 reimbursement from the joint venture?
16     A.  Correct.
17     Q.  How does it generate the funds in the
18 first place to pay the facility-level costs?
19     A.  Through funding from the joint venture.
20     Q.  Got you.
21          So is there a document or a balance
22 sheet or a cost report somewhere that shows the
23 inflow and outflow of money between the joint
24 venture and ARC Richmond Place, Inc..?
25     A.  Yes, there is.

Page 76

1      Q.  Did you review that for your deposition
2  today?
3      A.  No, I -- not at this point, no.  But I've
4  seen them in the past.
5      Q.  And that's something that you could have
6  access to; is that right?
7      A.  Yes.
8      Q.  And 15 percent -- just from the ownership
9  perspective, 15 percent of that money that the joint
10 venture pays to ARC Richmond Place, Inc. to pay for
11 facility-level costs is actually Brookdale Senior
12 Living, Inc.'s, money; is that correct?
13     A.  Can you rephrase that?
14     Q.  I will try.
15          You testified earlier that during a
16 portion of time, Brookdale Senior Living, Inc.,
17 owned 15 percent of the venture --
18     A.  Correct.
19     Q.  -- through Emeritus?
20     A.  Correct.
21     Q.  And you testified that the joint venture
22 transferred funds to ARC Richmond Place, Inc., to
23 pay for facility-level costs?
24     A.  Correct.
25     Q.  And so following that out, if the joint

Page 77

1  venture is transferring money to ARC Richmond Place,
2  Inc. and Brookdale Senior Living, Inc., owns
3  15 percent of the joint venture, then the money
4  transferred to ARC Richmond Place, Inc. is
5  actually -- at least 15 percent of it is actually
6  Brookdale Senior Living, Inc.'s, money?
7      A.  Not necessarily.  With this joint venture
8  that was set up with 65 communities -- 64, 65,
9  depending on the timing -- on day one, there was
10 working capital put in at that time, 15 percent, and
11 85 percent by the members.  And then after that, you
12 operate based on the results of the joint venture
13 itself, which includes all 64 communities.
14          If there's a need for a capital call,
15 then the members put in more money.  But it doesn't
16 happen on a regular basis.  And then if there's a
17 distribution -- in this particular joint venture,
18 Brookdale did not get a distribution of revenues
19 coming from this joint venture based on the joint
20 venture agreement and how the distribution process
21 worked.
22          So I don't know what capital calls
23 were made during this time period, but that would be
24 the only way Brookdale would fund more than the
25 initial working capital that was required.

Page 78

1    Q.   So Brookdale did not receive distributions
2  from the joint venture?
3    A.   We did not receive any distributions from
4  the joint venture due to the -- we use the term
5  "waterfall," but there's a way that your profits
6  come through a joint venture, and that's agreed upon
7  through negotiations.
8    Q.   And when I said Brookdale there, I meant
9  Brookdale Senior Living, Inc., and its subsidiaries.
10   A.   Correct.
11   Q.   Did it instead receive payment for its --
12 for its role in the joint venture through management
13 fees?
14   A.   That was -- that's not technically how it
15 would work.  It was -- the management fee is a
16 completely separate document.  That's not intended
17 to mean it's the same as your role in the joint
18 venture.
19        This particular joint venture is
20 unique in how Blackstone would get its distribution
21 first based on a percentage of return, and Brookdale
22 came in.  So if the joint venture -- if the joint
23 venture came to that point and was profitable, and
24 then the second piece of the return, or second
25 level, would go to Brookdale.  So it's all based on

Page 79

1  the joint venture document.  We could have gotten
2  returns -- we did not -- had the joint venture
3  performed over time.
4    Q.   So it's almost like a first priority in
5  the sense that Blackstone gets a percentage of the
6  revenue, and once that percentage is maxed out, then
7  Brookdale can share -- Brookdale Senior Living,
8  Inc., can share in the percentage; is that correct?
9    A.   That is how that joint venture happened to
10 be set up, yes.
11   Q.   Okay.  Were those -- I really -- I haven't
12 seen it, so it may have been, I just don't know.
13 Was that joint venture document filed with the SEC?
14 Do you know?
15   A.   I don't know off the top -- I'm not the
16 SEC person directly.  I don't know how -- what
17 that -- how that's determined it had to be filed.
18   Q.   Okay.  So the 5 percent -- or, I'm sorry.
19 The percentage that ARC Richmond Place, Inc.
20 receives -- received in management funds from
21 March 2017 to August 2018, what activities was it
22 doing to generate that management fee?
23   A.   It was managing the day-to-day operations
24 of ARC Richmond Place, Inc.
25   Q.   Meaning what specifically?

Page 80

1    A.   I would have to actually look at the
2  management agreement, but it basically oversees the
3  operations of -- it manages the people and the
4  day-to-day functions of that community.
5    Q.   Was it providing training?
6    A.   Yes.
7    Q.   Was it providing payroll services?
8    A.   No, because the payroll services were
9  provided through the shared services organization,
10 which is different.  It's more of -- that's the G&A
11 overhead.  So it was paying people but -- I guess,
12 indirectly, yes, you could say it was providing
13 payroll services for the employees that the manager
14 had.  That's part of the 5 percent.
15   Q.   Was it providing contract negotiation with
16 vendors?
17   A.   It depends.
18   Q.   Do you know, sitting here today as a
19 corporate rep, whether it was providing contract
20 negotiations to vendors?
21   A.   I do know that certain national vendors,
22 part of our corporate struck -- or part of our --
23 let me back up.
24        Brookdale does negotiate national
25 contracts and allows our joint ventures to use those

Page 81

1  national contracts should they choose to.
2  Blackstone has its own national vendors, and
3  sometimes it chooses to use -- it chose to use
4  those.  It would depend on the type of contract.  I
5  would say, from the example US Foods, we were using
6  our US Foods contract.  But I don't know about all
7  the contracts.
8    Q.   Okay.  Was it submitting documents to
9  government regulators in maintaining licensure
10 status --
11   A.   Yes.
12   Q.   -- as part of the management fee?
13   A.   ARC Richmond Place, Inc., would be doing
14 that.  It would charge back to the joint venture the
15 actual expenses that was -- the management agreement
16 would say certain expenses are directly
17 reimbursable, and others are not.  And I believe
18 those licensing fees would be directly reimbursable.
19   Q.   And was it doing anything else as part of
20 that management fee?
21   A.   No.  Just day-to-day management of that
22 legal entity -- or that community.
23   Q.   What employees was it using to do that
24 work, employees of what entity?
25   A.   Brookdale Employee Services, LLC.

Page 82

1     Q.   And the executive director role, which
2  I'll represent to you that at least in 2016 to 2015,
3  2014, the executive director was over both of these
4  entities, the BLC Lexington SNF, LLC, and ARC
5  Richmond Place, Inc.  I'm not sure about 2017, '18.
6          Do you know, sitting here today,
7  whether there was an executive director in 2017 and
8  2018 over both of those entities?
9     A.   I do not.  I do know that if there was,
10  they would have had to divide the time between the
11  two legal entities, because her time -- or his time,
12  I don't know who that is -- would be charged
13  directly to the joint venture, because that is a
14  community level expense.
15    Q.   So when you say "divide the time," you
16  mean in a very real bookkeeping sense?
17    A.   Correct.
18    Q.   And how would that -- what documentation
19  would Brookdale have to do to show that time
20  division?
21    A.   I would have to ask payroll.  I don't do
22  actual payroll.
23    Q.   But that would be somehow accounted for in
24  payroll, correct?
25    A.   Correct.

Page 83

1     Q.   Okay.  Did Richmond Place, from 2012 --
2  scratch that.
3          Did BLC Lexington SNF, from 2012
4  through 2014, share a budget with ARC Richmond
5  Place, Inc?
6     A.   Not that I'm aware of.
7     Q.   Did they share a budget variance report?
8     A.   I would have to look back at a report.
9  You can -- as I stated earlier, you can put business
10  units together.  I just wouldn't have a need to do
11  that if it wasn't the same legal entity.
12    Q.   Did they share information on staffing?
13    A.   I would not have firsthand knowledge of
14  that.
15    Q.   Would their general ledgers have been
16  consolidated?
17    A.   Our accounting system goes back to account
18  for everything under business unit, so you can pull
19  it together any way you want.  So if somebody wanted
20  to pull them together, they could.
21    Q.   Like, for instance, an executive director
22  who was managing both entities?
23    A.   Yes.
24    Q.   We've talked a little bit about the joint
25  venture.  Before the joint venture, did ARC Richmond

Page 84

1  Place, Inc., operate in the same manner as BLC
2  Lexington SNF in that it provided care to residents
3  and leased employees from Brookdale Employee
4  Services, LLC?
5     A.   Yes, it did.
6     Q.   And was there any management company
7  involved in providing care to residents at ARC
8  Richmond Place, Inc., before March of 2017?
9     A.   ARC Richmond Place, Inc., was the owner --
10  or it was the -- it triple net leased its property
11  from HDP.  And I say "HDP" in the entity.  I don't
12  know what direct entity was involved in that.
13          So it paid a lease payment and then
14  owned -- and then operated the community.  I don't
15  know if there was a management agreement somewhere
16  between -- intercompany.  I don't recall that.  I'd
17  have to look.
18    Q.   A management agreement intercompany; is
19  that what you said?
20    A.   Yeah.  There wouldn't be any external
21  management agreement involved.
22    Q.   But there -- go ahead.
23    A.   There could be a management agreement
24  between ARC Richmond Place, Inc., and, for instance,
25  American Retirement Corporation.  I don't recall.

Page 85

1  I'd have to go back and look.
2     Q.   Would that management agreement be
3  committed to writing?
4     A.   If there was one that existed, absolutely,
5  yes.
6     Q.   And Brookdale would have custody and
7  control of that management agreement?
8     A.   Yes.
9     Q.   But there would not have been any external
10  management agreements; is that correct?
11    A.   No, because it was a -- it triple net
12  leased its property at that point in time.
13    Q.   Can you explain what you mean by "triple
14  neat leased"?
15    A.   A triple net lease is a -- and I'm saying
16  this from a tax person, not a less -- a real estate
17  person.  But it is a -- you lease property from a
18  third party.  In this case it was a REIT, so HCP.
19  And you basically are responsible for all expenses
20  on that property, including your property taxes,
21  insurance, as though you're the owner, but you pay
22  HCP a rent payment every month or whatever the terms
23  are.
24    Q.   Is that rent payment tied to the HCP
25  mortgage?

Page 86

1    A.   No.
2    Q.   What is the --
3    A.   Let me back up.
4         I don't think it can be from a REIT
5    perspective.  So I think -- but it's a peer
6    market-based rent payment.
7    Q.   And HCP is not -- just to clarify, HCP is
8    not a subsidiary of any way of Brookdale Senior
9    Living, Inc., right?
10   A.   No.  No.
11   Q.   How long did HCP own the property which
12   ARC Richmond Place, Inc. triple net leased?
13   A.   Before I got there, so sometime in the
14   early 2000 time frame, 2000, 2002 to maybe --
15   somewhere around there, I believe.  But I don't
16   have -- just because I've seen the lease agreements,
17   I don't have privy to, obviously, HCP's purchase and
18   sale agreement to when they owned it.
19   Q.   And then did the joint venture purchase
20   that property from HCP, Inc.?
21   A.   Yes.
22   Q.   Got it.
23        There were -- during any time from
24   2012 to present, were there any management
25   agreements between BLC Lexington SNF and any other

Page 87

1    Brookdale Senior Living, Inc., entity?
2    A.   I was not able to find anything directly,
3    but it doesn't mean it didn't exist.  I just
4    couldn't find anything.
5    Q.   If such an agreement existed, it would be
6    committed to writing, right?
7    A.   Correct.
8    Q.   And it would be retained by Brookdale
9    Senior Living, Inc., right?
10   A.   Correct.
11   Q.   And there were no external management
12   agreements at that time either --
13   A.   No.
14   Q.   -- between any external company and BLC
15   Lexington SNF, Inc., right?
16   A.   No.  No.
17   Q.   Okay.
18        MR. CASSIDY:  LLC.
19        MS. PARKER:  LLC.
20        BLC Lexington and SNF, LLC.  We're
21   going to get that by the end of the day.
22   BY MS. PARKER:
23   Q.   Would BLC Lexington SNF, LLC, ever pay
24   Brookdale Senior Living, Inc., for management costs?
25   A.   No.

Page 88

1    Q.   Or home office costs?
2    A.   No.
3    Q.   Or administrative costs?
4    A.   No.
5    Q.   Okay.  So BRE Knight SH KY Owner, LLC,
6    we've talked a little bit about this.  It's my
7    understanding that Brookdale Senior Living, Inc.,
8    owns 15 percent of this company, right?
9    A.   Until -- from March of 2017 to August of
10   2018, yes.
11   Q.   Okay.  Park Place Investments, LLC.  Is
12   that a 100 percent owned subsidiary of Brookdale
13   Senior Living, Inc.?
14   A.   Indirectly, yes.
15   Q.   How is it?
16   A.   Let me go to my cheat sheet again.
17        So Park Place Investments, LLC, is a
18   100 percent owned by Fort Austin, LP, limited
19   partnership, which is a wholly owned limited
20   partnership where 1 percent -- the 1 percent general
21   partner is ARC Fort Austin Properties, LLC, and then
22   99 percent limited partner is ARCPI Holdings, Inc.
23   And then ARCPI Holdings, Inc., so owns a 100 percent
24   of the general partner ARC Fort Austin Properties,
25   LLC, and then ARC American Retirement Corporation

Page 89

1    owns ARCPI Holdings, Inc.
2    Q.   And ARCPI Holdings, Inc., is the same
3    holding company that owns 100 percent of ARC
4    Richmond Place, Inc., correct?
5    A.   Correct.
6    Q.   So ARCPI Holdings, Inc., through several
7    subsidiary corporations, is a 100 percent owner of
8    Park Place Investments, LLC?
9    A.   Correct.
10   Q.   And in turn, American Retirement
11   Corporation owns ARCPI Holdings, Inc., right?
12   A.   Correct.
13   Q.   And in turn, Brookdale Senior Living,
14   Inc., owns American Retirement Corporation?
15   A.   Yes.
16   Q.   What does Park Place Investments, LLC, do?
17   A.   It operates a senior living community in
18   Denver, Colorado.
19   Q.   Does it have employees?
20   A.   It has employees up until 2014, and then
21   it leases employees from Brookdale Employee
22   Services, LLC.
23   Q.   It is a corporation -- I mean, it is an
24   LLC incorporated in Kentucky, correct?
25   A.   That's my understanding, yes.  Yes.

Page 90

1    Q.   Why was it incorporated in Kentucky?
2    A.   I have no idea.  We don't -- Brookdale
3   does not incorporate entities in Kentucky or form
4   LLCs in Kentucky.  This was acquired sometime before
5   my time, so that's the way the owners set it up
6   previous to Brookdale.
7    Q.   So Park Place Investments, LLC, is a --
8   owns a home -- or correct me if I'm wrong -- manages
9   a home in Denver, Colorado?
10   A.   Owns and operates.
11   Q.   Owns and operates.
12   A.   Yes.  I didn't -- I did not check to see
13  if it owns or leases, to be honest.  But it's not a
14  manager.  It operates.
15   Q.   So there may be a Propco associated with
16  the Denver property?
17   A.   There's not a Propco in our structure, so
18  we either own it or we lease it from a third party.
19  I can't tell you off the top of my head.
20   Q.   There's not a Propco in your structure?
21   A.   Not with Park Place Investments.
22   Q.   Okay.  Okay.  But you do use the Propco
23  SNF structure, as we talked about with BLC Lexington
24  SNF, right?
25   A.   Yes.  Yes.  That's just for that

Page 91

1   community.
2    Q.   Do you do that with any other communities
3   around the country?
4    A.   Yes.
5    Q.   Park Place Investments, LLC, does it
6   advertise in Kentucky?
7    A.   Not that I'm aware of.
8    Q.   Who manages Park Place Investments, LLC?
9    A.   It does not have a third party or another
10  entity that manages.  It's contained, so it operates
11  its own entity.
12   Q.   I mean, who are its listed managers on its
13  incorporation documentation?
14   A.   Members?
15   Q.   Yes.
16   A.   I believe it would be Fort Austin Limited
17  Partnership, because it's an actual -- yeah, I
18  believe it's 100 percent owned by Fort Austin
19  Limited Partnership.
20   Q.   Okay.  Well, let's see.  I may or may not
21  have it.
22            No, I don't have that one.  But while
23  we're looking at it, I'm going to give you ARC
24  Richmond Place, Inc., two copies.  Secretary of
25  State's organizational paperwork.

Page 92

1         MS. PARKER:  And we'll mark that as
2   Exhibit 5.
3            (Deposition Exhibit No. 5 was
4             marked for identification.)
5   BY MS. PARKER:
6    Q.   Let me know when you're ready to talk
7   about that.
8    A.   I'm ready.
9    Q.   Okay.  So ARC Richmond Place, Inc., has
10  listed current officers as Lucinda Baier, Mary Sue
11  Patchett, you, and Chad C. White; is that correct?
12   A.   Correct.
13   Q.   What do you do in your role as vice
14  president of ARC Richmond Place, Inc.?
15   A.   I would be able to sign corporate
16  documents, and I generally am performing tax
17  services.
18   Q.   Do you attend any meetings on behalf of
19  ARC Richmond Place, Inc., individually?
20   A.   No.
21   Q.   Are there any board of director meetings
22  for ARC Richmond Place, Inc. by itself?
23   A.   Not that I'm aware of.
24   Q.   Are there any telephone calls between the
25  current officers of ARC Richmond Place, Inc.

Page 93

1   specifically about ARC Richmond Place, Inc.?
2    A.   I would -- I personally don't have any
3   unless they call me about a tax issue.  I would not
4   know about the rest of them.
5    Q.   Are there any meeting minutes for ARC
6   Richmond Place, Inc.?
7    A.   I am not the person to ask that, and that
8   would be through our legal department.
9    Q.   As a current officer of this company, have
10  you ever seen meeting minutes specifically for ARC
11  Richmond Place, Inc.?
12   A.   I have not personally seen meeting
13  minutes, no.
14   Q.   What would Ms. Baier do in her role as
15  president of ARC Richmond Place, Inc.?
16   A.   I don't personally know.  She's -- right
17  now, depending on the time frames, Lucinda is now
18  our CEO, chief executive officer, of the entire
19  Brookdale organization.
20   Q.   Does she have any role specific to ARC
21  Richmond Place, Inc.?
22   A.   I am not aware of directly how she would
23  be, unless an issue came to her directly.  But I --
24  again, I'm not her, so . . .
25   Q.   I understand.

Page 94

1          Are you aware of Ms. Baier having any
2    and -- attending any meetings or creating any
3    minutes regarding ARC Richmond Place, Inc.?
4          A.    I don't think she would be the one to
5    create the minutes.  I don't know if she attended
6    meetings.
7          Q.    How about Ms. Patchett.  What is Ms.
8    Patchett's role as vice president of ARC Richmond
9    Place, Inc.?
10         A.    Depending on the time frame, she was --
11   she -- Mary Sue Patchett was the chief operating
12   officer.  So she would have more direct line to
13   operations through her regional and division,
14   depending on how that was set up during the time
15   frame.
16         Q.    Now, when you say "chief operating
17   officer," you mean of Brookdale Senior Living Inc.,
18   right?
19         A.    The organization, correct.
20         Q.    Okay.  Is Ms. Patchett no longer employed
21   by Brookdale Senior Living, Inc.?
22         A.    No, she is employed by Brookdale Senior
23   Living, Inc.
24         Q.    Is her role still COO?
25         A.    It is COO now.  It was not during this

Page 95

1    entire time frame.
2          Q.    I see.  What was her role earlier, before
3    she became COO?
4          A.    I honestly don't remember.  She's had
5    various roles on the operations side.
6          Q.    Does Ms. Patchett attend meetings
7    regarding ARC Richmond Place, Inc.?
8          A.    I would not be able to speak directly to
9    that.
10         Q.    And does she create or maintain minutes
11   regarding ARC Richmond Place, Inc.?
12         A.    She would not be creating or maintaining
13   minutes, no.
14         Q.    Chad C. White, what is Mr. White's role
15   with ARC Richmond Place, Inc.?
16         A.    At the time -- or right now, he's our
17   general counsel.
18         Q.    Okay.
19         A.    So he would be the one -- or someone in
20   his organization would be maintaining minutes.
21         Q.    And has he attended or called any officer
22   meetings or board of director meetings for ARC
23   Richmond Place, Inc.?
24         A.    I would not know that directly.
25         Q.    Have you ever seen -- as vice president of

Page 96

1    ARC Richmond Place, Inc., have you ever seen the
2    bylaws for this specific organization?
3          A.    No, I have not.
4          Q.    Or the articles of incorporation?
5          A.    I believe I've seen the articles of
6    incorporation, yes.
7          Q.    When would you have seen those?
8          A.    When I would be looking at annual report
9    information, and there's things of that nature.
10         Q.    Did you review them for this deposition at
11   all?
12         A.    No, I did not.
13         Q.    Does ARC Richmond Place, Inc., have
14   shares?
15         A.    I would say the answer is yes, but I don't
16   recall how they're set up.  Usually, it's very
17   similar to all of our subsidiaries, but I would have
18   to go back and look.  I think there is something,
19   yes.
20         Q.    Who would own the shares -- or who owns
21   the shares of ARC Richmond Place, Inc.?
22         A.    I believe that's ARCPI Holdings, Inc.
23         Q.    Okay.  So no one on the officer's roster
24   owns shares of ARC Richmond Place, Inc.?
25         A.    No, they're not -- no.

Page 97

1          Q.    So ARCPI Holdings, Inc., which in turn is
2    owned by American Retirement Corporation, which is
3    in turn owned by Brookdale Senior Living, Inc.,
4    would own all of the shares of ARC Richmond Place,
5    Inc.?
6          A.    Correct.
7          Q.    Have you, as a current officer, ever been
8    involved in issuing additional shares of ARC
9    Richmond Place, Inc.?
10         A.    No.
11         Q.    Or recalling shares of ARC Richmond Place,
12   Inc.?
13         A.    No.
14         Q.    Has there ever been a proxy statement
15   issued on behalf of ARC Richmond Place, Inc.?
16         A.    Not that I'm aware of.
17         Q.    Okay.  This is going to get repetitive, so
18   I apologize in advance.
19              (Deposition Exhibit No. 6 was
20               marked for identification.)
21   BY MR. SURIANO:
22         Q.    Let me know when you're ready to talk
23   about it.
24         A.    I'm ready.
25         Q.    Okay.  So I've just handed you the

Page 98

1  printout from the Kentucky Secretary of State's
2  website for BLC Lexington SNF, LLC.
3      A.   Um-hum.
4      Q.   Have you ever seen the management
5  agreement for BLC Lexington SNF, LLC?
6          MR. CASSIDY:  Do you mean operating
7  agreement or do you mean management agreement?
8          MS. PARKER:  I mean like an LLC member
9  management agreement.
10         MR. CASSIDY:  Sorry.  Go ahead.
11         THE WITNESS:  I believe I saw it out on
12  electronic library, but I'm not positive.  I think I
13  did.  I haven't read through it.
14  BY MS. PARKER:
15     Q.   Is it member managed or manager managed?
16     A.   I don't recall.
17     Q.   What is Ms. Baier's role as a manager of
18  BLC Lexington SNF, LLC?
19     A.   I do not directly know from this -- I
20  would not know from this position.
21     Q.   What about Mr. White's role?
22     A.   Again, I would not know.
23     Q.   How about Ms. Patchett's role?
24     A.   I would not know.
25     Q.   Are there annual meetings of the managers

Page 99

1  for BLC Lexington SNF, LLC?
2      A.   I'm not aware.  I would not know.
3      Q.   Are there any manager meeting minutes for
4  BLC Lexington SNF, LLC?
5      A.   I'm not aware.
6      Q.   Is the ownership structure of BLC
7  Lexington SNF, LLC, are there shares issued to
8  the -- to anyone?
9      A.   No, there's no shares involved.
10     Q.   So is the ownership of BLC Lexington SNF,
11  LLC, split between the three managers?
12     A.   No.
13     Q.   And then where in this -- scratch that.
14  That was going to be lawyerly.
15         BLC Lexington SNF, LLC, is owned 100
16  percent by American Retirement Corporation, right?
17     A.   Correct.
18     Q.   Is American Retirement Corporation a
19  manager of BLC Lexington SNF, LLC?
20     A.   I believe I referred to them as a member.
21     Q.   So who else is a member of BLC Lexington
22  SNF, LLC?
23     A.   No one.
24     Q.   Okay.  So BLC Lexington SNF, LLC, has
25  three managers and one member, correct?

Page 100

1      A.   That would be what this would say, yes.
2      Q.   Okay.  And you're not aware of any member
3  meetings, manager meetings that this entity has ever
4  had?
5      A.   As an individual entity, no, I'm not aware
6  of anything.
7      Q.   Are you aware of any proposals rejected or
8  put forth by the managers at any time specific to
9  this entity?
10     A.   I am not.
11     Q.   Are you aware of the voting structure for
12  making decisions between the managers for this
13  entity?
14     A.   I am not.
15     Q.   Okay.  Put that aside.
16         BKD Personal Assistance Services,
17  LLC.  I'm at No. 4 on this notice of designation
18  here.
19         What is BKD Personal Assistance
20  Services, LLC?
21     A.   BKD Personal Assistance, LLC, is an entity
22  that was formed to hold -- it provides personal
23  assistance services, ADL-type services, to people --
24  residents that require additional assistance than
25  what we're able to provide.  So in other words, at

Page 101

1  an independent living facility, which is more -- we
2  cannot provide any type of additional services.  So
3  this entity was formed to provide that, if requested
4  by a resident.
5          It holds licenses in various
6  jurisdictions where it's required to hold a license,
7  sometimes it's not.  And it -- like I said, it
8  provides services as requested by a resident.  It's
9  private pay-type situation.
10     Q.   So when I was reading your all's
11  literature on this entity, I got the impression it
12  could do anything from ADLs, like you were talking
13  about, to like personal shopping; is that correct?
14     A.   Correct.  Walking a dog, helping somebody,
15  you know, wash their clothes.  Whatever they
16  require, even just plain companionship.
17     Q.   And so BKD Personal Assistance Services,
18  does it have employees?
19     A.   It -- it is in the process of -- in some
20  states it does, depending on the license situation.
21  Or it employs people from BKD Employee Services,
22  LLC.  And that is actually something we're looking
23  at now on moving employees.
24     Q.   And BKD Employee Services, LLC, is the
25  same employee service company -- no, it's not.

Page 102

1    BKD Employee Services, LLC, is a
2  different service company than the --
3    A.   I'm sorry.  I'm sorry.  I said that wrong,
4  didn't I?
5          Brookdale Employee Services, LLC,
6  employs people that do work on behalf -- are leased
7  by BKD Personal Assistance, LLC.
8    Q.   Got it.  And that leasing relationship
9  existed from 2014 to present?
10   A.   Correct.
11   Q.   So BKD Personal Assistance Services, LLC,
12 does it provide services to folks in the property
13 that is now managed by ARC Richmond Place, Inc.?
14   A.   Yes.  If requested, yes.
15   Q.   And how about at BLC Lexington SNF, LLC?
16   A.   It could.  It's more rare in the SNF
17 position, because there's a lot more care provided.
18 But a resident or a family can request
19 companionship, which is generally the situation
20 there, where someone could come in and -- through
21 BKD Personal Assistance.
22   Q.   And that would be companionship in the
23 skilled nursing environment --
24   A.   Correct.
25   Q.   -- is that right?

Page 103

1    A.   Correct.
2    Q.   Which would be a private pay situation,
3  correct?
4    A.   It's all private pay, yes.  Correct.
5    Q.   So BKD Personal Assistance Services, LLC,
6  makes revenue based on these ancillary services?
7    A.   Yes.
8          MR. CASSIDY:  Objection.  Form.
9              Go right ahead.
10 BY MS. PARKER:
11   Q.   Is there any other way that BKD Personal
12 Assistance Services generates revenue?
13   A.   No.
14   Q.   And BKD Personal Assistance Services, does
15 it have any contracts or contractual relationships
16 with BLC Lexington SNF?
17   A.   No.  It only contracts with a third party
18 resident or family.
19   Q.   So BLC Lexington SNF, on its general
20 ledger and on its income statements, assets,
21 liabilities, there shouldn't be any notations for
22 payments made to BKD Personal Assistance Services,
23 LLC, right?
24   A.   No, it would actually -- again, this is --
25 it's a -- I know in looking at certain communities

Page 104

1  it's a small dollar number.  But it's actually -- I
2  believe the revenue is just recorded on the
3  individual entity.  So they would have an account
4  set up specifically for personal assistant revenue.
5    Q.   When you say "they," who do you mean?
6    A.   Oh, I'm sorry.  BLC Lexington SNF -- BLC
7  Lexington SNF, LLC, for example, would have a line
8  item if somebody at BKD Personal Assistance was
9  providing services, that revenue would go into a
10 specific account.  There's a designated account for
11 that type of revenue on their financial statements.
12 But there's no payment made over to this BKD
13 Personal Assistance Services, LLC, from an
14 accounting standpoint.
15   Q.   So from an accounting standpoint, a
16 resident at BKD Lexington SNF, LLC, who requests
17 services from BKD Personal Assistance Services,
18 LLC --
19   A.   Correct.
20   Q.   -- is actually going to pay BLC Lexington
21 SNF, LLC, for those services?
22   A.   No.  They will pay BKD Personal
23 Assistance, LLC, and that revenue that we just
24 recorded on that general ledger in a specific
25 account.  So they still make the check out, or the

Page 105

1  payment out, to this legal entity.  But just for
2  accounting purposes it's put in a designated line,
3  so it's segregated.
4    Q.   And when you say "a designated line," a
5  designated line item on BLC Lexington SNF's ledger?
6    A.   Correct.
7    Q.   Is that the same wherever BKD Personal
8  Assistance Services, LLC, provides its services?  So
9  for --
10   A.   At this point in time, I believe so.  It's
11 something that they're considering, because the
12 revenue, as I indicated earlier, was very small.  So
13 it's more of a administrative concept.  As the
14 revenue starts to grow, they're looking at moving
15 the revenue.
16   Q.   I see.
17   A.   So it's very small, like $5,000 a year or
18 something of that nature in certain situations.  And
19 I know that's becoming more of a review.
20   Q.   Okay.  So just to follow that out, if -- I
21 know now, ARC Richmond Place, Inc., is under a
22 management agreement.  But take me back to 2016
23 where ARC Richmond Place, Inc., was running the
24 personal care home at Ruidoso Drive.  If someone
25 paid BKD Personal Assistance Services for services,

Page 106

1  that would show up on a line item on ARC Richmond
2  Place, Inc.,'s general ledger; is that correct?
3       A.   That is my understanding, yes.
4       Q.   Okay.  I get that.
5       A.   Can I move back to one comment, though?
6  You made me think of something.
7       Q.   Absolutely.
8       A.   I don't know how the contract reads
9  between the joint venture of the Blackstone and ARC
10 Richmond Place, Inc.  In some agreements, the joint
11 venture gets the revenue, and in some agreements,
12 the manager gets the revenue.  So I don't know how
13 this is listed.
14       MR. CASSIDY:  You're talking about from
15 BKD Personal Assistance Services, LLC?
16       THE WITNESS:  Yes, and for -- yes.
17       MR. CASSIDY:  Okay.  I just wanted to make
18 sure.
19       THE WITNESS:  And I want -- and I can say
20 that for ARC Therapy Services, Inc. -- or LLC.
21 Because it's -- as you used the term "ancillary,"
22 it's a negotiated concept.  So it would be different
23 for every agreement.
24 BY MS. PARKER:
25       Q.   So when we have this joint venture

Page 107

1  involvement after March 2017 on the personal care
2  home side, ARC Richmond Place, Inc., then the joint
3  venture agreement is going to control who gets the
4  profits and how the money is denoted between ARC
5  Richmond Place, Inc., and BRE Knight SH KY Owner,
6  LLC?
7       A.   Or BKD Personal Assistance and/or ARC
8  Therapy Services, LLC.
9       Q.   I see.  Okay.
10            BKD Personal Assistance Services, do
11 you know if they share any employees with BLC
12 Lexington SNF?
13       A.   My understanding is that they do not.
14 That is a separate managed department, and the --
15 whoever is running the personal assistance program
16 hires and controls their own set of employees.
17 They're not the same type of employees.  Because the
18 nature of this business -- and again, I'm not
19 operations -- but the nature of this business is
20 that it's very on call.  So you have a group of
21 people that you -- that they do this, for not just
22 Brookdale, for all across assisted living or
23 communities in the area.  So you say, I'm going to
24 guarantee you so many hours or whatever -- not
25 guarantee you, but then -- so they have to be

Page 108

1  on-call people.  It's not the same as our normal
2  staffing.
3            But I would not -- I'd have to
4  actually go into the records to confirm that.
5       Q.   Okay.  Do you know who was managing this
6  program in the Lexington area?
7       A.   I do not.
8       Q.   But the way BKD Personal Assistance
9  Services is set up, it sounds like there are
10 managers for, for instance, in the Lexington area
11 that hire people to provide these services at
12 Brookdale facilities?
13       A.   Correct.
14       Q.   BKD Richmond Place Propco, which we have
15 talked about at some length.  Based on your earlier
16 deposition testimony, I understand that BKD Richmond
17 Place Propco, LLC, owns the building in which BLC
18 Lexington SNF operates?
19       A.   Correct.
20       Q.   And the underlying land?
21       A.   Correct.
22       Q.   Okay.  Let me see if I have -- this is
23 just a copy of the PDA for the building.  Here you
24 go.
25       MS. PARKER:  That will be Exhibit 7.

Page 109

1            (Deposition Exhibit No. 7 was
2                 marked for identification.)
3  BY MS. PARKER:
4       Q.   Let me know when you're ready to talk
5  about that.
6       A.   I'm ready.
7       Q.   So down at the bottom here, we've got
8  2013, 12/20 sale dates for this building.
9       A.   Um-hum.
10       Q.   I see that BLC Lexington SNF originally
11 owned the building; is that correct?
12       A.   Um-hum. correct.
13       Q.   And they sold it to American Retirement
14 Corporation, who sold it to BKD Richmond Place
15 Propco --
16       A.   Correct.
17       Q.   -- on the same day?
18       A.   Correct.
19       Q.   And that was an affiliated organization's
20 transaction, right?
21       A.   Correct.
22       Q.   Which means that there was actually no
23 money exchanged; is that correct?
24       A.   That was -- I would have to look at the
25 documents.  I don't recall.  Because generally, tax

Page 110

1 controls how that would look.  But the money could
2 have passed literally between the entities if
3 required.
4       Q.   Well, there was no sale price recorded to
5 the Fayette County, Kentucky --
6       A.   Then there would be no transfer, right.
7       Q.   And the fair cash value of the building
8 right now is at $12 million; is that right?
9       A.   That's what this says, yes.  I don't know
10 off the top of my head what it would be in our
11 opinion, but this is the assessor's opinion.
12      Q.   And the building owner is designated as
13 BKD Richmond Place Propco, LLC, right?
14      A.   Correct.
15      Q.   So there should never be any financial
16 documentation wherein BLC Lexington SNF, LLC, for
17 instance, is claiming ownership of this building and
18 land, right?
19      A.   Right.
20           MR. CASSIDY:  Objection.
21           Go ahead.
22           THE WITNESS:  Correct.
23 BY MS. PARKER:
24      Q.   Okay.  We'll put that aside for a minute.
25           Do you know, sitting here today, who

Page 111

1 are the managers of BKD Richmond Place Propco, LLC?
2       A.   No, I do not.  Do you mean the members?
3       Q.   Who manages the LLC?
4       A.   I don't know.
5       Q.   If it's member managed or manager managed?
6       A.   I don't know.
7       Q.   Are there any member meetings, to your
8 knowledge?
9       A.   I'm not aware of them.
10      Q.   Or any member meeting minutes?
11      A.   I'm not aware of them.
12      Q.   How about for BKD Personal Assistance
13 Services, LLC, do you know who the members are?
14      A.   I do not.  The member would be Brookdale
15 Living Communities, Inc.
16      Q.   And who manages --
17      A.   I do not know.
18      Q.   Sorry.  We're just -- I know you know
19 where I'm going.  We're doing that thing where we're
20 laying over each other.
21           Do you know if there were any -- if
22 there have ever been any meetings held for just BKD
23 Personal Assistance Services?
24      A.   That, I'm not aware of, no.
25      Q.   Or any meetings from those meetings?

Page 112

1       A.   That, I'm not aware of.
2       Q.   How about any corporate decisions specific
3 to BKD Personal Assistance Services, are you aware
4 of any?
5       A.   I am not a personally aware of anything.
6       Q.   How about any corporate decisions with
7 respect to BKD Richmond Place Propco, LLC, that
8 would be reflected in, like, articles -- or articles
9 of incorporation, member agreements, that sort of
10 thing?
11      A.   I'm not aware of any.
12      Q.   Brookdale Employee Services, we've talked
13 a little bit about this today as well.  Who are the
14 members of Brookdale Employee Services, LLC?
15      A.   It's a wholly owned -- there's only one
16 member, and that's Brookdale Senior Living
17 Communities, Inc.
18      Q.   100 percent owned subsidiary, right?
19      A.   Correct.
20      Q.   Who are the managers of Brookdale Employee
21 Services?
22      A.   I am not aware of who the managers are.
23      Q.   Are you aware of any meetings that the
24 managers of Brookdale Employee Services, LLC, have
25 attended on behalf of the organization?

Page 113

1       A.   No, I am not.
2       Q.   And Brookdale Employee Services, LLC, as
3 we talked about today, provides at least employees
4 to BLC Lexington SNF, right?
5       A.   Correct.
6       Q.   Does it have any other revenue-generating
7 activities?
8       A.   It provides employees for the majority of
9 the Brookdale community level employee structure.
10      Q.   Does it have any other revenue-generating
11 activities besides providing employees for the
12 community structure?
13      A.   No, it does not.
14      Q.   So BLC Lexington SNF, LLC, does not pay
15 its employees directly, right?
16      A.   Correct.
17      Q.   So there should never be any financial
18 documents or cost reports or budget reports or
19 anything to that effect claiming payments to
20 employees made by BLC SNF, LLC, right?
21           MR. CASSIDY:  Objection.  Form.
22           Make sure you understand the question
23 before you answer.
24           THE WITNESS:  I am only aware of -- I
25 don't have any familiarity with the cost reports or

Page 114

1  how those are prepared. I am only aware of the
2  payroll reports and how that's structured and how
3  the pass-through of the expense is recorded.
4  BY MS. PARKER:
5      Q.  Are you familiar with reviewing cost
6  reports in your -- in your current role?
7      A.  No.  No.
8      Q.  And I just mean general -- I don't mean
9  specifically the Medicare, just general cost
10 reports. Do you ever review those?
11     A.  No, we don't -- we don't have cost report
12 concept other than Medicare and Medicaid, from what
13 I understand. I'm not familiar with those types of
14 formats.
15     Q.  Should -- do you review general ledgers?
16     A.  Absolutely.
17     Q.  And have you reviewed general ledgers for
18 entities like BLC Lexington SNF, LLC?
19     A.  Yes. Overtime, yes, I've seen them. Yes.
20     Q.  So there should be no notations on those
21 general ledgers of payments made directly to
22 employees for BLC Lexington SNF, LLC, right?
23             MR. CASSIDY:  Same objection.
24             You can go ahead.
25             THE WITNESS:  I'm not sure if you would

Page 115

1  even be able to tell that, because you see that they
2  have employee expenses, but you don't know if they
3  paid the employees directly. You'd have to have an
4  understanding of the underlying documents on the
5  intercompany accounts to make that call.
6  BY MS. PARKER:
7      Q.  Because the intercompany accounts should
8  show a payment between Brookdale Lexington -- I'm
9  sorry -- BLC Lexington SNF, LLC, and Brookdale
10 Employee Services, LLC, right?
11     A.  Yes.
12     Q.  It shouldn't show, for instance, BLC
13 Lexington SNF, LLC, paying X amount of dollars to
14 employees directly, right?
15             MR. CASSIDY:  Same objection.
16             You may answer it if you know and
17 understand her question.
18             THE WITNESS:  There's a general payroll
19 account that covers the majority of our
20 organization. And when you fund a payroll account,
21 so the checks will -- depending on how the person is
22 paid. So we have pay cards and we have electronic
23 transfers, and then we have real checks. So
24 depending on how that goes out, that bank account,
25 which is a general account, will fund the various

Page 116

1  streams of payroll. And then the funding from that
2  account goes from the general fund -- the other bank
3  account so that payroll account is funded every
4  time. And then that -- all of those moneys is
5  divided in between the different business units.
6              So again, you would not have any --
7  it's just the intercompany transactions, but you
8  wouldn't see anything going directly to a legal
9  entity from a legal entity in those structures.
10 BY MS. PARKER:
11     Q.  I just -- I may be asking the wrong
12 question.
13             The liability is to Brookdale
14 Employee Services, not to individual employees,
15 right?
16             MR. CASSIDY:  Individual employees --
17 objection.
18             But you can go ahead.
19             THE WITNESS:  I'm not sure I understand
20 the question.
21 BY MS. PARKER:
22     Q.  So say Brookdale -- say BLC Lexington SNF
23 spends $300,000 on RNs per year -- I don't know if
24 they do, let's just say they do -- but they're
25 paying that money -- when you look at the -- they

Page 117

1  should be accounting for that liability as going to
2  Brookdale Employee Services, LLC, rather than the RN
3  who is standing in their building working?
4              MR. CASSIDY:  Objection.  Form.
5              Go right ahead.
6              THE WITNESS:  That would be what the legal
7  entity payroll reports and W-2s would show.
8  BY MS. PARKER:
9      Q.  Okay.
10     A.  Yes.
11     Q.  ARC Richmond Place, Inc. Real Estate
12 Holdings, LLC, which is No. 7 on here, it's my
13 understanding that -- from your testimony, that this
14 is not a Brookdale Senior Living, Inc., entity?
15     A.  Correct.
16     Q.  And you do not know who owns this entity?
17     A.  I think I do, but I'm not positive.
18     Q.  I only have one copy of this one, so I'll
19 just give it to you to look at.
20             It looks like HCP, Inc., is the
21 owner.
22             MR. CASSIDY:  Did you want to mark this?
23             MS. PARKER:  Yeah, we can mark it as . . .
24             (Deposition Exhibit No. 8 was
25             marked for identification.)

Page 118

```
1          MS. PARKER:  I'm sorry.  Just for my
2   records, which -- what did we mark the -- uh, I got
3   it.  Exhibit 6 was BLC Lexington SNF and Richmond
4   Place was Exhibit 5.
5                  (Discussion had off the record.)
6   BY MS. PARKER:
7      Q.   I think you were telling me earlier that
8   HCP, Inc., had a role in managing ARC Richmond
9   Place, Inc. -- or in owning the property on which
10  ARC Richmond Place, Inc., ran the personal care home
11  at Ruidoso Drive before 2017; is that right?
12     A.   Correct.
13     Q.   Okay.  So -- but currently, is it your
14  understanding that HCP, Inc., doesn't have any
15  property ownership in that property at Ruidoso
16  Drive?
17     A.   Correct.
18     Q.   You can just lay that aside.
19              Horizon Bay Management, LLC.
20          MR. CASSIDY:  You're -- we're on a roll
21  here, but I just want to check with the witness
22  because it's been about an hour.
23          MS. PARKER:  Oh.
24          MR. CASSIDY:  Do you want to take a break?
25          THE WITNESS:  Could I take a quick one?
```

Page 119

```
1          MS. PARKER:  Absolutely.  I'm sorry.
2                  (A short recess was taken.)
3   BY MS. PARKER:
4      Q.   All right.  We've just been off the
5   record.  I usually ask folks if they want to change
6   out or clarify anything about their prior testimony.
7      A.   No, thank you.
8      Q.   Okay.  Horizon Bay Management, LLC, we
9   were just getting to that one.  What does that
10  company do?
11     A.   Okay.  Horizon Bay Management Company was
12  acquired as part of our Horizon Bay acquisition.
13  When I say "our," Brookdale.  Brookdale, the
14  organization acquired Horizon Bay organization back
15  in 2011.  And Horizon Bay Management Company, LLC,
16  was one of the entities that was owned in that
17  structure.
18              It managed properties on behalf of a
19  Canadian company that I refer to as Chartwell, that
20  did not have a direct nexus into the US.  So it
21  hired Horizon Bay to do -- to manage its properties
22  approximately 35 -- back up -- there were more than
23  35 properties at the time we acquired it.  By the
24  time we exited with Chartwell, there were 35
25  companies.
```

Page 120

```
1              Horizon Bay Management, LLC, directly
2   managed approximately three of those, and then it
3   owned subsidiaries that also managed properties.
4      Q.   Were any of those properties located in
5   Kentucky?
6      A.   I am not aware that they were directly
7   located in Kentucky, but I did not go back and look
8   at anything directly, because they were -- there
9   were many properties over time that exited the
10  structure since 2011.
11     Q.   Does it manage -- does it have any
12  management role over ARC Richmond Place, Inc., at
13  this point?
14     A.   No, it does not.
15     Q.   Or has it since 2014?
16     A.   No, it does not.
17     Q.   Since 2014 to present, has it had any
18  management or day-to-day function or involvement
19  with BLC Lexington SNF?
20     A.   No, it does not.
21     Q.   How about with American Retirement
22  Corporation?
23     A.   No, it does not, other than having a
24  indirect ownership under Brookdale Senior Living,
25  Inc.
```

Page 121

```
1      Q.   Does American Retirement Corporation --
2   where in the organizational chart does Horizon Bay
3   Management, LLC, fall?
4      A.   It falls underneath.  It has -- there's
5   two entities between it and Brookdale Senior Living,
6   Inc.  One is Horizon Bay Realty, LLC, and then one
7   is HB Acquisition Sub, Inc.
8      Q.   So it's in a totally different part of the
9   chart than American Retirement Corporation?
10     A.   Yes.
11     Q.   Does Horizon Bay Management, LLC, have any
12  employees?
13     A.   Not anymore, no.
14     Q.   Since 2014, has it had any employees?
15     A.   It might have had some.  I don't know the
16  exact time it exited the management of those.  No,
17  it would not have had employees, because it had its
18  own employee company underneath the Horizon Bay
19  structure that was different than the original
20  Brookdale structure.
21     Q.   Since 2014, has it engaged in any
22  revenue-generating activities?
23     A.   It might have had some management fees
24  from Chartwell or from the community that Chartwell
25  was operating -- owning and operating.
```

Page 122

1     Q.   And we just don't know, sitting here
2  today, whether those communities and those
3  management fees would have been Kentucky communities
4  or other communities?
5     A.   I do not -- I don't think the ones that it
6  owned directly were Kentucky companies.
7     Q.   So maybe the ones that it managed --
8     A.   Didn't own direct -- I'm sorry.  That it
9  managed directly.  It didn't own anything.  So it
10 managed three directly, and then it owned
11 subsidiaries that also managed companies.
12          I know that -- I don't think the
13 three that it managed directly were in Kentucky.
14 And then it could have had, under -- on one of its
15 subsidiaries, could have had some that it managed in
16 Kentucky, but I don't know that off the top of my
17 head.
18    Q.   Got you.  Brookdale would have records of
19 that --
20    A.   Absolutely would have records, yes.
21    Q.   -- that you could find?
22    A.   Yes.
23    Q.   Okay.  Horizon Bay Management, LLC, it's
24 an LLC.  Do you know who its managers are?
25    A.   I don't know who its managers are.  No, I

Page 123

1  do not know.
2     Q.   And its member is 100 percent owned by --
3  you just said their name --
4     A.   It was Horizon Bay Realty, LLC, and then
5  HB Realty, LLC, and then BKD -- or HB Acquisition
6  Sub, Inc., and then Brookdale Senior Living, Inc.
7     Q.   Do you know, sitting here today, whether
8  its managers have ever had any meetings regarding
9  Horizon Bay Management, LLC, from 2014 to present?
10    A.   No, I do not.
11    Q.   Do you know if its managers, from 2014 to
12 present, have kept any meeting minute notes, you
13 know, board meeting minute notes or any other notes
14 regarding Horizon Bay Management, LLC?
15    A.   I'm not aware of anything, no.
16    Q.   Are you aware of any corporate or entity
17 action taken by any of the managers of Horizon Bay
18 Management, LLC, from 2014 forward?
19    A.   I'm not aware of any.
20    Q.   Have you ever seen its management
21 agreement?
22    A.   I've seen the management agreement -- oh,
23 from the entity side, or the management agreement
24 has to manage the three direct entities?
25    Q.   Good question.  From the entity side.

Page 124

1     A.   I have not seen that directly.
2     Q.   Okay.  But you've seen the agreement used
3  to manage the three direct entities?
4     A.   Correct.  The communities, not entities --
5  they were separate entities, yes.
6     Q.   Emericare, Inc., what is Emericare, Inc.?
7     A.   Okay.  Emericare, Inc., was another entity
8  that was established under the Emeritus Corporation
9  structure that we acquired in 2014.  And Emericare,
10 Inc., my understanding is set up by Emeritus
11 Corporation previous -- by Emeritus Corporation
12 prior to Brookdale organization owning it, to handle
13 any type of skilled nursing facility within the
14 Emeritus Corporation structure.
15    Q.   So Emeritus Corporation is also on this
16 list, it's No. 18.
17    A.   Correct.
18    Q.   So it would probably be easier if we
19 talked about these together than separately.
20    A.   Okay.
21    Q.   So I should have started with Emeritus
22 Corporation.
23    A.   Okay.
24    Q.   So what is Emeritus Corporation?
25    A.   Okay.  Emeritus Corporation is a wholly

Page 125

1  owned subsidiary that was acquired that owns,
2  operates -- owns more subsidiaries, operates, and
3  hold licenses for senior housing within its
4  structure and within its legal entity itself.  And
5  it was acquired by Brookdale Senior Living in July
6  of 2014.
7     Q.   Does it do personal care homes and SNFs,
8  or one or the other?
9     A.   When you say "personal care homes," you're
10 referring to assisted living.
11    Q.   Right.
12    A.   Yes.  Yes, it operated very similar to
13 Brookdale -- the Brookdale organization.
14    Q.   And it was not publicly traded when you
15 all acquired it, right?
16    A.   Yes, it was.
17    Q.   Oh, it was?  Okay.
18    A.   It was a publicly traded company that we
19 acquired in 2014.
20    Q.   And so Emeritus Corporation, when you
21 acquired it as a publicly traded corporation, you
22 all created a sub that then merged with it; is that
23 right?
24    A.   Yes.  And reversed -- yes.
25    Q.   And what was --

Page 126

1    A.  And I don't remember the sub's name.  I
2    didn't think I would need that.  Yeah, because it
3    merged into, so Emeritus Corporation was the
4    survivor.
5    Q.  Right.  And so then, because the merger,
6    Emeritus Corporation was a 100 percent owned sub of
7    Brookdale Senior Living, Inc., right?
8    A.  Right.  Correct.
9    Q.  So then Emericare, Inc., is 100 percent
10   owned sub of Emeritus Corporation?
11   A.  Correct.
12   Q.  And by virtue of that relationship is also
13   100 percent owned sub of Brookdale Senior Living,
14   Inc.?
15   A.  Correct.
16   Q.  Emeritus Corporation, does it have any --
17   since 2014, has it had any employees?
18   A.  Yes, it does.
19   Q.  What types of employees does it have?
20   A.  It has both community level and -- well,
21   mainly community level now.  I'm not quite sure if
22   it has any type of mid management in it or not, to
23   be honest.
24   Q.  So when we say "community level," do we
25   mean, like, direct care providers?

Page 127

1    A.  Correct.
2    Q.  Nurses, CNAs, those sorts of folks?
3    A.  Yes, depending on what entity they're
4    employed by, or depending on what entity they work
5    at.
6    Q.  And are -- and so does Emeritus
7    Corporation, does it own any property on which SNFs
8    are operated or PCHs are operated?
9    A.  I do not think that it owns any property
10   that a SNF is operated on.  I want to say that
11   exact, but I don't think it does.  I think it
12   leases -- there is an SNF involved.  It's a lease
13   arrangement, and I don't think it's directly within
14   its structure.  There might be one.
15          I'm trying to think.  There's a lot
16   of communities.  It does own assisted living.  I do
17   not know if it owns all the properties in its
18   immediate structure or if owns it in legal entities
19   underneath it.
20   Q.  So Emeritus has employees, it has
21   property?
22   A.  Correct.
23   Q.  What other assets does Emeritus have --
24   Emeritus Corporation?
25   A.  Meaning?

Page 128

1    Q.  Other -- other business activities is what
2    I'm looking for.
3    A.  Really, just the -- just the business
4    activity of senior housing.
5    Q.  Is Emeritus Corporation -- I know some of
6    your other entities we've been talking about today
7    split between Propco and OPCO, for instance.
8          Does Emeritus Corporation, does it
9    have subs that split between Propco and OPCO?
10   A.  It has subs that handle the property,
11   where Emeritus would handle the license.  But I
12   don't know if it has underneath it subs that are a
13   Propco OPCO.
14   Q.  Okay.
15   A.  So normally, Emeritus -- the way they --
16   their management team handled it is they would have
17   all the licenses held in Emeritus Corporation, and
18   then the below subs would own the property.
19   Q.  I see.
20          Does Emeritus Corporation own or
21   operate any properties in Kentucky?
22   A.  I believe there are some in Kentucky, yes.
23   Or there were.  I'm not sure if there are any today,
24   because we are slowly moving a lot of those
25   subsidiaries with Emeritus.

Page 129

1    Q.  So -- but between 2014 and 2018 --
2    A.  I believe there were some subs, yes, in
3    Kentucky.
4    Q.  And so then between 2014 and 2018,
5    Emeritus would have been operating senior housing in
6    Kentucky?
7    A.  Correct.
8    Q.  And would have had employees in Kentucky?
9    A.  Yes.
10   Q.  Did Emeritus Corporation operate or do
11   anything related to operations with respect to BLC
12   Lexington SNF?
13   A.  No.
14   Q.  Or ARC Richmond Place, Inc.?
15   A.  No.
16   Q.  How about Brookdale -- the Brookdale
17   Blankenbaker properties, the Lovell properties?
18   A.  That name, yes.  I think that was Emeritus
19   directly, yes, or through one of its subsidiaries.
20   Q.  Now, do you know, hearing today, who is on
21   the board for Emeritus Corporation?
22   A.  The board -- no, I don't.  No, I don't.
23   Not that immediate board, no, I don't.
24   Q.  How about the officers for Emeritus
25   Corporation?

Page 130

1    A.   I know I'm one, I believe.  But I'm not
2  sure who else -- I think a couple of people, like,
3  in the legal department.  But I don't know all of
4  them.
5    Q.   Does Emeritus Corporation have annual
6  officer meetings or periodic officer meetings?
7    A.   Not directly, no.  Not that I'm aware of.
8    Q.   Does Emeritus Corporation have annual or
9  periodic board meetings?
10   A.   Not that I'm aware of.
11   Q.   Are there any meeting minutes retained on
12 behalf of Emeritus Corporation?
13   A.   I'm not aware of them.  There may be
14 something, but I'm not aware of them.
15   Q.   Does Emeritus Corporation have shares?
16   A.   Yes.  Yes.  Because those shares -- that's
17 how the transaction occurred.  So yes.  And they're
18 owned by Brookdale Senior Living, Inc.
19   Q.   100 percent?
20   A.   Yes.
21   Q.   Have you ever been involved in a
22 additional offer of Emeritus Corporation shares?
23   A.   No.
24   Q.   Or recall of Emeritus Corporation shares?
25   A.   No.  Just the transaction where we

Page 131

1  exchanged their shares.
2    Q.   Since the transaction where Emeritus
3  Corporation became 100 percent sub of Brookdale
4  Senior Living, Inc., has Emeritus Corporation ever
5  provided a proxy statement?
6    A.   Not that I'm aware of.
7    Q.   So Emeritus Corporation has its own
8  employees at the community level.  Are those
9  directly employees of Emeritus Corporation, or are
10 they employees of a sub owned by Emeritus
11 Corporation?
12   A.   They're direct employees of Emeritus
13 Corporation.
14   Q.   And then Emericare, Inc. -- since 2014,
15 has Emericare, Inc., had employees?
16   A.   Not that I'm aware of.  They're employees
17 with Emeritus Corporation, if they had any need for
18 employees.
19   Q.   So Emericare, Inc., had direct care
20 employees before the merger, but not after; is that
21 fair?
22   A.   The merger would have nothing to do with
23 the Emericare, Inc., having employees.  It would be
24 if they have activity.  And I don't recall if their
25 activity -- how active that -- I don't recall if

Page 132

1  they have any activity today.  I think just --
2  because like I said, there were SNFs -- or SNFs, and
3  I'm not sure if there are actually any SNFs left in
4  that entity today.
5    Q.   So that was going to be my next question.
6  There's no revenue-generating business from 2014
7  forward, for Emericare, Inc.; is that correct?
8    A.   I cannot say that it's all that time
9  period.  I would say, today I don't believe -- I
10 would have to go back and check when it gradually
11 exited the business it was in, if at all -- if it
12 has completely exited.
13   Q.   And the revenue-generating activity of
14 Emeritus Corporation is providing senior housing,
15 right?
16   A.   Correct.
17   Q.   Does Emeritus Corporation do anything else
18 to generate revenue?
19   A.   No.  Not Emeritus Corporation, no.
20   Q.   Does Emeritus Corporation do any --
21 perform any services or work on behalf of any other
22 wholly owned or partly owned subsidiary of Brookdale
23 Senior Living, Inc.?
24   A.   It would manage senior housing for
25 entities in its structure or its own personal

Page 133

1  entity -- or communities -- I'm sorry -- communities
2  within its structure.
3    Q.   Down --
4    A.   Down.
5    Q.   Down the chart?
6    A.   Right.  Correct.  But not across.
7    Q.   Right.  So for instance, American
8  Retirement Corporation, it wouldn't do any work on
9  behalf of American Retirement Corporation, right?
10   A.   No.  No.
11   Q.   So there would be -- if I'm looking at the
12 organizational chart, there may be transfers of
13 management fees, for instance, from its subsidiaries
14 up to Emeritus, up to Brookdale Senior Living, Inc.,
15 right?
16   A.   Transfers of the fees, I --
17   Q.   Payment of management fees?
18   A.   Not up to Brookdale Senior Living, Inc.
19   Q.   Okay.
20   A.   So it would end at Emeritus Corporation.
21   Q.   So Emeritus Corporation --
22   A.   If they had a management fee.  If they had
23 a management agreement, they would get their own
24 fees.
25   Q.   Or moneys, for instance, paid to

Page 134

1  subsidiaries for senior housing, that would be into
2  Brookdale Senior Living, Inc.'s, one bank account,
3  right?
4      A.   Brookdale Senior Living Communities, Inc.
5      Q.   Communities, Inc.
6      A.   Communities, Inc.  It would be swept into
7  that account, but it's still segregated as Emeritus
8  Corporation funds.
9      Q.   Okay.  I'm just trying to figure out if
10 there's ever going to be any payment transfers
11 between either Emeritus paying another subsidiary
12 that's not in its direct chain or another subsidiary
13 paying Emeritus for anything.  Like for instance,
14 BLC Lexington SNF is ever going to be paying
15 Emeritus anything?
16     A.   There should not be.  There's no --
17 there's no relationship there from a business
18 perspective.  The only transaction that would ever
19 have occurred -- but it's not a -- it would be --
20 there shouldn't be anything.  I mean, it would only
21 be, like, a structure, if there was a structure
22 movement.  I can't think of if we had moved entities
23 for structure purposes.  And we didn't do a lot of
24 that with Emeritus Corporation.  I'd have to go back
25 and look.  But there wouldn't be any business

Page 135

1  relationship on a day-to-day business operation.
2      Q.   And so same question the other way, should
3  there be any payments between Emeritus Corporation
4  and ARC Richmond Place, Inc. -- American Retirement
5  Corporation, BLC Lexington SNF, those entities?
6      A.   No, I'm not aware of anything -- any
7  payments that would be transacted or any daily
8  business operations.
9      Q.   So when Brookdale Senior Living, Inc.,
10 acquired Emeritus Corporation, they kept those
11 employees in Emeritus Corporation as employed by
12 that corporation, right?
13     A.   Correct.
14     Q.   Rather than Brookdale Employee Services,
15 LLC?
16     A.   Correct.  And it was mainly a timing
17 issue, because we acquired the entity after we had
18 just done our payroll restructuring.
19     Q.   Got you.  Okay.  Brookdale Employee
20 Services Corporate, LLC.  It's my understanding from
21 your earlier testimony that that entity employs
22 corporate folks; is that right?
23     A.   Yes.
24     Q.   Like you, for instance?
25     A.   Yes, correct.

Page 136

1      Q.   Would that entity have employed -- or does
2  that entity employ Lucinda Baier?
3      A.   Yes.
4      Q.   Chad C. White?
5      A.   Yes.
6      Q.   Mary Sue Patchett?
7      A.   Yes.
8      Q.   George T. Hicks?
9      A.   Yes.
10     Q.   And would that entity have employed Labeed
11 Diab?
12     A.   Yes.
13     Q.   It's my understanding he no longer works
14 for Brookdale?
15     A.   Correct.  Yes.
16     Q.   Do the rest of people that I named so far
17 still work for Brookdale?
18     A.   Yes.
19     Q.   And by "Brookdale," I mean, obviously,
20 Brookdale Corporate, LLC.
21     A.   Yes.
22     Q.   How about Geraldine Gordon-Krupp, would
23 she have been employed by Brookdale Employee
24 Services Corporate, LLC?
25     A.   Yes.

Page 137

1      Q.   And Bryan Richardson?
2      A.   Yes.
3      Q.   And Thomas Smith?
4      A.   Yes.
5      Q.   Okay.
6      A.   There may have been a point where American
7  Retirement Corporation employed some of those
8  people, because that's how the old structure was set
9  out.  It didn't migrate immediately in some
10 instances, so you may see something.
11          But today -- and this is my -- best
12 of my knowledge, when they left -- when those people
13 left the company, they were employed by Brookdale
14 Employee Services Corporate policy.
15     Q.   What year was the American Retirement
16 Corporation purchased?  What year --
17     A.   2014.  July 2014.
18     Q.   So the same month --
19     MR. CASSIDY:  I'm sorry.  You got her
20 confused a little bit, I think.  You asked about
21 when American Retirement Corporation --
22     MS. PARKER:  I did.
23     THE WITNESS:  Oh, I thought you said
24 Emeritus Corporation.
25          American Retirement Corporation was

Page 138

1  acquired in July of 2006.
2  BY MS. PARKER:
3      Q.   I was thinking that was going to be a busy
4  month for you all.
5      A.   It was still a busy month.  I think it was
6  one busy, like, decade.
7      Q.   Probably.  Okay.
8           So 2006 is when you all acquired
9  American Retirement Corporation, and 2014 is
10 Emeritus?
11     A.   Correct.
12     Q.   Some of these folks that I've named today,
13 besides Labeed Diab, also do not still work for
14 Brookdale Senior Living, Inc., right?
15     A.   Correct.
16     Q.   So of the people -- and I can give you the
17 list again.  You may have it in front of you.  This
18 is the -- oh, here it is.
19          Of the individuals named in this
20 lawsuit, could you just tell me which --
21          MR. CASSIDY:  Actually, wait a minute.  It
22 might --
23 BY MS. PARKER:
24     Q.   It starts on page 1.
25          Would you mind telling me which are

Page 139

1  no longer employed by Brookdale Employee Services
2  Corporate, LLC?
3      A.   Labeed Diab, Geraldine Gordon-Krupp, Bryan
4  Richardson, Thomas Smith.  And I don't know who
5  Benetta Dickinson is, so I can't speak to her.
6      Q.   No worries.
7           Brookdale Employee Services
8  Corporate, LLC, does it own any property?
9      A.   No.
10     Q.   Does it have any other revenue-generating
11 activity besides leasing its corporate employees?
12     A.   No, it does not.
13     Q.   And so who does it lease its employees to?
14     A.   It has -- it's made -- it leases its
15 employees to the top parent company of each
16 individual structure.  So it would lease its
17 employees to, for example, Brookdale Senior Living
18 Communities, Inc.  And then -- actually, I think
19 that's the main -- I'm trying to think.  I'm trying
20 to picture the leasing agreements.  Because what
21 we -- Brookdale Senior Living Communities, Inc.,
22 Brookdale Living Communities, Inc., American
23 Retirement Corporation, and then Emeritus
24 Corporation.
25     Q.   So Brookdale Senior Living Communities,

Page 140

1  Inc.?
2      A.   Um-hum.
3      Q.   Brookdale Senior Living, Inc.?
4      A.   No.  Brookdale Senior Living, Inc., is
5  only a holding company.  There's nothing in it.
6           Brookdale Senior Living Communities,
7  Inc., is the main entity that it leases the
8  employees to.
9      Q.   Okay.
10     A.   And then there are sharing agreements that
11 charge allocated -- allocate costs out to the other
12 structures.  So it's really mainly Brookdale Senior
13 Living Communities, Inc.  And I think there's an
14 agreement between Brookdale Living Communities,
15 Inc., but I'd have to check.
16     Q.   And then --
17     A.   So -- and I misspoke before, because then
18 there's an allocation that goes out to the other
19 entities through a cost-sharing agreement from a tax
20 perspective.  And then, I think, there's allocations
21 that are done at a GAP level, but I'm not familiar
22 with those directly.
23     Q.   So you said top parent entities of several
24 of the structures.
25     A.   Um-hum.

Page 141

1      Q.   So that would be Brookdale Senior Living
2  Communities, Inc., American Retirement Corporation,
3  and Emeritus; is that right?
4      A.   Yes.  And there is some to Horizon Bay
5  Realty, LLC.  It's a very small piece of it.
6      Q.   Is there any other parent corporations
7  besides those four?
8      A.   Five, right?
9      Q.   Oh.
10     A.   Brookdale Senior Living Communities, Inc.,
11 is the main one, because that holds the shared
12 services that does the majority of the corporate
13 level work.  And then you have Brookdale Living
14 Communities, Inc., American Retirement Corporation,
15 Emeritus Corporation, and then Horizon Bay Realty
16 Company -- Realty, LLC.  But again, that's the small
17 one.
18     Q.   Got you.  Five.
19          When you say Brookdale Senior Living
20 Communities, Inc., does the shared work, it's my
21 understanding from, like, 10Ks and things that
22 that's where a lot of the joint administration
23 happens for a lot of subsidiaries; is that correct?
24     A.   That's correct.
25     Q.   What types of shared work does Brookdale

Page 142

1   Senior Living Communities Inc., do?
2        A.   The collection of receivables, accounts
3   payable, financings, my work, for example, legal
4   work, the external reporting for the SEC, things of
5   that nature.
6        Q.   And so all the employees that do that work
7   are leased by BSLC, Inc., from Brookdale Employee
8   Services Corporate, LLC?
9        A.   Correct.
10       Q.   What kind of work does Brookdale Senior
11  Living, Inc., do?
12       A.   Brookdale Senior Living, Inc., is a -- it
13  handles the office, you know, the general
14  administrative work and the shared services work.
15  But it also owns and manages -- not manages, not --
16  I don't think it's a third party -- it doesn't
17  manage for third parties.  It owns and operates
18  communities directly, and it owns subsidiaries.
19           MR. CASSIDY:  I want to make sure that
20  you're following along.  I think she just asked --
21  and make sure I'm following along too.
22           You asked what type of work Brookdale
23  Senior Living, Inc., does?
24  BY MS. PARKER:
25       Q.   The holding company.

Page 143

1        A.   Oh, the holding company.  Oh, it's just a
2   holding -- I thought you meant Brookdale Senior
3   Living Communities, Inc.
4            MR. CASSIDY:  And that's why I wanted to
5   make sure --
6            THE WITNESS:  Oh, I answered wrong again.
7   I'm sorry.
8   BY MS. PARKER:
9        Q.   That's okay.
10       A.   Brookdale Senior Living, Inc., is just a
11  holding company.  It holds subsidiaries in a
12  corporation structure and is the SEC filer.
13       Q.   And I thought you mentioned that it does
14  lease some corporate employees --
15       A.   No.  It doesn't do anything.
16       Q.   Okay.
17       A.   There's no leasing agreement.  It doesn't
18  lease any corporate --
19       Q.   No corporate employees?
20       A.   No employees.
21       Q.   No independent revenue-generating
22  activities?
23       A.   No.  No, nothing.
24       Q.   Is there a board of directors?
25       A.   Yes.

Page 144

1        Q.   And there are managers -- I mean officers,
2   right?
3        A.   Correct.
4        Q.   Of the publicly traded company?
5        A.   Of the publicly traded company, yes.
6        Q.   And so the holding company does have, I
7   would assume, board of director meetings, right?
8        A.   Yes.
9        Q.   With meeting minutes?
10       A.   Yes.
11       Q.   And shareholder proxy statements and
12  issuance of shares, those types of things?
13       A.   Yes.
14       Q.   Okay.  So the entire corporate SEC
15  structure, all of that work is done by Brookdale
16  Senior Living, Inc., right?
17           MR. CASSIDY:  Objection.  Form.
18           You can go right ahead.
19           THE WITNESS:  It's done by Brookdale
20  Senior Living Communities, Inc., on behalf of
21  Brookdale Senior Living, Inc.
22  BY MS. PARKER:
23       Q.   Okay.  And --
24       A.   And lease those employees from Brookdale
25  Employee Services-Corporate, LLC.

Page 145

1        Q.   So the work of Brookdale Senior Living,
2   Inc., is performed by employees of Brookdale
3   Employee Services Corporate, LLC, that are leased by
4   Brookdale Senior Living Communities, Inc.
5            Did I get that right?
6        A.   Correct.  Yes.
7            And when you say "the work," there's
8   not -- it's not like a daily business work.  It's
9   the business of supporting a public company.
10       Q.   Right.
11       A.   Yes.  So the external reporting group and
12  all of those people are, yes, employed by Brookdale
13  Employee Services Corporate.  And they're leased to
14  Brookdale Senior Living -- Brookdale Senior Living
15  Communities, Inc.
16       Q.   Is there any agreement between Brookdale
17  Senior Living, Inc., and Brookdale Senior Living
18  Communities, Inc., for the work that -- of its
19  leased employees?
20           MR. CASSIDY:  Could you ask that one more
21  time, because I lost you --
22           MS. PARKER:  I'll try.
23           MR. CASSIDY:  Sorry.
24  BY MS. PARKER:
25       Q.   I'm wondering if there's an agreement

Page 146

1  between Brookdale Senior Living, Inc., and Brookdale
2  Senior Living Communities, Inc., any sort of written
3  agreement or --
4       A.   No, not that I'm aware of.
5       Q.   Okay.  About anything?
6       A.   No, not that I'm aware of.
7       Q.   Are there -- is there a board of directors
8  for Brookdale Senior Living Communities, Inc.?
9       A.   There's an officer list.
10      Q.   Who are the officers for Brookdale Senior
11 Living Communities, Inc.?
12      A.   I know I am.  I don't know offhand which
13 ones -- I would make some assumptions.  I don't want
14 to do that.
15      Q.   Absolutely.
16           Are there annual or periodic meetings
17 of the board of directors for Brookdale Senior Living
18 Communities, Inc.?
19      A.   I don't know how they handle that at this
20 time.  I thought there used to be, but I am not -- I
21 don't do it personally, so I don't know.
22      Q.   Since 2014 forward, have you ever attended
23 one?
24      A.   No, I have not.
25      Q.   Do you know if there are any board meeting

Page 147

1  minutes or officer meeting minutes for BSLC, Inc.,
2  from 2014 forward?
3       MR. CASSIDY:  I'm sorry.  Make sure we're
4  identifying the right entity there.  You said BSL,
5  Inc.?  I think that's what you said.
6  BY MS. PARKER:
7       Q.   BSLC, Brookdale Senior Living Communities,
8  Inc.?
9       A.   I don't know for sure.  I think there is
10 something, but I'm not sure how they do that.
11           There are minute books for the
12 company -- or companies, not just Brookdale Senior
13 Living, Inc.  I just don't know what they all are.
14      Q.   And have there been any -- has there been
15 any corporate governance action from 2014 to now
16 with Brookdale Senior Living Communities, Inc.?
17      A.   I don't -- I'm not -- I'm sure -- I'm not
18 aware of what there would be.  I'm not part of that.
19      Q.   As an officer?
20      A.   Yeah, I don't have any knowledge of that
21 directly.
22      Q.   Have you ever seen a proxy statement for
23 Brookdale Senior Living Communities, Inc.?
24      A.   No.
25      Q.   Have you ever seen an issuance of

Page 148

1  shares -- additional issuance of shares for
2  Brookdale Senior Living Communities, Inc.?
3       A.   No.
4       Q.   Or share recall?
5       A.   No.
6       Q.   And all of the shares of Brookdale Senior
7  Living Communities, Inc., are owned by Brookdale
8  Senior Living, Inc., right?
9       A.   Correct.
10      Q.   So a minute ago when we had that
11 confusion, you were answering about the business of
12 Brookdale Senior Living Communities, Inc.?
13      A.   Yes, I was.
14      Q.   So why don't we do that for the record.
15      Okay.
16      Q.   What is the business of Brookdale Senior
17 Living Communities, Inc.?
18      A.   Brookdale Senior Living Communities, Inc.,
19 houses the majority of the shared service of joint
20 general administrative activity.  And it also
21 operates senior housing.  It holds licenses for
22 senior housing.  And it owns subsidiaries that may
23 own or operate senior housing.
24      Q.   Does it directly -- I understand that
25 through its subsidiaries it owns property and

Page 149

1  manages communities.
2       A.   Yes.
3       Q.   Does it directly own any property?
4       A.   Yes, it does.
5       Q.   In what states does it own property?
6       A.   I don't know off the top of my head.  It
7  was a US-wide company.
8       Q.   Is Kentucky one of those states?
9       A.   I don't think so, but I don't know.  I
10 don't think so.  At least not anymore.  I don't
11 think so.
12      Q.   Would Brookdale have records of whether or
13 not Brookdale Senior Living -- scratch that.
14           Would Brookdale Senior Living
15 Communities, Inc., have records of property that it
16 owned from 2014 forward?
17      A.   Absolutely, yes.
18      Q.   And you would have access to it?
19      A.   Yes, I would have access to it.
20      Q.   From 2014 forward, did Brookdale Senior
21 Living Communities, Inc., directly manage any
22 properties in Kentucky?
23      A.   Not that I'm aware of.  It's not a
24 manager.  It would either -- but again, I don't
25 think it operated anything in Kentucky, at that

Page 150

1  point in time anyway.
2      Q.   So as I understand the corporate
3  structure, though, Brookdale Senior Living
4  Communities, Inc., is in the direct subsidiary
5  parent chain of BLC Lexington SNF, right?
6      A.   No.
7      Q.   Oh.
8      A.   Brookdale Senior Living Communities, Inc.?
9      Q.   Yes.
10     A.   No.  It's a brother-sister to American
11 Retirement Corporation.  American Retirement
12 Corporation is owned directly by Brookdale Senior
13 Living, Inc.
14     Q.   Got you.  Okay.
15         MR. CASSIDY:  BLC Lexington SNF was
16 acquired with American Retirement Corporation, I
17 think, is what you're trying to find out.
18         MS. PARKER:  Yes.
19 BY MS. PARKER:
20     Q.   And I just thought there was one -- I
21 thought it was -- it doesn't matter what I thought,
22 because that's not how it is.
23         So Brookdale Senior Living, Inc., has
24 subs of American Retirement Corporation, Brookdale
25 Senior Living Communities, Inc., Emericare, and

Page 151

1  Horizon Bay -- Emeritus and Horizon Bay?
2      A.   And Brookdale Living Communities, Inc.  So
3  it has five.
4      Q.   And Brookdale Living Communities, Inc.
5      A.   And I want to clarify.  Brookdale Senior
6  Living Communities, Inc., is actually -- there are
7  two intermediary subsidiaries between it and
8  Brookdale Senior Living, Inc., because of how it was
9  acquired by Fortress back in 2003 or '4.
10     Q.   Okay.  Who are the two entities in
11 between?
12     A.   There's a Fortress acquisition -- I don't
13 know the exact names.  I'd have to -- they're
14 flow-through entities.
15     Q.   Okay.
16     A.   I would have to go and -- I would have to
17 actually look that up, because there's two distinct
18 disregarded entities that are in between.
19     Q.   So are there any entities between
20 Brookdale Senior Living, Inc., and American
21 Retirement Corporation?
22     A.   Brookdale Senior Living, Inc.  No, it's
23 direct now, because that's -- acquisition sub was
24 merged into Emeritus Retirement Corporation.
25     Q.   And are there any entities in between

Page 152

1  Emeritus Corporation and Brookdale Senior Living,
2  Inc.?
3      A.   No.
4      Q.   We've got two entities, two pass-through
5  entities between Brookdale Senior Living
6  Communities, Inc. --
7      A.   Correct.
8      Q.   -- and Brookdale Senior Living, Inc.?
9      A.   Correct.
10     Q.   And then there's one other entity -- or
11 two other entities -- I'm sorry -- Horizon Bay
12 Management --
13     A.   Yes.
14     Q.   -- which is an Inc. or an or LLC?
15     A.   That's an LLC.
16         MR. CASSIDY:  Just to clarify.  I think
17 she said earlier it was Horizon Bay Realty, but
18 maybe it Horizon Bay Management.
19         THE WITNESS:  Well, Horizon Bay Management
20 is owned by Horizon Bay Realty, which is owned by HB
21 Acquisition sub, which is owned by Brookdale Senior
22 Living.
23         MR. CASSIDY:  Yeah, because I think she's
24 trying to get the five again, and I wanted to make
25 sure --

Page 153

1          THE WITNESS:  Okay.  So Horizon Bay
2  Management Company that's listed here is not one of
3  the five.
4          MR. CASSIDY:  Right.
5          THE WITNESS:  Okay.
6  BY MS. PARKER:
7      Q.   What's the five that Horizon Bay
8  Management Company rolls up into?
9      A.   That rolls up into -- Horizon Bay Realty
10 Company -- sorry.
11         Horizon Bay Realty Company, LLC, and
12 I don't know if it's HB or if it's Horizon Bay
13 spelled out.
14     Q.   Okay.
15     A.   And then there's an HB Acquisition Sub,
16 Inc., in between it, which is basically, a
17 disregarded holding company that we acquired the
18 membership interest in the LLC.
19     Q.   And that's one of those disregarded
20 pass-through entities, right?
21     A.   Yes.  Well, that's not disregarded,
22 because it is an Inc.
23     Q.   Okay.
24     A.   But there's nothing in it but a holding
25 company, because it was formed just to acquire the

Page 154

1  membership interest of Horizon Bay Realty, LLC.
2      Q.   And then there is Emeritus, American
3  Retirement Corporation, HB -- Horizon Bay Realty
4  Company, LLC?
5      A.   Um-hum.
6      Q.   Brookdale Senior Living Communities,
7  Incorporated.
8           And then there's one more that you
9  keep mentioning that's very similar?
10     A.   Brookdale Living Communities, Inc.  And
11 that's directly owned by Brookdale Senior Living,
12 Inc.
13     Q.   Okay.  But it's my understanding that
14 Brookdale Senior Living Communities, Inc., which has
15 all of the -- a lot of the corporate functions,
16 would also perform corporate function work on behalf
17 of American Retirement Corporation and the -- their
18 wholly owned subsidiaries; is that correct?
19     A.   That is correct.
20     Q.   So for instance, we were talking at the
21 beginning of your deposition about, you know,
22 regional vice presidents of operations, for
23 instance.  They would be employed by Brookdale -- or
24 they would be employed by Brookdale Employee
25 Services Corporate, LLC, and leased to Brookdale

Page 155

1  Senior Living Communities, Inc., right?
2      A.   Correct.
3      Q.   But those same folks who are leased to
4  Brookdale Senior Living Communities, Inc., may
5  provide vice president of operations oversight to
6  communities that are wholly owned by American
7  Retirement Corporation?
8      A.   That's correct.
9      Q.   Like for instance, BLC Lexington SNF?
10     A.   Correct.
11     Q.   Okay.  I'm trying to think of the quickest
12 way to do this.
13          What types of services -- so are
14 there any agreements between Brookdale Senior Living
15 Communities, Inc., and its sister-brother entities
16 for provision of services?
17     MR. CASSIDY:  Could you say that one more
18 time Laraclay.  I'm sorry.
19     MS. PARKER:  Sure.
20 BY MS. PARKER:
21     Q.   Are there any agreements between Brookdale
22 Senior Living Communities, Inc., and the other
23 corporations on its same -- the same rung of the
24 organizational chart for provision of services?
25     A.   The only agreement that I'm aware of is a

Page 156

1  tax sharing arrangement that the other four entities
2  share in the general administrative costs that are
3  incurred by Brookdale Senior Living Communities,
4  Inc.  And that -- those are part of those services.
5  So we do a cost allocation based on allocation keys
6  very similar to an international type of transfer
7  pricing agreement.  And that's done for tax
8  purposes, to make sure that you keep your legal
9  entity structures intact for separate accounting.
10 But there's nothing that I'm aware of from a GAP or
11 a legal perspective.
12     Q.   Okay.  So taxwise, each of these entities,
13 American Retirement Corporation, Emeritus, Brookdale
14 Living Communities, Inc., Horizon Bay Realty
15 Company, LLC, are allocated a percentage of the
16 administrative costs of Brookdale Senior Living
17 Communities, Inc.; is that right?
18     A.   That's correct.
19     Q.   But there is -- and is that memorialized
20 in writing anywhere or --
21     A.   Yes.
22     Q.   Oh, it is?
23     A.   Yes.
24     Q.   What's the name of that agreement?
25     A.   I'm going to say it wrong.  It's either

Page 157

1  the tax cost sharing agreement or the cost sharing
2  agreement.
3      Q.   How long has the tax cost sharing
4  agreement been in effect?
5      A.   2008, and amended as we brought
6  communities into the organization.
7      Q.   And do you have access to that agreement
8  if you need it?
9      A.   Yes.
10     Q.   I imagine you would.
11          Other than that tax cost sharing
12 agreement, there are no other agreements between
13 these five entities; is that correct?
14     A.   Not that I'm aware of.
15     Q.   And does American Retirement Corporation
16 lease any Brookdale Employee Services, LLC -- or
17 Corporate, LLC, employees?
18     A.   I do not believe so.  No, I don't believe
19 so.
20     Q.   How about Emeritus Corporation?
21     A.   No, I don't believe so.
22     Q.   How about Brookdale Living Communities,
23 Inc.?
24     A.   I believe there was something in place for
25 that, but I'd have to go back and look.  I thought I

Page 158

1  recalled seeing something.
2      Q.   Would that have been between 2014 to
3  present?
4      A.   I don't know -- well, yes, it would have
5  had to, because the entity wasn't formed until 1/1
6  of '14.
7      Q.   Okay.  So what types of corporate
8  employees would that entity have leased?
9      A.   Again, it would be just the access to the
10  corporate G&A people, so I would have to look at it.
11     Q.   Corporate G&A?
12     A.   Corporate -- I'm sorry.  General
13  administrative-type duties.
14     Q.   Okay.  And that exists, and that's
15  something that you can have access to --
16     A.   If it exists, I would be able to find
17  it -- I should be able to find it.
18     Q.   How about Horizon Bay Realty Co. LLC?
19     A.   No, there was not any other type of
20  agreement.  Just the tax sharing agreement.
21     Q.   Brookdale Living Communities, Inc. --
22     A.   Back up.
23          Horizon Bay also had its own
24  structure of employees that we -- depending on the
25  employee and the community, we didn't move employees

Page 159

1  in 2014 because we had a -- we had a third party
2  arrangement with the Canadian Wheat in order to
3  establish.  So we had to follow guidelines on how
4  our arrangements were -- management agreements were.
5          So not all employees -- the
6  Horizon-based structure may have had some employees
7  in it at the time.
8      Q.   So just like Emeritus Corporation?
9      A.   A little different reason, but yes, it
10  would be just like Emeritus Corporation, yes.
11     Q.   All right.  Let's see if we can get
12  through one more before lunch.
13          Brookdale Twenty One Management
14  Company, Inc., we talked a little bit about this one
15  too.
16     A.   Um-hum.
17          MR. CASSIDY:  BKD Twenty One Management
18  Company, Inc.  I think that's the official name.
19          THE WITNESS:  Yes.
20  BY MS. PARKER:
21     Q.   Yes.  BKD Twenty One Management Company,
22  Inc., and that's the one with the -- hold on.
23  That's the Rodaya structure, right?
24     A.   That is correct.
25     Q.   Okay.  And I believe, from your testimony

Page 160

1  earlier, that the Rodaya structure -- that neither
2  BLC Lexington SNF nor the American Retirement
3  entity --
4          THE COURT REPORTER:  Repeat that.
5          MS. PARKER:  Yeah.  Yeah.
6  BY MS. PARKER:
7      Q.   I believe, from your earlier testimony,
8  that neither BLC Lexington SNF nor ARC Richmond
9  Place, Inc. were part of that Rodaya structure,
10  right?
11     A.   That is correct.
12     Q.   So BKD Twenty One Management Company,
13  Inc., is a corporation.  Does it have officers?
14     A.   I believe it does, yes.
15     Q.   Do you know who the officers are?
16     A.   No.  I know I am one, but I -- it's -- I
17  don't know who they are off the top of my head.
18     Q.   Does it have a board?
19     A.   Not sure if it has a separate board or
20  not.  There's -- I'm not sure.  I don't remember.
21     Q.   Does it have annual or periodic meetings
22  of the board or officers?
23     A.   I'm not sure.
24     Q.   Does it retain minutes from any annual or
25  periodic board or officer meetings?

Page 161

1      A.   If there were any meetings, it would have
2  to retain something.  But I'm not aware of what it
3  is.
4      Q.   Are you aware of any entity action, be it
5  an issuance of shares, proxy statements, changes to
6  the articles of incorporation, or anything else from
7  2014 to present --
8      A.   No.
9      Q.   -- for this entity?
10     A.   Not aware of anything.
11     Q.   All right.
12          MS. PARKER:  Let's take a quick break for
13  lunch.
14          (A short recess was taken.)
15  BY MS. PARKER:
16     Q.   We've just been off the record for a
17  minute for lunch.  And as you know, it's my general
18  practice to ask if there's anything you want to
19  change, add, or clarify about prior testimony?
20     A.   No, nothing.
21     Q.   Okay.  We're back on this notice of
22  deposition.  I'd like to ask you about No. 12, ARC
23  Therapy Services, LLC.
24          I understand from your prior
25  testimony that ARC Therapy Services, LLC, is the

Page 162

1    entity that provides therapy services to folks in
2    Brookdale Senior Living Communities; is that
3    correct?
4         A.   That is correct; either it or one of its
5    subsidiaries.
6         Q.   What are the subsidiaries of ARC Therapy
7    Services, LLC?
8         A.   There's like 40 or 50 of them.  I don't
9    know them all off the top of my head.  Because the
10   way we used to do this is when we started to acquire
11   home health and/or therapy licenses, mainly home
12   health licenses around the country, you had to buy
13   the entity, because the states or jurisdictions were
14   not issuing new home health licenses.  So we have 30
15   or 40 subsidiaries underneath this entity that we
16   acquired during that time period.
17            Now, we actually have three -- mainly
18   three key entities, ARC Therapy Services being one
19   of them.  Home health -- there's a home health
20   agency, and then there's a hospice agency that the
21   licenses are -- licenses are applied for within
22   those structures, so it narrows the entity
23   ownership.  And eventually, we will probably do
24   something with these other licenses.
25            But I couldn't tell you off the top

Page 163

1    of my head.  I don't have all of those entities
2    memorized.  But there's usually one for each
3    jurisdiction within the country, depending where it
4    is.
5         Q.   Okay.  On the home health side, I
6    understand that one of the doing business as
7    entities for ARC Richmond Place, Inc., I believe,
8    was Brookdale Home Health; is that correct?
9         A.   Yes.
10        Q.   So is that one of the home health entities
11   that you're talking about or is that something
12   different?
13        A.   No.  Brookdale Home Health was an actual
14   d/b/a name, like a brand that we used -- worked
15   under for a period of time.  That is not the actual
16   legal entity.  It just explains the Brookdale Home
17   Health business.
18        Q.   Okay.  So there's another entity separate
19   from ARC Richmond Place, Inc., that would be
20   Brookdale's home health unit, essentially?
21        A.   Correct.  Correct.
22        Q.   But this ARC Therapy Services unit from
23   2014 to 2018 owned subsidiaries providing therapy
24   services; is that correct?
25        A.   And home health.  Home health was under

Page 164

1    it.  It just wasn't in the ARC Therapy, LLC, entity
2    per se.  It was owned by some other entity under it,
3    or this Brookdale Home Health, I believe, was LLC.
4    But not Brookdale.  Brookdale Home Health, again, is
5    just a business.
6         Q.   But is it fair to say that all of the
7    therapy services were provided under the umbrella of
8    ARC Therapy Services, LLC?
9         A.   That is the intention, yes.
10        Q.   Over the entire country?
11        A.   Yes.
12        Q.   Do you know if there were any subsidiaries
13   between ARC Therapy Services, LLC, and the direct
14   therapy providers that were providing care at, for
15   instance, BLC Lexington SNF?
16        A.   Excuse me.  Any entities?
17        Q.   Right.
18        A.   The entities -- they aren't providing
19   services to the entity; they're providing services
20   to the resident and the entity.  So there's -- ARC
21   Therapy Services, LLC, is owned by American
22   Retirement Corporation, which is owned by Brookdale
23   Senior Living.  But ARC Therapy Services, LLC, can
24   provide services to anybody within our Brookdale
25   umbrella, as long as that's the provider of choice

Page 165

1    by the resident.
2             We have to offer -- they could choose
3    any ancillary service therapy provider under law, so
4    you can't direct them to ARC Therapy Services, LLC.
5         Q.   Sure.  And my question was a little bit
6    different.
7             I was wondering if you knew -- you
8    mentioned jurisdictional entities -- subs that --
9    for ARC Therapy Services, LLC, and I was wondering
10   if there was a jurisdictional entity that would have
11   provided services or employees in any way for BLC
12   Lexington SNF?
13        A.   Okay.  I'm not positive.  I would have to
14   go back and actually look at the structure to know
15   if there was actually another entity that was in
16   Kentucky, for some reason, that was underneath ARC
17   Therapy Services, LLC.
18        Q.   Got you.
19        A.   But ARC Therapy Services, LLC, would have
20   been, as far as I know, the one key entity.
21        Q.   Okay.  And ARC Therapy Services, LLC, I
22   understand, is owned entirely by American Retirement
23   Corporation, right?
24        A.   Yes.
25        Q.   In the structure of Brookdale Senior

Page 166

1    Living, Incorporated, does ARC Therapy Services,
2    LLC, also provide therapy services for, for
3    instance, SNFs in the Emeritus Corporation chain of
4    command?
5         A.    If that was part -- if it had the ability
6    to from a licensure perspective, yes, it would.  It
7    would be offered to -- normally -- I don't know how
8    the SNFs work as much as I am the independent living
9    and the assisted living side.  But if it had the
10   ability to -- if it had a license and it could
11   operate in that area, it would operate in the area
12   that Emeritus had.
13        Q.    So for instance, there's not going to be,
14   like, an Emeritus Therapy Services, LLC, that's
15   providing therapy services to homes that -- personal
16   care homes and SNFs that Emeritus is in charge of?
17        A.    There was a -- there was a therapy
18   services organization underneath the Emeritus, but
19   that therapy services organization -- I don't know
20   if we use -- well, I know we don't use the majority
21   of it.  It was folded -- not folded into, but it was
22   moved -- their business was moved to ARC Therapy
23   Services, LLC.  So the therapy business that
24   Emeritus had when we acquired it wound down, so to
25   speak.

Page 167

1         Q.    Same question for any of these companies
2    that have a sister relationship with American
3    Retirement Corporation.  Is ARC Therapy Services,
4    LLC, providing therapy services across the portfolio?
5         A.    Where it is, again, licensed and where
6    the -- if it's -- for instance, if it's in the
7    Horizon-based structure that was managed structure,
8    there would have to be -- the owner would have to
9    allow us to bring that ARC Therapy services in.  I'm
10   sure that it did, but I wouldn't know for certain
11   until I looked at how it was operating back then.
12        Q.    Got you.  So -- and the employees that are
13   actually putting hands on patients providing therapy
14   are employees of ARC Therapy Services, LLC, correct?
15        A.    That is how it should be set up, yes.
16        Q.    From 2014 to present?
17        A.    That's, yes, my understanding.
18        Q.    How did BLC Lexington SNF, LLC, provide
19   therapy to assisted patients, for instance?
20        A.    I don't know how it was -- how that
21   particular community did the marketing.  I
22   believe -- I've seen some communities where all they
23   could do is put a brochure out there, and anybody --
24   any therapy company can come in and put their
25   brochure in the same area.  So there's multiple

Page 168

1    options.  I don't know how they specifically would
2    market it.
3         Q.    And BLC Lexington SNF, LLC, wouldn't have
4    had any liabilities or charges on its general ledger
5    for therapy services, right?
6              MR. CASSIDY:  Objection.  Form.
7              But you can go right ahead.
8              THE WITNESS:  I'm not sure I follow that.
9    BY MS. PARKER:
10        Q.    BLC Lexington SNF, LLC, wouldn't have
11   counted the provision of therapy services in its
12   accounts receivables, for instance?
13        A.    In its accounts receivable, I do not think
14   so because it's under a provider number.  So the
15   collection of the actual money, I'm not sure how
16   it's actually -- went in a ledger.  If you recall, I
17   mentioned earlier about the hub and how -- not the
18   hub per se -- but how the license provider number
19   would be in an area, and you could have multiple
20   communities in the area and you could only bill in
21   one provider number.  So there were ways that they
22   split that out over the years.
23              I couldn't speak for it for every
24   single year on how it actually showed up on a
25   ledger, but it would be distinguished by the type of

Page 169

1    account it was in.  So you could tell where it
2    was -- it wasn't commingled.  You could tell what it
3    was.  You could tell what all the expenses were.
4         Q.    And BLC Lexington SNF would not have paid
5    any money over to ARC Therapy Services, LLC, right?
6         A.    No.  No, you can't do that under
7    Medicaid -- Medicare.  So no, we would not have done
8    that.
9         Q.    Okay.  ARC Therapy Services, LLC, I see
10   it's an LLC, and it's owned -- its sole member is
11   American Retirement Corporation, right?
12        A.    Correct.
13        Q.    Who are its managers?  Do you know?
14        A.    I do not know off the top of my head, no.
15        Q.    Do you know if those managers hold any
16   periodic or annual meetings?
17        A.    I would not know.
18        Q.    Do you know if there are any records of
19   periodic or annual meetings on behalf of those
20   managers?
21        A.    On behalf of the managers, no, I don't
22   know.
23        Q.    Or held by anyone regarding ARC Therapy
24   Services, LLC?
25        A.    There may be something.  Again, I wouldn't

Page 170

1 have firsthand knowledge to it.
2    Q.   Would you have knowledge as a CR -- or a
3 30(b)(6) representative, sitting here today?
4    A.   No.  No.
5         MR. CASSIDY:  Just for the record.  I
6 don't believe she is a CR 30.02 representative for
7 ARC Therapy Services, LLC, today.  But -- note my
8 objection.
9         But go right ahead.
10 BY MS. PARKER:
11    Q.   Do you -- have you seen any corporate or
12 business activity from American -- or for
13 Brookdale -- sorry -- ARC Therapy Services, LLC,
14 from 2014 to present, be it changes in the articles
15 of incorporation, changes in the member agreement,
16 managers agreement, or any other corporate change?
17    A.   I may have seen something on this one in
18 particular, because we converted this entity for tax
19 purposes to -- I think it's treated as Inc.  And so
20 we had some documentation.  But it was a long time
21 ago, so I don't know if I actually looked at
22 certain -- I know I saw formation documents, things
23 of that nature.
24    Q.   So LLC formation documents?
25    A.   Yes, I believe that's what I was -- it was

Page 171

1 a while ago.
2    Q.   And then it became treated as a
3 corporation for tax purposes?
4    A.   It's treated -- yes, it's an LLC but
5 treated as a corporation for tax purposes.  Let me
6 back that up.  I think I'm reversing it.
7         We originally treated it as an Inc.
8 for tax purposes, and now it's basically
9 disregarded, because you have, I believe, five or
10 seven years that you can change it back.  So it is
11 disregarded today, but it was treated as an Inc. --
12 an incorporation back when it first was formed.
13    Q.   When did it make the switch back from
14 corporation -- from being treated as a corporation
15 back to being treated as an LLC?
16    A.   I want to say around -- I don't know --
17 2012, 2013 time frame, maybe.
18    Q.   What precipitated that change?
19    A.   Based on our tax position from the
20 individual entities.  So it's just wanting to make
21 sure that we -- we're most efficient from a tax
22 dollar standpoint.
23    Q.   Did any other entities change status
24 during that time period, or was it just ARC Therapy
25 Services, LLC?

Page 172

1    A.   Any entities on this list --
2    Q.   Yes.
3    A.   -- or -- oh, I'd have to go back and look.
4 We -- I don't think so.  I'm trying to think.  I
5 would have to actually check.  Because we don't do
6 it that often, so I'd have to go back and check.
7    Q.   Brookdale Associate Fund, Inc., what is
8 Brookdale Associate Fund, Inc.?
9    A.   Brookdale Associate Fund, Inc., is a
10 not-for-profit company that is not owned by us
11 because it's nonprofit, but it is -- we manage the
12 board to make decisions.  It gets -- it accepts
13 donations, and it uses those funds to disburse to
14 Brookdale associates in need, based on their -- they
15 submit a form and say they need something for
16 whatever reason, and then those are valued by a
17 board.  I'm not part of that at all.  And that board
18 makes decisions and disperses funds, you know, to
19 help out the associates.  For instance, we did a lot
20 when the hurricanes came through, things of that
21 nature.
22    Q.   So essentially, a nonprofit organization
23 for Brookdale employees; is that right?
24    A.   Correct.
25    Q.   And when you -- when we say "associates"

Page 173

1 in this context, do we mean people who work for
2 Brookdale Employee Services, LLC, Brookdale Employee
3 Services Corporate, LLC, or --
4    A.   Anybody that is employed in the Brookdale
5 organization is eligible.  I'm not even sure -- I
6 don't even know if it's manager on down or if it's
7 anybody.  But it's -- I would have to look at what
8 they -- how the rules are set.  But yeah, it's
9 anybody within the Brookdale organization.
10    Q.   And anybody within the Brookdale
11 organization would include Kentucky employees,
12 right?
13    A.   Yes.  Absolutely, yes.
14    Q.   I see it's an Inc.  It has a board of
15 directors, right?
16    A.   Yes.
17    Q.   Do you know who's on the board of
18 directors?
19    A.   I do not.  I do not.
20    Q.   Do you know who the officers are of that
21 company?
22    A.   I don't.  I don't.  We don't have -- we're
23 very disconnected from it because it makes it --
24 it's standalone decision-making in everything.
25    Q.   Do you know if the board of directors

Page 174

1  meets annually periodically?
2      A.   They meet periodically, yes, because they
3  make decisions on requests, and they accept funds
4  and they actually meet.
5      Q.   Are there independent minutes kept for
6  that organization?
7      A.   Yes, I know there are, but I have not seen
8  them.  I just know when we -- we file the 990s, so I
9  know when we file the returns, we have to look
10  through all of those pieces.
11     Q.   Okay.  So when you say you --
12     A.   My team.  My tax team.
13     Q.   Got you.  So -- and that would be a tax
14  team of employees employed by Brookdale Employee
15  Services Corporate, LLC, and leased to Brookdale
16  Senior Living Communities, Inc., right?
17     A.   Correct.  Correct.  But I don't sign the
18  return as an officer of the company or anything.
19  That's done by someone else, and I couldn't tell you
20  who at this point.
21     Q.   Do you sign the returns for, for instance,
22  Brookdale Senior Living Communities, Inc.?
23     A.   Yes.  Yes.
24     Q.   Do you sign the returns for the other
25  subsidiaries on this list that we've been talking

Page 175

1  about today?
2      A.   Yes, if there is a return.
3      Q.   Okay.
4      A.   If they're disregarded or if it's a
5  certain type of partnership, sometimes there's a
6  separate return.
7      Q.   And there -- I think, from our earlier
8  conversation, you indicated there weren't separate
9  returns for Brookdale -- for ARC Richmond Place,
10  Inc., or BLC Lexington SNF, right?
11     A.   ARC Richmond Place, Inc. -- it is part of
12  the federal consolidated returns, so there wouldn't
13  be anything federally.  And I couldn't remember what
14  I had in Kentucky.  I think Kentucky is like a --
15  there's a consolidation -- some type of
16  consolidation, but I don't know who's the top parent
17  filer.  It may be American Retirement Corporation.
18             And then I'm not sure of the LLCs, if
19  there's a separate LLC return in the state of
20  Kentucky.  I couldn't remember that.
21     Q.   Would you sign both federal and state
22  returns?
23     A.   Yes.  Yes, I would.
24     Q.   For all Brookdale entities, both Brookdale
25  Senior Living, Inc., and its subsidiaries?

Page 176

1      A.   Yes.
2      Q.   Everything, essentially, but the
3  nonprofit?
4      A.   Correct.  I may think of something in
5  between.  It depends on -- I'm not thinking of any
6  right now, but yes.
7      Q.   And of course, you'd have access to all of
8  those returns, right?
9      A.   Yes.
10     Q.   From 2014 to present?
11     A.   Yes.
12     Q.   American Retirement Corporation, we've
13  talked a little bit about today as well.
14             Who is on the board of American
15  Retirement Corporation?
16     A.   I don't know if there's a separate board
17  for that.
18     Q.   Who are the managers at American
19  Retirement Corporation, do you know?
20     A.   It would be the officers, because it's a
21  corporation.  I don't know.  I believe I'm one of
22  them, but I'm not sure.
23     Q.   I think you are too.
24             As an officer of American Retirement
25  Corporation, have you ever attended any officer

Page 177

1  meetings for this specific corporation?
2      A.   No, I have not.
3      Q.   Have you ever attended any board meetings
4  for this specific corporation?
5      A.   No, I have not.
6      Q.   And this corporation does not have
7  employees, right?
8      A.   Not at this time.
9      Q.   From 2014 forward, this corporation?
10     A.   There might have been some in the 2014
11  time period when we were moving over to this new
12  structure.  I just -- I don't have it -- I don't
13  know who they would specifically be.  I'd have to
14  talk to AP -- payroll -- I'm sorry, getting my
15  acronyms mixed up -- payroll.
16     Q.   But since you've made the switch to
17  leasing employees through your two leasing --
18  employee entities, there's been no employees, right?
19     A.   Correct.  Correct.
20     Q.   American Retirement Corporation, how does
21  it generate revenue?
22     A.   It does not.  It's not a -- on its own, it
23  does not service or take care of seniors and run
24  senior resident or housing.  It did have some small
25  management agreements years ago.  I don't think

Page 178

1  there's anything left in it.  It was formed -- when
2  we acquired it in 2006, all of its subsidiaries were
3  underneath it, so it -- the revenue that was
4  generated were its individual legal entity
5  subsidiaries.
6      Q.  Okay.  So it does not have any independent
7  revenue-generating activities, right?
8      A.  Correct.
9      Q.  Does it have any independent obligations
10  to any other Brookdale entity?
11      A.  To any other Brookdale entity?
12      Q.  Yes.
13      A.  Outside of the cost sharing arrangement
14  that it has with Brookdale Senior Living
15  Communities, Inc., and that's -- that it does.  I'm
16  not aware of anything.
17      Q.  Does it have any obligations to any
18  external entities?
19      A.  I'm not sure how it falls under the
20  covenants when we -- if it has any lender
21  requirements or third party lender requirements, if
22  it has to give any individual guarantees for its own
23  subsidiaries.  We may have -- it may not have
24  anything like that in today's environment, but I'm
25  not sure.  I'd have to find out how that would work.

Page 179

1          And then if it was leasing, it goes
2  into -- like when we do covenant calculations and
3  things for our lenders -- or our landlords, it may
4  have something in there that it has to be part of
5  the -- a subsidiary.  They're not going to just let
6  the subsidiary have it.  They may have to look at
7  more pieces.  It just depends on how it's set up.
8  But I don't think it would have anything on a
9  standalone basis anymore.
10      Q.  Okay.  And when do you think, on a
11  standalone basis, it no longer had external
12  obligations?
13      A.  It was shortly after we acquired it.
14      Q.  Which was in, like, 2006, right?
15      A.  Correct.  Correct.
16      Q.  Okay.  So all the funds it receives --
17  first of all, does it receive any funds from its
18  subsidiaries?
19      A.  No.  No, nothing that would -- it has not
20  received any distributions or things of that nature.
21  The funds that are swept are swept between the
22  subsidiary and the general account.  There's not
23  a -- it doesn't go through the hierarchy at all.
24      Q.  Okay.  When you say "swept through between
25  the subsidiary and the general account," do you mean

Page 180

1  when, for instance, a private payor, do they pay
2  American Retirement -- or do they pay ARC Richmond
3  Place, Inc., and then it's swept up?
4      A.  Yes.
5      Q.  And what account is it swept up to?
6      A.  It's in the same -- it's swept up into the
7  general account that's owned by Brookdale Senior
8  Living Communities, Inc.  I'm just not sure if the
9  account is the same or if it's lockbox or how that's
10  handled.
11          There's not an individual bank
12  account in the name of all the communities anymore.
13  So it's more of a -- I believe the accounts are
14  swept -- they come into a general bank account, and
15  then they're swept into accounts that -- overnight
16  accounts that can either be money market accounts or
17  commercial -- used for commercial paper.  So
18  that's -- it's a different type of bank account.
19  And that's done every night.  Just -- it's like a
20  corporate structure -- banking structure.  It's not
21  unlike most companies.
22      Q.  And then after it goes out of that
23  overnight, you know, lockbox account, it goes into
24  the general bank account --
25      A.  Um-hum.

Page 181

1      Q.  -- for Brookdale Senior Living
2  Communities, Inc., right?
3      A.  Correct.  But it's always segregated,
4  because you know exactly where it is from a business
5  unit perspective.
6      Q.  How is it all segregated?
7      A.  In the accounting system, so you know that
8  that person came from this resident, paid the money
9  into this entity, and that entity was credited with
10  the revenue.
11      Q.  So you can see it on your accounting
12  ledgers?
13      A.  Correct.
14      Q.  But in terms of how the money is held in
15  the bank account, it's held -- it's in one bank
16  account, right?
17      A.  Yes.  Yes.
18      Q.  All right.  I just want to make sure we're
19  on the same page there.
20      A.  Yes.
21      Q.  So is that -- I was asking you about ARC
22  Richmond Place, Inc., and private payers.  Does that
23  work any differently when we're talking about, for
24  instance, Medicare or Medicaid paying for somebody's
25  care in a skilled nursing facility?

Page 182

1    A.   Yes.  Those have to go into segregated
2  accounts, as required by Medicare and Medicaid.  And
3  that -- but it's the same concept.  I'm just not
4  sure if there's separate accounts in the name of the
5  provider number or the provider numbers are
6  consolidated.  I just don't know that.
7    Q.   There's still that midnight -- or
8  overnight sweep and then it goes up into the general
9  account, right?
10   A.   I believe so, but I'd have to confirm
11  that.  But it does have to go -- they only pay into
12  certain accounts.  And those accounts have -- so
13  Medicare payments have to go into their approved
14  accounts.
15   Q.   Is there an account associated with each
16  skilled nursing facility?
17   A.   I'm not sure, because we don't have that
18  many of them.  There may be.  I just don't know that
19  answer.
20   Q.   Who would know that answer?
21   A.   I'd have to talk to our treasury team.  I
22  mean, we could find it out.  I just don't know it
23  off the top of my head.
24   Q.   Okay.
25   A.   Because there's not that many.

Page 183

1    Q.   Sure.  Sure.
2         But after that money, whatever
3  account it hits, it gets swept overnight and then
4  goes back up into the Brookdale general account; is
5  that correct?
6    A.   Yes.  Yes.
7    Q.   Okay.  Whether it's money from Medicare,
8  Medicaid, or private pay?
9    A.   Yes.
10   Q.   And then that money is then used to run
11  Brookdale Senior Living Communities, Inc., and the
12  rest of the subsidiaries of Brookdale Senior Living,
13  Incorporated, right?
14        MR. CASSIDY:  Objection.
15        Go right ahead.
16        THE WITNESS:  Yes, but it's used to pay --
17  you know, it's all segregated by business unit.  So
18  you pay your bills, and that's all accounted for on
19  the financial statements.
20   BY MS. PARKER:
21   Q.   Sure.
22   A.   So yeah, the operating account then pays
23  the bills for everybody.
24   Q.   Got you.
25        Is that what you all call it?  Do you

Page 184

1  all have a name internally for that account that all
2  the money rolls into is the operating account or --
3    A.   No, the operating account is where the
4  payments are made, and then there's a payroll
5  account.  I don't know what they call the --
6    Q.   The big bank account?
7    A.   Yeah.  Because then -- I know -- like I
8  said, I know there's commercial paper, there's
9  overnights, there's things that are done, and
10  there's different names for each one of those
11  accounts.
12   Q.   Okay.  So none of that money flows through
13  American Retirement Corporation?
14   A.   No.
15   Q.   And is that the same way with the other
16  sister corporations, like Horizon Bay and Emeritus
17  Corporation?
18   A.   It should be.  I just don't know,
19  especially with Emeritus, since we bought it in
20  2014, I'm not sure how long we were operating under
21  Emeritus's structure versus moving it to Brookdale's
22  overall structure.
23   Q.   So what is the day-to-day business of
24  American Retirement Corporation?
25        MR. CASSIDY:  Let's kind of move on.

Page 185

1  American Retirement Corporation is not a part of the
2  motion to dismiss for lack of jurisdiction.  I've
3  given you some leeway.  But come on, let's move on a
4  little bit.
5         MS. PARKER:  Are you instructing her not
6  to answer?
7         MR. CASSIDY:  Yeah.  Yeah, I am.
8         MS. PARKER:  Okay.
9         MR. CASSIDY:  And I think she's given you
10  a flavor of that already.
11        MS. PARKER:  Okay.  I'll just certify.
12        MR. CASSIDY:  Okay.
13   BY MS. PARKER:
14   Q.   So Brookdale Senior Living Communities,
15  Incorporated, Tennessee and Delaware.  I note that
16  there are two corporations incorporated, one in
17  Tennessee and one in Delaware.
18        Is it your understanding that these
19  are different corporations or the same corporation?
20   A.   I'm not aware of any corporation for
21  Brookdale Senior Living in Tennessee.  The
22  corporation that I have is Delaware.
23   Q.   Okay.
24   A.   So I don't have any -- I don't have two.
25   Q.   And Brookdale Senior Living Communities,

Page 186

1   Incorporated, Delaware, the one that you've got --
2       A.   Yeah, Communities, Inc., Delaware, yes.
3       Q.   -- is the same one we've been talking
4   about all day, Brookdale -- that we were referring
5   to as the corporation right under Brookdale Senior
6   Living, Inc., right?
7       A.   With the two intermediary entities that I
8   don't have the exact names for, yes.
9       Q.   Okay.  Have you told me everything you
10  know about the corporate -- the day-to-day corporate
11  running of Brookdale Senior Living Communities,
12  Inc.?  And what I mean by that is, you know, the
13  frequency of board meetings and whether there's any
14  minutes that you have access to, those sort of
15  things.
16      A.   I have actually -- I know there are
17  separate books for -- not that I don't know there
18  are for any.  I just haven't seen them.  For
19  Brookdale Senior Living Communities, Inc., Delaware,
20  that legal entity, when I first came on board, we
21  had an audit for that separate structure.  And that
22  structure, we had instructed people to go down to
23  Tennessee to look at the minute books.
24      Q.   Got you.  So in Tennessee, you all have
25  books for Brookdale Senior Living Communities, Inc.;

Page 187

1   is that right?
2       A.   Yes.  And I would imagine we have them for
3   other ones, but I have not had to go and ask about
4   it.
5       Q.   And by "minute books," you mean board of
6   director meeting minutes?
7       A.   I didn't audit them, so I can't tell you
8   what's actually in them.
9       Q.   Would -- is Tennessee where you all keep,
10  for instance, the articles of incorporation for
11  Brookdale Senior Living Communities, Inc.?
12      A.   Yes.
13      Q.   And any changes or amendments to the
14  articles of incorporation, that sort of thing?
15      A.   Yes.
16      Q.   And I would assume, like, rosters of
17  people on the board of directors would be kept there
18  as well?
19      A.   Yes.
20      Q.   Where are the actual board of director
21  meetings held for Brookdale Senior Living, Inc.?
22      A.   They could be held anywhere.  For example,
23  we just had one Tuesday in Milwaukee.  We've been in
24  Nashville.  It depends on how -- what decision --
25  I'm not part of that decision making.

Page 188

1       Q.   Have you all ever had them in Kentucky?
2       A.   Not that I'm aware of.
3       Q.   How about for Brookdale Senior Living
4   Communities, Inc., have you ever had a board meeting
5   in Kentucky?
6       A.   I'm not aware of, no.
7       Q.   Okay.  HCP, Inc.  It's my understanding
8   that that's not part of your corporate structure,
9   right?
10      A.   Correct.
11      Q.   And HBP Leaseco, Inc., is not part of your
12  corporate structure, right?
13      A.   No, that is.
14      Q.   Oh, okay.
15      A.   Yes.
16      Q.   HBP Leaseco, Inc., what is that entity?
17  What's the state of the business?
18      A.   HBP Leaseco, Inc., is part of the -- was
19  formed when we acquired the Horizon Bay structure in
20  2011.  And it is -- it held, at the time, eight
21  triple net leases for eight communities with HCP.
22      Q.   Okay.  So none of those communities would
23  have been BLC Lexington SNF, right?
24      A.   No.  No.
25          MR. CASSIDY:  Is that correct?  I want to

Page 189

1   make sure that the record is clear on that.
2          THE WITNESS:  Yes.  No, they would not
3   have been -- they would not have had anything to do
4   with BLC Lexington -- I want to make sure I say it
5   right -- BLC Lexington SNF, LLC, no.
6   BY MS. PARKER:
7       Q.   Would those communities have been in
8   Kentucky?
9       A.   I don't remember.  I honestly don't
10  remember.  It has one left today in Texas.  I don't
11  remember what it's had over time, if there was any
12  in Kentucky.
13      Q.   But Brookdale, again, would have records
14  of that, right?
15      A.   Yes.
16      Q.   We have covered, I think, section B while
17  we were covering section A.  So that's some good
18  news.
19          I have just some brief questions on
20  No. 3 here about who was in charge.  I think we
21  covered a lot of these as well in our discussion of
22  these entities.  But who was in charge of these
23  specific ancillary services for BLC Lexington SNF.
24          I understand your testimony on PTOTST
25  to be that ARC Therapy Services, LLC, provided those

Page 190

1  services at BLC Lexington SNF; is that accurate?
2      A.  That is my understanding.
3      Q.  Did any -- and I'll get you to look at
4  this list of entities here.
5              Did any of the entities on that list
6  of entities provide radiology services for BLC
7  Lexington SNF?
8      A.  I am not personally aware of how radiology
9  services go for any of our communities.
10     Q.  Okay.  Did you look into any of that
11 before your deposition today?
12     A.  No, I did not.
13     Q.  How about laboratory services, did any of
14 the entities listed provide laboratory services for
15 BLC Lexington SNF?
16     A.  Again, I'm not aware of any of those
17 services and how we provided them.
18     Q.  Is that going to be your answer for
19 intravenous therapy as well?
20     A.  Yes.
21     Q.  How about oxygen therapy?
22     A.  Yes.
23     Q.  Electro cardiology?
24     A.  Yes.
25     Q.  Medical supplies?

Page 191

1      A.  Yes.
2      Q.  Pharmacy?
3      A.  Yes.
4      Q.  How about nursing administration?
5      A.  I don't have firsthand knowledge of how
6  that flows through the BLC Lexington SNF, LLC.
7      Q.  And you don't have corporate knowledge,
8  sitting here today, you didn't talk to anybody that,
9  right?
10     A.  No.
11     Q.  General administration?
12     A.  Not personal knowledge of where -- of how
13 that works.
14     Q.  I don't mean to be a pill.  Or corporate
15 knowledge, sitting here today, you didn't talk to
16 anybody?
17     A.  Yes.
18     Q.  Okay.  Dietary?
19     A.  Again, I'm not -- I don't have firsthand
20 knowledge of that either.
21     Q.  How about central services and supply?
22     A.  We, as in Brookdale organization, has a
23 procurement department that the individual
24 communities have the ability to go into a electronic
25 system and purchase items they need for their

Page 192

1  individual communities.  I don't know the
2  individuals involved and who sets that up, but they
3  have the ability to do that, as well as going -- if
4  they need something, they can go and do it
5  themselves, if that's not available and they need it
6  immediately or something of that nature.
7              Is that the question you're asking?
8      Q.  Tangentially, I think.
9              Procurement department, is that
10 something that would be set up for -- sorry.  Is
11 that something that would be set up by Brookdale
12 Senior Living Communities, Inc.?
13     A.  It would be administered through that,
14 yes.
15     Q.  Part of their centralized administration
16 of Brookdale Senior Living, Inc.'s subsidiaries?
17     A.  Correct.
18     Q.  So communities would actually be able to
19 go online and purchase things they needed from that
20 procurement department; is that correct?
21     A.  Not from the procurement department.  But
22 they would have the ability to purchase, through our
23 national vendors, items that they needed for their
24 community.  So they don't buy it directly from
25 the -- procurement department doesn't acquire it and

Page 193

1  then they disburse it out.  If they don't -- it's
2  real time, so if they need something, they go and
3  they say, hey, I need whatever and see if it's out
4  there and available to them.  And then they can go
5  and buy it.  And then it's delivered by the vendor.
6      Q.  So if -- so for instance, if they need
7  bandages at BLC Lexington SNF --
8      A.  Right.
9      Q.  -- they would contact procurement.
10 Procurement would purchase them and they would be
11 delivered by the vendor; is that right?
12     A.  Yeah, that's my understanding.  Now,
13 again, we don't have a lot of SNFs, so I'm not sure
14 if it's handled the same way as an assisted living
15 or independent living would be handled.
16     Q.  And is there a list somewhere of -- you
17 said that the facilities, the senior living
18 communities can buy things from procurement, and if
19 procurement doesn't have it, they can go outside of
20 procurement, right?
21     A.  Yes, if they need it.  That would be based
22 on their individual decisions.
23     Q.  Is there a list somewhere of the things
24 that procurement has so these communities know what
25 to go for?

Page 194

1    A.   I'm sure it's out there in the system, and
2  I just -- I'm not aware of what it looks like or how
3  it's done.
4    Q.   And then when the facility buys -- or gets
5  something from procurement, does the facility
6  actually pay Brookdale Senior Living Communities,
7  Incorporated, for that purchase?
8    A.   No.  They would pay the vendor.  So the
9  vendor's invoice would come in, and it would be
10 divided among the communities that acquired
11 something from that vendor.
12        Brookdale Senior Living Communities,
13 Inc., would not be charged if its communities --
14 direct communities didn't buy anything.  So the
15 vendor -- the invoice doesn't go to that -- it
16 doesn't -- it gets charged based on the business
17 unit.  That's easier to say.
18        So we know exactly who acquired it.
19 The purchasing people know who acquired or requested
20 the purchase, and the purchase gets charged to their
21 accounts.
22    Q.   But the business -- but the vendor is
23 actually sending their invoice to Brookdale Senior
24 Living Communities, Inc., right?
25    A.   If it's a national vendor.

Page 195

1    Q.   Got you.
2    A.   If it's not a national vendor, it could go
3  to the individual community.  It just depends.
4    Q.   That makes a lot of sense.  Medical
5  records.  That was part of the -- are those
6  centralized, or are they --
7    A.   Because of the concept of electronic and
8  how that's migrated, I can't speak to that.  I'm not
9  familiar with how those are set up and how -- I'm
10 not privy to that, because under HIPAA I'm not part
11 of that structure --
12    Q.   Okay.
13    A.   -- so I could never access those records.
14    Q.   Is there another department, maybe at
15 Brookdale Senior Living Communities, Inc., that
16 deals with medical records that you know of?
17    A.   It would be under clinical somehow, and
18 I'm not sure because of the SNF is handled
19 differently, I believe, than a independent living or
20 something like that.  So I'm not -- I think we have
21 a separate SNF organization, but I'm not familiar
22 with who's under our -- if that's actually true, I'm
23 not -- I don't really follow the clinical side.
24    Q.   Were you involved, or do you have any
25 information about reimbursement that BLC Lexington

Page 196

1  SNF received for switching over to PointClickCare at
2  all?
3    A.   Oh, I don't even -- I know I've heard of
4  PointClickCare, but that's not my field.
5    Q.   Okay.  How about social services?
6    A.   As in?
7    Q.   Like, do any of the other entities that
8  we've sued provide social services to Brookdale --
9  or to BLC Lexington SNF?
10    A.   I don't know -- you mean have social
11 workers on staff?
12    Q.   It's just a division that's part of some
13 SNFs.
14    A.   I'm not familiar with it.  I'm not saying
15 we don't have it, but I'm not familiar with it.
16    Q.   Okay.  How about business officer visits.
17 Do any of the entities that we've been discussing
18 today provide business office services to BLC
19 Lexington SNF?
20    A.   BLC Lexington SNF would have its own
21 business office and that it would get any additional
22 support from the corporate shared services office
23 that's run on the Brookdale Senior Living
24 Communities, Inc.
25    Q.   And those business office employees are

Page 197

1  going to be leased employees, right?
2    A.   Yes.
3        MR. CASSIDY:  Going to be at least what?
4        MS. PARKER:  They're going to be leased
5  employees.
6        MR. CASSIDY:  Okay.
7  BY MS. PARKER:
8    Q.   Payroll.  Who provides BLC Lexington SNF's
9  payroll?
10    A.   Well, the payroll is done by -- we have a
11 payroll department in Brookdale Senior Living
12 Communities, Inc., that is staffed by the leased
13 employees out of Brookdale Employee
14 Services-Corporate, LLC, and then we also have a
15 ADP, which is our third party vendor.  And if it is
16 a pay card situation, it's done by Skylight, I
17 believe is the name of the pay card.  That may not
18 be all the way through this time period, because I
19 think we switched vendors, but I'm not sure who they
20 are.
21        So a lot of associates, especially at
22 a community level, can get paid by a pay card.
23    Q.   Does that change at all about who's
24 responsible for payment if BLC Lexington SNF uses
25 staffing agencies?

Page 198

1      A.    I mean, BLC Lexington SNF, LLC, is always
2   going to ultimately pay the cost of staffing.
3   Whether it pays Brookdale Employee Services, LLC, or
4   it could pay a temporary service directly as a
5   vendor, it would still end up paying it on its --
6   it's ultimately responsible for the liability of the
7   cost.
8            Is that what you're asking?
9      Q.    Yeah.  I think that's fair.
10           In other words, if a staffing agency
11  employee is coming to BLC Lexington SNF to work,
12  they're going to be -- the staffing agency is going
13  to receive payment from BLC Lexington SNF rather
14  than some other entity or subsidiary of Brookdale
15  Senior Living, Inc.  Is that fair?
16     A.    That's how I understand it, yes.  And that
17  would be a decision made at the -- at BLC Lexington
18  SNF, LLC's, level if they needed staffing.
19     Q.    Okay.  Employee benefits administration,
20  is that done centrally?
21     A.    That is done centrally under Brookdale
22  Senior Living Communities, Inc., staffed by
23  Brookdale Employee Services-Corporate.
24     Q.    How about workers' compensation
25  administration?

Page 199

1      A.    That is the same thing.
2      Q.    And unemployment insurance administration?
3      A.    Same thing.
4      Q.    How about policies and procedures,
5   drafting and promulgating policies and procedures?
6      A.    Similar to that.  We have a -- the
7   Brookdale organization has a policy committee, and
8   those are drafted, yes, at the corporate level.
9      Q.    When you say the "Brookdale organization,"
10  do you mean Brookdale Senior Living Communities,
11  Inc.?
12     A.    Yes.
13     Q.    And then those policies that are drafted
14  at the corporate level are passed down to the subs?
15     A.    It depends -- yes, but not always in the
16  exact format because it's a state-by-state specific
17  situation.  So it depends on the state.
18     Q.    How about training new hires, is that
19  something that's done centrally?
20     A.    It's done centrally with the state
21  requirements.
22     Q.    It's my understanding that a lot of that's
23  done on computer now, right?
24     A.    Yes, it's done on a computer, a lot of the
25  training, yes.

Page 200

1      Q.    How about the creation and revision of
2   training materials, is that done centrally?
3      A.    That is done centrally.
4            We also -- there may be times in this
5   period that we actually outsourced that as well.  I
6   don't know for sure.  I mean, I do know that
7   training has been outsourced.  I just don't know
8   when and to who during the time period.
9      Q.    Okay.  Like in -- like third parties?
10     A.    Correct.  Correct.  Yes.
11     Q.    I'm sure Brookdale would --
12     A.    Brookdale would have those records, yes.
13     Q.    Submission of data to Kentucky Cabinet For
14  Health and Family Services.  Is that something that
15  the skilled nursing facility is going to do, or is
16  that centralized?
17     A.    I don't even know what this is, to be
18  honest.  I would -- I don't know who would do it.
19     Q.    Okay.  And you didn't talk to anyone about
20  that category before today, right?
21     A.    No.  No.
22     Q.    Okay.  Didn't review any documents on that
23  category?
24     A.    No, I did not.
25     Q.    How about submission of data to the

Page 201

1   Department of Health and Human Services?  This is
2   the Federal Government submission.
3      A.    That's the same -- I'm not familiar with
4   who actually does that.
5      Q.    How about submission of data for
6   reimbursement to Medicare and Medicaid?
7      A.    Again, I'm not familiar with who actually
8   does that.
9      Q.    Okay.  And again, you didn't talk to
10  anybody about those categories, right?
11     A.    No, I did not.
12     Q.    Okay.  Category No. 4 is about the
13  identity and job title and responsibilities of
14  people who submitted information on behalf of BLC
15  Lexington SNF to various state and federal agencies.
16  I'm wondering if you know who is responsible for
17  submitting the CMS 2540-10 forms for BLC Lexington
18  SNF?  Those are those cost reports that we've been
19  looking at today.
20     A.    I am not -- I'm not aware of who does
21  those.
22     Q.    Is that going to be the same answer for
23  all of the categories under No. 4 here?
24     A.    Yes, it is.
25     Q.    And did you look at any documents to

Page 202

1  prepare for No. 4 today?
2      A.  No.  I don't even know where to find
3  those.
4      Q.  Did you talk to anyone internally at
5  Brookdale Senior Living, Inc., or any of its
6  subsidiaries to prepare for No. 4 today?
7      A.  No, I did not.
8      Q.  All right.  Do you know where the
9  documents listed at 4A through K are kept?
10     A.  No, I do not.
11     Q.  Whether they be at the facility level or
12 the corporate level?
13     A.  I do not.
14     Q.  Number 6 is about the CMIP plan, bonus
15 plans.  The -- were there CMIP and bonus plans
16 applicable to folks who provided services to BLC
17 Lexington SNF?
18         MR. CASSIDY:  I'm going to object and
19 instruct this witness not to answer that for the
20 same reasons that I identified earlier.
21         MS. PARKER:  Okay.
22         MR. CASSIDY:  You may ask a follow-up if
23 you would like, of course.
24         MS. PARKER:  I'll just incorporate my
25 earlier attempts to resolve this discovery issue on

Page 203

1  the record, and I will go ahead and make any record
2  for the judge.
3  BY MS. PARKER:
4      Q.  Are any of the employees employed by
5  Brookdale Employee Services Corporate, LLC, bonussed
6  in any way off of the performance of the BLC
7  Lexington SNF, LLC?
8          MR. CASSIDY:  You may answer that if you
9  know.
10         THE WITNESS:  Can you restate that again?
11 I'm sorry.
12 BY MS. PARKER:
13     Q.  Are any of the employees who are employed
14 by Brookdale Employee Services Corporate, LLC, are
15 they bonussed, or is their CMIP plan based off of
16 the performance of BLC Lexington SNF in any way?
17     A.  The CMIP plan is -- my understanding, is
18 convenient --
19         MR. CASSIDY:  I don't want you to answer
20 any questions about the CMIP plan.
21         THE WITNESS:  Oh, okay.  I'm sorry.
22         MR. CASSIDY:  I just instructed you not to
23 do that based upon her earlier question.
24         THE WITNESS:  Oh.
25         MR. CASSIDY:  I think she's trying to find

Page 204

1  out if you know whether or not any of the employees
2  of Brookdale Employee Services-Corporate, LLC, would
3  have received bonuses based upon -- how did you
4  phrase it? -- performance at BLC Lexington SNF, LLC?
5          THE WITNESS:  I thought she said the CMIP
6  plan as well.
7  BY MS. PARKER:
8      Q.  I did.  You're right.
9      A.  Okay.  So -- I don't know that.  I don't
10 know that for sure.  I don't know.
11     Q.  How about the employees who work for
12 Brookdale Employee Services, LLC, are they bonussed
13 at all off of the performance of BLC Lexington SNF,
14 LLC?
15         MR. CASSIDY:  Same objection and same
16 instruction.
17         MS. PARKER:  Are you instructing her not
18 to answer?
19         MR. CASSIDY:  Yes.
20         MS. PARKER:  Okay.
21 BY MS. PARKER:
22     Q.  So my question pertains to any of these
23 entities that are sued in this case, any of the
24 employees who are leased to those entities, are any
25 of them bonussed or are part of a CMIP plan that

Page 205

1  takes into account the performance or revenues or AR
2  or profits of BLC Lexington SNF, LLC?
3          MR. CASSIDY:  Now, this one, we may want
4  you to answer.  But I want you to do a better job,
5  if you can, of identifying which entities you're
6  talking about, I guess, so that we're clear on our
7  record.
8  BY MS. PARKER:
9      Q.  Yeah.  Okay.
10         MR. CASSIDY:  Okay?
11 BY MS. PARKER:
12     Q.  I'm talking about any entity who leases
13 employees -- because we don't have to talk about
14 entities that don't have employees, right?
15         MR. CASSIDY:  Okay.  You want to -- so
16 you're talking about the two that you just asked
17 about, and she didn't know about corporate --
18 Brookdale Employee Services Corporate.
19         MS. PARKER:  Right.  And now I'm going to
20 talk about entities.
21         MR. CASSIDY:  Okay.
22         MS. PARKER:  I'm closing the loop here.
23         MR. CASSIDY:  I thought you were asking if
24 any of the other defendants in the case that she's
25 sued, if you're aware that any of these their people

Page 206

1  were bonussed off of BLC Lexington SNF.
2       MS. PARKER:  That is what I'm asking, yes.
3       MR. CASSIDY:  Okay.
4       MS. PARKER:  That is what I'm asking.
5       MR. CASSIDY:  If you know the answer to
6  that, then please provide it.
7       THE WITNESS:  So any defendants in the
8  case were bonussed off of the performance of the
9  individual entity, BLC Lexington SNF, LLC?
10 BY MS. PARKER:
11      Q.  Yes.  Either as this entity or as rolled
12 up with all of the other, you know, SNFs or
13 jurisdictionally or geographically.
14      A.  I can't speak to individual -- their
15 individual employment agreements, but I can speak to
16 some of the general bonus plan on some of these
17 defendants, could have included measurements from
18 BLC Lexington SNF, LLC.  But I don't believe there
19 were payments -- payouts actually made.  So in other
20 words, the targets in a company weren't met so there
21 was no payment of a payment.
22      Q.  I see.
23      A.  It would depend on the year, and you'd
24 have to go back and actually look.  So if you look
25 over the time period we're talking about, there

Page 207

1  hasn't been a lot of payments individually made that
2  look at those measurements, at least on the plans
3  that I'm aware of.
4       MS. PARKER:  Let's go off the record real
5  quick.
6            (A short recess was taken.)
7  BY MS. PARKER:
8       Q.  We've just been off for a few minutes.
9  You know I always ask, if you want to add, clarify
10 or change anything about prior testimony?
11      A.  No, not that I can think of.
12      Q.  Okay.  Number 7 on this --
13      A.  Losing my exhibits.
14      Q.  Okay.  The identity, employer, job title,
15 and responsibilities of persons who served on BLC
16 Lexington SNF's governing body for 2012 to 2018.
17           Do you know who those folks were?
18      A.  Can you define "governing body"?
19      Q.  Governing body is a term defined in the
20 current federal regulations.  It's the people
21 responsible in -- jointly with the administrator for
22 running the skilled nursing facility.
23      A.  I am not familiar with who those people
24 would be.
25      Q.  Okay.  And you received and read over this

Page 208

1  entire notice, right?
2       A.  Yes.
3       Q.  Number 8, we probably have discussed in
4  prior questions, but I just want to make sure.
5           Have you told me about all of the
6  contracts that BLC Lexington SNF would have had with
7  all of the other defendants in this lawsuit?
8       A.  Let me look through and make sure.
9           So we talked about the lease between
10 BKD -- e) BKD Richmond Place Propco, LLC, and BLC
11 Lexington SNF, LLC.
12      Q.  We did.
13      A.  And we talked about the leasing
14 arrangement between Brookdale Employee Services,
15 LLC, and BLC Lexington SNF, LLC.
16      Q.  We did, yes.
17      A.  I am not aware of any other contracts with
18 BLC Lexington SNF, LLC.
19      Q.  And these entities listed A through T?
20      A.  Yes.
21      Q.  Okay.  Number 9 talks about leases, land
22 contracts, easements, deed, or other documents.  And
23 it's got the same entities listed at A through T.
24 You've already told me about the property agreements
25 and the leases.

Page 209

1           Are you aware of any other land
2  contracts, easements, or deeds between BLC Lexington
3  SNF and these listed entities?
4       A.  No, I am not.
5       MS. PARKER:  So for recordkeeping
6  purposes, I want to go ahead and put in a couple of
7  more exhibits.
8           This is the 2017 cost report.
9       MR. CASSIDY:  Number 9.
10           (Deposition Exhibit No. 9, No. 10,
11           and No. 11 were marked for
12           identification.)
13      MS. PARKER:  I actually just put them in
14 for recordkeeping.  So I'm looking at Exhibit 4
15 right now, which is the cost report from 2014.
16      MR. CASSIDY:  Okay.
17      MS. PARKER:  Are you there?  Do you got
18 it?
19      THE WITNESS:  Um-hum.
20      MR. CASSIDY:  We're on 4.
21      MS. PARKER:  Good.
22      MR. CASSIDY:  But we don't know where you
23 want us to go on 4.
24      MS. PARKER:  Okay.  Hold on one second.
25      MR. CASSIDY:  And I think, by the way, if

Page 210

1  you want to save time -- have you marked all the
2  ones that these -- or do you have others you want to
3  mark?
4         MS. PARKER:  I have no other ones I want
5  to mark.
6         MR. CASSIDY:  Okay.  Based on the
7  witness's prior testimony, if we could stipulate as
8  to all of your -- or if you want to give a form of a
9  question, I'll be instructing her, essentially, not
10 to -- she's already testified she's not familiar
11 with this.  And further, it's the defendant's
12 position that the scope of questioning as to these
13 exhibits, 4, 5, 9, 10, I believe it is, they have
14 been marked is beyond the scope of what's been
15 ordered.  You and I disagree about that.  But
16 nevertheless, she's not going to be able to answer
17 any questions you asked about it anyway, and I'm
18 going to ask her not to answer them.
19        So if there's something we can come
20 up with, you want to just incorporate all of your
21 prior comments in response to that, or do you want
22 to go through and ask specific questions as to A
23 through R?
24        MS. PARKER:  I think I have to make my
25 record.

Page 211

1         MR. CASSIDY:  Okay.
2         MS. PARKER:  I think I have to.
3         MR. CASSIDY:  Okay.
4         MS. PARKER:  But I am comfortable with
5  incorporating your objection and my prior response
6  to that as to all of the cost reports, rather than
7  having me go through and ask tons and tons of
8  questions and having had that back and forth which
9  one, if that makes sense.
10        MR. CASSIDY:  Sure.  That's fine.  So go
11 ahead.
12        MS. PARKER:  Okay.  So as to Exhibit 4,
13 pooled home office A&G related costs --
14        MR. CASSIDY:  Help us --
15        MS. PARKER:  Oh, I thought you were just
16 going to -- okay.  Sorry.
17        Worksheet AA1 is what I'm looking at.
18 And I really wish these were numbered, but they're
19 not.  But it's about halfway through.
20        MR. CASSIDY:  Okay.
21        THE WITNESS:  Okay.
22        MR. CASSIDY:  All right.  She's there.
23 BY MS. PARKER:
24    Q.   And I'm looking at line No. 1, which is
25 capital-related costs, buildings and fixtures.  Do

Page 212

1  you see that?
2     A.   Yes.
3     Q.   And pooled home office capital-related is
4  the expense item, right?
5     A.   Yes.
6     Q.   And it says that -- it has a value of
7  $120,000 and -- sorry -- $120,000 -- I don't know
8  why I'm having such trouble with this -- $120,136.
9         Do you see that?
10    A.   Yes.
11    Q.   What was that charge for?
12    A.   I do not know.
13    Q.   Or that expense for?
14    A.   I don't know.
15        MR. CASSIDY:  Let me just say, I'm going
16 to instruct the same thing for that same question.
17 But you go right ahead, and maybe we can get through
18 it fast.  You keep going.
19        MS. PARKER:  Okay.  Okay.
20 BY MS. PARKER:
21    Q.   Administrative and general pooled home
22 office A&G-related, $729,000.
23        Where was -- who did BLC Lexington
24 SNF, LLC, give $729,000 to, for what entity?
25    A.   I'm not aware.

Page 213

1         MR. CASSIDY:  Same objection.
2  BY MS. PARKER:
3     Q.   And for what services?
4         MR. CASSIDY:  You can answer that if you
5  know.
6         THE WITNESS:  I am not aware.
7  BY MS. PARKER:
8     Q.   Okay.  Worksheet S3 parts 1 and 2, and
9  that's actually page 5.  And I am on part 3,
10 overhead cost direct salaries.
11        Are you with me?
12    A.   Yes.
13    Q.   You testified today that Brookdale -- or
14 BLC Lexington SNF did not have employees, and so I'm
15 wondering, for instance, who they paid direct
16 salaries to in column No. 5, housekeeping?
17        MR. CASSIDY:  Same objection.  Instruct
18 you not to answer.
19 BY MS. PARKER:
20    Q.   And No. 6, dietary?
21        MR. CASSIDY:  Same objection.  Instruct
22 you not to answer.
23 BY MS. PARKER:
24    Q.   Okay.  Worksheet S3 part 5, which is three
25 pages over.

Page 214

1    MR. CASSIDY:  Bear with me.  She's there
2  before I am.
3         Go ahead.
4  BY MS. PARKER:
5    Q.   Again, you testified that BLC Lexington
6  SNF does not have employees.  They have reported
7  $1 million in payment to registered nurses.
8         Do you see that on direct line 1?
9    A.   Yes, I do.
10   Q.   Who did the $1 million, this payment -- or
11 what entity did the $1 million actually go to?
12   MR. CASSIDY:  Same objection.  Instruct
13 you not to answer.
14 BY MS. PARKER:
15   Q.   And same question with respect to LPNs,
16 the $970,000, who or what entity did that money
17 actually go to?
18   MR. CASSIDY:  Same objection.  Instruct
19 you not to answer.
20 BY MS. PARKER:
21   Q.   Same question with respect to line 3,
22 CNAs?
23   MR. CASSIDY:  Same.
24 BY MS. PARKER:
25   Q.   Okay.  And same question with respect

Page 215

1  to -- well, you told me that BLC Lexington SNF, LLC,
2  does not provide therapy services.  It's provided
3  through ARC Therapy Services, LLC, right?
4    MR. CASSIDY:  You may answer that
5  question.
6    THE WITNESS:  That -- yes, that's my
7  understanding.
8  BY MS. PARKER:
9    Q.   Do you know why BLC Lexington SNF, LLC,
10 would have reported $365,000 in direct care
11 expenditure salaries for physical therapists?
12   MR. CASSIDY:  My same prior objection and
13 instruction.
14 BY MS. PARKER:
15   Q.   Or line 6, why they would have reported
16 264,000 to pay PTAs?
17   MR. CASSIDY:  Same objection and
18 instruction.
19 BY MS. PARKER:
20   Q.   Same with question with respect to
21 occupational therapist, OTA assistants, and speech
22 therapists, which are lines 8, 9, and 11?
23   MR. CASSIDY:  And same instruction.
24 BY MS. PARKER:
25   Q.   Sitting here today, do you know who or to

Page 216

1  what entity this money was actually paid to?
2    MR. CASSIDY:  Same.
3  BY MS. PARKER:
4    Q.   Worksheet A7, which is, again, about
5  halfway through.
6    MR. CASSIDY:  Okay.
7  BY MS. PARKER:
8    Q.   Are you there?
9    A.   Um-hum.
10   Q.   It says, "Analysis of changes in capital
11 asset balances" at the top.
12        Do you got it?
13   A.   Um-hum.
14   Q.   Okay.  On worksheet A7, this was from
15 1/1/2014 to 12/31/2014.  BLC Lexington SNF is
16 reporting $350,000 as the value of the land that
17 they own, right?
18   MR. CASSIDY:  Objection.  Instruct you not
19 to answer.
20 BY MS. PARKER:
21   Q.   And they're reporting that they own
22 $17 million is the value of the buildings and
23 fixtures that they own, correct?
24   MR. CASSIDY:  Same objection.
25 Instruction.

Page 217

1  BY MS. PARKER:
2    Q.   Now, we've discussed that from 2013 on,
3  the land and building and fixtures was actually
4  owned by the Propco, correct?
5    MR. CASSIDY:  You may answer that
6  question.
7    THE WITNESS:  Yes.
8  BY MS. PARKER:
9    Q.   Do you know of any reason, sitting here
10 today, why BLC Lexington SNF would continue to claim
11 these assets on its Medicare cost reports?
12   MR. CASSIDY:  Same instruction.
13 Objection.
14 BY MS. PARKER:
15   Q.   Look at worksheet A-8-1 for me.  And we
16 already looked at the top part of this one, but I'm
17 going to look at the bottom part now.
18        It says on the left-hand side here,
19 BLC Richmond -- I think that's supposed to say
20 Lexington but it cuts off.  And then it notes,
21 "related organization" on the right-hand column,
22 "Brookdale Senior Living."
23        Do you see that?
24   A.   Yes.
25   Q.   Percentage of ownership 100 percent, home

Page 218

1  office or provider.
2              Do you see those?
3      A.   Yes.
4      Q.   Which company does Brookdale Senior Living
5  refer to?
6      A.   Again, I'm not how familiar with how this
7  form is filled out, so I wouldn't know what they
8  were referring to.
9      Q.   Does it -- can you tell from this form
10 whether it's Brookdale Senior Living, Inc., or
11 Brookdale Senior Living Communities or one of the
12 other multiple city of entities we've been talking
13 about today?
14     MR. CASSIDY:  You may answer if you know.
15     THE WITNESS:  I do not know.
16     MS. PARKER:  Go off the record for just a
17 minute while I'm looking for this one page.
18             (A short recess was taken.)
19     MS. PARKER:  Okay.  We can go back on.
20 015.
21     MR. CASSIDY:  I'm sorry.  We're going to a
22 different exhibit?
23     MS. PARKER:  Yes, we're going to a
24 different exhibit, Exhibit 3, page 2.
25

Page 219

1  BY MS. PARKER:
2      Q.   I think I solved one of my own questions,
3  so -- line 45 here is what I'm looking at on page 2:
4  Is this facility part of a chain organization.  And
5  enter the name and address of the home office on the
6  line below.
7              Do you see where it says "Brookdale
8  Senior Living, Inc."?
9      A.   Yes, I do.
10     Q.   So that's the big publicly traded entity
11 that we've been talking about today, right?
12     A.   Yes.
13     Q.   The one that owns all of these
14 subsidiaries 100 percent, right?
15     A.   Yes.
16     Q.   All right.  Worksheet S3 parts 2 and 3.
17 These are going to be some of the same questions,
18 obviously.
19             So on line 5, do you have any
20 explanation, sitting here today, as to why Brookdale
21 reported $146,000 in direct salaries to housekeeping
22 when it has no employees?
23     MR. CASSIDY:  Same instruction, but -- oh,
24 I'm sorry.  You're on part 3.  I was looking at --
25 up there, and I was, like, I didn't see that.  But

Page 220

1  in any event, same objection and instruction.
2              We're following along with you now,
3  though.
4      MS. PARKER:  Okay, cool.
5  BY MS. PARKER:
6      Q.   Same question with respect to No. 6,
7  dietary?
8      MR. CASSIDY:  Same instruction.
9  BY MS. PARKER:
10     Q.   And No.  8, central services and supply?
11     MR. CASSIDY:  Same instruction.
12 BY MS. PARKER:
13     Q.   Same -- actually, same question with
14 respect to all of these, including the total, why
15 BLC Lexington SNF would report $1.4 million in
16 overhead cost direct salaries when it has no
17 employees?
18     MR. CASSIDY:  Same instruction.
19 BY MS. PARKER:
20     Q.   All right.  S3 part 4, real quick.  Your
21 earlier testimony was that BLC Lexington SNF does
22 not handle its own retirement plans and employee
23 benefit plans; is that correct?
24     MR. CASSIDY:  You may answer if you
25 understand her question.

Page 221

1      THE WITNESS:  That it was administered
2  centrally, yes.
3  BY MS. PARKER:
4      Q.   Do you know why BLC Lexington SNF would be
5  reporting, for instance, a 401(k) employer
6  contribution on line 1 when it has no employees?
7      MR. CASSIDY:  Same instruction.
8  BY MS. PARKER:
9      Q.   Do you know why it would be reporting FICA
10 taxes on line 17 when it has no employees?
11     MR. CASSIDY:  Same instruction.
12 BY MS. PARKER:
13     Q.   Worksheet S3 part 5.  As to lines 1
14 through 3, do you have any explanation as to why BLC
15 Lexington SNF was reporting over $3 million in
16 direct salaries when it had no employees?
17     MR. CASSIDY:  Same instruction.
18 BY MS. PARKER:
19     Q.   And do you know where this money was
20 actually being paid, whether it was some other
21 entity or person?
22     MR. CASSIDY:  Same instruction.
23 BY MS. PARKER:
24     Q.   Same question with respect to lines 5
25 through 10.  Do you have an explanation as to why --

Page 222

1  I'm sorry -- 5 through 12.  Any explanation as to
2  why BLC Lexington SNF was reporting sums of hundreds
3  of thousands of dollars paid to therapists when it
4  employed no therapists?
5          MR. CASSIDY:  Same instruction.
6  BY MS. PARKER:
7      Q.   And do you know, sitting here today, where
8  that money was actually going or who that money was
9  actually being paid to?
10         MR. CASSIDY:  Same instruction.
11 BY MS. PARKER:
12     Q.   Worksheet A-7.
13         MR. CASSIDY:  Can you help her on that a
14 little bit?
15         MS. PARKER:  It's just in the dead center.
16 It's the analysis of changes in capital asset
17 balances, land, land improvements.
18         MR. CASSIDY:  Okay.  She's found it.
19 BY MS. PARKER:
20     Q.   This cost report is from January 1st to
21 December 31, 2015.
22         Do you see that at the top?
23     A.   Yes, I do.
24     Q.   And so now we're two years after BLC
25 Lexington SNF, LLC, has transferred the property on

Page 223

1  which it operates to the Propco, right?
2      A.   Yes.
3      Q.   And yet, the SNF is still claiming with
4  Medicare both the value of the land and the value of
5  the building.
6          Do you see that?
7          MR. CASSIDY:  Same objection.
8  BY MS. PARKER:
9      Q.   Do you have any explanation, sitting here
10 today, as to why the SNF would continue to claim the
11 value of the land and the value of the building when
12 it was actually owned by another entity?
13         MR. CASSIDY:  Same objection.
14 BY MS. PARKER:
15     Q.   Okay.  Worksheet A-8-1, that's two over.
16         So this is statement of cost for
17 services from related organizations and home office
18 costs.
19         Do you see where amount allowable, it
20 indicates that Brookdale Richmond Place SNF paid
21 $733,000 to its pooled home office A&G?
22         MR. CASSIDY:  Same objection.
23 BY MS. PARKER:
24     Q.   Do you know what these funds were for?
25         MR. CASSIDY:  Same objection.

Page 224

1  BY MS. PARKER:
2      Q.   Do you know what entity received these
3  funds?
4          MR. CASSIDY:  Same objection.
5  BY MS. PARKER:
6      Q.   Do you know whether there was a management
7  agreement between BLC Lexington SNF and any other
8  entity to receive these funds?
9          MR. CASSIDY:  I guess, same objection.  If
10 you wanted to reword that question some, you can
11 ask.  But the way you phrased it, I'm going to
12 object and instruct her not to answer.
13 BY MS. PARKER:
14     Q.   There was no written agreement between
15 Brookdale Senior Living, Inc., and BLC Lexington
16 SNF, LLC, at any time, was there?
17         MR. CASSIDY:  You may answer if you know.
18         THE WITNESS:  Not that I'm aware of.
19 BY MS. PARKER:
20     Q.   Do you know, sitting here today, what
21 employees would have performed work for BLC
22 Lexington SNF, LLC, on behalf of Brookdale Senior
23 Living, Inc., to incur $733,000 of pooled home
24 office A&G-related costs?
25         MR. CASSIDY:  Same objection.

Page 225

1  BY MS. PARKER:
2      Q.   Do you know what services were provided to
3  justify the $112,000 paid in pooled home office
4  capital-related costs?
5          MR. CASSIDY:  Same objection.
6  BY MS. PARKER:
7      Q.   What employees of what entities performed
8  the services which comprised the $112,000 of pooled
9  home office capital-related costs?
10         MR. CASSIDY:  Same objection.
11 BY MS. PARKER:
12     Q.   There's no agreement between Brookdale
13 Senior Living, Inc., and BLC Lexington SNF, LLC,
14 regarding pooled home office capital-related costs,
15 is there?
16         MR. CASSIDY:  You may answer that question
17 if you know.
18         THE WITNESS:  Not that I'm aware of.
19 BY MS. PARKER:
20     Q.   And there's no agreement between Brookdale
21 Senior Living, Inc., and BLC Lexington SNF, LLC,
22 regarding pooled home office A&G-related costs, is
23 there?
24         MR. CASSIDY:  You may answer that question
25 if you know.

Page 226

1         THE WITNESS:  Not that I'm aware of.
2  BY MS. PARKER:
3         Q.  Do you happen to know what the profit
4  margin on this was for 2015, on BLC Lexington SNF,
5  LLC, was in 2015?
6         MR. CASSIDY:  You may answer if you know.
7         I'll object to the question.
8         You may answer if you know.
9         THE WITNESS:  I -- no, not off the top of
10  my head.
11  BY MS. PARKER:
12         Q.  I'm just wondering.
13         Worksheet G.  It looks -- it's like
14  five from the end.
15         Okay.  I'm going to be down in the
16  long-term liabilities section, No. 44.
17         MR. CASSIDY:  We're on the wrong page.
18         THE WITNESS:  The last page.
19         MR. CASSIDY:  We were on the very -- okay.
20  Sorry.
21  BY MS. PARKER:
22         Q.  Got it?
23         A.  Um-hum.
24         Q.  See where it says, long-term liabilities,
25  No. 44, mortgage payable?

Page 227

1         A.  Yes.
2         Q.  $5,431,000 is what the SNF is reporting in
3  this mortgage payable, right?
4         A.  Yes.
5         Q.  And we looked at information today showing
6  that the SNF did not have the mortgage to the
7  property, right?
8         A.  Yes.
9         Q.  Do you have any reason -- or do you know,
10  sitting here today, why the SNF would have reported
11  a mortgage as a long-term liability on its cost
12  report when it did not owe such a long-term
13  liability?
14         MR. CASSIDY:  Objection -- same objection.
15  Same instruction.  And additional objection
16  regarding mischaracterizing prior testimony.
17         But you're instructed not to answer.
18  BY MS. PARKER:
19         Q.  2016, which is Exhibit 9, worksheet S3
20  parts 1 and 2.
21         MR. CASSIDY:  Parts 2 and 3?
22         MS. PARKER:  Yep, parts 2 and 3.  You are
23  right.
24  BY MS. PARKER:
25         Q.  Are you there?  Okay.

Page 228

1         As to categories 2 through 14, do you
2  have any explanation, sitting here today, why BLC
3  Lexington SNF was reporting $1.4 million in direct
4  salaries when it does not have any employees?
5         MR. CASSIDY:  Same -- oh, you're down --
6  you're on part 3?
7         MS. PARKER:  Um-hum.
8         MR. CASSIDY:  Same objection and
9  instruction.
10  BY MS. PARKER:
11         Q.  Do you know, sitting here today, which
12  entity or person this money was actually going to?
13         MR. CASSIDY:  Same objection and
14  instruction.
15  BY MS. PARKER:
16         Q.  S3 part 4, which is the next page.  As to
17  lines 1 through 25, do you have any explanation,
18  sitting here today, as to why BLC Lexington SNF,
19  LLC, was reporting retirement plan, administrative
20  health insurance, taxes, and other costs on
21  employees when it, in fact, had no employees?
22         MR. CASSIDY:  Same objection and
23  instruction.
24  BY MS. PARKER:
25         Q.  And do you know, sitting here today, which

Page 229

1  entity or persons this money was actually going to?
2         MR. CASSIDY:  Same objection and
3  instruction.
4  BY MS. PARKER:
5         Q.  Worksheet S3 part 5, which is the next
6  page.
7         With respect to lines 1 through 11,
8  showing occupational salaries for SNF reporting of
9  direct care expenditures, do you have any
10  explanation, sitting here today, as to why BLC
11  Lexington SNF, LLC, was reporting over $3 million in
12  direct care expenditures when it had no employees?
13         MR. CASSIDY:  Same objection and
14  instruction.
15  BY MS. PARKER:
16         Q.  And do you know where this money was
17  actually going?
18         MR. CASSIDY:  Same objection and
19  instruction.
20  BY MS. PARKER:
21         Q.  Worksheet A7, which is dead in the middle.
22  That's all I got for you.
23         MR. CASSIDY:  We have it.
24  BY MS. PARKER:
25         Q.  All right.  The cost report that I'm

Page 230

1   showing you right now is from 2016, right?
2       A.   Yes.
3       Q.   And that's three years after 2013, when
4   BLC Lexington SNF, LLC, transferred the land and
5   building to the Propco, right?
6       A.   Yes.
7       Q.   Do you have any explanation, sitting here
8   today, as to why BLC Lexington SNF, LLC, continues
9   to claim balances for the land and building and
10  fixtures?
11           MR. CASSIDY:  Same objection and
12  instruction.
13  BY MS. PARKER:
14      Q.   Worksheet A-8-1, it's two over.
15           With respect to pooled home office
16  capital-related costs, what did Brookdale Senior
17  Living, Inc., do to justify or earn $144,000?
18           MR. CASSIDY:  Same objection and
19  instruction.
20  BY MS. PARKER:
21      Q.   Which entities performed work in order to
22  earn $144,000 for pooled home office
23  capital-related?
24           MR. CASSIDY:  Same objection and
25  instruction.

Page 231

1   BY MS. PARKER:
2       Q.   With respect to pooled home office
3   A&G-related, what did Brookdale Senior Living, Inc.,
4   do to earn $753,000?
5           MR. CASSIDY:  Same objection and
6   instruction.
7   BY MS. PARKER:
8       Q.   Which employees of which entities
9   performed work in order to earn $753,000 in pooled
10  home office A&G-related?
11           MR. CASSIDY:  Same objection and
12  instruction.
13  BY MS. PARKER:
14      Q.   Worksheet G please, fourth from the back.
15           MR. CASSIDY:  We're there.
16  BY MS. PARKER:
17      Q.   All right.  And actually, I'm going to
18  have you compare Exhibit 3, which is the 2015 cost
19  report with this present cost report.
20           MR. CASSIDY:  We're there.
21  BY MS. PARKER:
22      Q.   Okay.  5 -- I'm sorry, 4, accounts
23  receivable.  You'll note that on 1/1/2016 to
24  12/31/206, Brookdale -- or BLC Lexington SNF had
25  1.3 million in AR.  Do you see that?

Page 232

1           MR. CASSIDY:  Same objection and
2   instruction.
3   BY MS. PARKER:
4       Q.   And I showed you earlier on the 2015 cost
5   report that BLC Lexington SNF, LLC, was reporting
6   $115 million in AR the year before.
7           Do you remember when I showed you
8   that earlier?
9           MR. CASSIDY:  Same objection and
10  instruction.
11  BY MS. PARKER:
12      Q.   Do you have any explanation, sitting here
13  today, for the discrepancy between 1/1/2015 to
14  12/31/2015 and 1/1/2016 to 12/31/2016 in BLC
15  Lexington SNF's accounts receivable?
16           MR. CASSIDY:  Same objection and
17  instruction.
18  BY MS. PARKER:
19      Q.   With respect to line item 41, which is
20  current liabilities, the 2015 cost report, which I
21  showed you earlier, shows $116 million liability due
22  to other funds.  And if you'll note on worksheet G,
23  there's a $9 million notation due to other funds.
24           Do you see that?
25           MR. CASSIDY:  Same objection and

Page 233

1   instruction.
2   BY MS. PARKER:
3       Q.   How did BLC Lexington SNF discharge its
4   current liability nearly $100 million during these
5   two time periods?
6           MR. CASSIDY:  Same objection and
7   instruction.
8   BY MS. PARKER:
9       Q.   Where did BLC Lexington SNF, LLC, obtain
10  funds to discharge that liability?
11           MR. CASSIDY:  Same objection and
12  instruction.
13  BY MS. PARKER:
14      Q.   What -- how did it incur the $100 million
15  liability?
16           MR. CASSIDY:  Same objection and
17  instruction.
18  BY MS. PARKER:
19      Q.   With respect to the $9 million due to
20  other funds reported on the 2016 cost report, what
21  other funds was the $9 million due to?
22           MR. CASSIDY:  Same objection and
23  instruction.
24  BY MS. PARKER:
25      Q.   And same question with respect to the 2015

Page 234

1  cost report, what was the $115 million -- what fund
2  was that due to?
3          MS. PARKER:  Same objection and
4  instruction.
5  BY MS. PARKER:
6      Q.  What liabilities -- or how did BLC
7  Lexington SNF incur $9 million in liabilities due to
8  other funds?
9          MR. CASSIDY:  Where are you right now?
10 I'm sorry.  I want to make sure we're actually
11 following along.
12         MS. PARKER:  Oh, sure.  Cost report 2016.
13         MR. CASSIDY:  Okay.  What line are you on?
14         MS. PARKER:  41.
15         MR. CASSIDY:  Okay.  Ask your question,
16 please.  I'm sorry.
17 BY MS. PARKER:
18     Q.  How did BLC Lexington SNF incur $9 million
19 in liabilities due to other funds?
20         MR. CASSIDY:  Same objection and
21 instruction.
22 BY MS. PARKER:
23     Q.  Are there any documents, contracts, notes,
24 or other information stored in a tangible form
25 regarding BLC Lexington SNF's $9 million due to

Page 235

1  other funds in 2016?
2          MR. CASSIDY:  Same objection and
3  instruction.
4  BY MS. PARKER:
5      Q.  Are there any documents, contracts, memos,
6  notes, or information stored in a tangible form
7  regarding BLC Lexington SNF's $116 million due to
8  other funds in 2015?
9          MR. CASSIDY:  Same objection and
10 instruction.
11 BY MS. PARKER:
12     Q.  Exhibit 10, 2017 cost report.
13         MR. CASSIDY:  We have it.
14         MS. PARKER:  You got it?  Okay.
15 BY MS. PARKER:
16     Q.  S3, parts 2 and 3.  And I'm going to be
17 looking at part 3.
18         MR. CASSIDY:  Did you say S2, part 3?
19         MS. PARKER:  S3, parts 2 and 3.  It's like
20 five pages in.
21         MR. CASSIDY:  Here we go.  We're there.
22 BY MS. PARKER:
23     Q.  With respect to, in part 3, line items 2
24 through 14, do you have any explanation as to why
25 BLC Lexington SNF is reporting $1.4 million in

Page 236

1  direct salaries when it has no employees?
2          MR. CASSIDY:  Same objection and
3  instruction.
4  BY MS. PARKER:
5      Q.  Do you know who this money was actually
6  going to or what entity it was going to?
7          MR. CASSIDY:  Same objection and
8  instruction.
9  BY MS. PARKER:
10     Q.  Next page is S3, part 4.  With respect to
11 line items 1 through 25, do you have any explanation
12 as to why BLC Lexington SNF was reporting employee
13 benefit costs when it did not have any employees?
14         MR. CASSIDY:  Same objection and
15 instruction.
16 BY MS. PARKER:
17     Q.  And who was this money actually going to,
18 or what entity was it going to?
19         MR. CASSIDY:  Same objection and
20 instruction.
21 BY MS. PARKER:
22     Q.  Worksheet S3, part 5.  Next page.  With
23 respect to categories 1 through 11, do you have any
24 explanation, sitting here today, as to why BLC
25 Lexington SNF, LLC, was reporting direct care

Page 237

1  salaries of over $3 million when it had no
2  employees?
3          MR. CASSIDY:  Same objection and
4  instruction.
5  BY MS. PARKER:
6      Q.  Who was this money actually going to, or
7  what entity was it going to?
8          MR. CASSIDY:  Same objection and
9  instruction.
10 BY MS. PARKER:
11     Q.  Worksheet A-7, dead in the middle.  It's
12 about the land and buildings.
13         MR. CASSIDY:  Got it.
14 BY MS. PARKER:
15     Q.  All right.  This is a cost report from
16 2017, right?
17         MR. CASSIDY:  Objection.  If you say so.
18         Go right ahead.
19 BY MS. PARKER:
20     Q.  And now we're four years after, when BLC
21 Lexington SNF transferred the property of the
22 Propco, right?
23         MR. CASSIDY:  You may answer that
24 question.
25         THE WITNESS:  Yes.

Page 238

1   BY MS. PARKER:
2      Q.   Do you have any explanation as to why BLC
3   Lexington SNF is still claiming the land and
4   building and fixtures on its filings with Medicare?
5           MR. CASSIDY:  Same objection and
6   instruction.
7   BY MS. PARKER:
8      Q.   Worksheet A-8-1, it's two over.
9           MR. CASSIDY:  Got it.
10  BY MS. PARKER:
11     Q.   All right.  With respect to line 1, do you
12  see where BLC Lexington SNF is reporting $138,000 in
13  pooled home office capital-related costs?
14          MR. CASSIDY:  Same objection and
15  instruction.
16  BY MS. PARKER:
17     Q.   What did Brookdale Senior Living, Inc., do
18  to earn $138,000 in pooled home office
19  capital-related costs?
20          MR. CASSIDY:  Same objection and
21  instruction.
22  BY MS. PARKER:
23     Q.   What employees and for what entities
24  performed the work that earned $138,000 for pooled
25  home office capital-related costs?

Page 239

1           MR. CASSIDY:  Same objection and
2   instruction.
3   BY MS. PARKER:
4      Q.   What work was performed in order to --
5   sorry.  Were there any -- at any time for this
6   category, any -- scratch that.
7           For this category across all cost
8   reports that we've looked at today, have there ever
9   been any invoices generated, any receipts generated,
10  or any other accounts to show what work was done
11  to -- for payment of the amount claimed for pooled
12  home office capital-related costs?
13          MR. CASSIDY:  Same objection and
14  instruction.
15  BY MS. PARKER:
16     Q.   For any of these cost reports that we've
17  been looking at today with respect to pooled home
18  office A&G-related costs, have there ever been any
19  receipts, invoices, notes, documentation from
20  Brookdale Senior Living, Inc., to BLC Lexington SNF,
21  LLC, showing the cost claimed?
22          MR. CASSIDY:  Same objection and
23  instruction.
24  BY MS. PARKER:
25     Q.   So with respect to No. 4, pooled home

Page 240

1   office A&G-related costs, what did Brookdale Senior
2   Living, Inc., do to justify $600,000 in A&G-related
3   costs?
4           MR. CASSIDY:  Same objection and
5   instruction.
6   BY MS. PARKER:
7      Q.   What employees and for what entities
8   performed the work in order to justify $600,000 for
9   a pooled home office A&G-related costs?
10          MR. CASSIDY:  Same objection and
11  instruction.
12  BY MS. PARKER:
13     Q.   Okay.  Worksheet G.
14          MR. CASSIDY:  We're there.
15  BY MS. PARKER:
16     Q.   And if you could also look at Exhibit 9
17  worksheet please.  I want to do a comparison.
18          MR. CASSIDY:  Okay.  We're there.
19  BY MS. PARKER:
20     Q.   Okay.  I'm at current liabilities No. 41
21  which now shows in the period from 1/1/2017 to
22  12/31/2017, that BLC Lexington SNF owns -- owes
23  $10 million due to other funds.
24          Do you see that?
25          MR. CASSIDY:  Same objection and

Page 241

1   instruction.
2   BY MS. PARKER:
3      Q.   To whom or to what entity does BLC -- did
4   BLC Lexington SNF owe $10 million in 2017?
5           MR. CASSIDY:  Same objection and
6   instruction.
7   BY MS. PARKER:
8      Q.   What type of debt or leasing instrument or
9   contract memorialized the $10 million due to other
10  funds in 2017?
11          MR. CASSIDY:  Same objection and
12  instruction.
13  BY MS. PARKER:
14     Q.   What work was performed by other entities
15  or persons or employees for BLC Lexington SNF to
16  incur $10 million due to other funds?
17          MR. CASSIDY:  Same objection and
18  instruction.
19  BY MS. PARKER:
20     Q.   Are there any notes, contracts, deeds,
21  leases, receipts, any information stored in a
22  tangible format memorializing the agreement between
23  BLC Lexington SNF and the other funds to which it
24  owed $10 million?
25          MR. CASSIDY:  Same objection and

Page 242

1  instruction.
2  BY MS. PARKER:
3      Q.   What did BLC Lexington SNF specifically
4  incur, what liabilities did it specifically incur
5  between 2016 and 2017 to add $1 million due to other
6  funds as represented in line 41?
7          MR. CASSIDY:  Same objection and
8  instruction.
9          MS. PARKER:  Okay.  I think I'm basically
10  done with the cost reports.  Let me go off the
11  record and get a little organized.
12              (A short recess was taken.)
13  BY MS. PARKER:
14      Q.   I just have three more questions on these
15  cost reports, then we'll move on.  You don't have to
16  look at anything.  It's just general.
17          I showed you four cost reports today
18  from 2014 through 2017 that only schedule Brookdale
19  Senior Living, Inc., as a related party through
20  which BLC Lexington SNF, LLC, had transactions,
21  right?
22          MR. CASSIDY:  Objection -- same objection.
23  Same instruction.
24  BY MS. PARKER:
25      Q.   Oh, to be fair, the dietary was also

Page 243

1  scheduled as an entity.  However, at no time, did
2  BLC Lexington SNF, LLC, during this time period ever
3  schedule ARC Therapy Services or Brookdale Employee
4  Services, LLC, as a related organization with which
5  it had transactions, right?
6          MR. CASSIDY:  Same objection and
7  instruction.
8  BY MS. PARKER:
9      Q.   With respect to the cost reports, what
10  documents were used to input information on each of
11  the cost reports I've showed you today?
12          MR. CASSIDY:  Same objection and
13  instruction.
14  BY MS. PARKER:
15      Q.   Where are those documents or information
16  stored?
17          MR. CASSIDY:  Same objection and
18  instruction.
19  BY MS. PARKER:
20      Q.   What entity has custody and control of the
21  documents or information used to prepare the cost
22  reports submitted by BLC Lexington SNF to the
23  Federal Government?
24          MR. CASSIDY:  Same objection and
25  instruction.

Page 244

2      Q.   Who -- what certified public accountant
3  audited the financial statements of BLC Lexington
4  SNF, LLC?
5          MR. CASSIDY:  You may answer that question
6  if you know.
7          THE WITNESS:  I don't know the answer to
8  that.
9  BY MS. PARKER:
10      Q.   Does -- is Ernst & Young involved in
11  auditing the financials for Brookdale Senior Living,
12  Inc.?
13      A.   Yes.  Ernst is our -- Ernst & Young is our
14  auditor for the parent company -- or for the entire
15  parent company and subsidiaries.
16      Q.   So as part of its auditing duties, would
17  Ernst & Young audit the financials of every sub
18  owned by Brookdale Senior Living, Inc.?
19          MR. CASSIDY:  Objection.
20          If you know the answer or have
21  personal knowledge, you may answer.
22          THE WITNESS:  I don't have the personal
23  knowledge of how that works.  I don't -- there's a
24  method that they use, and I'm not in the accounting
25  side to answer that.

Page 245

1  BY MS. PARKER:
2      Q.   Does BLC Lexington SNF, LLC, report any of
3  its staffing data to any other entities sued in this
4  case?
5          MR. CASSIDY:  Same objection and
6  instruction as before.
7  BY MS. PARKER:
8      Q.   Does BLC Lexington SNF, LLC, report any of
9  its budget data to any other entities in this case?
10          MR. CASSIDY:  You may answer if you know.
11          THE WITNESS:  No, I don't know -- well, I
12  don't report its budget data.
13  BY MS. PARKER:
14      Q.   Well, for instance, like its budget
15  variance.
16      A.   I don't know what would it mean by
17  reporting to.
18      Q.   So I guess let's start with a better
19  question.
20          What entity creates the yearly
21  budgets for the 100 percent owned subsidiaries that
22  provide senior housing?
23          MR. CASSIDY:  Objection on the scope.  And
24  if you could narrow that down a little bit,
25  Laraclay, maybe we can agree on something if you can

Page 246

1  try.
2  BY MS. PARKER:
3      Q.   What entity creates annual budgets for ARC
4  Richmond Place, Inc., and BLC Lexington SNF?
5          MR. CASSIDY:  Note my objection, but you
6  may answer if you know.
7          THE WITNESS:  It's -- there isn't an
8  entity per se that creates a budget.  It's multiple
9  levels depending -- and it's -- there are corporate
10 entities that create guidelines, depending on the
11 year.  And right now, I'm talking about BLC
12 Lexington SNF, LLC.  And -- but there are -- BLC
13 Lexington SNF, LLC, has a -- plays a part in
14 creating its own budget.
15 BY MS. PARKER:
16     Q.   Let me ask it this way:  Does Brookdale
17 Senior Living Communities, Inc., approve of BLC
18 Lexington SNF, LLC's, budget?
19         MR. CASSIDY:  I'm going to object and
20 instruct her not to answer that.
21         Let's try to tie this back a little
22 bit to the jurisdictional part.  So like, you could
23 ask that same question about any of the entities for
24 whom a motion to dismiss for lack of personal
25 jurisdiction has been filed, I feel like.  And I

Page 247

1  think the witness would need to answer that
2  question, if you're willing to ask it.  But if you
3  don't want to ask it, that's fine.
4          MS. PARKER:  I did all of entities, and
5  you objected to the scope.  So I was walking down
6  the entity chain, which as we established today,
7  okay -- we've established an entity tree.  So I'm
8  happy to ask it for the entities, but you objected
9  to the scope.
10         So I'm really just trying to figure
11 out how the budget for BLC Lexington SNF, what
12 entities have a role in creating the budget.  That's
13 all I want to know.
14         MR. CASSIDY:  You may answer if you know.
15         THE WITNESS:  I generally know how it's
16 done, but I don't know the specifics.  So I would
17 not -- I don't -- I believe it would be Brookdale
18 Senior Living Communities, Inc., with the employees
19 of Brookdale Employee Services corporate, depending
20 on what level.  But it also, like I said, starts at
21 that -- there are things at the community level that
22 they need to also handle and put in for submission
23 and, you know, recommend their take on it.  But I
24 don't know where that starts and the corporate side
25 picks up.

Page 248

1  BY MS. PARKER:
2      Q.   And if the facility level is involved, I
3  mean, naturally, then that also involves Brookdale
4  Employee Services, LLC, right?
5      A.   Correct.
6      Q.   Okay.  Is that going to be the same -- I
7  know ARC Richmond Place, Inc., is different now --
8      A.   Correct.  Yes.
9      Q.   -- because it's a management company.
10         But before it was the management
11 company, when it was operating -- was operating the
12 personal care home, would that have been the same
13 way the budget would have been created?
14     A.   That should have been the same way when it
15 was just a triple net lease and operated under the
16 Brookdale umbrella, yes.
17     Q.   Would the property company associated with
18 BLC Lexington SNF have any input onto the budget?
19     A.   Generally not.
20         MR. CASSIDY:  And just for the record, can
21 you make sure we know what property company that
22 you're talking about in that question.  I think
23 it's --
24         MS. PARKER:  I think it's ARC Richmond
25 Place Propco.

Page 249

1          MR. CASSIDY:  I think it's BKD.  I just
2  want to make sure that BKD Richmond Place Propco,
3  LLC, is that the entity that you were referring to
4  in your last question?
5          MS. PARKER:  Yes.
6          MR. CASSIDY:  Okay.  Thanks.
7  BY MS. PARKER:
8      Q.   Did you understand that that was what we
9  were referring to?
10     A.   Yes.
11     Q.   Okay.
12     A.   I'm not sure if they would have had a
13 piece of it, because their mortgage payment would
14 have had to have been part of the overall picture.
15 I'm just not sure how that fits it.
16     Q.   Oh, I see.  Because the mortgage payment
17 would have been part and parcel of the budget of BLC
18 Lexington SNF, right?
19     A.   Yes.  If you look at the general picture
20 of -- yes, they would have either had to pay a lease
21 payment, you know, somewhat . . .
22     Q.   I see.  I see.  And because you all run
23 those as the same business unit, right?
24     A.   Right.  But I do know -- this is where my
25 knowledge -- we refer to the -- community level

Page 250

1   budgets, many times are -- just go to the net
2   operating income, which does not include the lease
3   payments.  So it would just look at the -- it would
4   not look at the depreciation, certain things that
5   fall under that interest expense.  Things of that
6   nature would really be looking at the true net
7   operating income of the business, not of the
8   overhead and, you know, that type of -- the indirect
9   overhead charges.  But I'm not sure which pieces are
10  in and which pieces are out from the community
11  review level.
12      Q.   Would the net operating income also
13  include or not include charges paid to the employee
14  services corporations for leased employees?
15      A.   It would include those charges, because
16  that's direct -- directly related to the business.
17      Q.   Okay.  With respect to expenditures, once,
18  you know, BLC Lexington SNF has received its budget,
19  now it spends some money, it's either exceeded or
20  come under on some of those categories, what
21  entities that have sued in this case would receive a
22  report of those expenditures?
23      A.   BLC Lexington SNF, LLC, would have its
24  report to know where it stood, and maybe Brookdale
25  Senior Living Communities, Inc.  Probably be it.

Page 251

1       Q.   Okay.  I'm going to look at category 21.
2   The role -- and I think we may have already touched
3   on this, so this may go fast.  But the role of
4   individuals in running BLC Lexington SNF.
5            So you have already told me about
6   lots of these folks as we were talking, I think,
7   regarding management.  Have you told me everything
8   that Lucinda Baier does to manage BLC Lexington SNF?
9       MR. CASSIDY:  Objection.
10  Mischaracterization.  I believe the witness has
11  described all that she knows, is how she phrased her
12  prior answer.  But you can follow up with it.
13      THE WITNESS:  Yes, I was thinking back --
14  I don't think there was anything else I could give
15  you on that, because I don't know personally what
16  she does.
17  BY MS. PARKER:
18      Q.   How about Chad C. White, have you told me
19  all the information you have with respect to
20  Mr. White?
21      A.   I believe we talked about Chad being
22  general counsel.  These positions have migrated from
23  2014 to present, including Lucinda Baier, who have
24  migrated from 20 -- well, she wasn't here in 2014.
25  So end of 2015 to present it was a different

Page 252

1   position.
2       Q.   Are you aware if any of these persons that
3   I've listed in 21 here were reported to Medicare as
4   officers or managers of BLC Lexington SNF?
5       A.   I am not aware of how -- what gets
6   reported to Medicare.
7       Q.   Are you aware as to whether you were
8   reported as a manager?
9       A.   I am not aware of anything that gets
10  reported to Medicare.
11      Q.   Do you consider yourself, under the
12  Medicare rules and regulations, to be a manager of
13  Brookdale Richmond Place SNF, LLC?
14      A.   I don't know what -- I don't know what
15  that is, so I'm not sure how I could -- I'm not sure
16  what to think about that.  I'm not sure if I need to
17  consider that or not.
18      Q.   Okay.  Ms. Patchett -- have you told me
19  everything Ms. Patchett does in the management and
20  running of BLC Lexington SNF?
21      A.   Yes, everything I knew about her, we
22  talked about her.
23      Q.   I don't think we discussed Mr. Hicks, did
24  we?
25      A.   Not that I recall, no.

Page 253

1       Q.   Tell me, what does Mr. Hicks do in the
2   management of BLC Lexington SNF?
3       A.   George Hicks is mainly involved in the
4   capital structure of the company, so he deals with
5   the financing.  So he would have dealt with the
6   finance of the property that's in ARC -- or BKD
7   Richmond Place Propco, LLC, or prior to that
8   movement or after that movement, he would have been
9   involved in how we -- if we need financing on that
10  property.
11      Q.   Would he have had any other role with
12  respect to BKD -- I'm sorry -- BLC Lexington SNF,
13  LLC?
14      A.   Because the funds are general and swept
15  into the general account, he would have a say in the
16  policy on how we invest that money, and he would --
17  but on a direct basis, very little.  It's part of
18  the overall policy.
19      Q.   Anything else?
20      A.   I don't believe there was anything else
21  with BLC Lexington SNF, LLC.
22      Q.   How about Labeed Diab?
23      A.   Labeed, when he was here, was Mary Sue
24  Patchett's predecessor.  So he was -- everything
25  that she would have done as the COO, Labeed was the

Page 254

1  COO.

2       Q.   Okay.

3       A.   So anything that would have been oversight

4  from operational, but I don't know directly what

5  that is.  But that was his role.

6       Q.   How about Geraldine Gordon-Krupp, what

7  would she have done or what does she do for BLC

8  Lexington SNF, LLC?

9       A.   During this time period, I'm not exact --

10  Geraldine Gordon-Krupp was a member of our legal

11  department.  I'm not exactly sure of her roles.

12  Over time, they changed.  When she left, she was

13  part of the -- I don't know if she was a -- she was

14  the only compliance officer, but she handled

15  compliance.  But I don't know what that meant from

16  a -- I was not part of what she did.

17      Q.   I was wondering if you knew whether

18  compliance -- not like Medicare, Medicaid compliance

19  or something different?

20      A.   I am not sure, to be -- I am not sure.

21      Q.   How about Bryan Richardson, what was his

22  involvement with BLC Lexington SNF, LLC?

23      A.   Bryan was the chief administrator officer,

24  I believe, in that entire time period, until he left

25  in 2017.  Or was it 2018?  But he, other than

Page 255

1  capital needs, was not really involved in the

2  day-to-day -- the capital needs -- I believe capital

3  fell -- reported up through Bryan as well as

4  procurement from a national vendor perspective.

5       Q.   So those would have been the national

6  vendor invoices that came in, right?

7       A.   Yes.  Or not the invoices per se, but how

8  to select a national vendor.  And maybe in that --

9  again, procurement -- or capital spend for capital

10  improvement.  And then he had -- he had IT

11  responsibility, but I'm not sure if it was for that

12  entire period.

13      Q.   Capital spend for capital improvement,

14  like doing renovations to properties, right?

15      A.   Correct.  Upgrades, that type of thing.

16      Q.   Thomas Smith, how about Mr. Smith, what

17  would his role have been with respect to BLC

18  Lexington SNF, LLC?

19      A.   Again, Thomas Smith was the predecessor to

20  Lucinda Baier as CEO during this time period.  And

21  he would have had the same responsibilities that

22  Lucinda did.  I'm not familiar with the day-to-day.

23      Q.   Does -- do the entities that we've been

24  talking about today, the two entities that lease

25  employees to other Brookdale entities, do they have

Page 256

1  staffing records?

2       A.   Payroll records.

3       Q.   Punch detail records?

4       A.   Yes.  If that exists from a -- from how

5  to -- yeah, to pay people, yes.  That would be out

6  there.

7       Q.   Okay.

8            MS. PARKER:  Yeah.  Let's go off the

9  record, and I think I'm almost done.

10           (Deposition Exhibit No. 11 was

11               marked for identification.)

12           MR. CASSIDY:  So we are on to Exhibit 11.

13           Are we on the record now -- or not

14  yet?

15           MS. PARKER:  Yeah, that's fine.

16           MR. CASSIDY:  Okay.  You may ask.

17  BY MS. PARKER:

18      Q.   So we just marked Exhibit 11, which is the

19  notice of 30(b)(6) for Brookdale Richmond Place PCH.

20           Let's look at No. 4 real quick on

21  there.  It's -- No. 4 on Exhibit 11.

22           Who is responsible for completing the

23  forms listed at A through H on behalf of ARC

24  Richmond Place, Inc.?

25      A.   I do not know.

Page 257

1       Q.   And you didn't prepare that testimony for

2  today, right?

3       A.   No, I did not.

4            MR. CASSIDY:  Note my objection and prior

5  late objection.

6            But you can answer if you know.

7            THE WITNESS:  No, I do not.

8            MS. PARKER:  Did I give you the wrong one?

9            MR. CASSIDY:  Let me just make sure we're

10  right here.

11           Okay.  Sorry.

12  BY MS. PARKER:

13      Q.   Who has custody and control of the

14  documents listed in No. 4, A through H?

15           MR. CASSIDY:  Same objection.

16           You may answer if you know.

17           THE WITNESS:  I do not know.

18  BY MS. PARKER:

19      Q.   Are any of the entities listed in this

20  lawsuit, are they the leased employees that work on

21  behalf of those entities bonussed from the revenue

22  of Brookdale -- or of ARC Richmond Place, Inc.?

23           MR. CASSIDY:  Objection.

24           If you know the answer to that, you

25  may answer it.

Page 258

1       THE WITNESS:  From when ARC Richmond
2   Place, Inc. -- from 3/17 to current, I am not aware
3   of how they're bonussed.  Prior to that time period,
4   the employees at ARC Richmond Place, Inc. -- I don't
5   know which ones may have received bonuses based on
6   criteria of performance.  But I'm not -- I don't
7   know what that criteria is specifically.
8   BY MS. PARKER:
9       Q.   Yeah.  And those would have been
10  facility-level employees; is that right?
11      A.   Yes.
12      Q.   Okay.  My question was really about all of
13  the other entities that have leased employees.  Is
14  there any other entity on that list who leases
15  employees, whether from Brookdale Employee Services
16  corporate or Brookdale Employee Services facility
17  level, that would have received bonus money based on
18  the performance of ARC Richmond Place, Inc.?
19      MR. CASSIDY:  Did you understand the
20  question?
21      THE WITNESS:  I think so.  But I --
22      MR. CASSIDY:  Okay.  Please answer then,
23  if you do.
24      THE WITNESS:  Any of these entities --
25      MR. CASSIDY:  Any other entity that's

Page 259

1   been -- I presume you mean any entity other than the
2   actual operator of ARC Richmond Place, Inc.
3       MS. PARKER:  Correct.
4       MR. CASSIDY:  -- PCH or any of the other
5   entity defendants financially rewarded for the
6   performance of ARC Richmond Place, Inc., more or
7   less.
8       MS. PARKER:  More or less, yes.
9       THE WITNESS:  I can't speak to the -- I
10  can't speak to everyone, but there were certain
11  employees that were part of Brookdale Senior Living
12  Communities, Inc., that were leased on a Brookdale
13  Employee Services corporate -- Employee
14  Services-Corporate, LLC, that may have been -- bonus
15  plans were based on a consolidated view of the
16  subsidiaries of Brookdale Senior Living, Inc.  So
17  the bonus -- the plans could have been developed
18  that way.  I'm not sure if anything was ever paid.
19  BY MS. PARKER:
20      Q.   And that's the only entity that would have
21  received bonuses from the performance of ARC
22  Richmond Place, Inc.?
23      A.   Yes.  Nobody -- yes, there wouldn't have
24  been -- during that time period -- American --
25  somebody could have been employed by American

Page 260

1   Retirement during that move over that would have
2   been at a corporate level, that could have also.
3   But I'm not sure if that was corporate level or a
4   higher executive level, and I don't know what those
5   plans are.
6       Q.   Did the -- did ARC Richmond Place, Inc.,
7   have any other regular meetings with any other
8   defendant between 2014 and 2018?
9       A.   Regular meetings?
10      Q.   Like if, for instance, folks from
11  Brookdale Employee Services Corporate came down
12  every three months and met with folks at ARC
13  Richmond Place, Inc.?
14      A.   Yes.  From a perspective of Brookdale
15  Senior Living Communities, Inc., their leased
16  employees from Brookdale Employee
17  Services-Corporate, LLC, would have probably -- I
18  don't know who that would have been, but there would
19  be some type of interaction.
20      Q.   But none of the other entities had
21  employees -- if I understand you correctly, none of
22  the other entities sued, so there would have been no
23  meetings between ARC Richmond Place and those other
24  entities, right?
25      A.   Well, there wouldn't have been anything,

Page 261

1   because there was no reason to -- their operations
2   are here.  They're not connected.  So employees that
3   are being leased to -- so the employees that are
4   being leased -- so Emeritus Corporation, for
5   example, would have no reason to meet with the
6   employees regarding ARC Richmond Place, Inc.
7       Q.   Fair enough.
8            You have told me about the -- you did
9   not find a lease agreement between ARC Richmond
10  Place, Inc., and Brookdale Employee Services, LLC,
11  right?
12      A.   Employee lease agreement, no, I did not.
13      Q.   And you've told me about the agreements
14  regarding the property and management of ARC
15  Richmond Place, Inc., from 2014 to '16 and '17, '18
16  how that's changed over time?
17      A.   Yes.
18      Q.   Are there any other business contracts,
19  facility management contracts, supply contracts,
20  payroll contracts between ARC Richmond Place, Inc.,
21  and the defendants I've listed at No. 9 on this
22  notice, which is the same list you have right there?
23      MR. CASSIDY:  You can keep looking at
24  that, if that helps.
25      THE WITNESS:  So we have the lease between

Page 262

1  the triple net when it was not -- when it was HCP.
2  And then I'm not sure if there was any type of
3  management agreement in place with ARC Richmond
4  Place, Inc., and, for example, American Retirement
5  Corporation.  I'm not sure about that.
6  BY MS. PARKER:
7       Q.  Before you all bought it, is that what
8  you're saying?
9       A.  No.  During the time frame that we owned
10 it 100 percent, when we triple net leased it from
11 HCP and we were operating it, was there some type of
12 management agreement between ARC Richmond Place,
13 Inc., and American Retirement.  I didn't find
14 anything else.  I haven't seen anything like that.
15      Q.  Oh, okay.
16      A.  Yeah, I'm not aware of anything else.
17      Q.  How about for No. 10.  Excluding the
18 triple net leases and the leases that you've already
19 told me about, are there any other leases, land
20 contracts, easements, deeds, between PCH and any of
21 the entities listed there?
22      MR. CASSIDY:  And by "PCH," she means the
23 ARC Richmond Place, Inc., and any of the entities
24 there.
25      MS. PARKER:  I do.

Page 263

1       THE WITNESS:  No, there wouldn't be
2  anything.
3  BY MS. PARKER:
4       Q.  Did ARC Richmond Place, Inc., contract out
5  for radiology, lab, IV, oxygen services, those sort
6  of ancillary services?
7       A.  I'm not familiar with how that works.
8       Q.  And I'm looking on No. 3 of this notice,
9  if that helps.
10      A.  Oh.
11      Q.  Because I think you've already told me
12 that they used ARC Therapy Services, LLC, for the
13 therapy portion of their business, right?
14      A.  That was my understanding, yes.  Where it
15 was -- well, yes, that was my understanding.
16      Q.  So how about, do you know anything about
17 electro cardiology, medical supplies, pharmacy?
18      A.  No, I'm not familiar with anything of
19 that, especially at this location.
20      MR. CASSIDY:  Exactly, yeah.
21      Note my objection.  But go right
22 ahead and ask your question.
23 BY MS. PARKER:
24      Q.  Nursing administration or general
25 administration, do you know if ARC Richmond Place,

Page 264

1  Inc., contracted for those?
2       A.  No, I do not.  I -- ARC Richmond Place,
3  Inc., is an assisted living, so it would not
4  probably have that.  But I don't have any firsthand
5  knowledge of what it had.
6       Q.  Dietary would have contracted for that?
7       A.  I'm not aware of it contracting for that,
8  no.
9       Q.  Central services and supply, would that be
10 back to Brookdale Senior Living Communities, Inc.?
11      A.  Correct.  The same process that -- when it
12 was owned by us or operated by us, when it went into
13 the JV -- it should have been similar, but there
14 would have been more of a Blackstone -- or the joint
15 venture would have had more of a hand at some of
16 that.
17      Q.  And is that going to be the same structure
18 for payroll through -- which is R through training
19 new hires, which is Y?
20      A.  Yes.
21      Q.  Okay.  Business officers, is -- ARC
22 Richmond Place probably has its own business office,
23 right?
24      A.  That is my understanding, yes.
25      Q.  Okay.  And social services, do you have

Page 265

1  any information about that?
2       A.  That one, I do not know.
3       Q.  Z, how about any -- who was responsible
4  for submission of data to the Kentucky Cabinet for
5  Health and Family Services?
6       A.  I am not familiar with what that is.
7       Q.  Or how about data for reimbursement
8  through any other state or federal program?
9       MR. CASSIDY:  Same objection.
10      But go ahead answer if you can.
11      THE WITNESS:  Not familiar.
12 BY MS. PARKER:
13      Q.  Have you reviewed cost reports for ARC
14 Richmond Place, Inc.?
15      A.  No.
16      MR. CASSIDY:  Objection.
17      But go ahead.
18      THE WITNESS:  No, I have not.
19 BY MS. PARKER:
20      Q.  So if I show you those cost reports, you
21 can't tell me what certain line items mean on them,
22 right?
23      A.  No, I can't.
24      Q.  Do you know who in Brookdale Senior
25 Living, Inc., could tell me -- could talk to me

Page 266

1  about this entity's cost reports?
2      A.  No, I do not.
3          MR. CASSIDY:  Same objection.
4              You can go ahead.
5  BY MS. PARKER:
6      Q.  When you described the creation of the
7  budget to me with respect to BLC Lexington SNF, LLC,
8  and the entities that are involved in that back when
9  ARC Richmond Place, Inc., was 100 percent owned and
10 operated by Brookdale Senior Living, Inc., would
11 that have been the same method that the budget was
12 created?
13     A.  Yes, it would.
14     Q.  And the same reporting of expenditures?
15     A.  Yes.
16     Q.  So No. 15 on this notice of deposition is
17 a list of the same folks that we talked about on the
18 first notice of deposition.  And I've just requested
19 information about how those individuals were
20 involved in the day-to-day management of ARC
21 Richmond Place, Inc.
22         Do you have any different information
23 about day-to-day involvement of these folks at ARC
24 Richmond Place, Inc., that you haven't already given
25 me generally about them?

Page 267

1      A.  No, nothing different.
2          Can I clarify, when it was --
3      Q.  Yeah.
4      A.  -- when it was owned by us.  Once it went
5  into the JV, some of these people did not have --
6  they had less to do with the entity, because we
7  weren't operating the structure.
8      Q.  Sure.
9      A.  We were just managing the structure.
10     Q.  And by JV, you mean joint venture, right?
11     A.  Correct.
12     Q.  Just like with BLC Lexington SNF, LLC,
13 would the Brookdale Employee Services companies have
14 staffing and payroll information for ARC Richmond
15 Place, Inc.?
16     A.  Yes.
17     Q.  And sitting here today, you can't tell me
18 anything about the shared executor -- executive
19 director role between ARC Richmond Place, Inc., and
20 BLC Lexington SNF?
21     A.  No, I can't.
22     Q.  Okay.
23         MS. PARKER:  This will be Exhibit 12.
24             (Deposition Exhibit No. 12 was
25             marked for identification.)

Page 268

1  BY MS. PARKER:
2      Q.  Did you do anything specifically to
3  prepare to testify under this notice of 30(b)(6)
4  deposition?
5          MR. CASSIDY:  And I'm just going to lodge
6  a brief objection here as we go on to this one, and
7  note that Ms. Leskowicz is not here as a corporate
8  representative on behalf of ARC Richmond Place Real
9  Estate Holdings, LLC.  Nevertheless, if she has
10 personal knowledge about that entity, you, of
11 course, may continue, as you already have, ask her
12 questions about that.
13         MS. PARKER:  Okay.
14         MR. CASSIDY:  Have you reviewed this
15 notice, I think, was the question.
16         THE WITNESS:  Yes, I have.  And I have
17 done the same thing, as I said earlier, on preparing
18 in the same manner as the other two.
19 BY MS. PARKER:
20     Q.  So Exhibit 11 was the notice we just got
21 done with.  I should have asked you, did you look at
22 any specific documents or talk to any specific
23 people in order to testify under Exhibit 11, which
24 is the notice of ARC Richmond Place, Inc.?
25         MR. CASSIDY:  Oh, she's back -- she's

Page 269

1  trying to make sure -- you are trying to make sure
2  she asks you all of the right questions for that one
3  too.
4  BY MS. PARKER:
5      Q.  Yeah.
6      A.  Nothing different than what I did for the
7  other ones.
8      Q.  Okay.  And same with Exhibit 12, you
9  didn't talk to any additional people or review any
10 additional documents to testify under this exhibit,
11 12?
12     A.  No.
13     Q.  And understand with respect to both
14 Exhibit 11 and Exhibit 12, you've been designated as
15 a representative for these corporations to testify
16 today?
17         MR. CASSIDY:  With my same objection noted
18 as to Exhibit 12.
19         MS. PARKER:  With -- yes, with the caveat.
20         THE WITNESS:  Yes.
21         MS. PARKER:  Okay.  I think we've done a
22 lot of these.  If we could agree that, you know, for
23 instance, I've already asked her the day-to-day
24 operations of BRE Knight SH Kentucky Owner, LLC, if
25 you would be agreeable to --

Page 270

```
 1        MR. CASSIDY:  You've gone through the
 2   entire list, I think, for No. 1 already.  And I will
 3   stipulate that her answers earlier under your
 4   questioning as the representative for BLC Lexington
 5   SNF, LLC, are equally as truthful and applicable in
 6   her capacity as corporate representative for the
 7   corporate defendants you've noticed here in
 8   Exhibit 12, with the exception of ARC Richmond Place
 9   Real Estate Holdings, LLC.
10        MS. PARKER:  Perfect.  Thank you.  So that
11   will short-circuit a lot.
12        MR. CASSIDY:  And that will be my agreed
13   stipulation to all of her testimony today, which I
14   believe is responsive to this notice.
15             But you may go down your list and
16   make sure you've done all of your proper
17   housekeeping.
18        MS. PARKER:  Yeah.
19        MR. CASSIDY:  Okay?
20        MS. PARKER:  Yep.
21   BY MS. PARKER:
22   Q.   Number 4, with respect to BRE Knight SH KY
23   Owner, LLC, did -- who was responsible for
24   submitting information regarding that entity to
25   state or federal governments?
```

Page 271

```
 1        MR. CASSIDY:  Same objection.
 2             But you may answer this if you know.
 3        THE WITNESS:  I do not know.
 4   BY MS. PARKER:
 5   Q.   How about Park Place Investments, LLC?
 6   A.   Can I back up on 4?
 7   Q.   Yes.
 8   A.   Do you mean tax returns, or do you mean --
 9   Q.   Everything.
10   A.   Oh, okay.  I do know on -- I am not.  Once
11   it became BRE Knight -- BRE Knight SH KY Owner, LLC,
12   a group -- the tax department of HCP is the tax
13   manager's partner, so we don't handle any of the tax
14   filings for BRE Knight --
15        MR. CASSIDY:  SH KY --
16        THE WITNESS:  Yeah, SH KY Owner, LLC.  I'm
17   losing my place.
18             So we don't file any of that.  I'm
19   not sure who does any other filings for that
20   specific entity.
21   BY MS. PARKER:
22   Q.   Okay.  I got you.
23             How about for Park Place Investments,
24   LLC, do you know who does the state and federal
25   filings for that entity?
```

Page 272

```
 1   A.   The tax department for Brookdale
 2   Organization, which is part of Brookdale Senior
 3   Living Communities, Inc., with employees at
 4   Brookdale Employee Services-Corporate, LLC, filed
 5   the -- any type of filings that would be required
 6   from a income tax perspective, the legal department
 7   files anything that would be filed from a -- any
 8   report perspective -- this is all the central -- our
 9   payroll department would file anything for a payroll
10   tax perspective if required.
11   Q.   How about with Medicare and Medicaid?
12   A.   I am not sure who files those.
13   Q.   Is that your answer in the structure of
14   state and federal reporting for all of the entities
15   named under this notice, besides ARC Richmond Place
16   Real Estate Holdings, LLC, and BRE Knight SH KY
17   Owner, LLC?
18        MR. CASSIDY:  And I'll just note my
19   objection, to the extent that any of those entities
20   are actually required to file all of the things that
21   you referenced.  But I understand your question.
22             And if you do, please go ahead an
23   answer it.
24        THE WITNESS:  I was just going to say, I
25   don't know if they're -- I don't know all the
```

Page 273

```
 1   requirements off the top of my head.  But yes, if
 2   something was required, it would be the same.
 3   BY MS. PARKER:
 4   Q.   Okay.  What departments or entities
 5   maintain the actual documents that are filed with
 6   state and federal governments on behalf of these
 7   entities?
 8   A.   It would be the same departments that
 9   actually did the filings.
10   Q.   And that's all, sort of, rolled up with
11   Brookdale Senior Living Communities, Inc., right?
12   A.   Correct.
13   Q.   Are there any periodic meetings between
14   any of the entities that you've been designated to
15   testify about under this notice and any of the other
16   entities sued in plaintiff's complaint?
17        MR. CASSIDY:  Note my objection as to the
18   scope.
19             But you go right ahead and please
20   answer to the extent that you know.
21        THE WITNESS:  BRE Knight SH KY Owner, LLC,
22   may have some meetings with Brookdale Senior Living
23   Communities, Inc., and its employees that are
24   employed by Brookdale Employee Services-Corporate,
25   LLC.  And the same with Park Place.  And maybe the
```

## Page 274

1  same with BKD Personal Assistance Services, LLC.
2            That would probably be it.
3  BY MS. PARKER:
4      Q.   None of those entities, in other words,
5  would have meetings between and among themselves,
6  right?
7      A.   No.
8      Q.   Okay.  Does -- do these entities -- let's
9  start with BKD Personal Assistance Services, for
10  instance -- maintain individual budgets?
11     A.   I'm not sure.
12     Q.   Does BKD Personal Assistance Services
13  maintain an individual asset and liabilities sheet?
14     A.   I have not seen that.
15     Q.   Or an individual cost report?
16     A.   I'm not aware of that.
17     Q.   Does BKD Personal Assistance Services
18  maintain any unique financial information?
19     A.   They would have -- BKD Personal Assistance
20  Services, LLC, would have financial information for
21  each one of its -- each one of its locations.  And
22  I'm not sure if there's any consolidated information
23  prepared, because it's -- I think it's managed on an
24  individual location basis, but I'm not positive on
25  that.

## Page 275

1      Q.   How about the Propco, for instance, BKD
2  Richmond Place Propco, does it maintain an
3  individual budget or individual asset liability
4  sheet?
5      A.   We -- the tax department would create the
6  individual asset and liability sheet based on the
7  information on the fixed assets out of the
8  PeopleSoft ledger system during the time period of
9  when it was in -- the mortgage situation from '13 to
10  '16.  Sometimes that information would have to be
11  reported to the lender, depending on the situation.
12           Fixed assets, I definitely viewed,
13  but I'm not sure -- you know, they roll up
14  separately under our structure.
15           So is that -- yeah, that's what it
16  would, I mean . . .
17     Q.   Yeah, that's helpful.  Thank you.
18     A.   Okay.
19     Q.   Does it maintain any individual cost
20  reports or other financial documents that you
21  haven't already told me about?
22     A.   Not that I'm aware of.
23     Q.   How about Brookdale Employee Services,
24  LLC.  I know you've told me they maintain payroll.
25           Do they maintain an individual asset

## Page 276

1  and liability sheet and an individual balance sheet?
2      A.   They don't have assets -- you know,
3  tangible assets and liabilities.  That's only the
4  staff -- the people.  And there's no receivables to
5  be collected because they're paid as it's -- as they
6  pay out, they're reimbursed.  They -- we do
7  create -- not create -- but there does exist the
8  business unit in order to provide financial
9  statement income statement, that would be reported
10  in the -- in our financials from a tax view.  But
11  it's disregarded, so it's at our -- it's our base
12  system, but it wouldn't go up into the tax return.
13     Q.   Okay.
14     A.   But if anybody were ever asked for the
15  information, we have that available.
16     Q.   But it would not be reflected -- or it
17  wouldn't go up into the tax return of Brookdale
18  Senior Living, Inc.; is that right?
19     A.   Brookdale Senior Living Communities, Inc.,
20  because that entity is on its own in column in a tax
21  return.
22           If -- there maybe states -- again,
23  I'm not sure, because the jurisdiction of this
24  entity is, basically, everywhere that Brookdale is.
25  It would -- may have to file an LLC return.  I'm

## Page 277

1  just not sure.
2      Q.   And if it filed an LLC return or however
3  that's classified, you all, again, would maintain
4  it, right?
5      A.   Yes, we would maintain it.
6      Q.   It exists?
7      A.   Yes.
8      Q.   Okay.  BRE Knight SH KY Owner, LLC, does
9  it maintain separate financial statements?
10     A.   Yes, it does.
11     Q.   And are those, just like the tax returns,
12  dealt with by the other partner in the venture?
13     A.   They are produced from our financial
14  systems, but the other partner -- the owner
15  maintains them.
16     Q.   We've talked about the contractual
17  relationship between BRE Knight SH KY Owner and the
18  other partners in the venture, and we've talked a
19  little bit about the contractual relationships
20  between Brookdale Employee Services, LLC, and other
21  subs.  Other than those two -- oh, and the Propco
22  lease.  Other than those three contractual
23  relationships, are you aware of any additional
24  contractual relationships involving these entities
25  in this 30(b)(6) notice --

Page 278

1    MR. CASSIDY:  With your objection noted.
2  BY MS. PARKER:
3    Q.  -- and the plaintiffs that we -- or the
4  defendants we've sued in this case?
5    A.  At one time, even though I'm not
6  representing ARC Richmond Place Real Estate
7  Holdings, LLC, I believe that was the entity that
8  had the lease to ARC Richmond Place, Inc., up
9  through 20 -- March of 2017.
10    Q.  And when you say "had the lease," you mean
11  owned the land and the building, right?
12    A.  Owned the land and building and did a
13  triple net market based rate or lease to
14  Brookdale -- or the Brookdale company, ARC Richmond
15  Place, Inc.
16    Q.  Which is, essentially -- because that's
17  HCP, Inc., right?
18    A.  Correct.  Yes.
19    Q.  Okay.
20    MR. CASSIDY:  When you say "that" in that
21  question, I just want to make sure the record is
22  clear.  Could you say what you mean?
23  BY MS. PARKER:
24    Q.  ARC Richmond Place Real Estate Holdings,
25  LLC, is a wholly owned company owned by HCP, Inc.,

Page 279

1  right?
2    A.  Yes.  That is my understanding.
3    Q.  And that held the triple net lease to ARC
4  Richmond -- to the building in which ARC Richmond
5  Place, Inc., operated?
6    A.  Correct.
7    Q.  Other than that contractual lease
8  relationship, are there any other relationships
9  you're aware of?
10    A.  I'm not aware of anything else.
11    Q.  Okay.  I'm going to be looking at 15.
12  You've been so kind as to describe to me the way
13  that the budgets for ARC Richmond Place, Inc., and
14  BLC Lexington SNF were created, the entities that
15  were involved in that.
16    I'm wondering if there's anything
17  different about the way that budgets were created
18  for these entities under Exhibit 12, under this
19  notice of deposition.
20    MR. CASSIDY:  She means BRE Knight SH KY
21  Owner, LLC, Park Place Investments, LLC, BKD
22  Personal Assistance Services, LLC, BKD Richmond
23  Place Propco, LLC, Brookdale Employee Services, LLC.
24    THE WITNESS:  I am not aware of how the
25  budgets were produced for BRE Knight SH KY Owner,

Page 280

1  LLC.
2    Park Place Investments, LLC, should
3  have been similar.
4    BKD Personal Assistance Services,
5  LLC, I don't think, was a separate -- was a
6  consolidated budget.  I think it is incorporated
7  into the entities that it provides services at, but
8  I'm not positive on that.
9    BKD Richmond Place Propco, I
10  indicated earlier, I wasn't sure how that piece fit
11  in.
12    Brookdale Employee Services, LLC, I
13  don't think there would have been a specific budget,
14  because all the employee costs would have been
15  budgeted at the actual entity that would be using
16  the staff.
17  BY MS. PARKER:
18    Q.  Same question with respect to reporting of
19  expenditures.  You sort of told me when there are
20  expenditures at ARC Richmond Place, Inc., and BLC
21  Lexington SNF, LLC, where that information goes with
22  respect to the entities we've sued.
23    If any of the entities listed in
24  the -- Exhibit 12 30(b)(6) notice have an
25  expenditure, is that information reported to any of

Page 281

1  the other defendants I've sued in this case?
2    A.  Again, it may be at the Brookdale Senior
3  Living Communities, Inc., level.  And it most likely
4  would not have been in -- especially on an
5  individual community such as -- well, let me back
6  up.
7    BRE Knight SH KY Owner, LLC, the
8  Brookdale Senior Living Communities, Inc., may be
9  party to that information, but it was generally the
10  ownership of that would be through the joint venture
11  and then the -- the 85 percent shareholder.
12    Park Place Investments, that would
13  have gone up through Brookdale Senior Living
14  Communities, Inc.  It would be -- many times some of
15  these communities, they would be looked at in -- at
16  a region.  So it depends on the level of person who
17  was looking at it, and it depends on the -- it's not
18  necessarily going to all go as an individual column.
19  They don't scrutinize the individual statements from
20  that perspective.  So I'm looking at that -- that
21  angle.
22    Like I said, BKD Personal Assistance
23  Services would not be consolidated.  That
24  information would not be separated.
25    And BKD Richmond Place Propco,

Page 282

1    probably not to that level unless someone at
2    Brookdale Senior Living Communities, Inc., was
3    looking at it from a financing perspective.
4              And then Brookdale Employee Services,
5    LLC, no.  That would have been at the individual --
6    had been separated into the individual communities
7    that were serviced.
8    Q.   Got you.  Seventeen is the list of
9    individuals that we've been working with.  And this
10   portion of the notice asks for, essentially, their
11   role in managing the entities listed in Exhibit 12,
12   the third 30(b)(6) notice.
13             I'm wondering if you have any
14   additional information regarding these folks,
15   management of the list of entities?
16   A.   Nothing additional.  Again, once BRE
17   Knight SH KY Owner, LLC, they would have very little
18   oversight other than from the manager perspective.
19             BKD Personal Assistance Services, not
20   as an entity, but from the individual components.
21             Richmond Place Propco, very little
22   unless it was financing.  So then it would be more
23   of George Hicks.
24             And Brookdale Employee Services, LLC,
25   no -- it would be more at the individual level.

Page 283

1    Q.   Okay.
2              MS. PARKER:  All right.  I believe that is
3    all my questions for you today.
4              Thank you very much for your time.
5              MR. CASSIDY:  Now, hold on.  Let me have a
6    minute and look at my notes.  Okay?
7              THE WITNESS:  Okay.
8                     EXAMINATION
9    BY MR. CASSIDY:
10   Q.   I'm going to go through a couple of
11   questions with you.
12             Just -- and I think you've already
13   testified to all of this, but I want to make sure
14   that this information comes out to the extent you
15   have it.
16             One of the defendants sued in this
17   case is Emeritus Corporation.  Would Emeritus
18   Corporation or any of its agents on behalf of
19   Emeritus Corporation have had any involvement
20   whatsoever in the operations at BLC Lexington SNF,
21   LLC, doing business as Brookdale Richmond Place SNF?
22   A.   Not to my knowledge.
23   Q.   Same question about that same entity with
24   respect to ARC Richmond Place, Inc., doing business
25   as Brookdale Richmond Place PCH?

Page 284

1    A.   Not to my knowledge.
2    Q.   Would any -- would Park Place Investments,
3    LLC, or any agent on behalf of Park Place
4    Investments, LLC, have any role whatsoever in the
5    operations at BLC Lexington SNF, LLC, doing business
6    as Brookdale Richmond Place SNF?
7    A.   Not to my knowledge.
8    Q.   And same question with respect to Park
9    Place Investments, LLC, and the operation at ARC
10   Richmond Place, Inc., doing business as Brookdale
11   Richmond Place PCH?
12   A.   Not to my knowledge.
13   Q.   Would BKD Personal Assistance Services,
14   LLC, or any of its agents have any involvement
15   whatsoever in the operations at BLC Lexington SNF,
16   LLC, doing business as Brookdale Richmond Place SNF?
17   A.   They would have provided services if
18   requested by the resident or resident family to
19   residents of BLC Lexington SNF, LLC.  The same with
20   the Richmond Place, Inc.
21   Q.   Is that the only involvement that you can
22   think of that that entity or its agents would have
23   had in the operations at either of those facilities?
24   A.   That is my understanding.
25   Q.   Would Horizon Bay Management, LLC, or any

Page 285

1    of its agents have had any role whatsoever in the
2    operations at BLC Lexington SNF, LLC, doing business
3    as Brookdale Richmond Place SNF?
4    A.   Not that I know of.
5    Q.   And the same question for Horizon Bay
6    Management, LLC, and its agents with respect to
7    operations of ARC Richmond Place, Inc., doing
8    businesses as Brookdale Richmond Place PCH?
9    A.   Not that I know of.
10   Q.   Would Emericare, Inc., or any of its
11   agents have any role whatsoever in the operations of
12   BLC Lexington SNF, LLC, doing business as Brookdale
13   Richmond Place SNF?
14   A.   Not that I know of.
15   Q.   And the same question with respect to
16   Emericare, Inc., and its agents for the operation of
17   ARC Richmond Place, Inc., doing business as
18   Brookdale Richmond Place PCH?
19   A.   Not that I know of.
20   Q.   Would BKD Twenty One Management Company,
21   Inc., or any of its agents have any role whatsoever
22   in the operations of BLC Lexington SNF, LLC, doing
23   business as Brookdale Richmond Place SNF?
24   A.   No.
25   Q.   Would BKD Twenty One Management Company,

Page 286

1  Inc., or any of its agents have any role whatsoever
2  in the operations of ARC Richmond Place, Inc., doing
3  business as Brookdale Richmond Place PCH?
4      A.   No.
5      Q.   Would Brookdale Associate Fund, Inc., or
6  any of its agents have had any role whatsoever in
7  the operations at BLC Lexington SNF, LLC, doing
8  business as Brookdale Richmond Place SNF?
9      A.   No.
10     Q.   Would Brookdale Associate Fund, Inc., or
11 any of its agents have any role whatsoever in the
12 operations of ARC Richmond Place, Inc., doing
13 business as Brookdale Richmond Place PCH?
14     A.   No.
15     Q.   And I realize you are not a corporate
16 representative of ARC Richmond Place Real Estate
17 Holdings, LLC, HCP, Inc., or HBP Leaseco, Inc. --
18 excuse me -- ARC Richmond Place Real Estate
19 Holdings, LLC, or HCP, Inc., however, are you aware
20 with your personal knowledge and in your capacity as
21 corporate representative of BLC Lexington SNF, LLC,
22 whether or not either of those entities had any role
23 whatsoever in the operations at BLC Lexington SNF,
24 LLC, doing business as Brookdale Richmond Place SNF?
25     A.   No, not that I'm aware of.

Page 287

1      Q.   What about HBP Leaseco, Inc., and any of
2  its agents, would they have had any role whatsoever
3  in the operation of BLC Lexington SNF, LLC, doing
4  business as Brookdale Richmond Place SNF?
5      A.   No.
6      Q.   Same question for HCP Leaseco, Inc., and
7  its agents with respect to the operation of ARC
8  Richmond Place, Inc., doing business as Brookdale
9  Richmond Place PCH?
10     A.   No, not that I'm aware of.
11     Q.   Would BRE Knight SH KY Owner, LLC, have
12 any role whatsoever in the operation of BLC
13 Lexington SNF, LLC, doing business as Brookdale
14 Richmond Place SNF?
15     A.   No, not that I'm aware of.
16     Q.   And did BRE Knight SH KY Owner, LLC, have
17 any role in the operation and management of ARC
18 Richmond Place, Inc., doing business as Brookdale
19 Richmond Place PCH?
20     A.   They didn't have a role in the management.
21 The manager -- ARC Richmond Place, Inc., was the
22 manager for BRE Knight SH KY Owner, LLC, starting in
23 March of 2017.
24     Q.   All right.  And did BRE Knight SH KY
25 Owner, LLC, have any role at all in the operations

Page 288

1  of ARC Richmond Place, Inc., doing business as
2  Brookdale Richmond Place PCH?
3      A.   No.  I want to make sure I understand.
4           They -- prior to 3 of '17, no,
5  absolutely nothing.  And then, yeah, they did not
6  have any role in -- they negotiated management
7  agreement that would dictate how ARC Richmond Place,
8  Inc., managed.
9      Q.   Got it.
10     A.   And they would critique -- they would have
11 their ability to disagree with how things were
12 managed.
13     Q.   As the owner of the property?
14     A.   As the owner of the property, owner and
15 operator of the property, yes.
16     Q.   What about BKD Richmond Place Propco, LLC,
17 did that entity or its agents have any role
18 whatsoever in the operations of BLC Lexington SNF,
19 LLC, doing business as Brookdale Richmond Place SNF?
20     A.   No.  They leased the property to BLC
21 Lexington SNF, LLC.  They did not -- that was the
22 extent of their involvement.
23          MR. CASSIDY:  I think that's all that I
24 wanted to ask, Laraclay.
25          MS. PARKER:  I'm done.

Page 289

1          THE COURT REPORTER:  What is your order
2  for the transcript?
3          THE WITNESS:  We just want an e-tran
4  please.
5          MR. CASSIDY:  I would like a condensed and
6  a full and then exhibits electronically.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 290

```
 1   STATE OF WISCONSIN)
                       ) SS:
 2   DANE COUNTY       )
 3              I, JENNIFER A. SEASTROM, a Notary
 4   Public in and for the State of Wisconsin, do hereby
 5   certify that I reported the foregoing proceedings;
 6   that the same is true and correct as reflected by my
 7   original machine shorthand notes taken at said time
 8   and place.
 9              That said proceedings were reported
10   by me as a court reporter and disinterested person,
11   and thereafter transcribed into typewritten form
12   under my direction.
13              I further certify that I am not a
14   relative of counsel for either or any of the parties
15   to said proceedings, nor in any way interested in
16   the outcome of the cause named in the caption.
17              I further certify that the signature
18   to the foregoing, deposition was waived by counsel
19   for the respective parties.
20              I have hereunto set my hand and
21   affixed my seal of office this 12th day of July,
22   2019.
23              JENNIFER A. SEASTROM
                NOTARY PUBLIC/STATE OF WISCONSIN
24              My commission expires June 6, 2020.
25
```

| Exhibits |
| --- |

**EX 0001 BLC Le xington 062719**
6:12,13
**EX 0002 BLC Le xington 062719**
44:6,8 71:12
**EX 0003 BLC Le xington 062719**
63:19,21
218:24 231:18
**EX 0004 BLC Le xington 062719**
63:20 209:14
211:12
**EX 0005 BLC Le xington 062719**
92:2,3 118:4
**EX 0006 BLC Le xington 062719**
97:19 118:3
**EX 0007 BLC Le xington 062719**
108:25 109:1
**EX 0008 BLC Le xington 062719**
117:24
**EX 0009 BLC Le xington 062719**
209:10 227:19
240:16
**EX 0010 BLC Le xington 062719**
235:12
**EX 0011 BLC Le xington 062719**
256:10,12,18,
21 268:20,23
269:14
**EX 0012 BLC Le xington 062719**
267:23,24
269:8,14,18
270:8 279:18
280:24 282:11

| $ |
| --- |

**$1**   214:7,10,
11 242:5
**$1.4**   220:15
228:3 235:25
**$10**   240:23
241:4,9,16,24
**$100**   233:4,14
**$112,000**
225:3,8
**$115**   57:4,10,
16 232:6
234:1
**$116**   58:24
59:10 62:17
63:7 232:21
235:7
**$12**   110:8
**$120,000**
212:7
**$120,136**
212:8
**$138,000**
238:12,18,24
**$144,000**
230:17,22
**$146,000**
219:21
**$17**   216:22
**$3**   221:15
229:11 237:1
**$300,000**
116:23
**$350,000**
216:16
**$365,000**
215:10
**$5,000**   105:17
**$5,431,000**
227:2
**$600,000**
240:2,8
**$729,000**
212:22,24

**$733,000**
223:21 224:23
**$753,000**
231:4,9
**$9**   232:23
233:19,21
234:7,18,25
**$970,000**
214:16

| - |
| --- |

**--I**   71:16

| 0 |
| --- |

**015**   218:20

| 1 |
| --- |

**1**   6:12,13
88:20 138:24
211:24 213:8
214:8 221:6,
13 227:20
228:17 229:7
236:11,23
238:11 270:2
**1.3**   231:25
**1.8**   58:13,18
**1/1**   158:5
**1/1/2014**
216:15
**1/1/2015**
232:13
**1/1/2016**
231:23 232:14
**1/1/2017**
240:21
**10**   4:20 60:3
209:10 210:13
221:25 235:12
262:17
**100**   24:17,19,
25 25:4,8,11,
20 41:23
71:14,15,24

72:16 88:12,
18,23 89:3,7
91:18 99:15
112:18 123:2
126:6,9,13
130:19 131:3
217:25 219:14
245:21 262:10
266:9
**10ks**   27:15
141:21
**11**   209:11
215:22 229:7
236:23
256:10,12,18,
21 268:20,23
269:14
**115**   56:23
58:19
**116**   57:1 59:9
**12**   161:22
222:1 267:23,
24 269:8,11,
14,18 270:8
279:18 280:24
282:11
**12/20**   109:8
**12/31/2014**
216:15
**12/31/2015**
232:14
**12/31/2016**
232:14
**12/31/2017**
240:22
**12/31/206**
231:24
**13**   275:9
**14**   67:24
158:6 228:1
235:24
**15**   4:20 47:21
71:18 72:4,5,
10,18 73:4,
17,18 76:8,9,
17 77:3,5,10
88:8 266:16
279:11

**16**   261:15
275:10
**17**   68:21 74:5
221:10 261:15
288:4
**18**   74:5,9
82:5 124:16
261:15
**1st**   17:1
222:20

---

**2**

**2**   44:6,8
46:11 63:15
64:10 71:12
213:8 218:24
219:3,16
227:20,21,22
228:1 235:16,
19,23
**20**   68:21
69:17 251:24
278:9
**2000**   86:14
**2002**   86:14
**2003**   151:9
**2006**   42:20
138:1,8 178:2
179:14
**2007**   42:20
67:6,7
**2008**   157:5
**2011**   24:5
119:15 120:10
188:20
**2012**   9:24
24:5 48:21
51:20 64:13
83:1,3 86:24
171:17 207:16
**2013**   9:24
10:23 12:20,
22 13:10
109:8 171:17
217:2 230:3
**2014**   14:21
17:1,19,22

18:11,23 19:7
34:16 35:10,
12 43:2 58:9,
11,14,18
60:21 62:17,
23 63:20 67:9
82:3 83:4
89:20 102:9
120:15,17
121:14,21
123:9,11,18
124:9 125:6,
19 126:17
129:1,4
131:14 132:6
137:17 138:9
146:22 147:2,
15 149:16,20
158:2 159:1
161:7 163:23
167:16 170:14
176:10 177:9,
10 184:20
209:15 242:18
251:23,24
260:8 261:15
**2015**   54:23
55:10 56:12
57:5,16
58:18,23
59:4,8,10
60:22 62:18,
24 63:7,19
82:2 222:21
226:4,5
231:18 232:4,
20 233:25
235:8 251:25
**2016**   10:23
12:21,22 14:2
82:2 105:22
227:19 230:1
233:20 234:12
235:1 242:5
**2017**   24:4
25:24 67:9
68:13,15,22,
24 69:7,17
72:12,15

73:25 79:21
82:5,7 84:8
88:9 107:1
118:11 209:8
235:12 237:16
241:4,10
242:5,18
254:25 278:9
287:23
**2018**   64:13
72:11,13,15
73:3,25 79:21
82:8 88:10
129:1,4
163:23 207:16
254:25 260:8
**21**   47:18 48:9
251:1 252:3
**25**   228:17
236:11
**2540-10**
201:17
**264,000**
215:16
**277**   55:8
**2770**   10:5

---

**3**

**3**   63:19,21
189:20 213:9
214:21 218:24
219:16,24
221:14
227:21,22
228:6 231:18
235:16,17,18,
19,23 263:8
288:4
**3/17**   258:2
**30**   162:14
**30(b)(6)**
58:17 59:14
60:3 61:3,10,
19 62:16
170:3 256:19
268:3 277:25
280:24 282:12

**30.02**   170:6
**31**   222:21
**35**   47:21 48:9
119:22,23,24
**396**   61:6
**3R2**   61:6

---

**4**

**4**   56:21
63:20,22
100:17 151:9
201:12,23
202:1,6
209:14,20,23
210:13 211:12
220:20 228:16
231:22 236:10
239:25
256:20,21
257:14 270:22
271:6
**40**   162:8,15
**401(k)**   221:5
**41**   56:25
58:22,23 59:8
232:19 234:14
240:20 242:6
**44**   226:16,25
**45**   219:3
**49**   47:20 48:9
**4A**   202:9

---

**5**

**5**   68:16 73:20
74:24,25 75:2
79:18 80:14
92:2,3 118:4
210:13 213:9,
16,24 219:19
221:13,24
222:1 229:5
231:22 236:22
**50**   162:8
**50760**   32:4,8,
11,13 38:23

**6**

6   97:19 118:3
202:14 213:20
215:15 220:6
**64**   77:8,13
**65**   77:8

**7**

7   108:25
109:1 117:12
207:12

**8**

8   117:24
208:3 215:22
220:10
**85**   71:19
72:21 77:11
281:11

**9**

9   208:21
209:9,10
210:13 215:22
227:19 240:16
261:21
**99**   88:22
**990s**   174:8

**A**

**A&g**   211:13
223:21
**A&g-related**
212:22 224:24
225:22 231:3,
10 239:18
240:1,2,9
**A-7**   222:12
237:11
**A-8-1**   217:15
223:15 230:14

238:8
**A7**   216:4,14
229:21
**AA1**   211:17
**ability**
166:5,10
191:24 192:3,
22 288:11
**able**   7:20,21,
25 8:6,9
19:12,14
26:21 32:12
39:11 47:14,
24 51:16
54:11 60:15
87:2 92:15
95:8 100:25
115:1 158:16,
17 192:18
210:16
**about**   6:16,20
10:5 11:4,14,
19 17:6 20:19
21:16,20
22:1,4 23:4,
17,21 25:15
26:1 27:12,13
35:13 38:6
40:7 44:11
46:16 48:23
49:4 50:25
56:15 58:21
59:18,19
60:15,17,19
62:22 64:7
69:25 74:5,7
81:6 82:5
83:24 88:6
90:23 92:7
93:1,3,4 94:7
97:23 98:21,
23 101:13
102:15 106:14
108:15 109:5
111:12 112:2,
6,13 113:3
118:22 119:6
120:21 124:19
128:6 129:16,

24 136:22
137:20 146:5
148:11 154:21
157:20,22
158:18 159:14
161:19,22
163:11 168:17
175:1 176:13
181:21,23
186:4,10
187:3 188:3
189:20
190:13,21
191:4,21
195:25 196:5,
16 197:23
198:24 199:4,
18 200:1,19,
25 201:5,10,
12 202:14
203:20 204:11
205:6,12,13,
16,17,20
206:25 207:10
208:5,9,13,
21,24 210:15,
17 211:19
216:4 218:13
219:11 237:12
246:11,23
248:22 251:5,
18,21 252:16,
21,22 253:22
254:6,21
255:16,24
258:12 261:8,
13 262:5,17,
19 263:16
265:1,3,7
266:1,17,19,
23,25 267:18
268:10,12
271:5,23
272:11 273:15
275:1,21,23
277:16,19
279:17 283:23
287:1 288:16

24 136:22
**absolutely**
17:24 33:22
38:17 48:14,
16 68:12 85:4
106:7 114:16
119:1 122:20
146:15 149:17
173:13 288:5
**accept**   174:3
**accepts**
172:12
**access**   26:21
48:15 76:6
149:18,19
157:7 158:9,
15 176:7
186:14 195:13
**account**   27:7
38:15,16 39:4
41:14 42:10,
15 43:2,8
52:25 53:15
83:17 104:3,
10,25 115:19,
20,24,25
116:2,3
134:2,7 169:1
179:22,25
180:5,7,9,12,
14,18,23,24
181:15,16
182:9,15
183:3,4,22
184:1,2,3,5,6
205:1 253:15
**accountant**
244:2
**accounted**
21:15 38:19
39:8 53:21
82:23 183:18
**accounting**
21:13 27:8,23
30:13 83:17
104:14,15
105:2 117:1
156:9 181:7,
11 244:24

accounts
33:1,15 34:2
41:13 42:21,
23 53:22
56:21 57:4
115:5,7 142:2
168:12,13
180:13,15,16
182:2,4,12,14
184:11 194:21
231:22 232:15
239:10
accurate
190:1
acquire  9:9
153:25 162:10
192:25
acquired  9:5
10:2 42:20
90:4 119:12,
14,23 124:9
125:1,5,15,
19,21 135:10,
17 138:1,8
150:16 151:9
153:17 162:16
166:24 178:2
179:13 188:19
194:10,18,19
acquisition
119:12 121:7
123:5 151:12,
23 152:21
153:15
acronym  46:7
acronyms
177:15
across  37:1
107:22 133:6
167:4 239:7
action  123:17
147:15 161:4
active  131:25
activities
48:20 68:25
69:4 79:21
113:7,11
121:22 128:1

143:22 178:7
activity
128:4 131:24,
25 132:1,13
139:11 148:20
170:12
actual  7:10
8:24 9:1 11:1
13:9 26:3
32:22 69:13
81:15 82:22
91:17 163:13,
15 168:15
187:20 259:2
273:5 280:15
actually  16:8
28:2,11 32:12
65:23 68:1
69:15 75:6
76:11 77:5
80:1 101:22
103:24 104:1,
20 108:4
109:22 132:3
138:21 139:18
151:6,17
162:17
165:14,15
167:13
168:16,24
170:21 172:5
174:4 186:16
187:8 192:18
194:6,23
195:22 200:5
201:4,7
206:19,24
209:13 213:9
214:11,17
216:1 217:3
220:13 221:20
222:8,9
223:12 228:12
229:1,17
231:17 234:10
236:5,17
237:6 272:20
273:9

add  161:19
207:9 242:5
addition
60:13
additional
97:8 100:24
101:2 130:22
148:1 196:21
227:15 269:9,
10 277:23
282:14,16
address  10:6
219:5
ADL-TYPE
100:23
ADLS  101:12
administered
192:13 221:1
administration
141:22 191:4,
11 192:15
198:19,25
199:2 263:24,
25
administrative
75:1 88:3
105:13 142:14
148:20 156:2,
16 212:21
228:19
administrative
-type  158:13
administrator
207:21 254:23
administrators
15:18
ADP  197:15
advance  97:18
advertise
91:6
affiliated
70:24 109:19
after  35:9,12
69:7 73:3,17
77:11 107:1
131:20 135:17
179:13 180:22
183:2 222:24

230:3 237:20
253:8
afternoon
70:5
again  4:22
46:1 53:1
58:2,6 59:11
74:2 88:16
93:24 98:22
103:24 107:18
116:6 138:17
141:16 143:6
149:24 152:24
158:9 164:4
167:5 169:25
189:13 190:16
191:19 193:13
201:7,9
203:10 214:5
216:4 218:6
255:9,19
276:22 277:3
281:2 282:16
agencies
197:25 201:15
agency  162:20
198:10,12
agent  284:3
agents  283:18
284:14,22
285:1,6,11,
16,21 286:1,
6,11 287:2,7
288:17
ago  7:1
148:10 170:21
171:1 177:25
agree  6:19
70:1 245:25
269:22
agreeable
269:25
agreed  78:6
270:12
agreement
8:17,19,23
12:11,20,24
13:2,5 19:4,

13 20:12 21:5
68:17 73:12,
17 74:13
77:20 80:2
81:15 84:15,
18,21,23
85:2,7 86:18
87:5 98:5,7,9
105:22 106:23
107:3 123:21,
22,23 124:2
133:23
140:14,19
143:17
145:16,25
146:3 155:25
156:7,24
157:1,2,4,7,
12 158:20
170:15,16
224:7,14
225:12,20
241:22 261:9,
12 262:3,12
288:7

**agreements**
7:17,18,19,
20,22,24 8:1,
4,7,8,10,14
12:14 14:17,
19 85:10
86:16,25
87:12 106:10,
11 112:9
139:20 140:10
155:14,21
157:12 159:4
177:25 206:15
208:24 261:13

**ahead**  5:10
9:20 11:21
25:16 33:19,
21 40:22 44:5
47:3 54:25
55:5 59:22
61:13 84:22
98:10 103:9
110:21 114:24
116:18 117:5

144:18 168:7
170:9 183:15
203:1 209:6
211:11 212:17
214:3 237:18
263:22
265:10,17
266:4 272:22
273:19

**ALC**  9:8,11,18

**all**  5:19 7:9
9:19 15:3,5
21:20 22:5
23:16,24
24:17 26:5
27:6 29:9
30:13 39:19,
21 41:14
42:8,13,20
45:10,11
46:13,23
47:24 48:17
49:21 56:3
61:25 63:15
73:3 74:24
77:13 78:25
81:6 85:19
96:11,17 97:4
103:4 107:22
116:4 119:4
125:15,22
127:17 128:17
130:3 132:8,
11 138:4,8
142:6 144:15
145:12 147:13
148:6 154:15
159:5,11
161:11 162:9
163:1 164:6
167:22 169:3
172:17 174:10
175:24 176:7
178:2 179:16,
17,23 180:12
181:6,18
183:17,18,25
184:1 186:4,
24 187:9

188:1 196:2
197:18,23
201:23 202:8
204:13 206:12
208:5,7
210:1,8,20
211:6,22
219:13,16
220:14,20
229:22,25
231:17 237:15
238:11 239:7
247:4,13
249:22
251:11,19
258:12 262:7
269:2 270:13,
16 272:8,14,
20,25 273:10
277:3 280:14
281:18 283:2,
3,13 287:24,
25 288:23

**all's**  101:10

**allocate**
140:11

**allocated**
140:11 156:15

**allocation**
140:18 156:5

**allocations**
75:1 140:20

**allow**  167:9

**allowable**
223:19

**allows**  80:25

**almost**  79:4
256:9

**along**  53:15
142:20,21
220:2 234:11

**alphabetized**
55:22

**already**  35:12
185:10 208:24
210:10 217:16
251:2,5
262:18 263:11

266:24 268:11
269:23 270:2
275:21 283:12

**also**  8:3
14:16 20:5,18
42:14 50:21
58:11 61:12,
14 65:21
120:3 122:11
124:15 126:12
138:13 142:15
148:20 154:16
158:23 166:2
197:14 200:4
240:16 242:25
247:20,22
248:3 250:12
260:2

**always**  28:17
53:11 181:3
198:1 199:15
207:9

**am**  11:5 12:11
33:2 35:21
51:2 63:15
64:18 65:14
66:9 92:16
93:7,22
100:10,14
112:5,22
113:1,24
114:1 120:6
146:12,20
160:16 166:8
185:7 190:8
201:20 207:23
208:17 209:4
211:4 213:6,9
214:2 252:5,9
254:20 258:2
265:6 271:10
272:12 279:24

**amended**  157:5

**amendments**
187:13

**American**
25:21 26:5
35:1 36:3
40:25 41:1,24

65:1,4,9
66:19,21 67:4
84:25 88:25
89:10,14 97:2
99:16,18
109:13 120:21
121:1,9
133:7,9 135:4
137:6,15,21,
25 138:9
139:22 141:2,
14 150:10,11,
16,24 151:20
154:2,17
155:6 156:13
157:15 160:2
164:21 165:22
167:2 169:11
170:12 175:17
176:12,14,18,
24 177:20
180:2 184:13,
24 185:1
259:24,25
262:4,13

**among** 194:10
274:5

**amount** 115:13
223:19 239:11

**anal** 20:19

**analysis**
216:10 222:16

**ancillary**
103:6 106:21
165:3 189:23
263:6

**and** 4:4,12,14
5:10,13,14,15
6:2 7:3,4,7,
10,11,13,15,
17,19 8:3,6,
21,22 9:2,6,
12,14,24
10:5,12,13
11:12,13,21
12:2,19 13:23
14:23 15:3,16
16:2,8,16,21,
24 17:8 18:8,

20,23 19:3,5,
10,12,24,25
20:1,2,7
21:15,16
23:4,15,20,21
24:4,6,7,8,
12,13,17,20
25:11,24
26:2,10,15,21
27:4,5,12,17,
19,20 28:1,3,
15,17,18,20,
21 29:12,13,
17,20,24
30:7,16 31:4
32:1,5,10,16,
19,24 33:3,6,
7,10,12,19,25
34:13,17,25
35:5 36:8,9,
11,12 37:13,
17 38:8,22
39:6,10,21
40:1,10,15,19
42:2,23 43:4
44:5 45:10,15
47:3,12,19,22
48:7,15
49:13,15,18
50:9,19 51:20
52:11 53:13,
16,22 54:4,5,
16 55:10,21
56:10,14,25
58:8,18
59:12,16,23
60:6,7,13,22,
23 61:10,12,
22,23,25
62:1,5,8,17,
20,23 63:3,9,
19,21 64:6,
14,16,18
65:1,5,8,9,12
66:1,3,8,22,
25 67:4 68:8,
14 69:11,20,
23 70:1,13,15
71:4,19,20,23

72:1,13,21
73:6,13,16,
17,19,25
74:10,13
75:1,2,10,23,
24 76:5,8,21,
25 77:2,10,
11,16,20
78:6,8,9,21,
23 79:6 80:3,
25 81:2,17,19
82:1,4,7,18
84:3,6,11,13,
14,24 85:1,6,
15,19 86:7,
17,19,25
87:8,11,14,20
88:21,23,25
89:2,10,13,20
90:10,11
92:1,11,16
93:7 94:2,13
95:10,21
96:9,18
99:13,25
100:2 101:7,
17,22,24
102:8,15,20,
22 103:14,20
104:23 105:4,
18 106:9,11,
16,19 107:4,
5,14,16,18
108:20
109:13,19
110:7,12,17
111:16 112:16
113:2 114:2,
8,12,17
115:9,16,20,
22,23 116:1,4
117:7,16
118:3 119:15
120:2,7
121:5,6,25
122:1,2,10,14
123:2,4,5,6
124:9 125:2,
4,7,14,20,24,

25 126:1,5,
12,20 127:6,
13 128:7,9,17
129:1,4,8
130:17
131:14,24
132:2,10,13
134:23,25
135:2,4,16
136:10,19
137:1,3,11
138:9,16
139:4,13,18,
23 140:10,13,
16,17,20
141:3,4,13,
15,21 142:6,
14,15,17,18,
21 143:4,12,
13 144:1,6,
11,23,24
145:7,11,13,
17 146:1
147:14 148:6,
20,22,25
149:18
150:20,25
151:1,2,4,5,
7,16,20,25
152:1,8,10,24
153:11,15,19
154:2,8,10,
17,25 155:15,
22 156:4,7,19
157:5,7,15,25
158:14,25
159:22,25
161:17
162:20,23
163:25
164:13,20
165:5,9,14,21
166:9,10,16
167:5,12,23,
24 168:3,17,
19,20 169:4,
10 170:19
171:2,8
172:3,6,13,

15,16,17,18,
25 173:10
174:3,4,13,
15,19 175:7,
13,18,21,25
176:7 177:6,
23 178:15
179:1,2,10,
22,25 180:3,
5,14,19,22
181:9,22
182:2,8,12
183:3,10,11,
18 184:4,9,
15,16 185:9,
15,17,25
186:12,13,21
187:2,3,5,13,
16 188:11,20
190:3,17
191:7,21,25
192:2,4,5,19,
25 193:2,3,4,
5,10,16,18
194:1,4,9,20
195:7,9,17
196:21,25
197:14,15
198:16 199:2,
4,5,7,13
200:1,8,14,19
201:1,6,9,13,
15,25 202:15,
18 203:1
204:15
205:17,19
206:23,24
207:15,25
208:8,10,13,
15,19,22,25
209:3,6,11,25
210:11,15,17,
22 211:5,7,8,
18,24,25
212:3,6,7,17,
21 213:3,8,9,
14,20 214:15,
25 215:12,17,
21,22,23

216:21,22
217:3,15,20
219:4,5,16,25
220:1,10,22
221:19 222:7,
24 223:3,4,
11,17 224:7,
12,15 225:13,
20,21 227:5,
15,20,21,22
228:8,13,20,
22,25 229:2,
13,16,18
230:3,4,9,11,
18,24 231:5,
11,17 232:1,
4,9,14,16,22,
25 233:6,11,
16,22,25
234:3,20
235:2,9,16,19
236:2,7,14,
17,19 237:3,
8,12,20
238:3,4,5,14,
20,23 239:1,
13,22 240:4,
7,10,16,25
241:5,11,17,
23,25 242:5,
7,11 243:6,
12,17,20,24
244:15,24
245:5,23
246:4,9,11,
12,19,25
247:4,22,23,
24 248:2,15,
20 249:17,22
250:8,10,24
251:2 252:12,
19 253:14,16
255:8,10,20
256:9 257:1,
4,13 258:9
259:20 260:4,
8,12,23
261:10,13,14,
15,21 262:2,

4,11,13,18,
20,22,23
263:8,22
264:9,17,25
265:5 266:8,
9,14,18
267:10,14,17,
19 268:5,6,16
269:8,13,14
270:2,5,12,15
271:24
272:11,14,16,
18,22 273:6,
10,15,19,23,
25 274:5,13,
21 275:6
276:1,3,4
277:2,11,17,
18,20,21
278:3,10,11,
12 279:3,13
280:20 281:3,
11,17,25
282:4,9,24
283:6,12
284:8,9
285:5,6,15,16
286:15,20
287:1,6,16,
17,24 288:5,
10,14 289:5,6
and/or   107:7
162:11
angle   281:21
annual   23:19
96:8 98:25
130:5,8
146:16
160:21,24
169:16,19
246:3
annually
21:10 174:1
another   91:9
124:7 134:11,
12 163:18
165:15 195:14
223:12

answer   5:10,
16 11:21 22:3
33:20 47:3
57:13,21 58:7
59:17,25
60:15,19
61:18 63:10
96:15 113:23
115:16
182:19,20
185:6 190:18
201:22 202:19
203:8,19
204:18 205:4
206:5 210:16,
18 213:4,18,
22 214:13,19
215:4 216:19
217:5 218:14
220:24
224:12,17
225:16,24
226:6,8
227:17 237:23
244:5,7,20,
21,25 245:10
246:6,20
247:1,14
251:12 257:6,
16,24,25
258:22 265:10
271:2 272:13,
23 273:20
answered
143:6
answering
62:12 148:11
answers   5:2
270:3
any   5:2,7,8
7:19 11:9
12:13 14:13
20:5,7 21:22
22:9,12,19
23:9,12 24:25
26:10 28:1
32:7 35:6
36:5 38:7,13,
23,24 40:4

42:2 43:6,9
44:13,15
46:13,14
47:17 48:3,24
49:6 50:2,14
51:6 58:16
59:17 60:15,
19 62:15 63:9
64:19 65:4,7,
15 67:16
68:1,4,10
69:3,4 72:25
78:3 83:19
84:6,20 85:9
86:8,23,24,25
87:14 91:2
92:18,21,24
93:2,5,20
94:1,2 95:21
99:3 100:2,7,
8 101:2
103:11,15,21
107:11 110:15
111:7,10,21,
22,25 112:2,
4,6,11,23
113:6,10,17,
25 116:6
118:14 120:4,
11,17 121:11,
14,21 123:8,
12,13,16,17,
19 124:13
126:16,17,22
127:7,9
128:21,23
130:11 131:17
132:1,3,20,21
133:8 134:10,
25 135:3,6,7
139:8,10
141:6 143:18
145:16 146:2,
25 147:14,15,
20 149:3,21
151:19,25
155:14,21
157:16 158:19
160:24 161:1,

4 164:12,16
165:3,11
167:1,24
168:4 169:5,
15,18 170:11,
16 171:23
172:1 176:5,
25 177:3
178:6,9,10,
11,17,20,22
179:17,20
181:23
185:20,24
186:13,18
187:13 189:11
190:3,5,9,10,
13,16 195:24
196:7,17,21
200:22 201:25
202:5 203:1,
4,6,13,16,20
204:1,22,23,
24 205:12,24,
25 206:7
208:17 209:1
210:17 217:9
219:19 220:1
221:14 222:1
223:9 224:7,
16 227:9
228:2,4,17
229:9 230:7
232:12 234:23
235:5,24
236:11,13,23
238:2 239:5,
6,9,10,16,18
241:20,21
245:2,3,8,9
246:23 248:18
252:2 253:11
257:19
258:14,24,25
259:1,4 260:7
261:18 262:2,
19,20,23
264:4 265:1,
3,8 266:22
268:22 269:9

271:13,18,19
272:5,7,19
273:13,14,15
274:18,22
275:19 277:23
279:8 280:23,
25 282:13
283:18,19
284:2,3,4,14,
25 285:1,10,
11,21 286:1,
6,11,22
287:1,2,12,
17,25 288:6,
17

**anybody**
164:24 167:23
173:4,7,9,10
191:8,16
201:10 276:14

**anymore** 51:7
121:13 149:10
179:9 180:12

**anyone** 22:7,
10 23:4,21
99:8 169:23
200:19 202:4

**anything**
22:22 38:18
39:14 47:25
51:13 52:20
53:3,5,25
54:17,18
59:19 60:9,17
64:7 70:16
81:19 87:2,4
100:6 101:12
112:5 113:19
116:8 119:6
120:8 122:9
123:15 129:11
132:17
134:13,15,20
135:6 143:15
146:5 149:25
161:6,10,18
174:18 175:13
178:1,16,24
179:8 189:3

194:14 207:10
242:16 251:14
252:9 253:19,
20 254:3
259:18 260:25
262:14,16
263:2,16,18
267:18 268:2
272:7,9
279:10,16

**anyway** 49:4
150:1 210:17

**anywhere**
156:20 187:22

**AP** 177:14

**apart** 39:11

**apologize**
9:21 16:17
97:18

**applicable**
202:16 270:5

**applied**
162:21

**appreciate**
5:3

**approve**
246:17

**approved**
182:13

**approximately**
119:22 120:2

**AR** 9:17 57:10
58:14,18,19
205:1 231:25
232:6

**Arc** 8:20 9:5,
12,18 34:18
35:8,17 36:1,
4,11,17
37:14,19,20
38:2,8 39:6,
20 40:2,15,19
41:3,8,23
42:3,5,8
45:21 49:12
50:25 51:3,8
64:16,23
65:5,8,12,20,

23 66:2,7,22
67:4,15,17,25
68:7 69:25
70:2,8,15
73:13,19
74:13,17
75:9,11,13,24
76:10,22
77:1,4 79:19,
24 81:13 82:4
83:4,25 84:7,
9,24 86:12
88:21,24,25
89:3 91:23
92:9,14,19,
22,25 93:1,5,
10,15,20
94:3,8 95:7,
11,15,22
96:1,13,21,24
97:4,8,11,15
102:13
105:21,23
106:1,9,20
107:2,4,7
117:11 118:8,
10 120:12
129:14 135:4
160:8 161:22,
25 162:6,18
163:7,19,22
164:1,8,13,
20,23 165:4,
9,16,19,21
166:1,22
167:3,9,14
169:5,9,23
170:7,13
171:24 175:9,
11 180:2
181:21 189:25
215:3 243:3
246:3 248:7,
24 253:6
256:23 257:22
258:1,4,18
259:2,6,21
260:6,12,23
261:6,9,14,20

262:3,12,23
263:4,12,25
264:2,21
265:13 266:9,
20,23 267:14,
19 268:8,24
270:8 272:15
278:6,8,14,24
279:3,4,13
280:20 283:24
284:9 285:7,
17 286:2,12,
16,18 287:7,
17,21 288:1,7
ARCPI 66:18
67:3,8 88:22,
23 89:1,2,6,
11 96:22 97:1
are 8:16 9:10
11:3 15:5
20:5 21:22
25:20 26:4,10
27:10,13
30:5,16,18
32:7 33:11
36:11 38:7,
12,23 41:13
43:7,11
44:12,15
45:10,11,12
49:25 50:12
54:1,13 59:2,
3 64:10 65:20
73:15 81:16,
17 85:19,23
91:12 92:21,
24 93:5 94:1
98:25 99:3,7
100:7,11
102:6 108:9
111:1,7,13
112:3,13,20,
22,23 114:1,5
122:24,25
123:16 127:6,
8 128:12,22,
23,24 130:11
131:8,9 132:3
138:25

140:10,21
142:7 144:1
145:3,12
146:7,10,16,
25 147:11,13
148:7 151:6,
10,18,19,25
155:3,6,13,21
156:2,4,15
157:12
160:15,17
161:4 162:6,
21 167:12,14
169:13,18
172:16 173:8,
20 174:5,7
176:18,23
179:21 180:13
182:5 184:4,9
185:5,16,19
186:16,18
187:20 195:5,
6,9 196:25
197:20 199:8,
13,14 201:18
202:9 203:4,
13,14 204:12,
17,23,24,25
209:1,17
213:11 215:22
216:8 219:17
227:22,25
234:9,13,23
235:5 241:20
243:15 246:9,
12 247:21
250:1,9,10
252:2,7
253:14
256:12,13
257:19,20
260:5 261:2,
3,18 262:19
266:8 269:1
270:5 272:20
273:5,13,23
277:11,13,23
279:8 280:19
286:15,19

area 23:7
37:6,7 107:23
108:6,10
166:11 167:25
168:19,20
aren't 44:3
164:18
around 11:13
86:15 91:3
162:12 171:16
arrangement
127:13 156:1
159:2 178:13
208:14
arrangements
27:6 38:7
159:4
articles
96:4,5 112:8
161:6 170:14
187:10,14
as 4:3,4 6:3,
5,12,21 7:8
9:1,16 12:2
18:14 19:17,
20 21:15
22:18 25:2
27:8,15 33:5
36:18 38:1
39:21,22 44:6
45:16 46:25
47:12 49:12
50:24 51:11
53:21,22
58:4,16 59:14
60:12 62:15,
16 63:19,20
67:6 68:14
70:2,7,10,11
75:2 78:17
80:18 81:12,
19 83:9 84:1
85:21 90:23
92:1,10,13
93:9,14 94:8
95:25 97:7
98:17 99:20
100:5 101:8
105:12,13

106:21 108:1
110:12 112:13
113:2 117:1,
23 119:12,19
125:21 134:7
135:11 147:19
150:2 157:5
161:17 163:6
164:25 165:20
166:8 170:2,
19 171:2,5,7,
11,14,15
174:18
176:13,24
182:2 186:5
187:18 189:21
190:19 191:22
192:3 193:14
196:6 198:4
200:5 204:6
206:11 210:7,
12,22 211:6,
12 216:16
219:20
221:13,14,25
222:1 223:10
227:11 228:1,
16,18 229:10
230:8 235:24
236:12,24
238:2 242:6,
19 243:1,4
244:16 245:6
247:6 249:23
251:6 252:3,
7,8 253:25
255:3,20
268:6,7,11,
17,18 269:14,
18 270:4,5,6
273:17 276:5
279:12 281:5,
18 282:20
283:21,25
284:6,10,16
285:3,8,12,
17,23 286:3,
8,13,20,24
287:4,8,13,18

288:1,13,14,
19
**aside**  100:15
110:24 118:18
**ask**  5:9,14
44:22 62:6,7
64:6 69:24
70:6 82:21
93:7 119:5
145:20
161:18,22
187:3 202:22
207:9 210:18,
22 211:7
224:11 234:15
246:16,23
247:2,3,8
256:16 263:22
268:11 288:24
**asked**  5:9
16:16 21:20
137:20
142:20,22
205:16 210:17
268:21 269:23
276:14
**asking**  54:1
55:10 62:22
71:7 116:11
181:21 192:7
198:8 205:23
206:2,4
**asks**  269:2
282:10
**assessor's**
110:11
**asset**  216:11
222:16 274:13
275:3,6,25
**assets**  28:21
56:18 103:20
127:23 217:11
275:7,12
276:2,3
**assistance**
100:16,19,21,
23,24 101:17
102:7,11,21

103:5,12,14,
22 104:8,13,
17,23 105:8,
25 106:15
107:7,10,15
108:8 111:12,
23 112:3
274:1,9,12,
17,19 279:22
280:4 281:22
282:19 284:13
**assistant**
104:4
**assistants**
215:21
**assisted**
15:4,12
107:22 125:10
127:16 166:9
167:19 193:14
264:3
**Associate**
172:7,8,9
286:5,10
**associated**
26:11 90:15
182:15 248:17
**associates**
15:10 172:14,
19,25 197:21
**assume**  5:17
10:13 144:7
187:16
**assuming**
19:18
**assumptions**
146:13
**at**  4:22 5:7,8
7:3,15 10:21
11:24 12:13
13:11,15,21
16:16 17:3,5,
6,8,19,23
18:2,19 19:14
21:14,19
22:5,13,14,
15,19,21
23:9,20 24:3

27:2 28:8,11,
23,25 29:5
30:12,13,14,
16 32:10,24
34:6,9,16,25
37:18 38:2,21
39:1 41:17
42:17 43:1,25
47:16,18,25
48:9 49:19
50:8,9 52:18
53:6 54:13
55:8,11,12,
13,18,20
56:14,17
58:10,22 61:9
62:5 64:8
65:23 66:24
70:13 73:22
76:3 77:5,10
80:1 82:2
83:8 84:7
85:12 87:12
91:23 95:16
96:8,10
100:8,17,25
101:23 102:15
103:25 104:8,
16 105:10,14,
24 108:11,15
109:7,24
110:8 113:3
116:25 117:19
118:11,15
119:23 120:8,
12 127:5
131:8 132:11
133:11,20
140:21 146:19
149:10,25
154:20 158:10
159:7 164:14
165:14 167:11
170:21 172:17
173:7 174:20
176:18 177:8
179:6,23
186:23 188:20
190:1,3 193:7

195:14 196:1
197:3,21,23
198:17 199:8,
14 201:19,25
202:4,9,11
204:4,13
207:2 208:23
209:14
211:17,24
216:11
217:15,16,17
219:3,24
222:22 224:16
227:5 235:17
239:5,8,17
240:16,20
242:16 243:1
247:20,21
249:19 250:3,
4,6 251:1
256:20,23
258:4 260:2,
12 261:21,23
263:19 264:15
266:23 268:21
272:3 276:11
278:5 279:11
280:7,15,20
281:2,15,17,
20 282:1,3,5,
25 283:6,20
284:5,9,15,23
285:2 286:7,
23 287:25
**attached**
30:21 31:2
60:5
**attempts**
202:25
**attend**   92:18
95:6
**attended**   94:5
95:21 112:25
146:22 176:25
177:3
**attending**
94:2
**attorney**
22:8,9

**audit**   55:9
186:21 187:7
244:17
**audited**   244:3
**auditing**
244:11,16
**auditor**
244:14
**August**   72:11,
13,15 73:3,25
74:5,9 79:21
88:9
**Austin**   88:18,
21,24 91:16,
18
**available**
192:5 193:4
276:15
**aware**   12:17
38:13 64:18
65:14 66:9
83:6 91:7
92:23 93:22
94:1 97:16
99:2,5 100:2,
5,7,11 111:9,
11,24 112:1,
3,5,11,22,23
113:24 114:1
120:6 123:15,
16,19 130:7,
10,13,14
131:6,16
135:6 146:4,6
147:18 149:23
155:25 156:10
157:14 161:2,
4,10 178:16
185:20 188:2,
6 190:8,16
194:2 201:20
205:25 207:3
208:17 209:1
212:25 213:6
224:18 225:18
226:1 252:2,
5,7,9 258:2
262:16 264:7
274:16 275:22

277:23 279:9,
10,24 286:19,
25 287:10,15

---

### B

**back**   7:2,15
17:8 22:13,14
26:15 30:4,10
42:19 44:17
52:16 53:13
54:5 55:10
56:4,6 57:6
58:12 62:1,10
74:10,23 75:5
80:23 81:14
83:8,17 85:1
86:3 96:18
105:22 106:5
119:14,22
120:7 132:10
134:24 151:9
157:25 158:22
161:21 165:14
167:11 171:6,
10,12,13,15
172:3,6 183:4
206:24 211:8
218:19 231:14
246:21 251:13
264:10 266:8
268:25 271:6
281:5
**Baier**   92:10
93:14 94:1
136:2 251:8,
23 255:20
**Baier's**   98:17
**balance**   28:22
32:24 33:4,6,
8,10 38:22
53:21 56:10
75:21 276:1
**balances**
216:11 222:17
230:9
**ball**   58:9

**bandages**
193:7
**bank**   12:23
13:9 41:12,14
42:9,15,21,
23,24 43:2,8
115:24 116:2
134:2 180:11,
14,18,24
181:15 184:6
**banking**
180:20
**base**   276:11
**based**   14:24
25:3 29:17
53:13 60:1
62:3 73:22
77:12,19
78:21,25
103:6 108:15
156:5 171:19
172:14 193:21
194:16
203:15,23
204:3 210:6
258:5,17
259:15 275:6
278:13
**basic**   30:14
**basically**
20:11 49:25
80:2 85:19
153:16 171:8
242:9 276:24
**basis**   26:8
35:2 54:8,12
65:22 77:16
179:9,11
253:17 274:24
**Bay**   118:19
119:8,11,12,
14,15,21
120:1 121:2,
6,11,18
122:23 123:4,
9,14,17
141:4,15
151:1 152:11,
17,18,19,20

153:1,7,9,11,
12 154:1,3
156:14
158:18,23
184:16 188:19
284:25 285:5
**Beachmark**
61:5
**Bear** 214:1
**became** 95:3
131:3 171:2
271:11
**because** 5:4
9:15,17 11:13
12:16 14:4
18:20 25:14
26:3,23 28:14
29:1 31:3
35:10 36:23,
24 37:16
39:5,6 41:21
43:11 51:18
52:1 53:11
54:8 56:8
57:12,21
60:24 63:18
80:8 82:11,13
85:11 86:16
91:17 102:17
105:11 106:21
107:17 109:25
115:1,7
118:22 120:8
121:17 126:2,
5 128:24
130:16 132:2
135:17 137:8
139:20 140:17
141:11 145:21
150:22 151:8,
17,23 152:23
153:22,25
158:5 159:1
162:9,13
168:14 170:18
171:9 172:5,
11 173:23
174:2 176:20
181:4 182:17,

25 184:7
195:7,10,18
197:18 199:16
205:13 248:9
249:13,16,22
250:15 251:15
253:14 261:1
263:11 267:6
274:23 276:5,
20,23 278:16
280:14
**becoming**
105:19
**been** 4:3 5:20
6:2 8:20
13:23 16:24
19:7 35:9
42:18 43:2,3
44:11,16
46:16 48:22
63:24 64:5
67:1,7 79:12
83:15 85:9
97:7,14
111:22 118:22
119:4 122:3
128:6 129:5
130:21 136:23
137:6 147:14
157:4 158:2
161:16 165:20
174:25
177:10,18
186:3 187:23
188:23 189:3,
7 196:17
200:7 201:18
207:1,8
210:14 218:12
219:11 239:9,
17,18 246:25
248:12,13,14
249:14,17
253:8 254:3
255:5,17,23
258:9 259:1,
14,17,24,25
260:2,18,22,
25 264:13,14

266:11 269:14
273:14 279:12
280:3,13,14
281:4 282:5,
6,9
**before** 4:17
5:10 17:2,4,
19,22 18:10
24:6 35:9
55:14,17
60:25 62:1,9
67:6,9 68:13,
20,24 83:25
84:8 86:13
90:4 95:2
113:23 118:11
131:20 140:17
159:12 190:11
200:20 214:2
232:6 245:6
248:10 262:7
**beginning**
16:17 154:21
**behalf** 4:14
5:20 19:25
23:10 37:19
75:11 92:18
97:15 102:6
112:25 119:18
130:12 132:21
133:9 144:20
154:16
169:19,21
201:14 224:22
256:23 257:21
268:8 273:6
283:18 284:3
**being** 4:15
60:14 70:2
162:18
171:14,15
221:20 222:9
251:21 261:3,
4
**believe** 14:2
31:5,20 34:7
35:1,17 38:18
41:16 61:20
65:6 70:4

81:17 86:15
91:16,18
96:5,22 98:11
99:20 104:2
105:10 128:22
129:2 130:1
132:9 157:18,
21,24 159:25
160:7,14
163:7 164:3
167:22 170:6,
25 171:9
176:21 180:13
182:10 195:19
197:17 206:18
210:13 247:17
251:10,21
253:20 254:24
255:2 270:14
278:7 283:2
**bell** 10:7
**below** 128:18
219:6
**benefit**
220:23 236:13
**benefits**
198:19
**Benetta** 139:5
**besides** 48:24
113:11 138:13
139:11 141:7
272:15
**best** 13:1
137:11
**better** 205:4
245:18
**between** 9:24
10:12 19:4
20:6 26:1
27:6 32:15,18
33:16 34:2
36:11 38:7
40:1,14 53:13
58:18 62:17
64:15,19
65:4,7 66:2,
21 67:4
73:12,25

74:13 75:23
82:10 84:16,
24 86:25
87:14 92:24
99:11 100:12
106:9 107:4
110:2 115:8
116:5 121:5
128:7,9
129:1,4
134:11 135:3
140:14 145:16
146:1 151:7,
11,18,19,25
152:5 153:16
155:14,21
157:12 158:2
164:13 176:5
179:21,24
208:9,14
209:2 224:7,
14 225:12,20
232:13 241:22
242:5 260:8,
23 261:9,20,
25 262:12,20
267:19 273:13
274:5 277:17,
20

**beyond**  210:14
**big**  27:14
184:6 219:10
**bill**  40:13
57:19,20 58:3
168:20
**billed**  57:15
58:5
**billing**  40:16
57:8
**billings**
49:22
**bills**  52:1
57:11 183:18,
23
**bit**  9:11
11:13 48:23
64:6 83:24
88:6 112:13
137:20 159:14

165:5 176:13
185:4 222:14
245:24 246:22
277:19
**BKD**  9:16,22
10:1,12,21
20:15,22
31:10,16,21
32:1 43:6
45:18 46:12
47:5 70:25
71:18 100:16,
19,21 101:17,
21,24 102:1,
7,11,21
103:5,11,14,
22 104:8,12,
16,17,22
105:7,25
106:15 107:7,
10 108:8,14,
16 109:14
110:13 111:1,
12,22 112:3,7
123:5 159:17,
21 160:12
208:10 249:1,
2 253:6,12
274:1,9,12,
17,19 275:1
279:21,22
280:4,9
281:22,25
282:19 284:13
285:20,25
288:16
**BKD-BRE**  71:24
**BL**  48:1
**Blackstone**
51:4,5 78:20
79:5 81:2
106:9 264:14
**Blankenbaker**
129:17
**BLC**  5:24 6:22
8:21 9:7
10:13,14
18:1,24 19:5
20:6,20,23

21:5,10 24:9
25:4,8,17
26:1,11 29:25
30:16,18,20
31:5,25 35:25
36:5 37:12
38:7 40:1,4,9
42:2,14 46:20
48:1 49:5,16
50:1,8 51:11
52:14 53:20
55:8 56:12
57:3,15 58:13
59:9 62:18
63:6 64:14,
16,25 65:7,9,
12 66:3,8
68:3 69:24
82:4 83:3
84:1 86:25
87:14,20,23
90:23 98:2,5,
18 99:1,4,6,
10,15,19,21,
24 102:15
103:16,19
104:6,20
105:5 107:11
108:17 109:10
110:16 113:4,
14,20 114:18,
22 115:9,12
116:22 118:3
120:19 129:11
134:14 135:5
150:5,15
155:9 160:2,8
164:15 165:11
167:18 168:3,
10 169:4
175:10 188:23
189:4,5,23
190:1,6,15
191:6 193:7
195:25 196:9,
18,20 197:8,
24 198:1,11,
13,17 201:14,
17 202:16

203:6,16
204:4,13
205:2 206:1,
9,18 207:15
208:6,10,15,
18 209:2
212:23 213:14
214:5 215:1,9
216:15
217:10,19
220:15,21
221:4,14
222:2,24
224:7,15,21
225:13,21
226:4 228:2,
18 229:10
230:4,8
231:24 232:5,
14 233:3,9
234:6,18,25
235:7,25
236:12,24
237:20 238:2,
12 239:20
240:22 241:3,
4,15,23
242:3,20
243:2,22
244:3 245:2,8
246:4,11,12,
17 247:11
248:18 249:17
250:18,23
251:4,8
252:4,20
253:2,12,21
254:7,22
255:17 266:7
267:12,20
270:4 279:14
280:20 283:20
284:5,15,19
285:2,12,22
286:7,21,23
287:3,12
288:18,20
**board**  92:21
95:22 123:13

129:21,22,23
130:9 143:24
144:7 146:7,
17,25 160:18,
19,22,25
172:12,17
173:14,17,25
176:14,16
177:3 186:13,
20 187:5,17,
20 188:4
**body** 207:16,
18,19
**bonus** 202:14,
15 206:16
258:17
259:14,17
**bonuses** 204:3
258:5 259:21
**bonussed**
203:5,15
204:12,25
206:1,8
257:21 258:3
**bookkeeping**
82:16
**books** 147:11
186:17,23,25
187:5
**borrowed**
51:23 52:16
**both** 9:10
25:20 26:3
33:12 50:8,17
66:7,12,15
82:3,8 83:22
126:20
175:21,24
223:4 269:13
**bottom** 109:7
217:17
**bought** 47:19
184:19 262:7
**boxes** 55:20
**BR** 71:16
**brand** 163:14
**BRE** 69:18
70:23 71:2,6,

11,14,16,18,
21,23,25
72:18 73:6,13
74:13 88:5
107:5 269:24
270:22
271:11,14
272:16 273:21
277:8,17
279:20,25
281:7 282:16
287:11,16,22,
24
**BRE-BDK** 71:23
**BRE-BKD** 71:17
**break** 5:7,8
39:11 64:6
118:24 161:12
**breaking**
27:20
**brief** 189:19
268:6
**bring** 8:13
61:25 167:9
**brochure**
167:23,25
**broken** 37:6
**brook** 13:11
**Brookdale**
5:20,22 11:10
13:8,12 14:3
15:2,6,8
16:14,19,22,
25 17:6,11,
14,16,20
18:9,15,25
19:4 20:2,13
21:3,6,9,12
24:11,16
25:24 26:20
27:15 28:6
29:12 32:19
33:15 34:1,18
35:11,13 36:6
38:14,15
41:15 42:10,
12,15 44:12
45:22 46:1,

15,21 47:8
48:11 50:7
51:24,25 52:3
54:3 56:11
57:2,15 58:13
65:17,24
67:24 69:5
72:2,5,7,8,9,
16,25 73:1
74:18 75:7
76:11,16
77:2,6,18,24
78:1,8,9,21,
25 79:7 80:24
81:25 82:19
84:3 85:6
86:8 87:1,8,
24 88:7,12
89:13,21
90:2,6 93:19
94:17,21,22
97:3 102:5
107:22 108:12
111:14
112:12,14,16,
20,24 113:2,9
115:8,9
116:13,22
117:2,14
119:13 120:24
121:5,20
122:18 123:6
124:12 125:5,
13 126:7,13
129:16 130:18
131:3 132:22
133:14,18
134:2,4
135:9,14,19
136:14,17,19,
20,23 137:13
138:14 139:1,
7,17,21,22,25
140:3,4,6,12,
14 141:1,10,
13,19,25
142:7,10,12,
22 143:2,10
144:15,19,21,

24 145:1,2,4,
12,14,16,17
146:1,8,10,17
147:7,12,16,
23 148:2,6,7,
12,16,18
149:12,13,14,
20 150:3,8,
12,23,24
151:2,4,5,8,
20,22 152:1,
5,8,21 154:6,
10,11,14,23,
24,25 155:4,
14,21 156:3,
13,16 157:16,
22 158:21
159:13 162:2
163:8,13,16
164:3,4,22,24
165:25 170:13
172:7,8,9,14,
23 173:2,4,9,
10 174:14,15,
22 175:9,24
178:10,11,14
180:7 181:1
183:4,11,12
185:14,21,25
186:4,5,11,
19,25 187:11,
21 188:3
189:13 191:22
192:11,16
194:6,12,23
195:15 196:8,
23 197:11,13
198:3,14,21,
23 199:7,9,10
200:11,12
202:5 203:5,
14 204:2,12
205:18 208:14
213:13 217:22
218:4,10,11
219:7,20
223:20
224:15,22
225:12,20

230:16 231:3,
24 238:17
239:20 240:1
242:18 243:3
244:11,18
246:16
247:17,19
248:3,16
250:24 252:13
255:25 256:19
257:22
258:15,16
259:11,12,16
260:11,14,16
261:10 264:10
265:24 266:10
267:13 272:1,
2,4 273:11,
22,24 275:23
276:17,19,24
277:20 278:14
279:23 280:12
281:2,8,13
282:2,4,24
283:21,25
284:6,10,16
285:3,8,12,
18,23 286:3,
5,8,10,13,24
287:4,8,13,18
288:2,19

**Brookdale's**
54:3 163:20
184:21

**Brooks** 61:14

**Brookstone**
69:14

**brother-sister**
150:10

**brought** 43:18
157:5

**Bryan** 137:1
139:3 254:21,
23 255:3

**BSL** 147:4

**BSLC** 142:7
147:1,7

**budget** 83:4,7

113:18 245:9,
12,14 246:8,
14,18 247:11,
12 248:13,18
249:17 250:18
266:7,11
275:3 280:6,
13

**budgeted**
280:15

**budgets**
245:21 246:3
250:1 274:10
279:13,17,25

**building**
69:20 108:17,
23 109:8,11
110:7,12,17
117:3 217:3
223:5,11
230:5,9 238:4
278:11,12
279:4

**buildings**
211:25 216:22
237:12

**business**
10:10 26:7
27:22 28:15,
24 29:2,17,
20,24 30:1,3,
5,6,7,8,10,
11,15,18,21
31:2,25 32:1,
3,4,8,19
36:18,22,24
37:2,5 38:23
42:9 43:12
48:17,19,20
50:12,17
53:14,15
67:13 68:6
83:9,18
107:18,19
116:5 128:1,3
132:6,11
134:17,25
135:1,8
145:8,9

148:11,16
163:6,17
164:5 166:22,
23 170:12
181:4 183:17
184:23 188:17
194:16,22
196:16,18,21,
25 249:23
250:7,16
261:18 263:13
264:21,22
276:8 283:21,
24 284:5,10,
16 285:2,12,
17,23 286:3,
8,13,24
287:4,8,13,18
288:1,19

**businesses**
285:8

**busy** 138:3,5,
6

**but** 4:13,22
7:1 8:7 9:19
10:8 12:1,24
13:21 17:8
18:18 19:18
21:14 22:9
25:16 28:12
30:6,12 31:11
33:1,15 35:1,
8 37:2,11
39:16,17 41:9
42:7 43:11
44:21 47:25
48:8 49:4,16
50:17 53:3
54:15,21
55:5,12 57:7
58:2,6 60:2
61:4 62:2,12,
21 66:11 71:5
74:10 76:3
77:15,23 78:5
80:2,11 81:6
82:23 84:22
85:9,17,21
86:5,15 87:3

90:13,22
91:22 93:23
96:15,17
98:12 102:18
104:1,12
105:1,22
107:19,25
108:3,8
110:1,11
115:2 116:7,
18,24 117:17
118:13,21
120:7 122:16
124:2 127:11
128:11 129:1
130:1,3,14
131:20 133:6
134:7,19,25
137:11
140:15,21
141:16 142:15
146:20 147:10
149:9,24
152:17 153:24
154:13 155:3
156:10,19
157:25 159:9
160:16 161:2
162:25 163:2,
22 164:4,6,23
165:19 166:9,
18,21 167:10
168:7,18,25
170:7,9,20
171:4,11
172:11 173:7,
8 174:7,17
175:16 176:2,
6,22 177:16
178:24 179:8
181:3,14
182:3,10,11
183:2,16
185:3 187:3
189:13,22
192:2,21
194:22 195:21
196:4,15
197:19 199:15

205:4 206:15,
18 208:4
209:22 210:15
211:4,18,19
212:17
217:16,20
219:23,25
224:11 227:17
246:5,12
247:2,8,16,
20,23 248:10
249:24 250:9
251:3,12
253:17 254:4,
5,14,15,25
255:7,11
257:6 258:6,
21 259:10
260:3,18,20
263:21 264:4,
13 265:10,17
270:15 271:2
272:21 273:1,
19 274:24
275:13 276:7,
10,12,14,16
277:14 280:7
281:9 282:20
283:13

**buy**   162:12
192:24 193:5,
18 194:14

**buys**   194:4

**by**   4:6 6:15
9:25 10:9,10
11:8,9,25
16:14,24
17:10,20 18:5
21:1 23:15
25:21,22
31:19 33:24
35:3,24 37:13
40:23 41:15,
19 42:10,14,
15 44:10,24
45:6,14,24
46:24 47:10
49:10 51:12
53:15 54:22

55:6,8,19
59:7 60:10
62:14 63:5,12
64:4,14,24,25
69:14 70:21
71:10,14,15,
18,19,25
72:1,2,21
74:8 77:11
85:13 87:8,
21,22 88:18
91:18 92:5,22
94:21,22
97:2,3,21
98:14 99:16
100:8 101:4,8
102:7,13
103:10 106:24
109:3 110:23
113:20 114:4
115:6 116:10,
21 117:8
118:6 119:3,
23 123:2,17
124:10,11
125:5 126:12
127:4 130:18
131:10 135:11
136:19,23
137:13 138:2,
23 139:1
142:7,24
143:8 144:15,
19,22 145:2,
3,12,24 147:6
148:7 150:12,
19 151:9
152:20,21
153:6 154:11,
23,24 155:6,
20 156:3
159:20 160:6
161:15 164:2,
21,22 165:1,
22 168:9,25
169:23 170:10
172:10,16
174:14,19
180:7 182:2

183:17,20
185:13 186:12
187:5 189:6
192:11 193:5,
11 197:7,10,
12,16,22
198:22 203:3,
4,12,14
204:7,21
205:8,11
206:10 207:7
209:25 211:23
212:20 213:2,
7,19,23
214:4,14,20,
24 215:8,14,
19,24 216:3,
7,20 217:1,4,
8,14 219:1
220:5,9,12,19
221:3,8,12,
18,23 222:6,
11,19 223:8,
12,14,23
224:1,5,13,19
225:1,6,11,19
226:2,11,21
227:18,24
228:10,15,24
229:4,15,20,
24 230:13,20
231:1,7,13,
16,21 232:3,
11,18 233:2,
8,13,18,24
234:5,17,22
235:4,11,15,
22 236:4,9,
16,21 237:5,
10,14,19
238:1,7,10,
16,22 239:3,
15,24 240:6,
12,15,19
241:2,7,13,
14,19 242:2,
13,24 243:8,
14,19,22
244:1,9,18

245:1,7,13,16
246:2,15
248:1 249:7
251:17 256:17
257:12,18
258:8 259:19,
25 262:6,22
263:3,23
264:12
265:12,19
266:5,10
267:4,10
268:1,19
269:4 270:21
271:4,21
273:3,24
274:3 277:12
278:2,23,25
280:17 283:9
284:18

**bylaws**   96:2

---

### C

**Cabinet**
200:13 265:4
**calculations**
179:2
**call**   77:14
93:3 107:20
115:5 183:25
184:5
**called**   4:3
95:21
**calls**   77:22
92:24
**came**   18:14
78:22,23
93:23 172:20
181:8 186:20
255:6 260:11
**can**   5:14 6:19
11:21 17:22
27:1 28:11
29:2,13,18
30:4,7 44:19,
22,25 46:5
50:16 55:5

60:1 61:25
62:9 63:10
64:9,22 68:11
71:8,12 76:13
79:7,8 83:9,
18 85:13 86:4
102:18 106:5,
19 114:24
116:18 117:23
118:18 138:16
144:18 158:15
159:11 164:23
167:24 168:7
171:10 180:16
181:11 192:4
193:4,18,19
197:22 203:10
205:5 206:15
207:11,18
210:19 212:17
213:4 218:9,
19 222:13
224:10 245:25
248:20 251:12
257:6 261:23
265:10 266:4
267:2 271:6
284:21

**can't** 43:23
54:17 71:16
90:19 134:22
139:5 165:4
169:6 187:7
195:8 206:14
259:9,10
265:21,23
267:17,21

**Canadian**
119:19 159:2

**cannot** 37:16
52:1 101:2
132:8

**capacity** 70:7
270:6 286:20

**capital**
77:10,14,22,
25 216:10
222:16 253:4
255:1,2,9,13

**capital-
related**
211:25 212:3
225:4,9,14
230:16,23
238:13,19,25
239:12

**card** 197:16,
17,22

**cardiology**
190:23 263:17

**cards** 115:22

**care** 15:4
16:2 17:5,19
18:10 37:3
48:25 49:18,
19 50:4,9
57:16 69:8,
13,16 84:2,7
102:17 105:24
107:1 118:10
125:7,9
126:25 131:19
164:14 166:16
177:23 181:25
215:10 229:9,
12 236:25
248:12

**caring** 68:25

**case** 42:18
61:8,16 66:11
85:18 204:23
205:24 206:8
245:4,9
250:21 278:4
281:1 283:17

**cash** 52:2,5,
9,12,14,17
54:10 110:7

**CASSIDY** 6:7
9:10,14 11:3,
6,12,17,21
17:25 20:18,
22 25:14
31:8,11,15,18
33:18 34:20,
22 35:19,21
40:21 41:5,7,
11 44:20

45:5,9,17
46:19,23 47:2
49:1,3 54:24
55:2,5,16
59:2,5,16,22
60:6 61:13,20
62:20 63:2,8
64:2 69:23
70:18 71:4,9
74:6 87:18
98:6,10 103:8
106:14,17
110:20 113:21
114:23 115:15
116:16 117:4,
22 118:20,24
137:19 138:21
142:19 143:4
144:17
145:20,23
147:3 150:15
152:16,23
153:4 155:17
159:17 168:6
170:5 183:14
184:25 185:7,
9,12 188:25
197:3,6
202:18,22
203:8,19,22,
25 204:15,19
205:3,10,15,
21,23 206:3,5
209:9,16,20,
22,25 210:6
211:1,3,10,
14,20,22
212:15 213:1,
4,17,21
214:1,12,18,
23 215:4,12,
17,23 216:2,
6,18,24
217:5,12
218:14,21
219:23 220:8,
11,18,24
221:7,11,17,
22 222:5,10,

13,18 223:7,
13,22,25
224:4,9,17,25
225:5,10,16,
24 226:6,17,
19 227:14,21
228:5,8,13,22
229:2,13,18,
23 230:11,18,
24 231:5,11,
15,20 232:1,
9,16,25
233:6,11,16,
22 234:9,13,
15,20 235:2,
9,13,18,21
236:2,7,14,19
237:3,8,13,
17,23 238:5,
9,14,20
239:1,13,22
240:4,10,14,
18,25 241:5,
11,17,25
242:7,22
243:6,12,17,
24 244:5,19
245:5,10,23
246:5,19
247:14 248:20
249:1,6 251:9
256:12,16
257:4,9,15,23
258:19,22,25
259:4 261:23
262:22 263:20
265:9,16
266:3 268:5,
14,25 269:17
270:1,12,19
271:1,15
272:18 273:17
278:1,20
279:20 283:5,
9 288:23
289:5

**categories**
201:10,23
228:1 236:23

250:20

**category**
48:18 200:20,
23 201:12
239:6,7 251:1

**Caterpillar**
61:15

**Catherine**
4:11

**caveat** 269:19

**CCRC** 48:7

**CCRCS** 30:2

**center** 15:12
222:15

**central** 42:25
191:21 220:10
264:9 272:8

**centralized**
41:13 43:2,8
53:12 192:15
195:6 200:16

**centrally**
198:20,21
199:19,20
200:2,3 221:2

**CEO** 93:18
255:20

**certain** 7:17
15:15 80:21
81:16 103:25
105:18 167:10
170:22 175:5
182:12 250:4
259:10 265:21

**certainly**
22:8 60:1,7
61:25

**certified**
244:2

**certify**
185:11

**Chad** 92:11
95:14 136:4
251:18,21

**chain** 134:12
150:5 166:3
219:4 247:6

**change** 26:23
64:7 73:24
74:3 119:5
161:19 170:16
171:10,18,23
197:23 207:10

**changed**
254:12 261:16

**changes** 28:14
161:5 170:14,
15 187:13
216:10 222:16

**charge** 81:14
140:11 166:16
189:20,22
212:11

**charged** 74:22
75:5 82:12
194:13,16,20

**charges** 38:24
168:4 250:9,
13,15

**chart** 121:2,9
133:5,12
155:24

**charts** 7:13

**Chartwell**
119:19,24
121:24

**chat** 56:15

**cheat** 88:16

**check** 90:12
104:25 118:21
132:10 140:15
172:5,6

**checks**
115:21,23

**chief** 93:18
94:11,16
254:23

**choice** 37:15
164:25

**choose** 81:1
165:2

**chooses** 81:3

**chose** 81:3

**Circuit** 61:16

**citizens** 37:3

**city** 218:12

**claim** 217:10
223:10 230:9

**claimed**
239:11,21

**claiming**
110:17 113:19
223:3 238:3

**clarification**
31:4

**clarify** 31:11
33:25 44:21,
22,23 46:5
64:7 86:7
119:6 151:5
152:16 161:19
207:9 267:2

**classified**
277:3

**clean** 70:16

**clear** 5:5
11:12 46:19
62:22 71:4
189:1 205:6
278:22

**clinical** 16:5
195:17,23

**closing**
205:22

**clothes**
101:15

**CMIP** 202:14,
15 203:15,17,
20 204:5,25

**CMS** 201:17

**CMS-TYPE**
60:20

**CNAS** 127:2
214:22

**Code** 46:8

**collateral**
51:13

**collect** 51:7
73:9

**collected**
276:5

**collection**
142:2 168:15

**collects**
74:21

**Colorado**
89:18 90:9

**column** 56:18
62:19 213:16
217:21 276:20
281:18

**come** 25:25
39:20 78:6
102:20 167:24
180:14 185:3
194:9 210:19
250:20

**comes** 53:14
283:14

**comfortable**
211:4

**coming** 41:17
42:9 57:23
77:19 198:11

**command** 166:4

**comment** 106:5

**comments**
210:21

**commercial**
180:17 184:8

**commingled**
169:2

**committed**
85:3 87:6

**committee**
199:7

**common** 36:3

**communications**
22:9 28:2

**communities**
14:23 15:21
39:8 41:15
42:12,16
47:13,18,20,
21,22 48:4,13
77:8,13 91:2
103:25 107:23
111:15 112:17
122:2,3,4

124:4 127:16
133:1 134:4,
5,6 139:18,
21,22,25
140:6,13,14
141:2,10,14,
20 142:1,18
143:3 144:20
145:4,15,18
146:2,8,11,18
147:7,16,23
148:2,7,12,
17,18 149:1,
15,21 150:4,
8,25 151:2,4,
6 152:6
154:6,10,14
155:1,4,6,15,
22 156:3,14,
17 157:6,22
158:21 162:2
167:22 168:20
174:16,22
178:15 180:8,
12 181:2
183:11
185:14,25
186:2,11,19,
25 187:11
188:4,21,22
189:7 190:9
191:24 192:1,
12,18 193:18,
24 194:6,10,
12,13,14,24
195:15 196:24
197:12 198:22
199:10 218:11
246:17 247:18
250:25 259:12
260:15 264:10
272:3 273:11,
23 276:19
281:3,8,14,15
282:2,6
**community**
15:10 18:2,7,
16 30:24
47:23 48:8

66:11 69:22
80:4 81:22
82:14 84:14
89:17 91:1
113:9,12
121:24
126:20,21,24
131:8 158:25
167:21 192:24
195:3 197:22
247:21 249:25
250:10 281:5
**community-
level**  75:10,
14
**companies**
42:21 70:24
119:25 122:6,
11 147:12
167:1 180:21
267:13
**companionship**
101:16
102:19,22
**company**  8:10
14:22 15:1
23:7 45:19
46:12 47:6
51:6,25 64:24
65:1 66:19
67:10 70:25
84:6 87:14
88:8 89:3
93:9 101:25
102:2 119:10,
11,15,19
121:18 125:18
137:13 139:15
140:5 141:16
142:25 143:1,
11 144:4,5,6
145:9 147:12
149:7 153:2,
8,10,11,17,25
154:4 156:15
159:14,18,21
160:12 167:24
172:10 173:21
174:18 206:20

218:4 244:14,
15 248:9,11,
17,21 253:4
278:14,25
285:20,25
**compare**
231:18
**compared**  27:8
**comparison**
58:10 240:17
**compensation**
198:24
**complaint**
273:16
**completely**
78:16 132:12
**completing**
256:22
**compliance**
254:14,15,18
**complicated**
37:9
**components**
282:20
**comprised**
225:8
**computer**
28:10 199:23,
24
**concept**  30:9,
11,15 105:13
106:22 114:12
182:3 195:7
**condensed**
289:5
**confer**  62:5
**confirm**  108:4
182:10
**confused**
137:20
**confusing**
5:14
**confusion**
148:11
**connected**
28:24 261:2

**consider**
252:11,17
**considered**
15:14
**considering**
105:11
**consolidate**
42:24
**consolidated**
14:21 15:8,
19,22,25 16:3
27:9,13,14
83:16 175:12
182:6 259:15
274:22 280:6
281:23
**consolidation**
17:2,4 18:10
175:15,16
**contact**  193:9
**contain**  12:20
33:11
**contained**
91:10
**context**  28:12
173:1
**continue**
12:25 70:6
217:10 223:10
268:11
**continues**
12:24 230:8
**continuing**
19:10 69:24
**contract**
39:18 73:22
80:15,19
81:4,6 106:8
241:9 263:4
**contracted**
264:1,6
**contracting**
264:7
**contractor**
46:9 47:1
**contracts**
27:5 36:5,11
80:25 81:1,7

103:15,17
208:6,17,22
209:2 234:23
235:5 241:20
261:18,19,20
262:20
**contractual**
103:15
277:16,19,22,
24 279:7
**contribution**
221:6
**control** 85:7
107:3 243:20
257:13
**controls**
107:16 110:1
**convenient**
203:18
**conversation**
175:8
**converted**
34:23 170:18
**COO** 94:24,25
95:3 253:25
254:1
**cool** 220:4
**copies** 91:24
**copy** 6:2,5
45:1 108:23
117:18
**corporate** 6:3
15:5 18:14
22:15 23:25
24:1,8 25:23
33:25 59:15
60:4 69:25
70:3,7,10
75:1 80:19,22
92:15 112:2,6
123:16
135:20,22
136:20,24
137:14 139:2,
8,11 141:12
142:8 143:14,
18,19 144:14
145:3,13

147:15 150:2
154:15,16,25
157:17 158:7,
10,11,12
170:11,16
173:3 174:15
180:20 186:10
188:8,12
191:7,14
196:22 199:8,
14 202:12
203:5,14
205:17,18
246:9 247:19,
24 258:16
259:13 260:2,
3,11 268:7
270:6,7
286:15,21
**corporation**
25:21 26:6
36:4 40:25
41:2,24 65:2,
5,10 66:22
67:5 72:1,17
84:25 88:25
89:11,14,23
97:2 99:16,18
109:14 120:22
121:1,9
124:8,11,14,
15,22,24,25
125:20,21
126:3,6,10,16
127:7,24
128:5,8,17,20
129:10,21,25
130:5,8,12,
15,22,24
131:3,4,7,9,
11,13,17
132:14,17,19,
20 133:8,9,
20,21 134:8,
24 135:3,5,
10,11,12
137:7,16,21,
24,25 138:9
139:23,24

141:2,14,15
143:12
150:11,12,16,
24 151:21,24
152:1 154:3,
17 155:7
156:13
157:15,20
159:8,10
160:13 164:22
165:23 166:3
167:3 169:11
171:3,5,14
175:17
176:12,15,19,
21,25 177:1,
4,6,9,20
184:13,17,24
185:1,19,20,
22 186:5
261:4 262:5
283:17,18,19
**corporations**
45:15 89:7
141:6 155:23
184:16
185:16,19
250:14 269:15
**correct** 8:5,
9,12 9:15
10:16,17
14:18 15:6,14
16:6 18:20
19:2,6,9 21:8
24:15,18 25:5
27:21 28:4,5
29:8,11,14
30:19 31:6,7
33:14 34:20
35:16 36:20
38:2 40:3,17,
18 41:2 42:1,
4,6 43:16
46:21,22 49:8
51:21,22
57:17 62:25
63:1 65:3,19,
25 68:2,5,11
69:2,6,9,10,

12 72:6,14,
20,23 73:2,5,
8,11 75:16
76:12,18,20,
24 78:10 79:8
82:17,24,25
85:10 87:7,10
89:4,5,9,12,
24 90:8
92:11,12
94:19 97:6
99:17,25
101:13,14
102:10,24
103:1,3,4
104:19 105:6
106:2 108:13,
19,21 109:11,
12,16,18,21,
23 110:14,22
112:19 113:5,
16 117:15
118:12,17
124:4,17
126:8,11,15
127:1,22
129:7 132:7,
16 133:6
135:13,16,25
136:15
138:11,15
141:23,24
142:9 144:3
145:6 148:9
152:7,9
154:18,19
155:2,8,10
156:18 157:13
159:24 160:11
162:3,4
163:8,21,24
167:14 169:12
172:24 174:17
176:4 177:19
178:8 179:15
181:3,13
183:5 188:10,
25 192:17,20
200:10 216:23

217:4 220:23
248:5,8
255:15 259:3
264:11 267:11
273:12 278:18
279:6

**correctly**
27:7 39:4
260:21

**cost**  20:11,13
22:24 23:5
28:3 54:22
55:7 57:18
58:11,22
59:11 60:20
62:24 75:22
113:18,25
114:5,9,11
156:5 157:1,
3,11 178:13
198:2,7
201:18 209:8,
15 211:6
213:10 217:11
220:16 222:20
223:16 227:11
229:25
231:18,19
232:4,20
233:20 234:1,
12 235:12
237:15 239:7,
16,21 242:10,
15,17 243:9,
11,21 265:13,
20 266:1
274:15 275:19

**cost-sharing**
140:19

**costs**  75:1,
11,14,18
76:11,23
87:24 88:1,3
140:11 156:2,
16 211:13,25
223:18 224:24
225:4,9,14,22
228:20 230:16
236:13

238:13,19,25
239:12,18
240:1,3,9
280:14

**could**  7:17
12:2 13:14
21:16 37:4,7
48:15 53:1
54:1 57:7,12,
22 76:5 79:1
80:12 83:20
84:23 101:12
102:16,20
110:1 118:25
122:14,15,21
138:20 145:20
155:17 165:2
166:10 167:23
168:19,20
169:1,2,3
182:22 187:22
195:2,13
198:4 206:17
210:7 240:16
245:24 246:22
251:14 252:15
259:17,25
260:2 265:25
269:22 278:22

**couldn't**
43:23 87:4
162:25 168:23
174:19
175:13,20

**counsel**  7:9
95:17 251:22

**counted**
168:11

**country**  91:3
162:12 163:3
164:10

**County**  110:5

**couple**  24:3
130:2 209:6
283:10

**course**  71:13
176:7 202:23
268:11

**court**  5:1
60:10 62:1,9
160:4 289:1

**covenant**
179:2

**covenants**
178:20

**cover**  10:20
40:11 57:24

**covered**
189:16,21

**covering**
39:10 189:17

**covers**  20:11
74:25 115:19

**CR**  58:16
59:14 170:2,6

**CR32**  61:9

**create**  94:5
95:10 246:10
275:5 276:7

**created**
125:22 248:13
266:12
279:14,17

**creates**
245:20 246:3,
8

**creating**  94:2
95:12 246:14
247:12

**creation**
200:1 266:6

**credited**
181:9

**crinkled**  56:8

**criteria**
258:6,7

**critique**
288:10

**crossover**
65:15,18 66:2

**cryptic**  44:2,
4

**current**
16:19,21,22
56:17,25

92:10,25 93:9
97:7 114:6
207:20 232:20
233:4 240:20
258:2

**currently**
69:15 118:13

**custody**  85:6
243:20 257:13

**cut**  36:13

**cuts**  217:20

---

**D**

**d/b/a**  5:23
46:20 163:14

**daily**  21:11,
14 46:15
65:22 135:7
145:8

**data**  7:16
22:16 25:2
26:6,7,25
27:2,4,22
28:9,25 29:1,
5,14,18
32:12,13
33:12 200:13,
25 201:5
245:3,9,12
265:4,7

**date**  9:23
68:23

**dates**  109:8

**day**  18:25
19:10 54:8
77:9 87:21
109:17 186:4

**day-to-day**
48:19 79:23
80:4 81:21
120:18 135:1
184:23 186:10
255:2,22
266:20,23
269:23

**dead**  222:15
229:21 237:11

deals 195:16
253:4
dealt 253:5
277:12
debt 13:19,23
14:1,7,10
53:23 54:12
241:8
decade 138:6
December
222:21
decision
187:24,25
198:17
decision-
making 173:24
decisions
100:12 112:2,
6 172:12,18
174:3 193:22
decrease 74:4
deed 51:19
208:22
deeds 209:2
241:20 262:20
defendant
260:8
defendant's
210:11
defendants
45:11,12
205:24 206:7,
17 208:7
259:5 261:21
270:7 278:4
281:1 283:16
define 207:18
defined
207:19
definitely
275:12
Delaware
185:15,17,22
186:1,2,19
delivered
193:5,11

denominator
30:4
denoted 107:4
Denver 89:18
90:9,16
department
7:14 19:23
27:3,19 30:5,
14 66:5,16
93:8 107:14
130:3 191:23
192:9,20,21,
25 195:14
197:11 201:1
254:11 271:12
272:1,6,9
275:5
departments
30:6 273:4,8
depend 81:4
206:23
dependent
52:10
depending
24:21 28:19
30:8 37:5
39:9 52:7
54:16 68:17
77:9 93:17
94:10,14
101:20
115:21,24
127:3,4
158:24 163:3
246:9,10
247:19 275:11
depends 16:7
80:17 176:5
179:7 187:24
195:3 199:15,
17 281:16,17
deponent
62:16
deposition
4:16 6:4,13,
25 7:5,10
8:14 12:14
21:21,24,25

22:6,11,20
34:6 44:7,8
46:11 48:18
60:4 61:10
63:16,21
70:4,14,15
76:1 92:3
96:10 97:19
108:16 109:1
117:24 154:21
161:22 190:11
209:10 256:10
266:16,18
267:24 268:4
279:19
depreciation
250:4
describe
28:12 64:22
279:12
described
251:11 266:6
designated
5:20 59:14
104:10 105:2,
4,5 110:12
269:14 273:14
designation
100:17
detail 22:12
32:25 33:2
256:3
details 73:23
determined
79:17
developed
259:17
Diab 136:11
138:13 139:3
253:22
Dickinson
139:5
dictate 288:7
did 6:10,24
7:7,16,19
8:7,13,15 9:8
12:13 14:3,6,
9,12 16:8

17:2,8,21
21:19 22:7,9,
14,19 23:9,
12,20 24:2
25:25 29:21
31:9 33:3,4
35:10 57:2,3
59:1,9 60:2,6
63:6 65:14
69:3,14 73:24
74:3 76:1
77:18 78:1,3,
11 79:2 83:1,
3,7,12,25
84:5 86:11,19
90:12 96:10,
12 98:13
117:22 118:2
119:20 120:7
129:10 137:22
145:5 149:20
167:10,18,21
171:13,23
172:19 177:24
190:3,5,10,
12,13 200:24
201:11,25
202:4,7
204:3,8
208:12,16
212:23 213:14
214:10,11,16
227:6,12
230:16 231:3
233:3,9,14
234:6,18
235:18 236:13
238:17 240:1
241:3 242:3,4
243:1 247:4
249:8 252:23
254:16 255:22
257:3,8
258:19 260:6
261:8,12
263:4 267:5
268:2,21
269:6 270:23
273:9 278:12

287:16,24
288:5,17,21
**didn't** 7:2,15
23:4,21 33:3
36:13 53:5
58:6 87:3
90:12 102:4
122:8,9 126:2
134:23 137:9
158:25 187:7
191:8,15
194:14
200:19,22
201:9 205:17
219:25 257:1
262:13 269:9
287:20
**dietary**
191:18 213:20
220:7 242:25
264:6
**different**
18:13 24:10
39:3,7 40:8
50:12 53:2
54:13 57:21
80:10 102:2
106:22 116:5
121:8,19
159:9 163:12
165:6 180:18
184:10 185:19
218:22,24
248:7 251:25
254:19 266:22
267:1 269:6
279:17
**differently**
181:23 195:19
**difficult**
55:25 62:11
**direct** 15:4
17:5,19 18:10
40:13 61:5
65:1 84:12
94:12 119:20
122:8 123:24
124:3 126:25
131:12,19

134:12 150:4
151:23 164:13
165:4 194:14
213:10,15
214:8 215:10
219:21 220:16
221:16 228:3
229:9,12
236:1,25
250:16 253:17
**directly**
14:6,9 17:10
36:5 40:13
79:16 81:16,
18 82:13 87:2
93:22,23
95:8,24 98:19
113:15 114:21
115:3,14
116:8 120:1,
6,8 122:6,9,
10,13 124:1
127:13 129:19
130:7 131:9
140:22 142:18
147:21 148:24
149:3,21
150:12 154:11
192:24 198:4
250:16 254:4
**director**
16:13 66:7
82:1,3,7
83:21 92:21
95:22 144:7
187:6,20
267:19
**directors**
15:21,24
16:2,12
143:24 146:7,
17 173:15,18,
25 187:17
**disagree**
210:15 288:11
**disburse**
172:13 193:1
**discharge**
233:3,10

**disconnected**
173:23
**discovery**
60:9,25 61:22
202:25
**discrepancy**
62:17 232:13
**discussed**
208:3 217:2
252:23
**discussing**
196:17
**discussion**
7:11 118:5
189:21
**dismiss** 60:11
185:2 246:24
**disperses**
172:18
**disputes**
60:25
**disregarded**
26:4 151:18
153:17,19,21
171:9,11
175:4 276:11
**distinct**
151:17
**distinguished**
168:25
**distribution**
77:17,18,20
78:20
**distributions**
78:1,3 179:20
**divide** 82:10,
15
**divided** 116:5
194:10
**division**
13:17 82:20
94:13 196:12
**do** 5:16,19
6:5 7:7 8:24
9:23 16:12
17:25 19:18
21:11 23:2,7
24:9 25:16

28:1,2 29:25
30:1,2,4,13
32:21 33:1
36:7,21 38:11
39:2 42:19
43:17 46:13,
18,25 47:25
49:4,11
50:16,19,20
57:9 58:14,
16,24 60:9,
10,24 61:20
62:4,15
63:11,13,14,
17,18 65:12,
23 67:8 68:10
69:3 70:13
79:14 80:18,
21 81:23
82:6,9,19,21
83:10 89:16
90:22 91:2
92:13,18
93:14 98:6,7,
19 101:12
102:6 104:5
107:10,13,21
108:5,7
110:25 111:2,
13,14,17,21
114:10,15
116:24
117:16,17
118:24
119:10,21
122:5,24
123:1,7,10,11
125:7 126:24
127:9,16
129:10,20
131:22
132:17,20
133:8 134:23
136:16 138:13
142:1,6,11
143:15
146:14,21,25
147:10 148:14
155:12 156:5

157:7,18
160:15
162:10,23
164:12 167:23
168:13 169:6,
13,14,15,18
170:11 172:5
173:1,17,19,
20,25 174:21,
24 176:19
179:2,10,25
180:1,2
183:25 189:3
192:3,4
195:24 196:7,
17 199:10
200:6,15,18
202:8,10,13
203:23 205:4
207:17 209:17
210:2,21
211:25 212:9,
12 214:8,9
215:9,25
216:12 217:9,
23 218:2,15
219:7,9,19
221:4,9,14,
19,25 222:7,
22,23 223:6,
9,19,24
224:2,6,20
225:2 226:3
227:9 228:1,
11,17,25
229:9,16
230:7,17
231:4,25
232:7,12,24
235:24 236:5,
11,23 238:2,
11,17 240:2,
17,24 249:24
252:11 253:1
254:7 255:23,
25 256:25
257:7,17
258:23 262:25
263:16,25

264:2,25
265:2,24
266:2,22
267:6 268:2
271:3,8,10,24
272:22 274:8
275:25 276:6
**document** 11:9
12:1,9,12
13:14,18
55:17 59:18
60:3,16 75:21
78:16 79:1,13
**documentary**
48:12
**documentation**
23:9 82:18
91:13 110:16
170:20 239:19
**documents**
11:24 13:13
21:20,23
22:19 24:5
62:22 81:8
92:16 109:25
113:18 115:4
170:22,24
200:22 201:25
202:9 208:22
234:23 235:5
243:10,15,21
257:14 268:22
269:10 273:5
275:20
**does** 10:6
12:25 13:8
14:12 16:10
19:16,17,21
23:8 26:5
28:6 30:9
32:13,15,18
36:4 40:4
44:17 47:13
48:23 49:5
50:1,2 52:15
57:19 66:21,
25 67:8,16,25
68:3,10 74:20
75:17 80:24

89:16,19 90:3
91:5,9 93:20
95:6,10 96:13
101:18,20
102:12 103:14
113:6,10,13,
14 119:9
120:11,14,16,
20,23 121:1,
2,11 125:7
126:16,18,19
127:6,7,11,
16,23 128:8,
20 130:5,8,15
132:17,20
136:1 139:8,
10,12,13
141:12,20,25
142:10,23
143:13 144:6
148:24 149:3,
4,5 157:15
160:13,14,18,
21,24 166:1
177:6,20,22,
23 178:6,9,
15,17 179:17
181:22 182:11
194:5 197:23
201:4,8,20
214:6 215:2
218:4,9
220:21 228:4
241:3 244:10
245:2,8
246:16 250:2
251:8,16
252:19 253:1
254:7 255:23
271:19,24
274:8,12,17
275:2,19
276:7 277:8,
10
**doesn't** 35:2
42:2 49:3
51:13,18 52:1
57:24 59:18
60:8 68:18

77:15 87:3
118:14 142:16
143:15,17
150:21 179:23
192:25 193:19
194:15,16
**dog** 101:14
**doing** 70:16
79:22 81:13,
19 111:19
163:6 255:14
283:21,24
284:5,10,16
285:2,7,12,
17,22 286:2,
7,12,24
287:3,8,13,18
288:1,19
**dollar** 104:1
171:22
**dollars** 9:1
21:4,7 115:13
222:3
**don't** 5:15
10:8,19,24
11:2,23 13:4,
7 18:8 22:8
25:15 26:17,
23 28:1,7
30:12 32:24
35:1 36:23
37:8 38:18
39:13 41:3
42:22 44:7,21
45:3 46:13
48:5,8 51:6
52:20 53:3,24
54:18 55:20,
24,25 57:13,
18,19,22
58:2,7 59:2,
24 63:18 65:6
75:2 77:22
79:12,15,16
81:6 82:12,21
84:11,14,16,
25 86:4,15,17
90:2 91:22
93:2,16 94:4,

5 95:4 96:15
98:16 106:8,
12 109:25
110:9 111:4,6
113:25 114:8,
11 115:2
116:23 121:15
122:1,5,12,
16,25 126:1
127:11,13
128:12
129:22,23
130:3 131:24,
25 132:9
139:4 142:16
146:12,13,19,
21 147:9,13,
17,20 148:14
149:6,9,10,24
151:12 153:12
157:18,21
158:4 160:17,
20 162:8
163:1 166:7,
19,20 167:20
168:1 169:21
170:6,21
171:16 172:4,
5 173:6,22
174:17 175:16
176:16,21
177:12,25
179:8 182:6,
17,18,22
184:5,18
185:24 186:8,
17 189:9,10
191:5,7,14,19
192:1,24
193:1,13
195:23 196:3,
10,15 200:6,
7,17,18 202:2
203:19 204:9,
10 205:13,14
206:18 209:22
212:7,14
242:15 244:7,
22,23 245:11,

12,16 247:3,
16,17,24
251:14,15
252:14,23
253:20 254:4,
13,15 258:4,6
260:4,18
264:4 271:13,
18 272:25
276:2 280:5,
13 281:19
**donations**
172:13
**done**  57:7
135:18 140:21
144:15,19
156:7 169:7
174:19 180:19
184:9 194:3
197:10,16
198:20,21
199:19,20,23,
24 200:2,3
239:10 242:10
247:16 253:25
254:7 256:9
268:17,21
269:21 270:16
288:25
**down**  27:21
46:10 109:7
133:3,4,5
166:24 173:6
186:22 199:14
226:15 228:5
245:24 247:5
260:11 270:15
**drafted**
199:8,13
**drafting**
199:5
**Drive**  10:6
55:9 69:9
105:24
118:11,16
**due**  57:1
58:21,23 59:8
62:18 78:4
232:21,23

233:19,21
234:2,7,19,25
235:7 240:23
241:9,16
242:5
**duly**  4:3
**during**  10:23
76:15 77:23
86:23 94:14,
25 162:16
171:24 200:8
233:4 243:2
254:9 255:20
259:24 260:1
262:9 275:8
**duties**  158:13
244:16

---

### E

**e-tran**  289:3
**each**  18:7,14
47:8 64:12
111:20 139:15
156:12 163:2
182:15 184:10
243:10 274:21
**earlier**  25:24
31:20 76:15
83:9 95:2
105:12 108:15
118:7 135:21
152:17 160:1,
7 168:17
175:7 202:20,
25 203:23
220:21 232:4,
8,21 268:17
270:3 280:10
**early**  86:14
**earn**  230:17,
22 231:4,9
238:18
**earned**  238:24
**easements**
208:22 209:2
262:20

**easier**  124:18
194:17
**economics**
25:3 74:24
**ed**  66:11,15
70:25
**effect**  113:19
157:4
**efficient**
171:21
**eight**  188:20,
21
**EIK**  45:20
46:5,7
**either**  16:3
23:1,22 44:12
87:12 90:18
134:11 149:24
156:25 162:4
180:16 191:20
206:11 249:20
250:19 284:23
286:22
**El**  55:8
**electro**
190:23 263:17
**electronic**
98:12 115:22
191:24 195:7
**electronically**
289:6
**eligible**
46:8,25 173:5
**else**  22:22
33:5 57:13
81:19 99:21
130:2 132:17
161:6 174:19
251:14
253:19,20
262:14,16
279:10
**emails**  7:3
**Emericare**
124:6,7,9
126:9 131:14,
15,19,23
132:7 150:25

285:10,16

**Emeritus**
72:1,17 76:19
124:8,10,11,
14,15,21,24,
25 125:20
126:3,6,10,16
127:6,20,23,
24 128:5,8,
11,15,17,20,
25 129:5,10,
18,21,24
130:5,8,12,
15,22,24
131:2,4,7,9,
10,12,17
132:14,17,19,
20 133:14,20,
21 134:7,11,
13,15,24
135:3,10,11
137:24 138:10
139:23 141:3,
15 151:1,24
152:1 154:2
156:13 157:20
159:8,10
166:3,12,14,
16,18,24
184:16,19
261:4 283:17,
19

**Emeritus's**
184:21

**employ** 18:9
20:14 136:2

**employed**
16:14,24
17:5,10,20
18:2 94:20,22
127:4 135:11
136:1,10,23
137:7,13
139:1 145:12
154:23,24
173:4 174:14
203:4,13
222:4 259:25
273:24

**employee**
7:21,22 8:3,
6,9 14:17,19,
22,25 15:2,6,
9 16:14,22,25
17:11,14,16,
21 18:25 19:4
20:2,6,9,13
21:4,5,7,12
34:18 35:11,
13 37:25
65:18,24
67:24 74:18
75:7 81:25
84:3 89:21
101:21,24,25
102:1,5
112:12,14,20,
24 113:2,9
115:2,10
116:14 117:2
121:18
135:14,19
136:23 137:14
139:1,7 142:7
144:25 145:3,
13 154:24
157:16 158:25
173:2 174:14
177:18 197:13
198:3,11,19,
23 203:5,14
204:2,12
205:18 208:14
220:22 236:12
243:3 247:19
248:4 250:13
258:15,16
259:13
260:11,16
261:10,12
267:13 272:4
273:24 275:23
277:20 279:23
280:12,14
282:4,24

**employees**
14:21,23
15:3,5 17:10,

14,22 18:24
19:25 29:6
35:14 65:13,
16,20 67:11,
16,20,23
68:1,2,4
74:15,17 75:8
80:13 81:23,
24 84:3
89:19,20,21
101:18,23
107:11,16,17
113:3,8,11,
15,20 114:22
115:3,14
116:14,16
121:12,14,17
126:17,19
127:20 129:8
131:8,9,10,
12,15,16,18,
20,23 135:11
139:11,13,15,
17 140:8
142:6 143:14,
19,20 144:24
145:2,19
157:17 158:8,
24,25 159:5,6
165:11
167:12,14
172:23 173:11
174:14 177:7,
17,18 196:25
197:1,5,13
203:4,13
204:1,11,24
205:13,14
213:14 214:6
219:22 220:17
221:6,10,16
224:21 225:7
228:4,21
229:12 231:8
236:1,13
237:2 238:23
240:7 241:15
247:18 250:14
255:25 257:20

258:4,10,13,
15 259:11
260:16,21
261:2,3,6
272:3 273:23

**employer**
16:21,22
37:21 207:14
221:5

**employing**
20:1

**employment**
14:17 206:15

**employs** 36:10
37:17 101:21
102:6 135:21

**end** 52:19
55:12 70:13
87:21 133:20
198:5 226:14
251:25

**engaged**
121:21

**enough** 18:22
52:2 261:7

**enter** 219:5

**entire** 7:4
14:22 93:18
95:1 144:14
164:10 208:1
244:14 254:24
255:12 270:2

**entirely**
165:22

**entities** 6:17
7:14 8:18
9:18 14:5
20:1 26:4,9
27:6 32:5,7
33:17 34:2,
10,13 43:21
44:12,15
45:1,7,15
51:24 54:13
60:10 63:6
64:13,20
66:13,15
72:18,22

82:4,8,11
83:22 90:3
110:2 114:18
119:16 121:5
123:24 124:3,
4,5 127:18
128:6 132:25
134:22 135:5
140:19,23
151:10,14,18,
19,25 152:4,
5,11 153:20
155:15 156:1,
12 157:13
162:18 163:1,
7,10 164:16,
18 165:8
171:20,23
172:1 175:24
177:18 178:18
186:7 189:22
190:4,5,6,14
196:7,17
204:23,24
205:5,14,20
208:19,23
209:3 218:12
225:7 230:21
231:8 238:23
240:7 241:14
245:3,9
246:10,23
247:4,8,12
250:21
255:23,24,25
257:19,21
258:13,24
260:20,22,24
262:21,23
266:8 272:14,
19 273:4,7,
14,16 274:4,8
277:24
279:14,18
280:7,22,23
282:11,15
286:22
**entity**  10:10
  12:16,18

17:12,13
20:7,15 22:16
23:13 24:10
25:15 26:7,25
27:2,11,25
28:9,16,17,
18,24 29:4,13
30:7,13 36:7
37:24 39:19,
20,21 40:24
41:16 45:22
46:2 49:5,12
50:3,19 51:12
52:14,16,21,
23 53:4,6,19
54:11 57:12
65:4,7 68:15
69:4 70:11
71:6,20 73:1
74:14,16
81:22,24
83:11 84:11,
12 87:1
91:10,11
100:3,5,9,13,
21 101:3,11
104:3 105:1
116:9 117:7,
14,16 123:16,
23,25 124:7
125:4 127:3,4
132:4 133:1
135:17,21
136:1,2,10
140:7 147:4
152:10 156:9
158:5,8 160:3
161:4,9
162:1,13,15,
22 163:16,18
164:1,2,19,20
165:10,15,20
170:18 178:4,
10,11 181:9
186:20 188:16
198:14 205:12
206:9,11
212:24
214:11,16

216:1 219:10
221:21 223:12
224:2,8
228:12 229:1
236:6,18
237:7 241:3
243:1,20
245:20 246:3,
8 247:6,7
249:3 258:14,
25 259:1,5,20
267:6 268:10
270:24
271:20,25
276:20,24
278:7 280:15
282:20 283:23
284:22 288:17
**entity's**
  266:1
**entity-by-
entity**  27:21
**entrance**  48:7
**entry**  32:22
  33:16
**environment**
  102:23 178:24
**equally**  270:5
**equity**  51:6
**Ernst**  244:10,
  13,17
**especially**
  184:19 197:21
  263:19 281:4
**essentially**
  33:11 163:20
  172:22 176:2
  210:9 278:16
  282:10
**establish**
  159:3
**established**
  124:8 247:6,7
**estate**  45:21
  85:16 117:11
  268:9 270:9
  272:16 278:6,
  24 286:16,18

**even**  59:13
  67:6,9 71:16
  101:16 115:1
  173:5,6 196:3
  200:17 202:2
  278:5
**event**  220:1
**eventually**
  162:23
**ever**  4:16
  51:11,16,23
  53:19 61:8
  87:23 93:10
  95:25 96:1
  97:7,14 98:4
  100:3 111:22
  114:10 123:8,
  20 130:21
  131:4 134:10,
  14,18 146:22
  147:22,25
  176:25 177:3
  188:1,4
  239:8,18
  243:2 259:18
  276:14
**every**  18:16
  85:22 106:23
  116:3 168:23
  180:19 244:17
  260:12
**everybody**
  183:23
**everyone**
  259:10
**everything**
  38:19 53:12
  57:25 70:17
  83:18 173:24
  176:2 186:9
  251:7 252:19,
  21 253:24
  271:9
**everywhere**
  276:24
**evidence**
  48:12

exact   9:23
  10:9 68:22
  75:3 121:16
  127:11 151:13
  186:8 199:16
  254:9
exactly   181:4
  194:18 254:11
  263:20
EXAMINATION
  4:5 283:8
examined   4:4
example   81:5
  104:7 139:17
  142:3 187:22
  261:5 262:4
exceeded
  250:19
Excel   28:13
exception
  270:8
exchanged
  109:23 131:1
Excluding
  262:17
excuse   164:16
  286:18
executive
  15:21 66:7
  82:1,3,7
  83:21 93:18
  260:4 267:18
executor
  267:18
exhibit   6:12,
  13 44:6,8
  63:19,20,21
  71:12 92:2,3
  97:19 108:25
  109:1 117:24
  118:3,4
  209:10,14
  211:12
  218:22,24
  227:19 231:18
  235:12 240:16
  256:10,12,18,
  21 267:23,24

268:20,23
269:8,10,14,
  18 270:8
279:18 280:24
282:11
exhibits
  207:13 209:7
  210:13 289:6
exist   12:7
  19:16 87:3
  276:7
existed   85:4
  87:5 102:9
existence
  13:20
exists   12:6,
  17 17:12,13
  43:15 158:14,
  16 256:4
  277:6
exited   119:24
  120:9 121:16
  132:11,12
expected   7:11
expenditure
  215:11 280:25
expenditures
  229:9,12
  250:17,22
  266:14
  280:19,20
expense   82:14
  114:3 212:4,
  13 250:5
expenses
  39:22 53:16
  81:15,16
  85:19 115:2
  169:3
explain   27:1
  85:13
explains
  163:16
explanation
  58:16 62:15
  219:20
  221:14,25
  222:1 223:9

228:2,17
229:10 230:7
232:12 235:24
236:11,24
238:2
extent   272:19
  273:20 283:14
  288:22
external
  84:20 85:9
  87:11,14
  142:4 145:11
  178:18 179:11

_____

F

facilities
  15:19 108:12
  193:17 284:23
facility   6:21
  15:11 101:1
  124:13 181:25
  182:16 194:4,
  5 200:15
  202:11 207:22
  219:4 248:2
  258:16 261:19
facility-level
  75:18 76:11,
  23 258:10
fact   228:21
failed   62:6
fair   6:22
  43:1 110:7
  131:21 164:6
  198:9,15
  242:25 261:7
fall   121:3
  250:5
falls   121:4
  178:19
familiar   4:24
  23:3 33:2
  45:23 59:11
  114:5,13
  140:21 195:9,
  21 196:14,15
  201:3,7

207:23 210:10
218:6 255:22
263:7,18
265:6,11
familiarity
  113:25
family   102:18
  103:18 200:14
  265:5 284:18
far   9:1 48:23
  67:6 136:16
  165:20
fast   5:14
  212:18 251:3
Fayette   110:5
features
  19:21
federal   19:24
  175:12,21
  201:2,15
  207:20 243:23
  265:8 270:25
  271:24 272:14
  273:6
federally
  175:13
fee   10:14,18
  48:7 69:11,22
  73:20 74:6,
  18,22 78:15
  79:22 81:12,
  20 133:22
feel   9:11
  246:25
fees   42:24
  51:8 68:16
  73:9 78:13
  81:18 121:23
  122:3 133:13,
  16,17,24
fell   255:3
few   4:20,23
  207:8
FICA   221:9
field   196:4
figure   53:18
  134:9 247:10

**file**  26:22
35:2,10 61:1
174:8,9
271:18 272:9,
20 276:25
**filed**  6:3
24:13,23 25:1
34:11,13
60:6,11 61:8,
17 79:13,17
246:25 272:4,
7 273:5 277:2
**filer**  143:12
175:17
**files**  27:15
272:7,12
**filings**
23:13,20
27:17 238:4
271:14,19,25
272:5 273:9
**fill**  59:12
**filled**  218:7
**finance**  253:6
**financial**
27:14 28:25
29:1,3,9,14,
15,16,21,22
32:11,13
33:12 38:6
39:14 42:7
57:6 104:11
110:15 113:17
183:19 244:3
274:18,20
275:20 276:8
277:9,13
**financially**
42:7 259:5
**financials**
50:14 244:11,
17 276:10
**financing**
253:5,9
282:3,22
**financings**
142:3

**find**  7:17,19,
20,21,25 8:7,
9 12:2 13:14
19:12,14 41:7
87:2,4 122:21
150:17
158:16,17
178:25 182:22
202:2 203:25
261:9 262:13
**fine**  44:21
45:5 69:24
211:10 247:3
256:15
**first**  4:3
6:24 7:9
23:25 33:4
46:13 48:18
54:21 75:18
78:21 79:4
171:12 179:17
186:20 266:18
**firsthand**
83:13 170:1
191:5,19
264:4
**fit**  280:10
**fits**  46:2
249:15
**five**  47:16
63:25 141:8,
18 151:3
152:24 153:3,
7 157:13
171:9 226:14
235:20
**fixed**  275:7,
12
**fixtures**
211:25 216:23
217:3 230:10
238:4
**flavor**  185:10
**flow**  26:5
27:4 52:9,14
**flow-through**
151:14

**flows**  26:5,8
53:12 184:12
191:6
**focus**  15:4
**folded**  166:21
**folks**  15:5,
12,13 16:11
17:3 28:2
38:1 65:22
102:12 119:5
127:2 135:22
138:12 155:3
162:1 202:16
207:17 251:6
260:10,12
266:17,23
282:14
**follow**  8:25
38:10 105:20
159:3 168:8
195:23 251:12
**follow-up**
202:22
**following**
64:13 76:25
142:20,21
220:2 234:11
**follows**  4:4
**Foods**  81:5,6
**for**  4:9,13,
15,23 6:14
7:16 8:3,10,
11 12:14,16,
18,20 13:2,5
14:16,20,22
15:24 16:10,
12,18 18:7,
14,18,22
19:3,18 20:17
21:3,15,21,
23,25 22:5,20
23:5,13 24:9,
10,11,16
25:24 26:4,7,
14 27:7,10,
20,23 28:3,6
30:20 31:4,25
32:1,4,11

33:12,15
34:2,6,8,15
36:18 38:16,
19,21,25
39:4,7,9,22
40:1,5,11
42:13,19
43:25 44:6,9
46:6,8,11
47:7 48:6
50:19,20
51:3,8,13
52:16 53:17,
21 54:21
56:11,12
57:4,10,16
58:10,14,17
60:2,11 61:4,
11,17 62:8,24
63:17,22
64:5,13,22
65:24 66:12,
15 68:25
69:4,8,11
70:4,8,10
71:5 74:6,9,
14,17 75:10
76:1,10,23
77:14 78:11,
12 80:13
82:23 83:18,
21 84:24
85:19 87:24
90:25 92:4,22
93:5,10 95:22
96:2,10 97:20
98:2,5 99:1,3
100:11,12
103:21 104:4,
7,10,21
105:1,9,25
106:16,20,23
107:21,22
108:10,23
109:2,8
110:16,24
111:12,22
113:8,11
114:17,22

115:12 117:1,
25 118:1
125:3 128:2,7
129:21,24
131:17 132:7,
24 133:7,13,
25 134:1,13,
23 135:24
136:14,17
138:4,13
139:17 141:23
142:3,4,17
145:18 146:8,
10,17 147:1,
9,11,22
148:1,14,21
154:20,22
155:9,16,24
156:7,9
157:24 161:9,
12,16,17
162:21 163:2,
7,15 164:14
165:9,11,16
166:2,13
167:1,6,10,19
168:5,12,23
170:5,6,12,18
171:3,5,8
172:15,19,23
173:1 174:5,
21,24 175:9,
24 176:17
177:1,4
178:22 179:3
180:1,17
181:1,23,24
183:18,23
184:1,10
185:2,20
186:8,17,18,
21,25 187:2,
10,21,22
188:3,21
189:23 190:6,
9,14,18
191:25
192:10,23
193:6,25

194:7 196:1
197:24 198:6
200:6,13
201:5,16,17,
22 202:1,6,19
203:2 204:10,
11 207:8,16,
21 209:5,11,
14 212:11,13,
16,24 213:3,
15 215:11
217:15
218:16,17
221:5 223:16,
24 224:21
226:4 229:8,
22 230:9,22
232:13
238:23,24
239:5,7,11,16
240:7,8
241:15
244:11,14
245:14,21
246:3,23,24
247:8,11,22
248:20 250:14
254:7 255:9,
11,13 256:11,
19,22 257:1
259:5 260:10
261:4 262:4,
17 263:5,12
264:1,6,7,18
265:4,7,13
267:14,25
269:2,6,15,22
270:2,4,6,23
271:14,19,23,
25 272:1,9,14
274:9,20
275:1 276:14
279:13,18,25
282:10 283:3,
4 285:5,16
287:6,22
289:2

**forget**  63:18

**form**  27:21
33:18 54:24
60:2 90:3
103:8 113:21
117:4 144:17
168:6 172:15
210:8 218:7,9
234:24 235:6
**format**  199:16
241:22
**formation**
170:22,24
**formats**
114:14
**formed**  100:22
101:3 153:25
158:5 171:12
178:1 188:19
**former**  51:4
**forms**  26:11
201:17 256:23
**Fort**  88:18,
21,24 91:16,
18
**forth**  53:13
100:8 211:8
**Fortress**
151:9,12
**forward**  34:17
123:18 132:7
146:22 147:2
149:16,20
177:9
**found**  8:17
34:17 222:18
**four**  56:4,6
58:12 141:7
156:1 237:20
242:17
**fourth**  231:14
**frame**  86:14
94:10,15 95:1
171:17 262:9
**frames**  93:17
**FRD**  61:6
**frequency**
186:13

**frequently**
26:24 28:14
**from**  5:5 7:3
9:2 10:15,23
12:3 13:9
14:13,14
16:8,9 17:14
18:23,25
21:13 22:13
24:21 25:24
27:22 29:3
34:16 35:14
36:2,16 37:6
39:24 41:8,22
42:8 48:21
49:6 51:20,23
54:17 56:4,6
57:23 58:9,12
60:21 61:5
65:20 66:25
67:9,23 68:8,
14,17,19
69:22 74:4,21
75:15,19 76:8
77:19 78:2,3
79:20 81:5
83:1,3 84:3,
11 85:16,17
86:4,20,23
88:9 89:21
90:18 98:1,
19,20 101:12,
21 102:9
104:13,15,17
106:14 111:25
114:12 116:1,
2,9 117:13
121:24 123:9,
11,18,23,25
132:6 133:13
134:17 135:20
140:19 141:21
142:7 144:24
147:2,15
149:16,20
156:10 159:25
160:7,24
161:6,24
163:19,22

166:6 167:16
170:12,14
171:13,14,19,
21 173:23
175:7 176:10
177:9 179:17
181:4,8 183:7
192:19,21,24
193:18 194:5,
11 196:22
198:13 206:17
209:15 216:14
217:2 218:9
222:20 223:17
226:14 230:1
231:14 237:15
239:19 240:21
242:18 250:10
251:22,24
254:4,15
255:4 256:4
257:21 258:1,
2,15 259:21
260:10,14,16
261:15 262:10
272:6,7 275:9
276:10 277:13
281:19 282:3,
18,20
**front** 138:17
**frontline**
37:23
**full** 4:9
289:6
**function**
120:18 154:16
**functions**
48:17,19 80:4
154:15
**fund** 77:24
115:20,25
116:2 172:7,
8,9 234:1
286:5,10
**funded** 116:3
**funding** 75:19
116:1
**funds** 14:13

43:6,9,11
57:1 58:21,23
59:1,9 62:18
75:17 76:22
79:20 134:8
172:13,18
174:3 179:16,
17,21 223:24
224:3,8
232:22,23
233:10,20,21
234:8,19
235:1,8
240:23
241:10,16,23
242:6 253:14
**further** 60:19
210:11

---

## G

**G&a** 80:10
158:10,11
**GAP** 27:9,13
140:21 156:10
**general** 16:4
26:7 29:22
35:7 64:6
74:25 83:15
88:20,24
95:17 103:19
104:24 106:2
114:8,9,15,
17,21 115:18,
25 116:2
142:13 148:20
156:2 158:12
161:17 168:4
179:22,25
180:7,14,24
182:8 183:4
191:11 206:16
212:21 242:16
249:19 251:22
253:14,15
263:24
**generally**
16:14 92:16
102:19 109:25

247:15 248:19
266:25 281:9
**generate**
48:24 49:5
50:3 57:4
75:17 79:22
132:18 177:21
**generated**
42:8,14 43:9,
11 52:11
57:10 68:13
178:4 239:9
**generates**
43:7 49:17
68:8,18
103:12
**generating**
48:20
**geographically**
206:13
**George** 136:8
253:3 282:23
**Geraldine**
136:22 139:3
254:6,10
**get** 14:4
17:17,21 23:2
24:23 31:9
32:23 39:3,19
40:10 43:5
51:10 52:2,5
56:11 57:12
62:10 68:18
69:21 77:18
78:20 87:21
97:17 106:4
133:23 145:5
152:24 159:11
190:3 196:21
197:22 212:17
242:11
**gets** 24:25
25:1 40:16
44:20 68:16
69:11 79:5
106:11,12
107:3 172:12
183:3 194:4,

16,20 252:5,9
**getting** 9:10
119:9 177:14
**give** 5:2 6:2
44:25 45:3
58:9 91:23
117:19 138:16
178:22 210:8
212:24 251:14
257:8
**given** 4:16
185:3,9
266:24
**glasses** 20:21
**Global** 61:15
**go** 4:23 5:9,
10 7:2,15
9:19 11:21
12:2 13:14
17:8 25:16
33:19,21
40:22 43:7
44:5 47:3
54:25 55:5
57:6 59:22
61:13 70:14
74:10 78:25
84:22 85:1
88:16 96:18
98:10 103:9
104:9 108:4,
24 110:21
114:24 116:18
117:5 120:7
132:10 134:24
144:18 151:16
157:25 165:14
168:7 170:9
172:3,6
179:23 182:1,
11,13 183:15
186:22 187:3
190:9 191:24
192:4,19
193:2,4,19,25
194:15 195:2
203:1 206:24
207:4 209:6,
23 210:22

211:7,10
212:17 214:3,
11,17 218:16,
19 235:21
237:18 242:10
250:1 251:3
256:8 263:21
265:10,17
266:4 268:6
270:15 272:22
273:19
276:12,17
281:18 283:10

**goes** 25:2
27:24 30:6
41:8,14 83:17
115:24 116:2
140:18 179:1
180:22,23
182:8 183:4
280:21

**going** 5:3,17
6:11,16 9:14
11:13,19
17:3,17 20:19
21:6 28:9
30:18 31:11
33:11 34:20
35:18 38:24
42:15 43:5,7
55:10 56:3,11
57:14 59:17
60:18 62:2
63:24,25
87:21 91:23
97:17 99:14
104:20 107:3,
23 111:19
116:8 117:1
132:5 134:10,
14 138:3
156:25 166:13
179:5 190:18
192:3 197:1,
3,4 198:2,12
200:15 201:22
202:18 205:19
210:16,18
211:16

212:15,18
217:17
218:21,23
219:17 222:8
224:11 226:15
228:12 229:1,
17 231:17
235:16 236:6,
17,18 237:6,7
246:19 248:6
251:1 264:17
268:5 272:24
279:11 281:18
283:10

**gone** 270:1
281:13

**good** 4:7,8
18:22 70:18
123:25 189:17
209:21

**Gordon-krupp**
136:22 139:3
254:6,10

**got** 10:11
14:4 21:2
29:19 30:25
31:25 32:25
37:10 38:10
39:23 43:21,
22 46:4 47:11
62:12 70:22
72:3,12 75:20
86:13,22
101:11 102:8
109:7 118:2
122:18 135:19
137:19 141:18
150:14 152:4
165:18 167:12
174:13 183:24
186:1,24
195:1 208:23
209:17 216:12
226:22 229:22
235:14 237:13
238:9 268:20
271:22 282:8
288:9

**gotten** 79:1
**governance**
147:15
**governing**
207:16,18,19
**government**
19:25 81:9
201:2 243:23
**governments**
270:25 273:6
**gradually**
132:10
**great** 22:12
**ground** 4:24
**group** 107:20
145:11 271:12
**grow** 105:14
**guarantee**
107:24,25
**guarantees**
178:22
**guess** 80:11
205:6 224:9
245:18
**guessing**
13:21
**guidelines**
159:3 246:10
**guys** 9:10

---

**H**

**habit** 5:13
**had** 7:11
10:22 39:5,8,
12 41:21
42:23 47:8,9
51:4 72:24
79:2,17 80:14
82:10 95:4
100:4 118:5,8
120:17
121:14,15,17,
23 122:14,15
123:8 126:17
129:8 131:15,
17,19 133:22

134:22 135:17
148:10 158:5,
23 159:1,3,6
162:12 166:5,
9,10,12,24
168:4 170:20
175:14 179:11
186:21,22
187:3,23
188:1,4
189:3,11
208:6 211:8
221:16 228:21
229:12 231:24
237:1 242:20
243:5 249:12,
14,20 253:11
255:10,21
260:20 264:5,
15 267:6
278:8,10
282:6 283:19
284:23 285:1
286:6,22
287:2

**halfway**
211:19 216:5
**hand** 264:15
**handed** 60:21
62:23 97:25
**handle** 124:12
128:10,11
146:19 220:22
247:22 271:13
**handled**
128:16 180:10
193:14,15
195:18 254:14
**handles**
142:13
**handling**
27:24
**hands** 167:13
**happen** 77:16
226:3
**happened**
18:11 79:9

**happens**
141:23
**happy** 247:8
**hard** 51:14
**has** 13:23
27:3 29:12
36:3,7 37:12
41:16 42:18
47:8,9 50:21,
22 51:23
58:11 62:6
67:3,11,20
81:2 89:20
92:9 95:21
97:14 99:24
100:3 120:15,
17 121:4,14,
21 123:24
126:17,20,22
127:20
128:10,12
131:4,7,15
132:12 139:14
147:14 150:23
151:3 154:14
157:3 160:19
173:14
178:14,20,22
179:4,19
189:10 191:22
193:24 199:7
200:7 212:6
219:22 220:16
221:6,10
222:25 236:1
243:20
246:13,25
250:18 251:10
257:13 264:22
268:9
**hasn't** 207:1
**hat** 4:22
**have** 4:16,18
5:1,9,13 6:7,
8 7:4,6,15
8:20 11:23
13:8,12,17
16:16,24 19:7
20:21 21:22

27:3 28:1,16
30:7 35:9
36:5,24 37:7
43:3,17,19
44:15 46:13,
14 47:25
48:11 51:13,
14 52:1,15
54:10,15
55:24,25
57:6,7,22,23
58:16,20
59:13 60:8,24
61:1,21 62:15
63:9 65:17
66:4,10,11
67:1,7,16
68:1,3 73:22
74:10 76:5
79:1,12 80:1
82:10,19,21
83:8,10,13,15
84:17 85:1,6,
9 86:16,17
89:19 90:2
91:9,21,22
93:2,9,12,20
94:12 95:25
96:1,3,7,13,
17 97:7 98:4
101:18 103:15
104:3,7
106:25
107:20,25
108:3,14,22
109:24 110:2
111:22 112:24
113:6,10,25
114:11,17
115:2,3,22,23
116:6 117:18
118:14 119:20
120:11
121:11,15,17,
23 122:3,14,
15,18,20
123:8,12,20
124:1,21
126:16,19

127:23 128:9,
16 129:5,8
130:5,8,15,21
131:22,24
132:1,10
134:19,24
136:1,10,23
137:6 138:17
139:10 140:15
141:13 144:6
146:22,24
147:14,20,22,
25 149:12,15,
18,19 151:13,
16 157:7,25
158:2,4,8,10,
15 159:6
160:13,18,21
161:1 162:14,
17 163:1
165:2,10,13,
19 167:2,8
168:3,10,19
169:4,7
170:1,2,11,17
171:9 172:3,
5,6 173:7,22
174:7,9
176:7,25
177:2,3,5,6,
10,12,13,24
178:6,9,17,
23,25 179:4,
6,8 182:1,10,
11,12,13,17,
21 184:1
185:22,24
186:8,9,14,
16,24 187:2,3
188:1,4,23
189:3,7,13,
16,19 191:5,
7,19,24
192:3,22
193:13,19
195:20,24
196:10,15,20
197:10,14
199:6 200:12

204:3 205:13,
14 206:17,24
208:3,5,6
210:1,2,4,13,
24 211:2
213:14 214:6
215:10,15
219:19
221:14,25
223:9 224:21
227:6,9,10
228:2,4,17
229:9,23
230:7 231:18
232:12
235:13,24
236:11,13,23
238:2 239:8,
18 242:14,15
244:20,22
247:12
248:12,13,14,
18 249:12,14,
17,20 250:21,
23 251:2,5,7,
18,19,22,23
252:18 253:5,
8,11,15,25
254:3,7
255:5,17,21,
25 258:5,9,
13,17 259:14,
17,20,23,25
260:1,2,7,17,
18,22,25
261:5,8,22,25
264:4,6,13,
14,15,25
265:13,18
266:11,22
267:5,13
268:11,14,16,
21 273:22
274:5,14,19,
20 275:10
276:2,15,25
280:3,13,14,
24 281:4,13
282:5,13,17

283:5,15,19
284:4,14,17,
22 285:1,11,
21 286:1,6,11
287:2,11,16,
20,25 288:6,
10,17
**haven't** 41:17
79:11 98:13
186:18 262:14
266:24 275:21
**having** 4:3
94:1 120:23
131:23 211:7,
8 212:8
**HB** 121:7
123:5 152:20
153:12,15
154:3
**HBP** 188:11,
16,18 286:17
287:1
**HCP** 46:1
47:9,16
85:18,22,24
86:7,11,20
117:20 118:8,
14 188:7,21
262:1,11
271:12
278:17,25
286:17,19
287:6
**HCP's** 86:17
**HDP** 84:11
**he** 95:19,21
136:13 253:4,
5,8,11,15,16,
23,24 254:24,
25 255:10,21
**he's** 95:16
**head** 5:4
10:19 26:18
36:23 43:24
47:15 90:19
110:10 122:17
149:6 160:17
162:9 163:1

169:14 182:23
226:10 273:1
**health** 15:4,
15,17 36:8
162:11,12,14,
19 163:5,8,
10,13,17,20,
25 164:3,4
200:14 201:1
228:20 265:5
**hear** 22:8
33:3
**heard** 196:3
**hearing**
129:20
**held** 11:9
42:10,15
111:22 128:17
169:23
181:14,15
187:21,22
188:20 279:3
**help** 55:17
172:19 211:14
222:13
**helpful** 70:12
275:17
**helping**
101:14
**helps** 261:24
263:9
**her** 33:20
44:22 45:4
55:17,18
59:17,25
60:2,18 70:7,
14 82:11
93:14,23,24
94:13,24 95:2
115:17 137:19
139:5 185:5
203:23 204:17
210:9,18
220:25 222:13
224:12 246:20
251:11
252:21,22
254:11 268:11

269:23 270:3,
6,13
**here** 4:14,15
9:15,18 10:25
12:8 14:5
45:10 57:9
58:17 60:8
61:23 62:16
80:18 82:6
100:18 108:23
109:7 110:25
117:12 118:21
122:1 123:7
138:18 153:2
170:3 189:20
190:4 191:8,
15 201:23
205:22 215:25
217:9,18
219:3,20
222:7 223:9
224:20 227:10
228:2,11,18,
25 229:10
230:7 232:12
235:21 236:24
251:24 252:3
253:23 257:10
261:2 267:17
268:6,7 270:7
**herein** 4:3
**hey** 193:3
**Hicks** 136:8
252:23 253:1,
3 282:23
**hide** 58:8
**hierarchy**
179:23
**higher** 30:12
260:4
**HIPAA** 195:10
**hire** 108:11
**hired** 119:21
**hires** 107:16
199:18 264:19
**his** 82:11
95:20 254:5,
21 255:17

**historical**
66:25
**hits** 183:3
**hold** 69:14
100:22 101:6
125:3 159:22
169:15 209:24
283:5
**holding** 66:19
67:10 71:25
89:3 140:5
142:25 143:1,
2,11 144:6
153:17,24
**Holdings**
45:22 66:18
67:3,8 71:15
88:22,23
89:1,2,6,11
96:22 97:1
117:12 268:9
270:9 272:16
278:7,24
286:17,19
**holds** 101:5
141:11 143:11
148:21
**home** 15:4,15,
17 36:8 50:9
69:8,13,16
88:1 90:8,9
105:24 107:2
118:10
162:11,14,19
163:5,8,10,
13,16,20,25
164:3,4
211:13 212:3,
21 217:25
219:5 223:17,
21 224:23
225:3,9,14,22
230:15,22
231:2,10
238:13,18,25
239:12,17,25
240:9 248:12
**homes** 125:7,9
166:15,16

| | | | |
|---|---|---|---|
| **honest** 7:2 | 57:9 58:21 | 254:6,21 | 17:3,17 18:6, |
| 23:8 26:16 | 67:3 71:22 | 255:7,16 | 20 19:17 |
| 90:13 126:23 | 75:17 77:20 | 256:4 258:3 | 20:18 22:2 |
| 200:18 | 78:14,20 | 261:16 262:17 | 23:2 26:15 |
| **honestly** 95:4 | 79:9,16,17 | 263:7,16 | 31:13 32:21 |
| 189:9 | 82:18 86:11 | 265:3,7 | 33:1 34:20,23 |
| **Horizon** | 88:15 93:22 | 266:19 271:5, | 35:5 38:10,13 |
| 118:19 119:8, | 94:7,14 96:16 | 23 272:11 | 40:24 41:9 |
| 11,12,14,15, | 98:23 102:15 | 275:1,23 | 43:5 45:22 |
| 21 120:1 | 106:8,12 | 279:24 280:10 | 46:2,11,19 |
| 121:2,6,11,18 | 107:4 110:1 | 288:7,11 | 49:16 53:18, |
| 122:23 123:4, | 111:12 112:2, | **however** 26:6 | 24 54:2,15,20 |
| 9,14,17 | 6 114:1,2 | 43:15 243:1 | 55:1,10,24 |
| 141:4,15 | 115:21,24 | 277:2 286:19 | 56:11,17 57:3 |
| 151:1 152:11, | 120:21 | **hub** 168:17,18 | 58:8,22 |
| 17,18,19,20 | 129:16,24 | **Human** 201:1 | 59:11,16 |
| 153:1,7,9,11, | 130:17 131:25 | **hundreds** | 60:18 62:1,11 |
| 12 154:1,3 | 136:22 137:8 | 222:2 | 63:18,25 65:8 |
| 156:14 | 146:19 147:10 | **hurricanes** | 67:22 68:22 |
| 158:18,23 | 150:22 151:8 | 172:20 | 69:23 71:4 |
| 184:16 188:19 | 157:3,20,22 | **hypothetical** | 79:15,18 82:5 |
| 284:25 285:5 | 158:18 159:3 | 54:18 | 83:6 85:15 |
| **Horizon-based** | 166:7 167:11, | | 90:8 91:7,23 |
| 159:6 167:7 | 15,18,20 | | 92:8,23 93:24 |
| **hospice** | 168:1,15,17, | I | 97:16,24 |
| 162:20 | 18,24 173:8 | | 98:12 99:2,5 |
| **hour** 63:25 | 177:20 | **I'D** 11:23 | 100:5,17 |
| 118:22 | 178:19,25 | 62:4 74:10 | 102:3 104:6 |
| **hours** 107:24 | 179:7 180:9 | 84:16 85:1 | 107:18,23 |
| **housekeeping** | 181:6,14 | 108:3 134:24 | 109:6 111:9, |
| 213:16 219:21 | 184:20 187:24 | 140:15 151:13 | 11,19,24 |
| 270:17 | 188:3 190:8, | 157:25 161:22 | 112:1,11 |
| **houses** 148:19 | 13,17,21 | 172:3,6 | 114:13,25 |
| **housing** 125:3 | 191:4,5,12,21 | 177:13 178:25 | 115:8 116:19 |
| 128:4 129:5 | 194:2 195:8,9 | 182:10,21 | 117:17 118:1 |
| 132:14,24 | 196:5,16 | **I'LL** 4:23 | 119:1 122:8 |
| 134:1 148:21, | 198:16,24 | 5:16 6:2 | 123:15,19 |
| 22,23 177:24 | 199:4,18 | 33:25 54:20 | 126:21 127:15 |
| 245:22 | 200:1,25 | 58:9 82:2 | 128:2,23 |
| **Houston** 48:8 | 201:5 204:3, | 117:18 145:22 | 130:1,7,10, |
| **how** 4:19 8:16 | 11 218:6 | 185:11 190:3 | 13,14 131:6, |
| 12:2 16:24 | 233:3,14 | 202:24 210:9 | 16 132:3 |
| 18:19,21 | 234:6,18 | 226:7 272:18 | 133:1,11 |
| 21:16 32:21, | 244:23 | **I'M** 4:14,24 | 134:9 135:6 |
| 25 37:6,8 | 247:11,15 | 5:16 6:20 | 137:19 139:19 |
| 38:6 39:9 | 249:15 | 7:1,2 8:25 | 140:21 142:21 |
| 42:18 43:19 | 251:11,18 | 9:13,14,15 | 143:7 145:25 |
| 45:23 52:11 | 252:5,15 | 11:12 12:17 | 146:4,6 |
| | 253:9,16,22 | 13:21,22 16:5 | 147:3,10,17, |

18 149:23
152:11
155:11,18,25
156:10,25
157:14 158:12
160:20,23
161:2 165:13
167:9 168:8,
15 171:6
172:4,17
173:5 175:18
176:5,21,22
177:14
178:15,19,24
180:8 182:3,
17 184:20
185:20 187:25
188:2,6
190:16 191:19
193:13 194:1,
2 195:8,9,10,
18,20,21,22
196:14,15
197:19 200:11
201:3,7,16,20
202:18
203:11,21
205:12,19,22
206:2,4 207:3
209:14 210:17
211:17,24
212:8,15,25
213:14 217:16
218:6,17,21
219:3,24
222:1 224:11,
18 225:18
226:1,12,15
229:25
231:17,22
234:10,16
235:16 240:20
242:9 244:24
246:11,19
247:7,10
249:12,15
250:9 251:1
252:15,16
253:12 254:9,

11 255:11,22
256:9 258:6
259:18 260:3
262:2,5,16
263:7,8,18
264:7 268:5
271:16,18
274:11,16,22,
24 275:13,22
276:23,25
278:5 279:10,
11,16 280:8
281:20 282:13
283:10 286:25
287:10,15
288:25
**I'VE** 21:19
55:14 62:3,12
76:3 86:16
96:5 97:25
114:19 123:22
138:12 167:22
185:2 196:3
243:11 252:3
261:21 266:18
269:23 281:1
**ID** 20:3
**idea** 42:24
58:20 59:13
63:9 90:2
**identification**
6:14 44:9
63:23 92:4
97:20 109:2
117:25 209:12
256:11 267:25
**identified**
202:20
**identifying**
147:4 205:5
**identity**
201:13 207:14
**if** 5:2,7,9,
13,14,16 6:19
7:16,17 13:14
15:14 18:7
20:17 21:3,14
25:16 26:17,
19 30:17

33:18,20 35:5
37:15 38:12,
14 40:7 41:9
43:9,25 44:7,
21 45:3 47:3
48:5,9 51:25
52:7,9,12,13,
19,20,22
53:16,18,24
54:3,10,23
57:19 58:2,3
61:16 62:1,8,
10 63:9,18,25
64:7 65:15
66:14 70:1,6
76:25 77:14,
16 78:22 82:9
83:11,19
84:15 85:4
87:5 90:8,13
94:5 101:3
102:14 104:8
105:20,24
107:11 108:22
110:2 111:5,
21 114:25
115:2,16
116:23 119:5
123:11 124:18
126:21
127:17,18
128:12,23
131:17,24,25
132:3,11
133:11,22
134:9,21,22
145:25 146:25
153:12 157:8
158:16 159:11
160:19 161:1,
18 164:12
165:7,10,15
166:5,9,10,20
167:6 168:16
169:15,18
170:21 173:6,
25 175:2,4,18
176:16
178:20,21

179:1 180:8,9
182:4 189:11
192:3,5
193:1,2,3,6,
14,18,21
194:13,25
195:2,22
197:15,24
198:10,18
201:16 202:22
203:8 204:1
205:5,23,25
206:5,24
207:9 209:25
210:7,8,19
211:9 213:4
218:14 220:24
224:9,17
225:17,25
226:6,8
232:22 237:17
240:16 244:6,
20 245:10,24,
25 246:6
247:2,14
248:2 249:12,
19 252:2,16
253:9 254:13,
17 255:11
256:4 257:6,
16,24 258:23
259:18 260:3,
10,21 261:24
262:2 263:9,
25 265:10,20
268:9 269:22,
24 271:2
272:10,22,25
273:1 274:22
276:14,22
277:2 279:16
280:23 282:13
284:17
**imagine** 50:16
157:10 187:2
**immediate**
127:18 129:23
**immediately**
137:9 192:6

**impression**
101:11
**improvement**
255:10,13
**improvements**
222:17
**in** 4:20 6:3
7:14,17,23
8:25 10:25
12:12,14
13:8,10,11,19
14:2,21 15:4
16:4 18:9,11
19:7,24
22:12,19 23:2
24:3 25:3
27:6,7 28:19,
25 29:1,14,18
32:3 34:11,
13,14,25 35:6
36:18,25
37:7,12,18
38:16 39:1
42:17,19
44:13,16
45:23 46:2,7
48:3,5,8,10,
19,24 51:10
54:13,23
55:10 57:4,
10,16,23
58:5,14,18,19
59:10 60:13
61:8,19,21
62:18 63:7
65:4,7,15
66:2,4,6,11,
16,21,23
67:2,4,24
69:17 70:7
72:11 73:16
75:17 76:4
77:10,15,17
78:12,17,20,
22 79:4,8,20
81:9 82:2,7,
16,23 84:1,2,
7,11,12
85:12,18

86:13 89:10,
13,17,24
90:1,3,4,9,
17,20 91:6
92:13 93:14
95:19 97:1,3,
8,18 99:13
100:25 101:5,
19 102:12,16,
20,22 103:25
104:24 105:2,
10,18 106:10,
11 107:23
108:6,10,17
110:10 112:8
114:6 116:5,9
117:3 118:8,
9,15 119:15,
16 120:4,7
121:2,8,21
122:13,15
124:9 125:5,
19 126:22
127:17,18
128:17,21,22
129:2,5,8
130:3,21
132:3,11,25
134:12 135:11
137:9 138:1,
17,19 140:5
143:11 149:5,
22,25 150:1,4
151:9,10,18,
25 153:16,18,
24 156:2,20
157:4,24
159:1,2,7
162:1 164:1
165:11,15,25
166:3,11,16
167:6,9,24,25
168:11,13,16,
19,20 169:1
170:14,15,17
172:14 173:1,
4,24 175:14,
19 176:4
177:10 178:1,

2,24 179:4,14
180:6,12
181:7,14,15,
25 182:4
184:19
185:16,17,21
186:24 187:8,
23 188:1,5,19
189:7,10,12,
20,21,22
191:22 194:1,
9 196:6
197:11 198:10
199:15 200:4,
9 203:6,16
204:23 205:24
206:7,19,20
207:19,21
208:3,7
209:6,13
210:21 213:16
214:7 215:10
216:10 219:21
220:1,15
221:15
222:15,16
225:3 226:5,
15 227:2
228:3,21
229:11,21
230:21 231:9,
25 232:6,14
234:7,19,24
235:1,6,8,20,
23,25 237:11
238:12,18
239:4 240:2,
8,21 241:4,
10,21 242:6
244:10,24
245:3,9
246:13
247:12,22
248:22 249:4
250:10,21
251:4,24
252:3,19
253:1,3,6,9,
15 254:24,25

255:1,6,8
257:14,19
262:3 265:24
266:8,20
268:18,23
270:5,7
272:13 273:16
274:4 275:9
276:8,10,20
277:12,18,25
278:4,20
279:4,15
280:11,23
281:1,4,15
282:11
283:16,20
284:4,15,23
285:1,11,22
286:2,6,11,
20,23 287:3,
12,17,20,22,
25 288:6,18
**in-house** 7:9
**inartful**
41:20
**Inc** 18:15
24:12,17
25:25 34:1,19
35:8,17 38:15
41:4,15
42:11,12,16
45:19 46:1,13
47:6 48:11
50:8 51:1,3,9
61:5,6 64:16,
23 65:5,8,13,
17,23 66:2,
18,22 67:3,8,
18,25 68:7
69:5 70:1,3,
8,15 72:2,7,
9,16,25
73:13,19
74:13,18
75:10,11,13,
24 76:10,16,
22 77:2,4
78:9 79:8,19,
24 81:13 82:5

83:5 84:1,8,
9,24 86:9,12,
20 87:1,9,15,
24 88:7,13,
22,23 89:1,2,
4,6,11,14
91:24 92:9,
14,19,22,25
93:1,6,11,15,
21 94:3,9,17,
21,23 95:7,
11,15,23
96:1,13,21,
22,24 97:1,3,
5,9,12,15
102:13
105:21,23
106:10,20
107:2,5
111:15 112:17
117:11,14,20
118:8,9,10,14
120:12,25
121:6,7 123:6
124:6,7,10
126:7,9,14
129:14 130:18
131:4,14,15,
19,23 132:7,
23 133:14,18
134:4,5,6
135:4,9
138:14
139:18,21,22
140:1,3,4,7,
13,15 141:2,
10,14,20
142:1,7,11,
12,23 143:3,
10 144:16,20,
21 145:2,4,
15,17,18
146:1,2,8,11,
18 147:1,5,8,
13,16,23
148:2,7,8,12,
17,18 149:15,
21 150:4,8,
13,23,25

151:2,4,6,8,
20,22 152:2,
6,8,14
153:16,22
154:10,12,14
155:1,4,15,22
156:4,14,17
157:23 158:21
159:14,18,22
160:9,13
163:7,19
170:19 171:7,
11 172:7,8,9
173:14
174:16,22
175:10,11,25
178:15 180:3,
8 181:2,22
183:11 186:2,
6,12,19,25
187:11,21
188:4,7,11,
16,18 192:12
194:13,24
195:15 196:24
197:12
198:15,22
199:11 202:5
218:10 219:8
224:15,23
225:13,21
230:17 231:3
238:17 239:20
240:2 242:19
244:12,18
246:4,17
247:18 248:7
250:25 256:24
257:22 258:2,
4,18 259:2,6,
12,16,22
260:6,13,15
261:6,10,15,
20 262:4,13,
23 263:4
264:1,3,10
265:14,25
266:9,10,21,
24 267:15,19

268:24 272:3
273:11,23
276:18,19
278:8,15,17,
25 279:5,13
280:20 281:3,
8,14 282:2
283:24
284:10,20
285:7,10,16,
17,21 286:1,
2,5,10,12,17,
19 287:1,6,8,
18,21 288:1,8
**Inc.'s** 54:4
76:12 77:6
134:2 192:16
**Inc.,'s** 106:2
**include**
173:11 250:2,
13,15
**included**
206:17
**includes**
77:13
**including**
60:20 64:12
85:20 220:14
251:23
**inclusive**
37:16
**income** 26:4
32:24 33:4,6,
7,10 38:22
39:21 53:22
69:21 103:20
250:2,7,12
272:6 276:9
**incorporate**
23:17 90:3
202:24 210:20
**incorporated**
6:21 89:24
90:1 154:7
166:1 183:13
185:15,16
186:1 194:7
280:6

**incorporating**
211:5
**incorporation**
91:13 96:4,6
112:9 161:6
170:15 171:12
187:10,14
**increase** 74:4
**incur** 224:23
233:14 234:7,
18 241:16
242:4
**incurred**
156:3
**incurs** 20:14
21:4 75:13
**independent**
46:8,25 101:1
143:21 166:8
174:5 178:6,9
193:15 195:19
**indicated**
105:12 175:8
280:10
**indicates**
223:20
**indicating**
61:16
**indirect**
120:24 250:8
**indirectly**
72:8 80:12
88:14
**individual**
18:14 30:18
50:3 100:5
104:3 116:14,
16 139:16
171:20 178:4,
22 180:11
191:23 192:1
193:22 195:3
206:9,14,15
274:10,13,15,
24 275:3,6,
19,25 276:1
281:5,18,19
282:5,6,20,25

**individually**
29:25 92:19
207:1
**individuals**
36:10 138:19
192:2 251:4
266:19 282:9
**inflow** 75:23
**information**
7:13 12:6
21:16 23:17,
22 27:8,20
28:11 29:10
34:8 43:19
83:12 96:9
195:25 201:14
227:5 234:24
235:6 241:21
243:10,15,21
251:19 265:1
266:19,22
267:14 270:24
274:18,20,22
275:7,10
276:15
280:21,25
281:9,24
282:14 283:14
**infusion**
52:12
**initial** 77:25
**input** 243:10
248:18
**inquiries**
68:20
**instance**
15:25 16:10
18:7 20:17
21:3 36:19
38:21 40:11
83:21 84:24
108:10 110:17
115:12 128:7
133:7,13,25
134:13 135:24
154:20,23
155:9 164:15
166:3,13
167:6,19

168:12 172:19
174:21 180:1
181:24 187:10
193:6 213:15
221:5 245:14
260:10 269:23
274:10 275:1
**instances**
137:10
**instead** 78:11
**instruct**
59:17,25
60:18 202:19
212:16
213:17,21
214:12,18
216:18 224:12
246:20
**instructed**
186:22 203:22
227:17
**instructing**
185:5 204:17
210:9
**instruction**
204:16
215:13,18,23
216:25 217:12
219:23 220:1,
8,11,18
221:7,11,17,
22 222:5,10
227:15 228:9,
14,23 229:3,
14,19 230:12,
19,25 231:6,
12 232:2,10,
17 233:1,7,
12,17,23
234:4,21
235:3,10
236:3,8,15,20
237:4,9
238:6,15,21
239:2,14,23
240:5,11
241:1,6,12,18
242:1,8,23
243:7,13,18,

25 245:6
**instructions**
59:12
**instrument**
241:8
**insurance**
85:21 199:2
228:20
**intact** 156:9
**intended**
78:16
**intention**
164:9
**interaction**
260:19
**intercompany**
52:3,5,8,9,
13,14,15,25
53:8,11,13,17
54:5,7 84:16,
18 115:5,7
116:7
**interest**
153:18 154:1
250:5
**intermediary**
151:7 186:7
**internal** 9:6
46:7 52:23
**internally**
50:7 184:1
202:4
**international**
156:6
**into** 14:22
15:8 22:16
26:8 27:11,
21,24 30:6
32:25 41:3,14
42:9,15 43:7,
21 53:14
62:12 104:9
108:4 119:20
126:3 134:1,6
151:24 153:8,
9 157:6
166:21 179:2
180:6,14,15,

23 181:9
182:1,8,11,13
183:4 184:2
190:10 191:24
205:1 253:15
264:12 267:5
276:12,17
280:7 282:6
**intravenous**
190:19
**invest** 253:16
**Investments**
88:11,17
89:8,16 90:7,
21 91:5,8
271:5,23
279:21 280:2
281:12 284:2,
4,9
**invoice**
194:9,15,23
**invoices**
239:9,19
255:6,7
**involved** 23:2
44:13 67:1
84:7,12,21
97:8 99:9
127:12 130:21
192:2 195:24
244:10 248:2
253:3,9 255:1
266:8,20
279:15
**involvement**
107:1 120:18
254:22 266:23
283:19
284:14,21
288:22
**involves**
248:3
**involving**
277:24
**IRS** 24:21
**is** 4:14 6:20,
21,22 7:14
9:1,17,21,22

10:2,6,14,15,
24,25 11:9
12:1,21 13:19
14:17 15:6
16:21,22
17:12 18:24
19:23 20:5,14
21:6,7,9 22:4
24:13,18
25:7,8,11,17
26:25 27:19,
21,23 28:4,9,
16,17,19
29:1,14,23
30:3,9,11,19
31:5,6,16,21
32:4,6 33:12
35:17,25
36:6,21 37:2,
4,11,13,15,20
38:2,18,25
40:16 41:14,
23,24 42:9,
10,11,13
43:1,12,13
44:3 45:1,7,
9,20,22 46:1,
7,22 47:6
48:10,19
49:7,17 50:1,
7,14 51:3,20
52:6,20 53:3,
10,11 54:4,
11,22 55:4,7,
11,12,18,21
56:2,4,10,17,
25 57:16,24
58:2,23
59:12,13
60:7,10,13,15
61:3,15,16,
22,24 62:6,17
63:10,19
64:15,17,23,
24,25 65:1,4,
7,11 66:6,18
68:6,15 69:7,
9,13 70:24
71:6,14,15,

17,18,19,21,
22,24,25
72:19 73:4,
12,15,19,21
74:16,22,23
75:6,7,21,25
76:6,11,12
77:1,4,5
78:15,19
79:6,8,9
80:10 82:12,
13 84:18
85:10,15,17,
24 86:2,7
88:11,15,17,
19,21,22
89:2,7,23
90:7 92:11
93:17 94:7,
20,22,24,25
95:14 96:15,
18 97:1,2,17
98:15,17
99:6,10,15,
18,21 100:19,
21 101:1,13,
19,22,24
102:1,13,19,
25 103:11,24
104:2,20
105:7,21
106:2,3,13
107:3,4,13,
14,15,19
108:9,22
109:11,23
110:8,11,12,
17 114:3
115:21,25
116:3,4,13
117:3,12,14,
20 118:11,13
121:6,7 123:2
124:6,15,24,
25 125:22
126:9,12
127:10,12
128:1,5,16
129:20 131:20

132:7,14
134:14 135:22
137:11 138:8,
9,18 139:5
140:4,7
141:3,4,6,11,
23 142:12
143:10,12,24
144:15 145:2,
16 146:7
147:9 148:16
149:8 150:4,
12,17,22
151:6 152:14,
20,21 153:2,
16,22 154:2,
18,19 155:25
156:17,19,22
157:13 159:24
160:11,13
161:3,25
162:2,4,10
163:4,8,10,
11,15,24
164:4,6,9,21,
22 165:22
166:16 167:3,
5,15,23
169:10 170:6
171:10 172:7,
9,10,11,23
173:4,5
175:2,11,14
176:14 180:5,
9 181:4,6,14,
21 182:15
183:4,10,25
184:2,3,15,23
185:1,18,22
186:3,12
187:1,9
188:11,13,16,
18,20,25
189:1 190:1,
2,18 192:7,9,
10,20 193:11,
16,23 194:22
195:14,18
197:10,12,15,

17 198:1,8,
11,12,15,20,
21 199:1,18
200:2,3,14,
15,17 201:1,
12,16,22,24
202:14
203:15,17
206:2,4
207:19 209:8,
15 210:13,14
211:17,24
212:3 213:24
216:4,15,22
218:7 219:3,4
220:23 222:20
223:3,16
225:15,22
227:2,19
228:16 229:5,
21 230:1
231:18 232:19
235:25 236:10
237:15 238:3,
12 244:10,13
248:2,6,7
249:3,24
251:11 252:15
253:3 254:5
256:18,22
258:7,10,13
261:22 262:7
264:3,17,18,
19,21,24
265:6 266:16
268:7,24
270:14 271:12
272:2,8,13
275:15
276:18,20,24
278:16,21,25
279:2 280:6,
25 282:8
283:2,17
284:21,24
289:1
**isn't**   39:17
246:7

**issuance**
144:12 147:25
148:1 161:5
**issue** 93:3,23
135:17 202:25
**issued** 97:15
99:7
**issuing** 97:8
162:14
**it** 5:16,17
6:8,11 7:1
8:20 9:21,23
10:9,19,20
11:11 12:11,
25 13:15,20,
22 14:2 16:7
17:13,21
18:12,14,19
19:14,16,17,
20 20:12
22:18 24:19
26:5 27:7,21,
24 28:14,19,
21,25 29:14
30:9,21,23
31:3,9,12,13
32:15,18,25
34:15,17,23
35:2 36:3,6,9
37:4,10,11
38:1 39:5,6,
9,10,11 41:3,
8 42:17,25
43:1,3,20
44:3 47:11,
13,15 48:1
49:3,17,19
50:2,4,20,22
51:13,14,16,
17,18,23
52:1,2,5,7,8,
9,10,12,15,
16,18 53:16
55:9,18,21
56:2,8,11,15,
17 57:7,9,11
58:23 59:12
63:18 64:23
66:21,24

67:11,16,20,
23 68:2,8,10,
13,15,17,18
69:3,7,11
70:12 71:14
72:4 73:21
74:11,16,20,
21,22 75:6,
14,17 77:5,15
78:11,14,15
79:12,17,21,
23 80:2,3,5,
7,11,12,15,
17,19 81:3,4,
8,14,19,23
83:11,19
84:2,5,10,13
85:11,17,18
86:4,18,22
87:3,5,8
88:15 89:17,
19,20,21,23
90:1,5,13,14,
18 91:5,9,10,
16,21,23
94:25 97:23
98:11,13,15
100:22 101:5,
7,11,18,19,
20,21 102:8,
12,16 103:15,
17,24 106:22
108:9 109:13,
14 110:10
113:6,8,10,13
115:12,16
117:19,20,23
118:3,13
119:18,20,23
120:2,11,14,
15,16,17,20,
23 121:4,5,
14,15,16,17,
21,23 122:5,
7,8,9,10,13,
14,15 123:4
124:10,12,18
125:5,7,12,
14,15,16,17,

18,21,22
126:2,16,17,
18,19,20,22
127:7,9,11,
16,17,18,19,
20 128:8,10,
12,16 131:23
132:10,11,24
133:8,20
134:6,19,20
135:16 137:9
138:5,17,18,
21,24 139:8,
10,12,13,14,
16 140:5,7
141:5 142:12,
15,16,17,18
143:11,13,15,
17 146:21
148:20,21,22,
24,25 149:3,
4,5,6,15,18,
19,24,25
150:21,22
151:3,7,8
152:17,18
153:16,22,24,
25 156:22,25
157:8 158:4,
9,10,16,17
159:7,9
160:13,14,18,
19,21,24
161:1,2,4
162:4,22
163:3,16
164:1,2,6
166:5,6,9,10,
11,21,24
167:5,10,11,
15,20 168:2,
23,24,25
169:1,2
170:1,14,20,
25 171:2,6,7,
10,11,12,13,
24 172:6,11,
12,13 173:14,
23 175:11,17

176:5,20
177:12,21,22,
24 178:1,2,3,
6,9,14,15,17,
19,20,22,23
179:1,3,4,6,
7,8,11,13,16,
17,19,23
180:5,22,23
181:4,6,11
182:8,11,22
183:3,25
184:18,19,21
185:18 187:4,
24 188:20
189:4,10
192:4,5,13,
24,25 193:1,
5,19,21
194:2,9,15,
16,18 195:2,
3,17 196:14,
15,21 197:15
198:3,4,5,16
199:15,17
200:18 201:24
204:4 206:6,
23 209:18
210:13,17
212:6,18
216:10,12
217:18,20
218:9 219:7,
22 220:16
221:1,6,9,10,
16,20 222:3,
18 223:1,12,
19 224:11
226:13,22,24
227:12 228:4,
21 229:12,23
233:14
235:13,14
236:1,6,13,18
237:1,7,13
238:9 241:23
242:4 243:5
245:16 246:16
247:2,3,8,17,

20,23 248:10,
11,14 249:13,
15 250:3,15,
19,24,25
251:12,25
254:25
255:10,11
257:25 262:1,
7,10,11
263:14 264:3,
5,7,11,12,13
266:13 267:2,
4 271:11
272:23 273:2,
8 274:2
275:2,9,15,19
276:12,16,25
277:2,4,5,6,
9,10 280:6,7
281:2,3,9,14,
16,17 282:3,
22,25 283:15
288:9

**it's**  6:8
19:18 20:11,
12 21:14 25:3
26:8 28:23
30:14 32:3,4
33:23 36:2
37:6,8 39:24
43:2 44:2
49:21 50:18,
19 53:1 54:8,
11 55:11
57:14 59:24
60:3 63:3
64:6 66:19
67:9 69:14
73:21 78:17,
25 79:4 80:10
86:5 88:6
90:13 91:10,
17,18 96:16
101:6,7,8,25
102:16 103:4,
25 104:1
105:2,3,10,
13,17 106:21,
22 107:20

108:1 111:5
112:15 116:7
117:12 118:22
121:8 122:23
124:16
127:12,13
132:8 134:7,
19 135:20
136:13 139:14
140:12 141:5,
20 142:16
143:1 144:19
145:8 149:23
150:10 151:22
153:12 154:13
156:25 160:16
161:17 167:6
168:14,16
169:10 170:19
171:4,8,20
172:11 173:6,
7,8,14,24
175:4 176:20
177:22 179:7
180:3,6,9,13,
18,19,20
181:3,15
182:3 183:7,
16,17 188:7
189:11 193:1,
3,5,14 194:1,
3,25 195:2
196:12 197:16
198:6 199:16,
20,22,24
207:20 208:23
210:11 211:19
215:2 218:10
222:15,16
226:13 230:14
235:19 237:11
238:8 242:16
246:7,8,9
247:15 248:9,
23,24 249:1
250:19 253:17
256:21 274:23
276:5,11
281:17

**item**  104:8
105:5 106:1
212:4 232:19

**items**  191:25
192:23 235:23
236:11 265:21

**its**  10:22
13:8 18:2,9
24:12,17,19
27:15 35:14
49:18 50:4
52:1,11
53:14,15
54:12 67:20,
23 68:1,9,19,
24,25 72:16
78:9,11,12,20
81:2 84:10
85:12 91:11,
12 103:19,20
105:8 113:15
119:21 121:17
122:14,24,25
123:2,8,11,20
125:3,4
127:14,17
129:19 131:7
132:25 133:2,
13 134:12
139:11,13,14,
16 145:18
148:25
155:15,23
158:23 162:4
168:4,11,13
169:10,13
175:25 177:22
178:2,4,22
179:17 194:13
196:20 198:5
202:5 217:11
220:22 223:21
227:11 233:3
238:4 244:16
245:3,9,12,14
246:14
250:18,23
264:22 273:23
274:21 276:20

283:18
284:14,22
285:1,6,10,
16,21 286:1,
6,11 287:2,7
288:17

**itself**  51:12
77:13 92:22
125:4

**IV**  263:5

───────────

**J**

**January**  17:1
222:20

**Joanne**  4:2,11

**job**  201:13
205:4 207:14

**joint**  24:20,
22,23,25
45:19 51:4,7
71:17,22
72:5,10 73:16
74:23 75:6,9,
15,19,23
76:9,21,25
77:3,7,12,17,
19 78:2,4,6,
12,17,19,22
79:1,2,9,13
80:25 81:14
82:13 83:24,
25 86:19
106:9,10,25
107:2 141:22
148:19 264:14
267:10 281:10

**jointly**  24:13
50:10 72:18
207:21

**journal**  32:22
33:16

**judge**  62:7
203:2

**July**  125:5
137:17 138:1

**jump**  58:18

**jurisdiction**
36:25 37:6
60:11 163:3
185:2 246:25
276:23
**jurisdictional**
165:8,10
246:22
**jurisdictional
ly** 206:13
**jurisdictions**
101:6 162:13
**just** 4:13,23
5:9,15 6:7
9:14 10:9
11:12,22
12:8,11
20:13,18
24:3,5 25:14
26:22 28:20,
23 31:4 33:2,
3,7 35:6,21
36:25 37:8
39:23 43:19
44:5 45:1
46:19 50:4
52:9 55:12,25
56:10 58:3
59:20 60:20,
23 61:10
62:9,20 63:19
64:5 68:3,18
70:14 71:4
73:9 76:8
79:12 81:21
83:10 86:7,16
87:3 90:25
97:25 101:16
104:2,23
105:1,20
106:17 107:21
108:23
111:18,22
114:8,9
116:7,11,24
117:19 118:1,
18,21 119:4,9
122:1 123:3
128:3 130:25

132:1 134:9
135:18 138:20
142:20 143:1,
10 147:12,13
150:20 152:16
153:25 158:9,
20 159:8,10
161:16 163:16
164:1,5 170:5
171:20,24
174:8 177:12
179:5,7
180:8,19
181:18 182:3,
6,18,22
184:18 185:11
186:18 187:23
189:19 194:2
195:3 196:12
200:7 202:24
203:22 205:16
207:8 208:4
209:13 210:20
211:15 212:15
218:16 222:15
226:12
242:14,16
247:10
248:15,20
249:1,15
250:1,3
256:18 257:9
266:18 267:9,
12 268:5,20
272:18,24
277:1,11
278:21 283:12
289:3
**justify** 225:3
230:17 240:2,
8
**JV** 264:13
267:5,10

---

## K

**K-1** 25:2
**keep** 35:21
56:3 74:24

154:9 156:8
187:9 212:18
261:23
**Kentucky**
19:24 23:16
26:16,19
34:11,14 35:6
37:3,12 48:3,
6,10 70:23
71:2 89:24
90:1,3,4 91:6
98:1 110:5
120:5,7
122:3,6,13,16
128:21,22
129:3,6,8
149:8,22,25
165:16 173:11
175:14,20
188:1,5
189:8,12
200:13 265:4
269:24
**kept** 66:1,14
123:12 135:10
174:5 187:17
202:9
**key** 162:18
165:20
**keys** 156:5
**kidding** 44:3
**kind** 48:12,22
56:8 142:10
184:25 279:12
**kindly** 62:8
**knew** 165:7
252:21 254:17
**Knight** 69:18
70:23 71:2,6,
11,14,17,18,
21,23,24,25
72:19 73:7,13
74:14 88:5
107:5 269:24
270:22
271:11,14
272:16 273:21
277:8,17

279:20,25
281:7 282:17
287:11,16,22,
24
**know** 5:15
10:9 18:8
19:18 23:7,17
25:15 26:17
28:7 29:2
36:21 37:8
38:12 39:2
42:19,22 47:4
48:6 52:20
53:25 54:18
56:14 57:9,
13,18,19,22
58:2,7 59:18
60:2,16
63:13,14 75:3
77:22 79:12,
14,15,16
80:18,21 81:6
82:6,9,12
84:12,15 92:6
93:4,16 94:5
95:24 97:22
98:19,20,22,
24 99:2
101:15 103:25
105:19,21
106:8,12
107:11 108:5
109:4 110:9,
25 111:4,6,
13,17,18,21
115:2,16
116:23 117:16
121:15 122:1,
12,16,24,25
123:1,7,11,13
127:17 128:5,
12 129:20
130:1,3 139:4
142:13
146:12,19,21,
25 147:9,13
149:6,9
151:13 153:12
154:21 158:4

160:15,16,17
161:17 162:9
164:12
165:14,20
166:7,19,20
167:10,20
168:1 169:13,
14,15,17,18,
22 170:21,22
171:16 172:18
173:6,17,20,
25 174:7,8,9
175:16
176:16,19,21
177:13 180:23
181:4,7
182:6,18,20,
22 183:17
184:5,7,8,18
186:10,12,16,
17 192:1
193:24
194:18,19
195:16 196:3,
10 200:6,7,
17,18 201:16
202:2,8 203:9
204:1,9,10
205:17 206:5,
12 207:9,17
209:22 212:7,
12,14 213:5
215:9,25
217:9 218:7,
14,15 221:4,
9,19 222:7
223:24 224:2,
6,17,20
225:2,17,25
226:3,6,8
227:9 228:11,
25 229:16
236:5 244:6,
7,20 245:10,
11,16 246:6
247:13,14,15,
16,23,24
248:7,21
249:21,24

250:8,18,24
251:15 252:14
254:4,13,15
256:25 257:6,
16,17,24
258:5,7
260:4,18
263:16,25
265:2,24
269:22 271:2,
3,10,24
272:25 273:20
275:13,24
276:2 285:4,
9,14,19
**knowing**  17:9
**knowledge**
13:1 83:13
111:8 137:12
147:20 170:1,
2 191:5,7,12,
15,20 244:21,
23 249:25
264:5 268:10
283:22 284:1,
7,12 286:20
**knows**  60:17
62:7 251:11
**KY**  69:18
71:6,11 72:19
73:7,13 74:14
88:5 107:5
270:22
271:11,15,16
272:16 273:21
277:8,17
279:20,25
281:7 282:17
287:11,16,22,
24

---

**L**

---

**lab**  263:5
**Labeed**  136:10
138:13 139:3
253:22,23,25

**laboratory**
190:13,14
**lack**  60:11
185:2 246:24
**land**  25:7
69:19,20
108:20 110:18
208:21 209:1
216:16 217:3
222:17 223:4,
11 230:4,9
237:12 238:3
262:19
278:11,12
**landlords**
179:3
**language**  14:4
**Laraclay**
59:16 69:23
155:18 245:25
288:24
**last**  226:18
249:4
**late**  257:5
**Laura**  4:14
**law**  26:16
37:23 165:3
**laws**  26:23
**lawsuit**  44:16
138:20 208:7
257:20
**lawyer**  38:10
**lawyerly**
99:14
**lay**  118:18
**laying**  111:20
**lead**  19:21
**lease**  7:20,
24,25 8:3,7,
10,13,17,18,
23 9:17
10:12,15,20
11:1,4,11
12:3,11,14,19
13:2,5 14:14
20:6,9 84:13
85:15,17
86:16 90:18

127:12
139:13,16
143:14,18
144:24 157:16
208:9 248:15
249:20 250:2
255:24 261:9,
12,25 277:22
278:8,10,13
279:3,7
**Leaseco**
188:11,16,18
286:17 287:1,
6
**leased**  9:7
14:23 35:14
74:15 84:3,10
85:12,14
86:12 102:6
142:7 145:3,
13,19 154:25
155:3 158:8
174:15 197:1,
4,12 204:24
250:14 257:20
258:13 259:12
260:15 261:3,
4 262:10
288:20
**leases**  17:13
29:6 67:23
68:2 89:21
90:13 127:12
139:14 140:7
188:21 205:12
208:21,25
241:21 258:14
262:18,19
**leasing**  7:21,
22 9:2,3
14:22 15:1
18:24 19:3
21:5 27:5
37:25 74:18
102:8 139:11,
20 143:17
177:17 179:1
208:13 241:8

least   12:24
  21:14 43:2
  77:5 82:2
  113:3 149:10
  197:3 207:2
leave   70:14
ledger   26:8
  29:22 103:20
  104:24 105:5
  106:2 168:4,
  16,25 275:8
ledgers   83:15
  114:15,17,21
  181:12
leeway   185:3
left   132:3
  137:12,13
  178:1 189:10
  254:12,24
left-hand
  56:18 217:18
legal   7:14
  10:9 13:20
  20:15 22:16
  26:4,7,9,25
  27:2,6,11,24
  28:8,16,17,
  18,24 29:4,13
  30:6,7,13
  34:10,13
  39:18,20
  64:20 66:12,
  15 81:22
  82:11 83:11
  93:8 105:1
  116:8,9 117:6
  125:4 127:18
  130:3 142:3
  156:8,11
  163:16 178:4
  186:20 254:10
  272:6
lender   10:22
  178:20,21
  275:11
lenders   179:3
length   108:15

Leskowicz
  4:2,11,12
  268:7
less   85:16
  259:7,8 267:6
let   5:15 14:3
  20:18 30:10
  31:8 39:23
  44:17 56:14
  80:23 86:3
  88:16 92:6
  97:22 108:22
  109:4 171:5
  179:5 208:8
  212:15 242:10
  246:16 257:9
  281:5 283:5
let's   23:24
  46:10 68:20
  91:20 116:24
  159:11 161:12
  184:25 185:3
  207:4 245:18
  246:21 256:8,
  20 274:8
level   15:10
  30:12 78:25
  82:14 113:9
  126:20,21,24
  131:8 140:21
  141:13 197:22
  198:18 199:8,
  14 202:11,12
  247:20,21
  248:2 249:25
  250:11 258:17
  260:2,3,4
  281:3,16
  282:1,25
levels   246:9
Lexington
  5:24 6:22
  8:21 9:7
  10:13,14
  18:1,24 19:5
  20:6,15,20,
  22,23 21:6,10
  24:10 25:4,8,
  18 26:1,12

29:25 30:17,
19,20 32:1
34:12,14
35:6,25 36:5
37:12,18 38:8
40:1,4,9
42:2,14 46:20
48:1 49:5,17
50:2,8 51:11
52:15 53:20
55:8 56:12
57:3,15 58:13
59:10 62:10,
18 63:6
64:14,16,25
65:8,9,12
66:3,8 68:3
69:25 82:4
83:3 84:2
86:25 87:15,
20,23 90:23
98:2,5,18
99:1,4,7,10,
15,19,21,24
102:15
103:16,19
104:6,7,16,20
105:5 107:12
108:6,10,18
109:10 110:16
113:4,14
114:18,22
115:8,9,13
116:22 118:3
120:19 129:12
134:14 135:5
150:5,15
155:9 160:2,8
164:15 165:12
167:18 168:3,
10 169:4
175:10 188:23
189:4,5,23
190:1,7,15
191:6 193:7
195:25 196:9,
19,20 197:8,
24 198:1,11,
13,17 201:15,

17 202:17
203:7,16
204:4,13
205:2 206:1,
9,18 207:16
208:6,11,15,
18 209:2
212:23 213:14
214:5 215:1,9
216:15
217:10,20
220:15,21
221:4,15
222:2,25
224:7,15,22
225:13,21
226:4 228:3,
18 229:11
230:4,8
231:24 232:5,
15 233:3,9
234:7,18,25
235:7,25
236:12,25
237:21 238:3,
12 239:20
240:22 241:4,
15,23 242:3,
20 243:2,22
244:3 245:2,8
246:4,12,13,
18 247:11
248:18 249:18
250:18,23
251:4,8
252:4,20
253:2,12,21
254:8,22
255:18 266:7
267:12,20
270:4 279:14
280:21 283:20
284:5,15,19
285:2,12,22
286:7,21,23
287:3,13
288:18,21
liabilities
  28:21 56:25

Joanne Leskowicz

103:21 168:4
226:16,24
232:20 234:6,
7,19 240:20
242:4 274:13
276:3
**liability**
53:23 116:13
117:1 198:6
227:11,13
232:21 233:4,
10,15 275:3,6
276:1
**library** 13:21
98:12
**license** 15:17
18:4 36:9,10
38:20 50:18
101:6,20
128:11 166:10
168:18
**licensed**
37:24 167:5
**licenses** 36:7
101:5 125:3
128:17 148:21
162:11,12,14,
21,24
**licensing**
7:12 16:9
81:18
**licensure**
81:9 166:6
**light** 54:14
**like** 9:11
16:11 18:8
23:19 28:21
30:2 40:7
48:7 52:19,
20,22 53:12
54:16,18 56:4
62:1,4 68:3
69:8 70:18
72:5 79:4
83:21 98:8
101:7,12,13
105:17 108:9
112:8 114:18

117:20 126:25
130:2 132:2
134:13,21
135:24 138:6
141:21 145:8
155:9 159:8,
10 161:22
162:8 163:14
166:14 175:14
178:24 179:2,
14 180:19
184:7,16
187:16 194:2
195:20 196:7
200:9 202:23
219:25 226:13
235:19 245:14
246:22,25
247:20 254:18
255:14 260:10
262:14 267:12
277:11 281:22
289:5
**likely** 281:3
**limited** 60:9
88:18,19,22
91:16,19
**limits** 61:9,
21,24
**line** 58:23
59:8 60:8,14
94:12 104:7
105:2,4,5
106:1 211:24
214:8,21
215:15 219:3,
6,19 221:6,10
232:19 234:13
235:23 236:11
238:11 242:6
265:21
**lines** 60:5
215:22
221:13,24
228:17 229:7
**list** 23:24
44:17,25
45:4,7,10
124:16 138:17

146:9 172:1
174:25 190:4,
5 193:16,23
258:14 261:22
266:17 270:2,
15 282:8,15
**listed** 10:25
91:12 92:10
106:13 153:2
190:14 202:9
208:19,23
209:3 252:3
256:23
257:14,19
261:21 262:21
280:23 282:11
**literally**
110:2
**literature**
101:11
**little** 9:11
11:13 48:22
55:20 63:24
64:5 83:24
88:6 112:13
137:20 159:9,
14 165:5
176:13 185:4
222:14 242:11
245:24 246:21
253:17 277:19
282:17,21
**living** 15:5,
12 18:15
24:12,17
25:25 34:1
38:15 41:15
42:10,12,16
48:11 50:8
54:4 65:17
69:5 72:2,7,
9,16,25
76:12,16
77:2,6 78:9
79:7 86:9
87:1,9,24
88:7,13
89:13,17
94:17,21,23

97:3 101:1
107:22 111:15
112:16 117:14
120:24 121:5
123:6 125:5,
10 126:7,13
127:16 130:18
131:4 132:23
133:14,18
134:2,4 135:9
138:14
139:17,21,22,
25 140:3,4,6,
13,14 141:1,
10,13,19
142:1,11,12,
23 143:3,10
144:16,20,21
145:1,4,14,17
146:1,2,8,11,
18 147:7,13,
16,23 148:2,
7,8,12,17,18
149:13,14,21
150:3,8,13,
23,25 151:2,
4,6,8,20,22
152:1,5,8,22
154:6,10,11,
14 155:1,4,
14,22 156:3,
14,16 157:22
158:21 162:2
164:23 166:1,
8,9 174:16,22
175:25 178:14
180:8 181:1
183:11,12
185:14,21,25
186:6,11,19,
25 187:11,21
188:3 192:12,
16 193:14,15,
17 194:6,12,
24 195:15,19
196:23 197:11
198:15,22
199:10 202:5
217:22 218:4,

10,11 219:8
224:15,23
225:13,21
230:17 231:3
238:17 239:20
240:2 242:19
244:11,18
246:17 247:18
250:25
259:11,16
260:15 264:3,
10 265:25
266:10 272:3
273:11,22
276:18,19
281:3,8,13
282:2

**LL** 61:5

**LLC** 5:22,24
6:22 8:21
9:7,22 10:22
15:2,6,9
16:15,23,25
17:15,16 18:1
19:1,4 20:2,
13,15,20,24
21:4,6,12
25:18 26:12,
17,19,23
30:17,20
31:16 34:18,
21 35:11,13,
19 36:1,4,6,
11,17 37:14,
19,20 38:2,8
40:2,16 41:5,
6,8,23 42:3,
5,14 45:22
46:20 48:2
49:5,17 50:2
55:8 56:12
57:3 59:10
65:24 67:24
69:18 70:24
71:3,6,11,15,
17,19,21,23,
24,25 72:19
73:7,14
74:14,19 75:7

81:25 82:4
84:4 87:18,
19,20,23
88:5,11,17,
21,25 89:8,
16,22,24 90:7
91:5,8 98:2,
5,8,18 99:1,
4,7,11,15,19,
22,24 100:17,
20,21 101:22,
24 102:1,5,7,
11,15 103:5,
23 104:7,13,
16,18,21,23
105:8 106:15,
20 107:6,8
108:17
110:13,16
111:1,3,13
112:7,14,24
113:2,14,20
114:18,22
115:9,10,13
117:2,12
118:19 119:8,
15 120:1
121:3,6,11
122:23,24
123:4,5,9,14,
18 135:15,20
136:20,24
139:2,8
141:5,16
142:8 144:25
145:3 152:14,
15 153:11,18
154:1,4,25
156:15
157:16,17
158:18
161:23,25
162:7 164:1,
3,8,13,21,23
165:4,9,17,
19,21 166:2,
14,23 167:4,
14,18 168:3,
10 169:5,9,

10,24 170:7,
13,24 171:4,
15,25 173:2,3
174:15 175:19
189:5,25
191:6 197:14
198:1,3
203:5,7,14
204:2,4,12,14
205:2 206:9,
18 208:10,11,
15,18 212:24
215:1,3,9
222:25
224:16,22
225:13,21
226:5 228:19
229:11 230:4,
8 232:5 233:9
236:25 239:21
242:20 243:2,
4 244:4
245:2,8
246:12,13
248:4 249:3
250:23 252:13
253:7,13,21
254:8,22
255:18 259:14
260:17 261:10
263:12 266:7
267:12 268:9
269:24 270:5,
9,23 271:5,
11,16,24
272:4,16,17
273:21,25
274:1,20
275:24 276:25
277:2,8,20
278:7,25
279:21,22,23
280:1,2,5,12,
21 281:7
282:5,17,24
283:21 284:3,
4,5,9,14,16,
19,25 285:2,
6,12,22

286:7,17,19,
21,24 287:3,
11,13,16,22,
25 288:16,19,
21

**LLC's** 42:9
198:18 246:18

**LLCS** 23:18
90:4 175:18

**loan** 51:12,14
52:6,8,13,16
53:1,20

**loans** 53:8
54:5,7

**locate** 8:6

**located** 48:3,
5,13 55:8
66:4 69:9
120:4,7

**location**
263:19 274:24

**locations**
274:21

**lockbox**
180:9,23

**lodge** 268:5

**long** 16:24
25:2 42:18
67:3 86:11
157:3 164:25
170:20 184:20

**long-term**
54:12 226:16,
24 227:11,12

**longer** 13:19
17:12 47:17
94:20 136:13
139:1 179:11

**look** 7:3,15,
16 11:24
12:13 13:15
17:8,23
22:14,19
23:9,20 30:12
32:10,24
38:21 43:25
49:19 55:11,
13,18 56:14

58:10 65:14
73:22 74:11
80:1 83:8
84:17 85:1
96:18 109:24
110:1 116:25
117:19 120:7
134:25 151:17
157:25 158:10
165:14 172:3
173:7 174:9
179:6 186:23
190:3,10
201:25 206:24
207:2 208:8
217:15,17
240:16 242:16
249:19 250:3,
4 251:1
256:20 268:21
283:6
**looked** 8:3
22:5,12,15,21
24:3 27:2
34:6,16 41:17
54:13 167:11
170:21 217:16
227:5 239:8
281:15
**looking**
14:16,20 19:3
28:8,11 29:5
30:16 34:8,15
53:6 56:17
58:22 91:23
96:8 101:22
103:25 105:14
128:2 133:11
201:19 209:14
211:17,24
218:17 219:3,
24 235:17
239:17 250:6
261:23 263:8
279:11
281:17,20
282:3
**looks** 6:9
50:8 117:20

194:2 226:13
**loop** 205:22
**Loraclay**
55:17
**losing** 207:13
271:17
**lost** 145:21
**lot** 6:16 7:15
14:4 102:17
127:15 128:24
134:23
141:22,23
154:15 172:19
189:21 193:13
195:4 197:21
199:22,24
207:1 269:22
270:11
**lots** 251:6
**Lovell** 129:17
**lower** 30:5
**lower-tiered**
43:21
**lowest** 30:3
**LP** 88:18
**LPNS** 214:15
**Lucinda** 92:10
93:17 136:2
251:8,23
255:20,22
**lunch** 159:12
161:13,17

---

**M**

**made** 20:6
62:3 77:23
103:22 104:12
106:6 113:20
114:21 139:14
177:16 184:4
198:17 206:19
207:1
**main** 139:19
140:7 141:11
**mainly** 22:12
126:21 135:16

140:12
162:11,17
253:3
**maintain**
95:10 273:5
274:10,13,18
275:2,19,24,
25 277:3,5,9
**maintaining**
81:9 95:12,20
**maintains**
277:15
**majority**
113:8 115:19
141:12 148:19
166:20
**make** 6:8
11:22 14:6,9
21:11 22:17
24:5 27:7,24
39:8,23 53:19
54:4,7 59:20,
23 60:23
61:10 62:8,
12,21 70:13
104:25 106:17
113:22 115:5
142:19,21
143:5 146:13
147:3 152:24
156:8 171:13,
20 172:12
174:3 181:18
189:1,4 203:1
208:4,8
210:24 234:10
248:21 249:2
257:9 269:1
270:16 278:21
283:13 288:3
**makes** 21:10
103:6 172:18
173:23 195:4
211:9
**making** 100:12
187:25
**manage** 47:13
119:21 120:11
123:24 124:3

132:24 142:17
149:21 172:11
251:8
**managed** 98:15
102:13 107:14
111:5 119:18
120:2,3
122:7,9,10,
11,13,15
167:7 274:23
288:8,12
**management**
45:18 46:12,
14 47:5 51:8
68:16,18
69:11,21
70:25 73:9,12
74:6,12
78:12,15
79:20,22 80:2
81:12,15,20,
21 84:6,15,
18,21,23
85:2,7,10
86:24 87:11,
24 98:4,7,9
105:22 118:19
119:8,11,15
120:1,12,18
121:3,11,16,
23 122:3,23
123:9,14,18,
20,22,23
126:22 128:16
133:13,17,22,
23 152:12,18,
19 153:2,8
159:4,13,17,
21 160:12
177:25 224:6
248:9,10
251:7 252:19
253:2 261:14,
19 262:3,12
266:20 282:15
284:25 285:6,
20,25 287:17,
20 288:6

**management-
wise**  66:6
**manager**  47:6,
  12 51:3 68:15
  74:16 80:13
  90:14 98:15,
  17 99:3,19
  100:3 106:12
  111:5 149:24
  173:6 252:8,
  12 282:18
  287:21,22
**manager's**
  271:13
**managers**
  91:12 98:25
  99:11,25
  100:8,12
  108:10 111:1
  112:20,22,24
  122:24,25
  123:8,11,17
  144:1 169:13,
  15,20,21
  170:16 176:18
  252:4
**manages**  28:19
  47:15 80:3
  90:8 91:8,10
  111:3,16
  142:15 149:1
**managing**  51:8
  69:8 79:23
  83:22 108:5
  118:8 267:9
  282:11
**manner**  84:1
  268:18
**many**  4:19
  8:16 107:24
  120:9 182:18,
  25 250:1
  281:14
**March**  68:13,
  15,21,22,24
  69:7,17
  72:12,15
  73:25 74:5
  79:21 84:8

88:9 107:1
  278:9 287:23
**margin**  226:4
**mark**  6:10,11
  44:5 63:19
  92:1 117:22,
  23 118:2
  210:3,5
**marked**  6:14
  44:9 63:22
  92:4 97:20
  109:2 117:25
  209:11 210:1,
  14 256:11,18
  267:25
**market**  168:2
  180:16 278:13
**market-based**
  86:6
**marketing**
  167:21
**markup**  20:12
**Mary**  92:10
  94:11 136:6
  253:23
**materials**
  200:2
**matter**  150:21
**maxed**  79:6
**may**  39:10
  58:9 66:24
  71:5 79:12
  90:15 91:20
  115:16 116:11
  130:13 133:12
  137:6,10
  138:17 148:22
  155:4 159:6
  169:25 170:17
  175:17 176:4
  178:23 179:3,
  6 182:18
  197:17 200:4
  202:22 203:8
  205:3 215:4
  217:5 218:14
  220:24 224:17
  225:16,24

226:6,8
  237:23 244:5,
  21 245:10
  246:6 247:14
  251:2,3
  256:16
  257:16,25
  258:5 259:14
  268:11 270:15
  271:2 273:22
  276:25 281:2,
  8
**maybe**  4:20
  54:20 86:14
  122:7 152:18
  171:17 195:14
  212:17 245:25
  250:24 255:8
  273:25 276:22
**me**  5:15 11:10
  14:4 18:22
  20:18 22:1
  27:1 28:12
  30:10 31:8
  39:23 44:17
  46:11 50:19,
  20 56:14
  64:22 69:14
  80:23 86:3
  88:16 90:8
  92:6 93:3
  97:22 105:22
  106:6 108:22
  109:4 118:7
  138:20,25
  164:16 171:5
  186:9 208:5,
  8,24 211:7
  212:15 213:11
  214:1 215:1
  217:15 242:10
  246:16 251:5,
  7,18 252:18
  253:1 257:9
  261:8,13
  262:19 263:11
  265:21,25
  266:7,25
  267:17

275:21,24
  279:12 280:19
  281:5 283:5
  286:18
**mean**  8:25
  17:15 20:20,
  23 23:15
  24:9,11 29:25
  30:1,2 31:16
  36:13 44:17
  64:14 78:17
  82:16 85:13
  87:3 89:23
  91:12 94:17
  98:6,7,8
  104:5 111:2
  114:8 126:25
  134:20 136:19
  144:1 173:1
  179:25 182:22
  186:12 187:5
  191:14 196:10
  198:1 199:10
  200:6 245:16
  248:3 259:1
  265:21 267:10
  271:8 275:16
  278:10,22
**meaning**  51:5
  79:25 127:25
**means**  9:16
  21:5 30:23
  49:1 109:22
  262:22 279:20
**meant**  78:8
  143:2 254:15
**measurements**
  206:17 207:2
**Medicaid**
  23:1,5,10
  28:3 114:12
  169:7 181:24
  182:2 183:8
  201:6 254:18
  272:11
**medical**
  190:25 195:4,
  16 263:17

Joanne Leskowicz

Medicare
23:1,5 28:3
37:23 40:14,
16 54:23 55:9
57:20,21,24
58:3 62:24
114:9,12
169:7 181:24
182:2,13
183:7 201:6
217:11 223:4
238:4 252:3,
6,10,12
254:18 272:11
meet   174:2,4
261:5
meeting   93:5,
10,12 99:3
111:10
123:12,13
130:11 144:9
146:25 147:1
187:6 188:4
meetings
92:18,21
94:2,6 95:6,
22 98:25
100:3 111:7,
22,25 112:23
123:8 130:6,9
144:7 146:16
160:21,25
161:1 169:16,
19 177:1,3
186:13 187:21
260:7,9,23
273:13,22
274:5
meets   174:1
member   71:19,
21,24,25
98:8,15
99:20,21,25
100:2 111:5,
7,10,14
112:9,16
123:2 169:10
170:15 254:10

members
77:11,15
91:14 111:2,
13 112:14
membership
153:18 154:1
memorialized
156:19 241:9
memorializing
241:22
memorized
163:2
memos   235:5
mentioned
27:1 143:13
165:8 168:17
mentioning
154:9
merged   125:22
126:3 151:24
merger   126:5
131:20,22
messed   31:13
met   4:12
206:20 260:12
method   244:24
266:11
mid   126:22
middle   229:21
237:11
midnight
182:7
might   35:9
70:13 121:15,
23 127:14
138:22 177:10
migrate   137:9
migrated
195:8 251:22,
24
million   56:23
57:1,4,10,16
58:13,18,19,
24 59:9,10
62:17 63:7
110:8 214:7,
10,11 216:22

220:15 221:15
228:3 229:11
231:25 232:6,
21,23 233:4,
14,19,21
234:1,7,18,25
235:7,25
237:1 240:23
241:4,9,16,24
242:5
Milwaukee
187:23
mind   43:25
44:7 45:3
138:25
Mining   61:15
minus   69:21
minute   51:10
110:24
123:12,13
138:21 147:11
148:10 161:17
186:23 187:5
218:17 283:6
minutes   63:25
93:5,10,13
94:3,5 95:10,
13,20 99:3
111:10 130:11
144:9 147:1
160:24 174:5
186:14 187:6
207:8
Mischaracteriz
ation   251:10
mischaracteriz
ing   227:16
miss   70:16
misspoke
140:17
misunderstood
22:2 41:21
mixed   9:11
177:15
money   40:19
41:1,14 42:8,
14 51:23
75:23 76:9,12

77:1,3,6,15
107:4 109:23
110:1 116:25
168:15 169:5
180:16 181:8,
14 183:2,7,10
184:2,12
214:16 216:1
221:19 222:8
228:12 229:1,
16 236:5,17
237:6 250:19
253:16 258:17
moneys   116:4
133:25
month   7:1
53:17 54:8,9
85:22 137:18
138:4,5
month-to-month
54:9
month-type
52:10
monthly   21:14
months   5:5
260:12
more   5:8
28:13 36:25
37:7 49:20
77:15,24
80:10 94:12
101:1 102:16,
17 105:13,19
119:22 125:2
145:20 154:8
155:17 159:12
179:7 180:13
209:7 242:14
259:6,8
264:14,15
282:22,25
morning   4:7,
8,15 5:21
48:23
mortgage
10:21 13:9,
19,23 14:1,7,
10 43:12

51:16 85:25
226:25 227:3,
6,11 249:13,
16 275:9
**mortgaged**
12:23 13:10
**most** 171:21
180:21 281:3
**motion** 61:7,
17 185:2
246:24
**motions** 60:11
**move** 61:4
106:5 158:25
184:25 185:3
242:15 260:1
**moved** 134:22
166:22
**movement**
134:22 253:8
**moving** 101:23
105:14 128:24
177:11 184:21
**Mr** 6:7 9:10,
14 11:3,6,12,
17,21 17:25
20:18,22
25:14 31:8,
11,15,18
33:18 34:20,
22 35:19,21
40:21 41:5,7,
11 44:20
45:5,9,17
46:19,23 47:2
49:1,3 54:24
55:2,5,16
59:2,5,16,22
60:6 61:13,20
62:20 63:2,8
64:2 69:23
70:18 71:4,9
74:6 87:18
95:14 97:21
98:6,10,21
103:8 106:14,
17 110:20
113:21 114:23

115:15 116:16
117:4,22
118:20,24
137:19 138:21
142:19 143:4
144:17
145:20,23
147:3 150:15
152:16,23
153:4 155:17
159:17 168:6
170:5 183:14
184:25 185:7,
9,12 188:25
197:3,6
202:18,22
203:8,19,22,
25 204:15,19
205:3,10,15,
21,23 206:3,5
209:9,16,20,
22,25 210:6
211:1,3,10,
14,20,22
212:15 213:1,
4,17,21
214:1,12,18,
23 215:4,12,
17,23 216:2,
6,18,24
217:5,12
218:14,21
219:23 220:8,
11,18,24
221:7,11,17,
22 222:5,10,
13,18 223:7,
13,22,25
224:4,9,17,25
225:5,10,16,
24 226:6,17,
19 227:14,21
228:5,8,13,22
229:2,13,18,
23 230:11,18,
24 231:5,11,
15,20 232:1,
9,16,25
233:6,11,16,

22 234:9,13,
15,20 235:2,
9,13,18,21
236:2,7,14,19
237:3,8,13,
17,23 238:5,
9,14,20
239:1,13,22
240:4,10,14,
18,25 241:5,
11,17,25
242:7,22
243:6,12,17,
24 244:5,19
245:5,10,23
246:5,19
247:14 248:20
249:1,6
251:9,20
252:23 253:1
255:16
256:12,16
257:4,9,15,23
258:19,22,25
259:4 261:23
262:22 263:20
265:9,16
266:3 268:5,
14,25 269:17
270:1,12,19
271:1,15
272:18 273:17
278:1,20
279:20 283:5,
9 288:23
289:5
**Ms** 4:6,12
6:5,11,15
9:13,25 11:5,
7,8,16,18,25
18:5 21:1
25:19,22
31:9,13,17,19
33:24 35:3,
20,23,24
40:23 41:10,
19 44:10,24
45:3,6,14,24
46:22,24

47:10 49:8,10
55:1,4,6,19
59:4,6,7,20,
23 60:23
61:14 62:4,14
63:1,4,5,12,
24 64:4
70:12,20,21
71:8,10 74:8
87:19,22
92:1,5 93:14
94:1,7,20
95:6 98:8,14,
17,23 103:10
106:24 108:25
109:3 110:23
114:4 115:6
116:10,21
117:8,23
118:1,6,23
119:1,3
137:22 138:2,
23 142:24
143:8 144:22
145:22,24
147:6 150:18,
19 153:6
155:19,20
159:20 160:5,
6 161:12,15
168:9 170:10
183:20 185:5,
8,11,13 189:6
197:4,7
202:21,24
203:3,12
204:7,17,20,
21 205:8,11,
19,22 206:2,
4,10 207:4,7
209:5,13,17,
21,24 210:4,
24 211:2,4,
12,15,23
212:19,20
213:2,7,19,23
214:4,14,20,
24 215:8,14,
19,24 216:3,

7,20 217:1,8,
14 218:16,19,
23 219:1
220:4,5,9,12,
19 221:3,8,
12,18,23
222:6,11,15,
19 223:8,14,
23 224:1,5,
13,19 225:1,
6,11,19
226:2,11,21
227:18,22,24
228:7,10,15,
24 229:4,15,
20,24 230:13,
20 231:1,7,
13,16,21
232:3,11,18
233:2,8,13,
18,24 234:3,
5,12,14,17,22
235:4,11,14,
15,19,22
236:4,9,16,21
237:5,10,14,
19 238:1,7,
10,16,22
239:3,15,24
240:6,12,15,
19 241:2,7,
13,19 242:2,
9,13,24
243:8,14,19
244:1,9
245:1,7,13
246:2,15
247:4 248:1,
24 249:5,7
251:17
252:18,19
256:8,15,17
257:8,12,18
258:8 259:3,
8,19 262:6,25
263:3,23
265:12,19
266:5 267:23
268:1,7,13,19

269:4,19,21
270:10,18,20,
21 271:4,21
273:3 274:3
278:2,23
280:17 283:2
288:25
**much** 12:3
21:16 52:11
166:8 283:4
**muddied** 31:12
**multiple** 30:8
36:24 37:5
42:23,24
167:25 168:19
218:12 246:8
**must** 37:24
**my** 4:13 5:2,
15,16 7:3,14
10:19 13:1
14:4,11 16:22
17:8 20:21
26:18,22 27:3
36:23 37:4,11
39:24 41:20
43:24 47:15
49:25 57:24
59:20 60:7,23
62:2,6,12
63:2 64:6
68:20 71:12,
16,20 88:6,16
89:25 90:5,19
106:3 107:13
110:10 117:12
118:1 122:16
124:10 132:5
135:20 136:13
137:11,12
141:20 142:3
149:6 154:13
160:17 161:17
162:9 163:1
165:5 167:17
169:14 170:7
174:12 177:14
182:23 188:7
190:2 193:12
196:4 199:22

202:24 203:17
204:22 207:13
210:24 211:5
215:6,12
219:2 226:10
246:5 249:24
257:4 258:12
263:14,15,21
264:24 269:17
270:12 271:17
272:18 273:1,
17 279:2
283:3,6,22
284:1,7,12,24

— N —

**name** 4:9,13
12:9 14:25
20:2 43:5
47:24 71:21
123:3 126:1
129:18 156:24
159:18 163:14
180:12 182:4
184:1 197:17
219:5
**named** 136:16
138:12,19
272:15
**names** 28:7
151:13 184:10
186:8
**narrow** 245:24
**narrows**
162:22
**Nashville**
187:24
**national**
80:21,24
81:1,2 192:23
194:25 195:2
255:4,5,8
**naturally**
248:3
**nature** 68:17
96:9 105:18
107:18,19

142:5 170:23
172:21 179:20
192:6 250:6
**nearly** 233:4
**neat** 85:14
**necessarily**
77:7 281:18
**need** 5:7 6:5
29:3 37:13
59:20 77:14
83:10 126:2
131:17 157:8
172:14,15
191:25 192:4,
5 193:2,3,6,
21 247:1,22
252:16 253:9
**needed** 52:8,
12 192:19,23
198:18
**needs** 255:1,2
**negative**
53:16
**negotiate**
80:24
**negotiated**
106:22 288:6
**negotiation**
80:15
**negotiations**
78:7 80:20
**neither**
160:1,8
**net** 84:10
85:11,15
86:12 188:21
248:15 250:1,
6,12 262:1,
10,18 278:13
279:3
**nets** 53:16
**never** 39:14
55:14,16
60:16 110:15
113:17 195:13
**nevertheless**
210:16 268:9

**new**   73:17
162:14 177:11
199:18 264:19
**news**   189:18
**next**   132:5
228:16 229:5
236:10,22
**nexus**   119:20
**night**   180:19
**no**   6:7,13
8:15 12:16,22
13:19 14:8,15
15:7 16:1,4
17:12,13,22
19:15 20:8
22:25 23:7,
11,14,20,23
26:10,13,15
28:5,25 30:20
32:9,17 33:6
35:9 37:25
38:3 39:17,
18,25 40:6,12
43:11 44:8,14
46:17 47:17
49:9,25 50:6,
11,18,20
51:18 53:7,9
56:11,25
58:20,22
59:6,13 60:3
61:7,8 63:19,
20,21 64:10
65:11 67:11,
12,13,14 71:1
72:24 73:6
74:22 75:9
76:3 80:8
81:21 85:11
86:1,10
87:11,13,16,
25 88:2,4
90:2 91:22
92:3,20 93:13
94:20,22
95:13 96:3,
12,23,25
97:10,13,19
99:9,12,23

100:5,17
101:25
103:13,17,24
104:12,22
109:1,22
110:4,6
111:2,24
113:1,13
114:7,11,20
117:12,24
119:7 120:14,
16,20,23
121:13,16
122:25
123:10,15
124:16
129:13,15,22,
23 130:7,23,
25 132:6,19
133:10
134:16,17
135:6 136:13
139:1,6,9,12
140:4 143:15,
17,19,20,21,
23 146:4,6,24
147:24 148:3,
5 150:6,10
151:22 152:3
157:12,18,21
158:19 160:16
161:8,20,22
163:13 169:6,
7,14,21 170:4
177:2,5,18
179:11,19
184:3,14
188:6,13,24
189:2,5,20
190:12 191:10
194:8 200:21,
24 201:11,12,
23 202:1,2,6,
7,10 206:21
207:11 209:4,
10,11 210:4
211:24
213:16,20
219:22 220:6,

10,16 221:6,
10,16 222:4
224:14
225:12,20
226:9,16,25
228:21 229:12
236:1 237:1
239:25 240:20
243:1 245:11
252:25
256:10,20,21
257:3,7,14
260:22 261:1,
5,12,21
262:9,17
263:1,8,18
264:2,8
265:15,18,23
266:2,16
267:1,21,24
269:12 270:2
274:7 276:4
282:5,25
285:24 286:4,
9,14,25
287:5,10,15
288:3,4,20
**Nobody**   259:23
**non-brookdale**
71:20 72:22
**nonconsolidate
d**   16:11
**none**   47:25
184:12 188:22
260:20,21
274:4
**nonprofit**
172:11,22
176:3
**nor**   160:2,8
**normal**   108:1
**normally**
128:15 166:7
**not**   7:2,21
8:6,9,15,24,
25 9:17,23
10:8 12:8,12
15:14 16:3,4

17:8 18:16
19:12,14,16,
18 20:12
21:13,14
22:12,23
23:2,7,20
26:5,16 30:9
32:9,21 33:2
35:9,10 36:4,
18 38:3,9,11,
13,23,24 39:1
40:9 42:19
45:19,22
46:1,2 47:14
48:6 54:7,11,
15,21 55:11,
24 58:4,8
59:11,17,25
60:12,15,18
61:3 62:11
63:11,13,14
64:9,18
65:11,14
66:9,10,11
67:25 68:3,22
69:3 76:3
77:7,18 78:1,
3,14,16 79:2,
15 81:17
82:5,9 83:6,
13 85:9,16
86:7,8 87:2
90:3,12,13,
17,20,21
91:7,9,20
92:23 93:3,7,
12,22,24
94:25 95:8,
12,24 96:3,
12,25 97:16
98:12,19,20,
22,24 99:2,5
100:2,5,10,14
101:7,25
107:13,17,18,
21,24 108:1,
3,7 111:2,9,
11,14,17,24
112:1,5,11,22

113:1,13,14
114:13,25
116:6,14,19
117:14,16,17
119:20 120:6,
7,14,16,20,23
121:13,17
122:5 123:1,
10,15,19
124:1,4
125:14
126:21,22
127:9,17
128:23 129:23
130:1,7,10,
13,14 131:6,
16,20 132:3,
19 133:6,18
134:12,16,19
135:6 138:13
139:12 140:21
142:15 145:8
146:4,6,20,24
147:10,12,17,
18 149:10,13,
23 150:22
153:2,21
157:14,18
158:19 159:5
160:19,20,23
161:2,10
162:14 163:15
164:4 165:13
166:13,21
168:8,13,15,
17 169:4,7,
14,17 172:10,
17 173:5,19
174:7 175:18
176:5,22
177:2,5,6,8,
22,23 178:6,
16,19,23,25
179:5,19,22
180:8,11,20
182:3,17,25
184:20 185:1,
5,20 186:17
187:3,25

188:2,6,8,11
189:2,3
190:8,12,16
191:12,19
192:5,21
193:13 194:2,
13 195:2,8,
10,18,20,21,
23 196:4,14,
15 197:17,19
199:15 200:24
201:3,7,11,20
202:7,10,13,
19 203:22
204:1,17
207:11,23
208:17 209:4
210:9,10,16,
18 211:19
212:12,25
213:6,14,18,
22 214:6,13,
19 215:2
216:18 218:6,
15 220:22
224:12,18
225:18 226:1,
9 227:6,12,17
228:4 236:13
244:24 246:20
247:17 248:19
249:12,15
250:2,4,7,9,
13 252:5,9,
15,16,17,25
254:9,11,16,
18,20 255:1,
7,11,22
256:13,25
257:3,7,17
258:2,6
259:18 260:3
261:2,9,12
262:1,2,5,16
263:7,18
264:2,3,7
265:2,6,11,18
266:2 267:5
268:7 271:3,

10,19 272:12
274:11,14,16,
22,24 275:13,
22 276:7,16,
23 277:1
278:5 279:10,
24 280:8
281:4,17,23
282:1,19
283:22 284:1,
7,12 285:4,9,
14,19 286:15,
22,25 287:10,
15 288:5,21
not-for-profit
172:10
notation
232:23
notations
103:21 114:20
note  59:23
61:2 170:7
185:15 231:23
232:22 246:5
257:4 263:21
268:7 272:18
273:17
noted  269:17
278:1
notes  43:17,
25 123:12,13
217:20 234:23
235:6 239:19
241:20 283:6
nothing  67:1
131:22 140:5
143:23 153:24
156:10 161:20
179:19 267:1
269:6 282:16
288:5
notice  6:3,24
7:4 22:10
46:10 48:18
60:2,3 63:16
70:15 100:17
161:21 208:1
256:19 261:22
263:8 266:16,

18 268:3,15,
20,24 270:14
272:15 273:15
277:25 279:19
280:24
282:10,12
noticed  70:4
270:7
now  5:5 9:4
10:2 11:14
17:13 18:6
35:2 36:17
38:4 43:13
50:21,22
54:16,19 62:5
63:18 69:13
73:6 93:17
94:16,25
95:16 101:23
102:13 105:21
110:8 126:21
129:20 147:15
151:23 162:17
171:8 176:6
193:12 199:23
205:3,19
209:15 217:2,
17 220:2
222:24 230:1
234:9 237:20
240:21 246:11
248:7 250:19
256:13 283:5
number  10:8,
24,25 11:3,4,
11 12:12 20:3
36:22 39:9,20
56:21 75:2,3
104:1 168:14,
18,21 182:5
202:14 207:12
208:3,21
209:9 270:22
numbered
56:18 211:18
numbers  10:9
55:24 56:1
182:5

nurses 127:2
214:7
nursing 6:20
15:11,16,19
102:23 124:13
181:25 182:16
191:4 200:15
207:22 263:24

---

O

Oaky 12:6
object 59:25
60:1 61:2
202:18 224:12
226:7 246:19
objected
247:5,8
objecting
55:2
objection
25:14 33:18
40:21 47:2
54:24 60:1
61:11 62:8
63:2,8 103:8
110:20 113:21
114:23 115:15
116:17 117:4
144:17 168:6
170:8 183:14
204:15 211:5
213:1,17,21
214:12,18
215:12,17
216:18,24
217:13 220:1
223:7,13,22,
25 224:4,9,25
225:5,10
227:14,15
228:8,13,22
229:2,13,18
230:11,18,24
231:5,11
232:1,9,16,25
233:6,11,16,
22 234:3,20

235:2,9
236:2,7,14,19
237:3,8,17
238:5,14,20
239:1,13,22
240:4,10,25
241:5,11,17,
25 242:7,22
243:6,12,17,
24 244:19
245:5,23
246:5 251:9
257:4,5,15,23
263:21 265:9,
16 266:3
268:6 269:17
271:1 272:19
273:17 278:1
objections
45:2 60:7
61:3,17
obligation
53:23 60:24
obligations
178:9,17
179:12
obtain 12:13
14:13 21:16
233:9
obtained
21:21,23
obviously
42:23 52:18
54:13 55:11
86:17 136:19
219:18
occupational
215:21 229:8
occur 54:6
occurred
17:2,4 130:17
134:19
occurring
21:17
of 4:13,14,
23,24 5:13,20
6:2,3,17,24
7:5,9,15,21

8:18,22 9:17,
22 10:14,19
12:9,12,17
13:1 14:4,19,
25 15:5,15,
18,21,24
16:2,7,12,13,
20 17:1,22
18:3 19:21,
24,25 20:9
21:20 22:11
23:7,10,12,
15,16,18
24:1,17,20,22
26:3,11,18
27:2,4,6,15
28:12 29:7,9,
12 30:9,11
31:4 32:12,25
34:11,14
36:3,9,23
37:19 38:4,
13,22 40:8
41:24 42:3,8,
13,20 43:5,
21,24 44:6,
12,15,16,25
45:1,7,10,11,
19 46:10,13,
15 47:12,15,
17,25 48:3,4,
6,12,18,20,22
49:3,12,18
50:24 51:6
52:4 53:25
54:18 56:8,19
60:3,8,9,11,
14,19 61:9,
21,24 63:15,
16 64:6,9,11,
12,19 65:14,
15,18 66:9,
15,23 68:1,6,
13,14,16,21,
22 69:4,7,17,
24 70:7,8,13,
15,24 71:13,
20 72:5,10,
11,12,13,15,

18 73:6,21,24
74:3,20
75:12,23
76:9,16,17
77:3,5,12,18
78:21,24
79:5,24 80:3,
4,10,14,22
81:4,12,19,
21,24 82:3,8
83:6,13 84:8
85:7 86:8
87:21 88:8,9,
12,24 89:3,7
90:19 91:7,24
92:14,18,21,
23,25 93:4,9,
15,18,22
94:1,8,17
95:22,25
96:4,5,9,17,
21,24 97:4,8,
11,15,16
98:1,17,25
99:6,10,19,21
100:2,6,7,11,
17 101:2,19
104:11
105:13,18,19
106:6,9
107:16,17,18,
19,20 108:23
110:7,10,17
111:1,9,11,24
112:1,4,5,9,
11,14,20,22,
23,24,25
113:8,24
114:1,3,13,21
115:4,13,19
116:1,4
117:18
119:12,16,18
120:2,4
121:8,16
122:14,16,18
123:15,16,17,
19 124:13
125:6 126:6,

10,12,13,19,
22 127:2,16
128:4,5,24
129:19 130:2,
3,7,10,12,13,
14,22,24
131:3,6,9,10,
12,16 132:13,
21,22 133:9,
12,16,17
134:22,23
135:6 136:16
137:7,12
138:1,12,16,
17,19 139:15
140:23,24
141:5,12,22,
23,25 142:2,
4,10,22
143:24 144:4,
5,7,12,15,20
145:1,2,9,12,
18 146:2,4,6,
7,17 147:18,
20,25 148:1,
6,11,16,19
149:6,8,12,
15,23 150:5,
24 151:8
153:2,19
154:1,15,17,
21,22 155:5,
11,13,16,23,
24,25 156:4,
6,10,12,15,
16,24 157:14
158:6,7,19,24
160:9,17,22
161:2,4,5,6,
10,21 162:4,
6,8,9,19
163:1,6,10,15
164:6,7,25
165:25 166:3,
16,21 167:1,
14 168:11,15,
25 169:14,18,
19,21 170:15,
23 172:17,20

173:14,17,20,
25 174:10,14,
18 175:5,11,
15,18,19
176:4,5,7,14,
21,24 177:23
178:2,13,16
179:4,17,20
180:12,13,18,
22 181:14
182:4,18,23
183:12
184:10,12,23,
25 185:1,2,
10,20 186:11,
13,14 187:5,
10,14,16,17,
20,25 188:2,
6,8,11,17,18,
22 189:14,21,
22 190:4,5,6,
8,9,10,13,16
191:5,12,20
192:6,15,16
193:13,16,19,
23 194:2
195:4,5,7,11,
16,18 196:3,
7,12,17
197:13,17,21
198:2,6,14
199:22,24
200:1,13,25
201:1,5,13,
14,20,23
202:5,23
203:4,6,13,
15,16 204:1,
2,13,22,23,25
205:2,5,24,25
206:1,8,12,
16,21 207:1,
3,11,15
208:5,7,17
209:1,6
210:8,12,14,
20 211:6,7
212:6 216:10,
16,22 217:9,

16,25 218:11,
12 219:2,4,5,
13,17 220:14
222:2,3,16
223:4,11,16
224:18,22,23
225:7,8,18
226:1,9 229:8
231:8 237:1,
21 239:11,16
241:8 243:10,
20 244:3,16,
17,23 245:2,8
246:17,23,24
247:4,19
249:13,14,17,
20 250:5,7,8,
20,22 251:3,
6,25 252:2,4,
5,9,12,20
253:2,4,6,17
254:10,11,13,
16 255:15
256:19,23
257:13,19,21,
22 258:3,6,
12,18,24
259:2,4,6,11,
15,16,21
260:14,19,20,
21 261:14
262:2,11,16,
20,23 263:6,
8,13,18
264:5,7,14,15
265:4 266:6,
14,16,17,18,
20,23 267:5
268:3,8,10,24
269:2,22,24
270:8,13,16
271:12,13,18
272:2,5,13,
14,19,20
273:1,6,10,
14,15 274:4,
16,21 275:7,
8,22 276:17,
23 277:23

278:9 279:9,
10,19,24
280:18,19,23,
25 281:10,14,
16 282:8,10,
15,23 283:10,
13,16,18
284:3,14,19,
22,23 285:1,
4,7,9,10,11,
14,16,19,21,
22 286:1,2,6,
11,12,16,21,
22,25 287:1,
3,7,10,12,15,
17,23 288:1,
4,13,14,15,
18,22

**off**  4:12 5:10
10:19 26:18
35:2 36:13,23
43:23 47:14
64:5 70:22
79:15 90:19
110:10 118:5
119:4 122:16
149:6 160:17
161:16 162:9,
25 169:14
182:23 203:6,
15 204:13
206:1,8
207:4,8
217:20 218:16
226:9 242:10
256:8 273:1

**offer**  130:22
165:2

**offered**  166:7

**offhand**
146:12

**office**  88:1
142:13
196:18,21,22,
25 211:13
212:3,22
218:1 219:5
223:17,21
224:24 225:3,

9,14,22
230:15,22
231:2,10
238:13,18,25
239:12,18
240:1,9
264:22

**officer**  93:9,
18 94:12,17
95:21 97:7
130:6 146:9
147:1,19
160:25 174:18
176:24,25
196:16
254:14,23

**officer's**
96:23

**officers**
92:10,25
129:24 144:1
146:10
160:13,15,22
173:20 176:20
252:4 264:21

**official**
159:18

**often**  172:6

**oh**  9:4,13
22:2 35:20
43:19 55:4,23
67:17 104:6
118:2,23
123:22 125:17
137:23 138:18
141:9 143:1,6
150:7 156:22
172:3 188:14
196:3 203:21,
24 211:15
219:23 228:5
234:12 242:25
249:16 262:15
263:10 268:25
271:10 277:21

**okay**  5:5,11,
17,18,24 6:18
7:4 8:13,22
9:4 10:1,11

11:6,17
12:13,19
13:2,17 14:3,
12,16,25
15:3,8,18
16:2,10
17:17,18
18:6,18 22:1,
7 24:8,13
25:4,19
26:10,14,19,
25 28:8 29:4,
24 30:22
31:18,25 32:7
33:7,20 34:5
35:4 36:13,16
37:10,22
38:14 39:16
40:7 41:11,
12,20 42:13
43:17 44:5,15
45:12,17,25
46:4,10,18
48:17 49:25
50:12 51:10,
15 52:13
54:20 56:5,
13,16 59:5,21
62:4 63:2,4,
15 64:1,5,10
65:12 66:6,14
68:20,24
70:20 71:9
72:12 79:11,
18 81:8 83:1
87:17 88:5,11
90:22 91:20
92:9 94:20
95:18 96:23
97:17,25
99:24 100:2,
15 105:20
106:4,17
107:9 108:5,
22 110:24
117:9 118:13
119:8,11
122:23 124:2,
7,20,23,25

125:17 128:14
133:19 134:9
135:19 137:5
138:7 140:9
143:9,16
144:14,23
146:5 148:15
150:14
151:10,15
153:1,5,14,23
154:13 155:11
156:12 158:7,
14 159:25
161:21 163:5,
18 165:13,21
169:9 174:11
175:3 178:6
179:10,16,24
182:24 183:7
184:12 185:8,
11,12,23
186:9 188:7,
14,22 190:10
191:18 195:12
196:5,16
197:6 198:19
200:9,19,22
201:9,12
202:21 203:21
204:9,20
205:9,10,15,
21 206:3
207:12,14,25
208:21
209:16,24
210:6 211:1,
3,12,16,20,21
212:19 213:8,
24 214:25
216:6,14
218:19 220:4
222:18 223:15
226:15,19
227:25 231:22
234:13,15
235:14
240:13,18,20
242:9 247:7
248:6 249:6,

11 250:17
251:1 252:18
254:2 256:7,
16 257:11
258:12,22
262:15
264:21,25
267:22 268:13
269:8,21
270:19
271:10,22
273:4 274:8
275:18 276:13
277:8 278:19
279:11 283:1,
6,7

**old**  4:22
137:8

**on**  4:14 5:20
7:12 10:2
11:14 13:24
14:24 16:7
19:25 20:12,
14,21 21:4
23:10 25:3,7
26:8 28:3,10,
19 29:17 30:8
35:2,22 37:5,
19 39:9,14
42:7 43:19
45:16 46:11
51:5,17 52:7,
10,11 53:13,
21,22 54:7,
12,16 56:18
58:22 59:2,3,
24 60:1,3
61:3,17 62:6
63:15 64:10
65:22 67:7
68:17 69:9,14
73:9,22 75:11
77:9,12,16,19
78:21,25 81:4
83:12 85:20
91:12 92:18
93:17 94:10,
14 95:9 96:23
97:15 98:11

100:17
101:11,20,23
102:6 103:6,
19,20 104:2,
11,24 105:5
106:1 107:1,
20 108:15
109:17 112:25
114:20 115:4,
21,24 116:23
117:12 118:9,
20 119:18
122:14 124:15
127:3,4,7,10
129:20 130:11
132:21 133:8
135:1 138:24
144:20 154:16
155:23 156:5
158:24 159:3,
22 161:21
163:5 167:13
168:4,24
169:19,21
170:17 171:19
172:1,14
173:6,17
174:3,25
176:5,14
177:22 179:7,
8,10 181:11,
19 183:18
184:25 185:3
186:20
187:17,24
189:1,19,24
190:5 193:22
194:16
196:11,23
198:5 199:17,
23,24 200:22
201:14 202:25
205:6 206:16,
23 207:2,12,
15 209:20,23,
24 210:6
213:9 214:8
216:14 217:2,
11,18,21

218:19 219:3,
5,19,24
221:6,10
222:13,25
224:22 226:4,
17,19 227:11
228:6,20
231:23 232:4,
22 233:20
234:13 238:4
242:14,15
243:10
245:23,25
246:10
247:20,23
250:20 251:3,
15 253:9,16,
17 256:12,13,
20,21,23
257:20 258:5,
14,17 259:12,
15 261:21
263:8 265:21
266:16,17
268:6,8,17
271:6,10
273:6 274:23,
24 275:6,7,11
276:20 280:8
281:4,16,17
283:5,18
284:3

**on-call** 108:1
**once** 29:2
32:13 79:6
250:17 267:4
271:10 282:16
**one** 6:8 8:17
9:17 12:17
24:16 27:9
30:7,21,23
31:2,25 32:1,
5 34:16,25
36:25 37:2,7
39:18 45:18
46:12 47:5,
16,18,20,21,
22 48:8,9
49:20 53:19

56:6 59:3
60:12 63:3
66:10 70:24,
25 71:7 73:16
77:9 85:4
91:22 94:4
95:19 96:23
99:23,25
106:5 112:15
117:18 118:25
119:9,16
121:6 122:14
125:8 127:14
129:19 130:1
134:2 138:6
141:11,17
145:20 146:23
149:8 150:20
152:10 153:2,
19 154:8
155:17
159:12,13,14,
17,21,22
160:12,16
162:4,18
163:2,6,10
165:20 168:21
170:17 176:21
181:15 184:10
185:16,17
186:1,3
187:23 189:10
205:3 209:24
211:9 217:16
218:11,17
219:2,13
257:8 265:2
268:6 269:2
274:21 278:5
283:16
285:20,25
**ones** 22:5
35:6 47:15
54:15 122:5,7
146:13 187:3
210:2,4 258:5
269:7
**online** 192:19

**only** 8:17
12:17 30:21,
23 31:1 43:12
47:17 51:7
57:7,12 67:7
68:15,24
77:24 103:17
112:15 113:24
114:1 117:18
134:18,20
140:5 155:25
168:20 182:11
242:18 254:14
259:20 276:3
284:21
**onto** 27:9
248:18
**OPCO** 24:6
25:11,17
128:7,9,13
**operate** 36:25
37:1 60:12
77:12 84:1
128:21 129:10
148:23 166:11
**operated**
84:14 125:12
127:8,10
149:25 248:15
264:12 266:10
279:5
**operates** 25:8
28:18 30:23
51:17 89:17
90:10,11,14
91:10 108:18
125:2 142:17
148:21 223:1
**operating**
19:17,20
94:11,16 98:6
121:25 129:5
167:11 183:22
184:2,3,20
248:11 250:2,
7,12 262:11
267:7
**operation**
19:21 135:1

284:9 285:16
287:3,7,12,17

**operational**
36:16 38:5
41:22 64:19
69:21 254:4

**operations**
15:24 16:12,
13 32:6 46:15
48:19 79:23
80:3 94:13
95:5 107:19
129:11 135:8
154:22 155:5
261:1 269:24
283:20 284:5,
15,23 285:2,
7,11,22
286:2,7,12,23
287:25 288:18

**operator**
74:23 75:12
259:2 288:15

**opinion**
110:11

**opposing**  61:3

**options**  168:1

**or**  6:21 7:1,
22 9:1,18
10:10,21
12:13 14:3,12
15:17 18:3
23:1,5,17
24:10 26:14
28:18 29:16
30:1,2,8
36:19 38:24
40:14 41:16
42:5 45:11
46:14 47:17
48:6,9,10,12
49:19 50:3
52:8,14
53:10,16,21
54:1 57:20,22
59:25 60:12,
16,17 62:11
64:7 67:6,9
68:10,16 69:4

72:25 74:4
75:21,22
78:24 79:18
80:22 81:22
82:11 84:10
85:22 88:1,3
90:3,8,13,18
91:9,20 94:2
95:10,12,16,
19,21,22
96:4,20 97:11
98:7,15 100:7
101:21 102:18
103:15,18
104:25 105:17
106:20 107:7,
22,24 111:5,
10,25 112:8
113:18,25
118:9 119:6
120:15,18
121:24 122:4
123:5,13,16,
23 125:8
126:22 127:4,
8,18 128:20,
23 129:10,14,
19 130:6,8,24
131:9 132:2,
21,22,25
133:1,25
134:12 135:7
136:1 146:3,
16 147:1,12
148:4,23
149:12 151:9
152:10,14
153:12 154:23
156:10,20
157:1,16
160:19,21,22,
24,25 161:6,
19 162:4,8,
13,15 163:11
164:3 165:11
168:4 169:16,
19,23 170:2,
11,12,16
171:9,24

172:3 173:3,6
174:18 175:4,
10 177:23,24
178:21 179:3,
20 180:2,9,16
181:24 182:5,
7 183:8 184:2
185:19 187:13
191:14 192:6
193:15 194:2,
4,19 195:6,
19,24 196:9
198:3,14
200:15 202:5,
11 203:15
204:1,25
205:1,2
206:11,12,13
207:10 208:22
209:2 210:2,
8,21 212:13
213:13
214:10,16
215:15,25
218:1,10,11
221:21 222:8
227:9 228:12
229:1 230:17
231:24 234:6,
24 235:6
236:6,18
237:6 239:10
241:3,8,15
243:3,15,21
244:14,20
250:13,19
252:4,17
253:6,7,8
254:7,19,25
255:7,9
256:13 257:22
258:16 259:4,
6,8 260:3
263:24
264:12,14
265:7,8
268:22 269:9
270:25 271:8
273:4 274:15

275:3,20
276:16 277:2
278:3,13,14
283:18 284:3,
14,18,22,25
285:10,21
286:1,5,10,
17,19,22
288:17

**orally**  5:3

**order**  22:20
27:7 61:4,7,
8,18,21,22,23
159:2 230:21
231:9 239:4
240:8 268:23
276:8 289:1

**ordered**  60:10
210:15

**organization**
13:12 47:9
51:5 52:3
80:9 93:19
94:19 95:20
96:2 112:25
115:20 119:14
124:12 125:13
157:6 166:18,
19 172:22
173:5,9,11
174:6 191:22
195:21 199:7,
9 217:21
219:4 243:4
272:2

**organization's**
36:7 109:19

**organizational**
64:11 91:25
121:2 133:12
155:24

**organizations**
223:17

**organized**
242:11

**original**
121:19

originally
  109:10 171:7
OTA   215:21
other   11:9
  12:13 14:13
  18:3,4 20:7
  21:22 22:7,19
  32:7,19 34:5
  35:6 36:8,9
  40:4,9,12
  48:24 49:6
  50:3,4 51:23
  52:4 57:1,11
  58:21,23
  59:1,8,9,17
  62:18 64:18
  68:10 69:4
  72:25 86:25
  91:2 100:25
  103:11 111:20
  113:6,10
  114:12 116:2
  120:23 122:4
  123:13 125:8
  127:23 128:1,
  6 132:21
  135:2 139:10
  140:11,18
  141:6 152:10,
  11 155:22
  156:1 157:11,
  12 158:19
  162:24 164:2
  170:16 171:23
  174:24
  178:10,11
  184:15 187:3
  196:7 198:10,
  14 205:24
  206:12,19
  208:7,17,22
  209:1 210:4
  218:12 221:20
  224:7 228:20
  232:22,23
  233:20,21
  234:8,19,24
  235:1,8
  239:10 240:23

  241:9,14,16,
  23 242:5
  245:3,9
  253:11 254:25
  255:25
  258:13,14,25
  259:1,4
  260:7,20,22,
  23 261:18
  262:19 265:8
  268:18 269:7
  271:19 273:15
  274:4 275:20
  277:12,14,18,
  20,21,22
  279:7,8 281:1
  282:18
others   81:17
  210:2
otherwise
  60:17
our   4:24 7:21
  14:21 18:18
  19:23 22:13,
  15 23:7,19
  24:3 25:1
  27:6 29:3,15,
  22 36:6 52:3
  66:4,16 72:10
  73:16,18
  74:24 80:22,
  25 81:6 83:17
  90:17 93:8,18
  95:16 96:17
  108:1 110:10
  115:19
  119:12,13
  135:18 159:4
  164:24 171:19
  175:7 179:3
  182:21 189:21
  190:9 192:22
  195:22 197:15
  205:6 244:13
  254:10 272:8
  275:14
  276:10,11
  277:13

out   37:6 41:8
  51:12,14
  53:11,18,25
  54:16 59:12
  60:25 64:7
  74:20 76:25
  79:6 98:11
  104:25 105:1,
  20 115:24
  119:6 134:9
  137:9 140:11,
  18 150:17
  153:13 167:23
  168:22 172:19
  178:25 180:22
  182:22 193:1,
  3 194:1
  197:13 204:1
  218:7 247:11
  250:10 256:5
  263:4 275:7
  276:6 283:14
outflow   75:23
outside   60:14
  178:13 193:19
outsourced
  200:5,7
over   4:23
  39:2 47:19
  58:18 63:25
  79:3 82:3,8
  104:12 111:20
  120:9,12
  164:10 168:22
  169:5 177:11
  189:11 196:1
  206:25 207:25
  213:25 221:15
  223:15 229:11
  230:14 237:1
  238:8 254:12
  260:1 261:16
overall   34:1
  184:22 249:14
  253:18
overhead
  80:11 213:10
  220:16 250:8,
  9

overnight
  180:15,23
  182:8 183:3
overnights
  184:9
oversees   66:7
  80:2
oversight
  46:14 155:5
  254:3 282:18
Overtime
  114:19
owe   59:10
  63:6 227:12
  241:4
owed   241:24
owes   240:22
own   18:2,10
  42:2 47:17
  51:6,18 52:11
  54:12 67:20,
  23 68:1
  69:19,20
  71:16 73:6
  81:2 86:11
  90:18 91:11
  96:20 97:4
  107:16 121:18
  122:8,9
  127:7,16
  128:18,20
  131:7 132:25
  133:23 139:8
  148:23 149:3,
  5 158:23
  177:22 178:22
  196:20
  216:17,21,23
  219:2 220:22
  246:14 264:22
  276:20
owned   24:17,
  19 25:5,7,9,
  11,21 41:15,
  24 43:20
  45:23 64:23,
  24,25 69:13
  71:14,15,18,

19,22,23,24
72:1,9,17,18,
21 73:16
76:17 84:14
86:18 88:12,
18,19 91:18
97:2,3 99:15
109:11
112:15,18
119:16 120:3
122:6,10
123:2 125:1
126:6,10,13
130:18 131:10
132:22 148:7
149:16 150:12
152:20,21
154:11,18
155:6 163:23
164:2,21,22
165:22 169:10
172:10 180:7
217:4 223:12
244:18 245:21
262:9 264:12
266:9 267:4
278:11,12,25
**owner**   9:22
69:18 70:24
71:3,6,11
72:9 73:7,14
74:14 84:9
85:21 88:5
89:7 107:5
110:12 117:21
167:8 269:24
270:23
271:11,16
272:17 273:21
277:8,14,17
279:21,25
281:7 282:17
287:11,16,22,
25 288:13,14
**owners**   90:5
**ownership**
17:9 25:1,2
27:4 64:17,21
66:23 76:8

99:6,10
110:17 118:15
120:24 162:23
217:25 281:10
**owning**   118:9
121:25 124:12
**owns**   28:18
29:5,6 31:23
32:5 69:15
71:2,11 72:5
77:2 88:8,23
89:1,3,11,14
90:8,10,11,13
96:20,24
108:17 117:16
125:1,2
127:9,17,18
142:15,17,18
148:22,25
219:13 240:22
**oxygen**   190:21
263:5

---

**P**

**page**   45:16
46:11 55:18,
24,25 56:19
138:24 181:19
213:9 218:17,
24 219:3
226:17,18
228:16 229:6
236:10,22
**pages**   56:4
213:25 235:20
**paid**   40:16
42:23 43:13
73:19 84:13
105:25 115:3,
22 133:25
169:4 181:8
197:22 213:15
216:1 221:20
222:3,9
223:20 225:3
250:13 259:18
276:5

**Palumbo**   10:6
55:8
**paper**   180:17
184:8
**paperwork**
13:9 52:23
91:25
**parcel**   249:17
**parent**   36:3
64:24 65:1
139:15 140:23
141:6 150:5
175:16
244:14,15
**Park**   88:11,17
89:8,16 90:7,
21 91:5,8
271:5,23
273:25 279:21
280:2 281:12
284:2,3,8
**Parker**   4:6,14
6:5,11,15
9:13,25 11:5,
7,8,16,18,25
18:5 21:1
25:19,22
31:9,13,17,19
33:24 35:3,
20,23,24
40:23 41:10,
19 44:10,24
45:3,6,14,24
46:22,24
47:10 49:8,10
55:1,4,6,19
59:4,6,7,20,
23 60:23
61:14 62:4,14
63:1,4,5,12,
24 64:4
70:12,20,21
71:8,10 74:8
87:19,22
92:1,5 98:8,
14 103:10
106:24 108:25
109:3 110:23
114:4 115:6

116:10,21
117:8,23
118:1,6,23
119:1,3
137:22 138:2,
23 142:24
143:8 144:22
145:22,24
147:6 150:18,
19 153:6
155:19,20
159:20 160:5,
6 161:12,15
168:9 170:10
183:20 185:5,
8,11,13 189:6
197:4,7
202:21,24
203:3,12
204:7,17,20,
21 205:8,11,
19,22 206:2,
4,10 207:4,7
209:5,13,17,
21,24 210:4,
24 211:2,4,
12,15,23
212:19,20
213:2,7,19,23
214:4,14,20,
24 215:8,14,
19,24 216:3,
7,20 217:1,8,
14 218:16,19,
23 219:1
220:4,5,9,12,
19 221:3,8,
12,18,23
222:6,11,15,
19 223:8,14,
23 224:1,5,
13,19 225:1,
6,11,19
226:2,11,21
227:18,22,24
228:7,10,15,
24 229:4,15,
20,24 230:13,
20 231:1,7,

13,16,21
232:3,11,18
233:2,8,13,
18,24 234:3,
5,12,14,17,22
235:4,11,14,
15,19,22
236:4,9,16,21
237:5,10,14,
19 238:1,7,
10,16,22
239:3,15,24
240:6,12,15,
19 241:2,7,
13,19 242:2,
9,13,24
243:8,14,19
244:1,9
245:1,7,13
246:2,15
247:4 248:1,
24 249:5,7
251:17 256:8,
15,17 257:8,
12,18 258:8
259:3,8,19
262:6,25
263:3,23
265:12,19
266:5 267:23
268:1,13,19
269:4,19,21
270:10,18,20,
21 271:4,21
273:3 274:3
278:2,23
280:17 283:2
288:25
**part**  8:18
27:15 33:4
42:2 44:16
45:19 80:14,
22 81:12,19
119:12 121:8
147:18 156:4
160:9 166:5
172:17 175:11
179:4 185:1
187:25 188:8,

11,18 192:15
195:5,10
196:12 204:25
213:9,24
217:16,17
219:4,24
220:20 221:13
228:6,16
229:5 235:17,
18,23 236:10,
22 244:16
246:13,22
249:14,17
253:17
254:13,16
259:11 272:2
**particular**
8:10 12:16
21:25 22:5
34:11 53:4,6
77:17 78:19
167:21 170:18
**parties**
142:17 200:9
**partly**  132:22
**partner**
88:21,22,24
271:13
277:12,14
**partners**
277:18
**partnership**
26:11 88:19,
20 91:17,19
175:5
**parts**  213:8
219:16
227:20,21,22
235:16,19
**party**  61:4
85:18 90:18
91:9 103:17
142:16 159:1
178:21 197:15
242:19 281:9
**pass-through**
114:3 152:4
153:20

**passed**  20:14
110:2 199:14
**past**  56:3
76:4
**Patchett**
92:11 94:7,
11,20 95:6
136:6 252:18,
19
**Patchett's**
94:8 98:23
253:24
**patient**  40:8,
10
**patients**
37:12 69:1
167:13,19
**pay**  10:22
21:6 40:4,9,
12 52:1,15
54:12 57:22
74:20 75:18
76:10,23
85:21 87:23
103:2,4
104:20,22
113:14 115:22
180:1,2
182:11 183:8,
16,18 194:6,8
197:16,17,22
198:2,4
215:16 249:20
256:5 276:6
**pay-type**
101:9
**payable**  142:3
226:25 227:3
**payers**  181:22
**paying**  10:14
11:11 12:3
19:23 43:12
54:11 75:7
80:11 115:13
116:25
134:11,13,14
181:24 198:5

**payment**  11:4
14:6,9 20:16
21:9 38:7,25
39:18 78:11
84:13 85:22,
24 86:6
104:12 105:1
115:8 133:17
134:10 197:24
198:13 206:21
214:7,10
239:11
249:13,16,21
**payments**
10:20,21
14:14 20:6
21:11,17
39:19 40:1
103:22 113:19
114:21 135:3,
7 182:13
184:4 206:19
207:1 250:3
**payor**  180:1
**payouts**
206:19
**payroll**  18:13
19:23 22:21
34:5,9,16
66:5,16 80:7,
8,13 82:21,
22,24 114:2
115:18,20
116:1,3 117:7
135:18
177:14,15
184:4 197:8,
9,10,11 256:2
261:20 264:18
267:14 272:9
275:24
**pays**  74:12,
14,17,18,22
75:9,11,14
76:10 183:22
198:3
**PCH**  256:19
259:4 262:20,
22 283:25

284:11 285:8,
18 286:3,13
287:9,19
288:2
**PCHS** 127:8
**PDA** 108:23
**peer** 86:5
**people** 7:12
15:16 16:5
18:2 20:14
37:23 80:3,11
100:23 101:21
102:6 107:21
108:1,11
130:2 136:16
137:8,12
138:16 145:12
158:10 173:1
186:22 187:17
194:19 201:14
205:25
207:20,23
256:5 267:5
268:23 269:9
276:4
**Peoplesoft**
29:16,21,23
32:11 275:8
**per** 51:19
66:11 116:23
164:2 168:18
246:8 255:7
**percent**
24:17,19
25:1,5,8,11,
21 41:23
68:16 71:14,
15,18,19,25
72:4,5,10,17,
18,21 73:4,
17,18,20
74:24,25 75:2
76:8,9,17
77:3,5,10,11
79:18 80:14
88:8,12,18,
20,22,23
89:3,7 91:18
99:16 112:18

123:2 126:6,
9,13 130:19
131:3 217:25
219:14 245:21
262:10 266:9
281:11
**percentage**
24:20,22
73:21,24
74:3,20 78:21
79:5,6,8,19
156:15 217:25
**Perfect**
270:10
**perfectly**
69:23
**perform**
132:21 154:16
**performance**
203:6,16
204:4,13
205:1 206:8
258:6,18
259:6,21
**performed**
79:3 145:2
224:21 225:7
230:21 231:9
238:24 239:4
240:8 241:14
**performing**
92:16
**period** 10:23
39:2 77:23
132:9 162:16
163:15 171:24
177:11 197:18
200:5,8
206:25 240:21
243:2 254:9,
24 255:12,20
258:3 259:24
275:8
**periodic**
130:6,9
146:16
160:21,25
169:16,19

273:13
**periodically**
174:1,2
**periods** 74:4
233:5
**person** 79:16
85:16,17 93:7
115:21 181:8
221:21 228:12
281:16
**personal** 50:9
69:8,13,16
100:16,19,21,
22 101:13,17
102:7,11,21
103:5,11,14,
22 104:4,8,
13,17,22
105:7,24,25
106:15 107:1,
7,10,15 108:8
111:12,23
112:3 118:10
125:7,9
132:25 166:15
191:12
244:21,22
246:24 248:12
268:10 274:1,
9,12,17,19
279:22 280:4
281:22 282:19
284:13 286:20
**personally**
93:2,12,16
112:5 146:21
190:8 251:15
**persons**
207:15 229:1
241:15 252:2
**perspective**
16:8,9 22:13
24:21 27:23
36:2,16 41:22
76:9 86:5
134:18 140:20
156:11 166:6
181:5 255:4
260:14 272:6,

8,10 281:20
282:3,18
**pertains**
204:22
**Peter** 6:5
**pharmacy**
191:2 263:17
**phonetic**
44:13
**phrase** 204:4
**phrased**
224:11 251:11
**physical**
215:11
**picks** 247:25
**picture**
139:20
249:14,19
**piece** 78:24
141:5 249:13
280:10
**pieces** 174:10
179:7 250:9,
10
**pill** 191:14
**place** 5:21,22
6:19 7:17,23
8:11,20 9:5,
8,16,18,22
10:1,13,22
11:10,16,18
17:7,20 18:19
31:6,16,21
32:2 35:8
40:20 43:6
45:21 46:15,
21 48:21,24
49:2,11,12
50:9,25 51:3,
9 57:2 58:12
61:21 62:25
64:11,14,16,
23 65:5,8,13,
20,23 66:2,8,
22 67:4,16,
17,25 68:7
70:1,3,8,15
73:13,19

74:13,17
75:10,11,13,
18,24 76:10,
22 77:1,4
79:19,24
81:13 82:5
83:1,5 84:1,
8,9,24 86:12
88:11,17
89:4,8,16
90:7,21 91:5,
8,24 92:9,14,
19,22,25
93:1,6,11,15,
21 94:3,9
95:7,11,15,23
96:1,13,21,24
97:4,9,11,15
102:13
105:21,23
106:2,10
107:2,5
108:14,17
109:14 110:13
111:1 112:7
117:11 118:4,
9,10 120:12
129:14 135:4
157:24 160:9
163:7,19
175:9,11
180:3 181:22
208:10 223:20
246:4 248:7,
25 249:2
252:13 253:7
256:19,24
257:22 258:2,
4,18 259:2,6,
22 260:6,13,
23 261:6,10,
15,20 262:3,
4,12,23
263:4,25
264:2,22
265:14 266:9,
21,24 267:15,
19 268:8,24
270:8 271:5,

17,23 272:15
273:25 275:2
278:6,8,15,24
279:5,13,21,
23 280:2,9,20
281:12,25
282:21
283:21,24,25
284:2,3,6,9,
10,11,16,20
285:3,7,8,13,
17,18,23
286:2,3,8,12,
13,16,18,24
287:4,8,9,14,
18,19,21
288:1,2,7,16,
19
Place's  64:12
plain  101:16
plaintiff
4:15 45:9
plaintiff's
273:16
plaintiffs
278:3
plan  70:19
202:14
203:15,17,20
204:6,25
206:16 228:19
plans  202:15
207:2 220:22,
23 259:15,17
260:5
plays  246:13
please  4:10
17:25 22:1
44:23 74:2
206:6 231:14
234:16 240:17
258:22 272:22
273:19 289:4
point  13:21
21:19 28:16,
23,25 34:25
39:1 42:17
47:18,25 48:9

61:9,12,14
62:5 64:8
66:24 76:3
78:23 85:12
105:10 120:13
137:6 150:1
174:20
Pointclickcare
196:1,4
policies
199:4,5,13
policy  137:14
199:7 253:16,
18
pooled  211:13
212:3,21
223:21 224:23
225:3,8,14,22
230:15,22
231:2,9
238:13,18,24
239:11,17,25
240:9
portfolio
167:4
portion  73:6
76:16 263:13
282:10
posed  61:19
position  60:7
62:2 98:20
102:17 171:19
210:12 252:1
positions
54:10 251:22
positive  7:2
53:16 98:12
117:17 165:13
274:24 280:8
possession
13:8
possible  30:3
practice  54:4
64:6 161:18
precipitated
171:18
precisely
41:10

predecessor
253:24 255:19
prepare  7:7
21:21,23
22:10,20 23:5
34:6 58:6
202:1,6
243:21 257:1
268:3
prepared
60:16 114:1
274:23
preparing
12:14 268:17
present  18:23
35:12 48:21
51:20 72:13
74:1,9 86:24
102:9 120:17
123:9,12
158:3 161:7
167:16 170:14
176:10 231:19
251:23,25
presented
70:2
presenting
70:10
president
12:2 16:20
92:14 93:15
94:8 95:25
155:5
presidents
154:22
presume  259:1
pretty  13:22
44:2
previous  90:6
124:11
price  110:4
pricing  156:7
printout  98:1
prior  24:4
119:6 124:12
161:19,24
207:10 208:4
210:7,21

211:5 215:12
227:16 251:12
253:7 257:4
258:3 288:4
**priority** 79:4
**private** 51:6
57:22 101:9
103:2,4 180:1
181:22 183:8
**privy** 86:17
195:10
**probably**
66:25 124:18
138:7 162:23
208:3 250:25
260:17 264:4,
22 274:2
282:1
**procedure**
61:2
**procedures**
54:4 199:4,5
**process** 77:20
101:19 264:11
**processes**
39:13
**procurement**
191:23 192:9,
20,21,25
193:9,10,18,
19,20,24
194:5 255:4,9
**produced**
277:13 279:25
**profit** 226:3
**profitable**
78:23
**profits** 78:5
107:4 205:2
**program** 29:13
107:15 108:6
265:8
**promise** 17:17
**promulgating**
199:5
**Propco** 8:21
9:5,8,16,18,
22 10:1,13,

15,22 12:4
13:6 14:9,12,
13 24:6 25:7
26:2,14 30:1
31:1,2,5,6,
15,16,21
32:2,16 33:12
36:19 43:5,6,
7,15 44:11
90:15,17,20,
22 108:14,17
109:15 110:13
111:1 112:7
128:7,9,13
208:10 217:4
223:1 230:5
237:22 248:25
249:2 253:7
275:1,2
277:21 279:23
280:9 281:25
282:21 288:16
**Propco's**
43:12
**proper** 59:24
61:2 270:16
**properties**
28:18 88:21,
24 119:18,21,
23 120:3,4,9
127:17 128:21
129:17 149:22
255:14
**property** 7:25
8:7 9:6,7,9,
23 10:2,15
11:11 12:3,23
13:10,24 29:6
31:23 32:5
51:17,18
73:10 84:10
85:12,17,20
86:11,20
90:16 102:12
118:9,15
127:7,9,21
128:10,18
139:8 148:25
149:3,5,15

208:24 222:25
227:7 237:21
248:17,21
253:6,10
261:14
288:13,14,15,
20
**proposals**
100:7
**protective**
61:4,7,18
**provide** 37:18
50:2 100:25
101:2,3
102:12 108:11
155:5 164:24
166:2 167:18
190:6,14
196:8,18
206:6 215:2
245:22 276:8
**provided**
37:13 80:9
84:2 102:17
131:5 164:7
165:11 189:25
190:17 202:16
215:2 225:2
284:17
**provider**
39:9,20
164:25 165:3
168:14,18,21
182:5 218:1
**providers**
17:5 40:5
126:25 164:14
**provides** 50:4
100:22 101:8
105:8 113:3,8
162:1 197:8
280:7
**providing**
20:1 37:3
39:7 48:25
80:5,7,12,15,
19 84:7 104:9
113:11 132:14
163:23

164:14,18,19
166:15 167:4,
13
**provision**
155:16,24
168:11
**proxy** 97:14
131:5 144:11
147:22 161:5
**PTAS** 215:16
**PTOTST** 189:24
**public** 145:9
244:2
**publicly**
125:14,18,21
144:4,5
219:10
**pull** 22:16
29:3,18
32:12,13
83:18,20
**pulled** 24:4
**pulls** 29:14
**Punch** 256:3
**purchase**
86:17,19
191:25
192:19,22
193:10 194:7,
20
**purchased**
137:16
**purchasing**
194:19
**purely** 67:10
**purport** 60:21
62:23
**purposes**
18:18 105:2
134:23 156:8
170:19 171:3,
5,8 209:6
**put** 20:21
23:17 62:9
77:10,15 83:9
100:8,15
105:2 110:24
167:23,24

209:6,13
247:22
**putting**
  167:13

---

## Q

**quarterly**
  21:10 27:17
**query**   29:17
  32:10,13,22,
  23 50:16
**question**   5:9,
  10,15,16 9:1
  33:20 41:20
  43:4 44:22
  49:7 50:1
  63:10 67:15
  113:22 115:17
  116:12,20
  123:25 132:5
  135:2 165:5
  167:1 192:7
  203:23 204:22
  210:9 212:16
  214:15,21,25
  215:5,20
  217:6 220:6,
  13,25 221:24
  224:10
  225:16,24
  226:7 233:25
  234:15 237:24
  244:5 245:19
  246:23 247:2
  248:22 249:4
  258:12,20
  263:22 268:15
  272:21 278:21
  280:18 283:23
  284:8 285:5,
  15 287:6
**questioning**
  60:8,14
  210:12 270:4
**questions**
  5:2,14 59:18
  60:15,19

61:19 62:6,7
69:24 70:7,9
189:19 203:20
208:4 210:17,
22 211:8
219:2,17
242:14 268:12
269:2 283:3,
11
**quick**   118:25
161:12 207:5
220:20 256:20
**quickest**
  155:11
**quite**   4:20
18:12 126:21
**quote**   61:5

---

## R

**radiology**
  190:6,8 263:5
**ran**   118:10
**rare**   102:16
**rate**   278:13
**rather**   5:3
70:16 117:2
135:14 198:13
211:6
**read**   7:4
71:16 98:13
207:25
**reading**
101:10
**reads**   106:8
**ready**   92:6,8
97:22,24
109:4,6
**real**   45:21
82:16 85:16
115:23 117:11
193:2 207:4
220:20 256:20
268:8 270:9
272:16 278:6,
24 286:16,18
**realize**
286:15

**really**   7:15
79:11 128:3
140:12 195:23
211:18 247:10
250:6 255:1
258:12
**Realty**   121:6
123:4,5
141:5,15,16
152:17,20
153:9,11
154:1,3
156:14 158:18
**reason**   50:18,
20 61:23
159:9 165:16
172:16 217:9
227:9 261:1,5
**reasons**
202:20
**recall**   8:24
9:23 10:19,
23,24 11:23
13:4,7 22:23
35:1 42:22
43:23 48:5,8
53:3 84:16,25
96:16 98:16
109:25 130:24
131:24,25
148:4 168:16
252:25
**recalled**
22:18 158:1
**recalling**
97:11
**receipts**
239:9,19
241:21
**receivable**
53:22 56:21
57:4 168:13
231:23 232:15
**receivables**
142:2 168:12
276:4
**receive**   27:22
78:1,3,11

179:17 198:13
224:8 250:21
**received**
79:20 179:20
196:1 204:3
207:25 224:2
250:18 258:5,
17 259:21
**receives**
79:20 179:16
**recently**
41:18
**recess**   64:3
119:2 161:14
207:6 218:18
242:12
**recommend**
247:23
**record**   4:10,
13,23 5:11
6:3 16:18
44:6 46:6
48:12 59:21,
24 60:23
61:1,11 62:6,
9,13,21
66:12,14
118:5 119:5
148:14 161:16
170:5 189:1
203:1 205:7
207:4 210:25
218:16 242:11
248:20 256:9,
13 278:21
**recorded**
104:2,24
110:4 114:3
**recordkeeping**
63:17 209:5,
14
**records**
22:13,14
65:18 66:1
108:4 118:2
122:18,20
149:12,15
169:18 189:13

195:5,13,16
200:12 256:1,
2,3
**refer**   7:24
71:12 119:19
218:5 249:25
**referenced**
272:21
**referred**
99:20
**referring**
46:20 125:10
186:4 218:8
249:3,9
**reflected**
112:8 276:16
**regarding**
7:10,13 52:23
53:8 94:3
95:7,11
123:8,14
169:23
225:14,22
227:16 234:25
235:7 251:7
261:6,14
270:24 282:14
**region**  281:16
**regional**
15:24 16:2,5,
11,13 30:1,9
94:13 154:22
**registered**
6:21 214:7
**regular**  35:2
54:8 77:16
260:7,9
**regulations**
207:20 252:12
**regulators**
81:9
**reimbursable**
81:17,18
**reimbursed**
276:6
**reimbursement**
40:11 75:15
195:25 201:6

265:7
**reimburses**
75:10
**REIT**  47:9
85:18 86:4
**rejected**
100:7
**related**  18:3
38:24 129:11
211:13 217:21
223:17 242:19
243:4 250:16
**relates**  38:1
**relationship**
26:1 35:25
36:2 38:1
64:12,15,18,
19,22 72:24
102:8 126:12
134:17 135:1
167:2 277:17
279:8
**relationships**
103:15
277:19,23,24
279:8
**relative**  75:2
**remember**
11:2,24 18:21
26:23 34:24
35:5 95:4
126:1 160:20
175:13,20
189:9,10,11
232:7
**renegotiated**
74:11
**renovations**
255:14
**rent**  49:18
68:8,14 75:8
85:22,24 86:6
**rep**  6:3 80:19
**Repeat**  160:4
**repetitive**
97:17
**rephrase**  5:16
17:3 71:8

76:13
**report**   23:20
28:4 29:16,17
54:22 55:7
57:18 58:3,
11,22 59:12
75:22 83:7,8
96:8 114:11
209:8,15
220:15 222:20
227:12 229:25
231:19 232:5,
20 233:20
234:1,12
235:12 237:15
245:2,8,12
250:22,24
272:18 274:15
**reported**
214:6 215:10,
15 219:21
227:10 233:20
252:3,6,8,10
255:3 275:11
276:9 280:25
**reporter**  5:1
160:4 289:1
**reporting**
28:3 142:4
145:11
216:16,21
221:5,9,15
222:2 227:2
228:3,19
229:8,11
232:5 235:25
236:12,25
238:12 245:17
266:14 272:14
280:18
**reports**
22:21,24 23:5
34:5,9,16,17
58:13 60:20
62:24 113:18,
25 114:2,6,10
117:7 201:18
211:6 217:11
239:8,16

242:10,15,17
243:9,11,22
265:13,20
266:1 275:20
**represent**
82:2
**representative**
58:17 59:15
60:4 69:25
70:3,8,10
170:3,6 268:8
269:15 270:4,
6 286:16,21
**represented**
242:6
**representing**
278:6
**request**
102:18
**requested**
101:3,8
102:14 194:19
266:18 284:18
**requests**
104:16 174:3
**require**
100:24 101:16
**required**
45:20 77:25
101:6 110:3
182:2 272:5,
10,20 273:2
**requirements**
178:21 199:21
273:1
**requires**
26:16,19
**resident**
36:12 40:12
49:18,21
57:20 101:4,8
102:18 103:18
104:16 164:20
165:1 177:24
181:8 284:18
**resident's**
37:15

**residents**
37:18 48:25
49:6 50:5
57:8,11,16
68:9,14,19
84:2,7 100:24
284:19
**resolve**
202:25
**respect** 43:4
46:14 67:15
112:7 129:11
214:15,21,25
215:20 220:6,
14 221:24
229:7 230:15
231:2 232:19
233:19,25
235:23
236:10,23
238:11
239:17,25
243:9 250:17
251:19 253:12
255:17 266:7
269:13 270:22
280:18,22
283:24 284:8
285:6,15
287:7
**response**
210:21 211:5
**responsibiliti
es** 201:13
207:15 255:21
**responsibility**
255:11
**responsible**
27:10,19,23
69:7 85:19
197:24 198:6
201:16 207:21
256:22 265:3
270:23
**responsive**
270:14
**rest** 32:6
93:4 136:16
183:12

**restate**
203:10
**restructuring**
9:6 135:18
**results** 77:12
**retain** 26:21
160:24 161:2
**retained** 87:8
130:11
**retirement**
15:12 25:21
26:6 35:1
36:3 40:25
41:1,24 65:2,
5,9 66:20,22
67:5 84:25
88:25 89:10,
14 97:2
99:16,18
109:13 120:21
121:1,9
133:8,9 135:4
137:7,15,21,
25 138:9
139:23 141:2,
14 150:11,16,
24 151:21,24
154:3,17
155:7 156:13
157:15 160:2
164:22 165:22
167:3 169:11
175:17
176:12,15,19,
24 177:20
180:2 184:13,
24 185:1
220:22 228:19
260:1 262:4,
13
**return** 23:24
24:14,16,24
26:3,11,17,20
27:8 78:21,24
174:18 175:2,
6,19 276:12,
17,21,25
277:2

**returns**
22:15,17
23:25 24:1,9,
11 25:24 79:2
174:9,21,24
175:9,12,22
176:8 271:8
277:11
**revenue** 41:17
46:8 48:20,24
49:6,17,19
50:4 52:2,4,
11 53:14
57:13,23
68:8,13,18,19
73:24 74:3,21
79:6 103:6,12
104:2,4,9,11,
23 105:12,14,
15 106:11,12
132:18 177:21
178:3 181:10
257:21
**revenue-
generating**
67:13 68:6,25
69:3 113:6,10
121:22 132:6,
13 139:10
143:21 178:7
**revenues**
73:21 77:18
205:1
**reversed**
125:24
**reversing**
171:6
**review** 23:12
24:2 76:1
96:10 105:19
114:10,15
200:22 250:11
269:9
**reviewed**
25:23 114:17
265:13 268:14
**reviewing**
114:5

**revision**
200:1
**rewarded**
259:5
**reword** 224:10
**Richardson**
137:1 139:4
254:21
**Richmond**
5:21,22 6:19
8:11,20 9:5,
8,16,18,22
10:1,12,22
11:10,16,18
17:7,20
18:18,19
31:5,16,21
32:1 35:8
40:20 43:6
45:21 46:15,
21 48:20,23
49:2,11,12
50:1,9,25
51:3,8 57:2
62:25 64:11,
12,14,16,23
65:5,8,13,20,
23 66:2,7,22
67:4,15,17,25
68:7 70:1,3,
8,15 73:13,19
74:13,17
75:9,11,13,24
76:10,22
77:1,4 79:19,
24 81:13 82:5
83:1,4,25
84:8,9,24
86:12 89:4
91:24 92:9,
14,19,22,25
93:1,6,11,15,
21 94:3,8
95:7,11,15,23
96:1,13,21,24
97:4,9,11,15
102:13
105:21,23
106:1,10

107:2,5
108:14,16
109:14 110:13
111:1 112:7
117:11 118:3,
8,10 120:12
129:14 135:4
160:8 163:7,
19 175:9,11
180:2 181:22
208:10 217:19
223:20 246:4
248:7,24
249:2 252:13
253:7 256:19,
24 257:22
258:1,4,18
259:2,6,22
260:6,13,23
261:6,9,15,20
262:3,12,23
263:4,25
264:2,22
265:14 266:9,
21,24 267:14,
19 268:8,24
270:8 272:15
275:2 278:6,
8,14,24
279:4,13,22
280:9,20
281:25 282:21
283:21,24,25
284:6,10,11,
16,20 285:3,
7,8,13,17,18,
23 286:2,3,8,
12,13,16,18,
24 287:4,8,9,
14,18,19,21
288:1,2,7,16,
19
**right** 5:19
9:19 10:3
11:14,15
12:4,21 13:15
14:4,17 16:3
17:21 19:1,8
21:7,17

23:19,22,24
25:16 27:24
29:9 30:17
31:16 33:13,
17,19,21
34:3,22 35:15
36:19 37:3
38:16,25
40:2,20
41:10,25
42:3,11 43:5,
8,13,15 46:23
47:3 48:13,17
52:6 54:16,
19,25 55:15,
21 56:11
57:14,21
59:15,22
63:15 65:18
66:8 67:19
68:1 69:1,19
71:6 72:19
73:4 76:6
86:9 87:6,9,
15 88:8 89:11
90:24 93:16
94:18 95:16
99:16 102:25
103:9,23
109:20 110:6,
8,13,18,19
112:18 113:4,
15,20 114:22
115:10,14
116:15 117:5
118:11 119:4
125:11,15,23
126:5,7,8
132:15 133:6,
7,9,15 134:3
135:12,22
138:14 141:3,
8 144:2,7,16,
18 145:5,10
147:4 148:8
150:5 153:4,
20 155:1
156:17
159:11,23

160:10 161:11
164:17 165:23
168:5,7
169:5,11
170:9 172:23
173:12,15
174:16 175:10
176:6,8
177:7,18
178:7 179:14
181:2,16,18
182:9 183:13,
15 186:5,6
187:1 188:9,
12,23 189:5,
14 191:9
193:8,11,20
194:24 197:1
199:23 200:20
201:10 202:8
204:8 205:14,
19 208:1
209:15 211:22
212:4,17
215:3 216:17
219:11,14,16
220:20 223:1
227:3,7,23
229:25 230:1,
5 231:17
234:9 237:15,
16,18,22
238:11 242:21
243:5 246:11
248:4 249:18,
23,24 255:6,
14 257:2,10
258:10 260:24
261:11,22
263:13,21
264:23 265:22
267:10 269:2
273:11,19
274:6 276:18
277:4 278:11,
17 279:1
283:2 287:24
**right-hand**
217:21

**ring** 10:6
**RN** 117:2
**RNS** 116:23
**Rodaya** 44:13,
16 45:19,20
47:7,13,16
48:4 159:23
160:1,9
**role** 78:12,17
82:1 92:13
93:14,20
94:8,24 95:2,
14 98:17,21,
23 114:6
118:8 120:12
247:12 251:2,
3 253:11
254:5 255:17
267:19 282:11
284:4 285:1,
11,21 286:1,
6,11,22
287:2,12,17,
20,25 288:6,
17
**roles** 95:5
254:11
**roll** 118:20
275:13
**rolled** 27:9
206:11 273:10
**rolled-up**
27:20 33:11
**rolls** 40:19
41:1,3 153:8,
9 184:2
**roster** 96:23
**rosters**
187:16
**Ruidoso** 69:9
105:24
118:11,15
**rules** 4:24
60:25 173:8
252:12
**ruling** 61:17
**run** 177:23
183:10 196:23

249:22
**rung**  155:23
**running**
  105:23 107:15
  186:11 207:22
  251:4 252:20

---

### S

**S'ES**  56:3
**S-3**  56:2
**S2**  235:18
**S3**  213:8,24
  219:16 220:20
  221:13 227:19
  228:16 229:5
  235:16,19
  236:10,22
**said**  9:11,12
  12:19 20:22
  53:12 56:5
  62:24 66:10
  68:21 73:20
  78:8 84:19
  101:7 102:3
  123:3 132:2
  137:23 140:23
  147:4,5
  152:17 184:8
  193:17 204:5
  247:20 268:17
  281:22
**sake**  4:13,23
  31:4 44:6
**salaries**
  213:10,16
  215:11 219:21
  220:16 221:16
  228:4 229:8
  236:1 237:1
**sale**  86:18
  109:8 110:4
**same**  5:23 6:8
  18:17 31:1
  32:3 36:18
  42:13 43:4
  49:4 58:4,12
  63:3 64:24

67:15 78:17
83:11 84:1
89:2 101:25
105:7 107:17
108:1 109:17
114:23 115:15
135:2 137:18
155:3,23
167:1,25
180:6,9
181:19 182:3
184:15 185:19
186:3 193:14
199:1,3
201:3,22
202:20 204:15
208:23 212:16
213:1,17,21
214:12,15,18,
21,23,25
215:12,17,20,
23 216:2,24
217:12
219:17,23
220:1,6,8,11,
13,18 221:7,
11,17,22,24
222:5,10
223:7,13,22,
25 224:4,9,25
225:5,10
227:14,15
228:5,8,13,22
229:2,13,18
230:11,18,24
231:5,11
232:1,9,16,25
233:6,11,16,
22,25 234:3,
20 235:2,9
236:2,7,14,19
237:3,8
238:5,14,20
239:1,13,22
240:4,10,25
241:5,11,17,
25 242:7,22,
23 243:6,12,
17,24 245:5

246:23 248:6,
12,14 249:23
255:21 257:15
261:22
264:11,17
265:9 266:3,
11,14,17
268:17,18
269:8,17
271:1 273:2,
8,25 274:1
280:18 283:23
284:8,19
285:5,15
287:6
**satisfied**
  13:23 14:1,7,
  10
**save**  210:1
**saw**  98:11
  170:22
**say**  6:19
  11:3,18
  19:20,21 24:8
  29:4,20,21,24
  31:15 33:5
  38:11 39:13
  43:1 46:5
  49:11,20 53:2
  64:21 66:12
  74:2 75:2,5
  80:12 81:5,16
  82:15 84:11
  94:16 96:15
  100:1 104:5
  105:4 106:19
  107:23
  116:22,24
  119:13 125:9
  126:24 127:10
  132:8,9
  141:19 145:7
  155:17 156:25
  164:6 171:16
  172:15,25
  174:11 179:24
  189:4 193:3
  194:17 199:9
  212:15 217:19

235:18 237:17
253:15 272:24
278:10,20,22
**saying**  18:20
  48:1 57:11
  58:4 59:13
  85:15 196:14
  262:8
**says**  58:23
  110:9 212:6
  216:10 217:18
  219:7 226:24
**schedule**
  242:18 243:3
**scheduled**
  243:1
**scope**  60:9,15
  61:9,21,24
  210:12,14
  245:23 247:5,
  9 273:18
**scratch**  17:3
  65:21 83:2
  99:13 149:13
  239:6
**scrutinize**
  281:19
**SEC**  27:17
  79:13,16
  142:4 143:12
  144:14
**second**  26:25
  45:16 78:24
  209:24
**Secretary**
  23:12,15,16
  91:24 98:1
**section**  58:11
  63:15 189:16,
  17 226:16
**see**  6:24 7:16
  20:4,17 43:17
  53:5 58:14,24
  59:2 65:15
  66:16 90:12
  91:20 95:2
  105:16 107:9
  108:22 109:10

115:1 116:8
128:19 137:10
159:11 169:9
173:14 181:11
193:3 206:22
212:1,9 214:8
217:23 218:2
219:7,25
222:22 223:6,
19 226:24
231:25 232:24
238:12 240:24
249:16,22
**seeing** 158:1
**seek** 40:11
**seeks** 75:14
**seen** 55:14,16
60:16 66:11
76:4 79:12
86:16 93:10,
12 95:25
96:1,5,7 98:4
114:19
123:20,22
124:1,2
147:22,25
167:22
170:11,17
174:7 186:18
262:14 274:14
**segregated**
53:15 105:3
134:7 181:3,6
182:1 183:17
**select** 29:13,
15,16 255:8
**selected** 40:8
**sending**
194:23
**senior** 12:2
16:20 18:15
21:15 24:12,
16 25:25 34:1
38:15 41:15
42:10,12,16
48:11 50:8
54:3 65:17
69:5 72:2,7,

9,16,25
76:11,16
77:2,6 78:9
79:7 86:8
87:1,9,24
88:7,13
89:13,17
94:17,21,22
97:3 112:16
117:14 120:24
121:5 123:6
125:3,5
126:7,13
128:4 129:5
130:18 131:4
132:14,23,24
133:14,18
134:1,2,4
135:9 138:14
139:17,21,25
140:3,4,6,12
141:1,10,19
142:1,10,12,
23 143:2,10
144:16,20,21
145:1,4,14,17
146:1,2,8,10,
17 147:7,12,
16,23 148:2,
6,8,12,16,18,
21,22,23
149:13,14,20
150:3,8,12,
23,25 151:5,
8,20,22
152:1,5,8,21
154:6,11,14
155:1,4,14,22
156:3,16
162:2 164:23
165:25
174:16,22
175:25 177:24
178:14 180:7
181:1 183:11,
12 185:14,21,
25 186:5,11,
19,25 187:11,
21 188:3

192:12,16
193:17 194:6,
12,23 195:15
196:23 197:11
198:15,22
199:10 202:5
217:22 218:4,
10,11 219:8
224:15,22
225:13,21
230:16 231:3
238:17 239:20
240:1 242:19
244:11,18
245:22 246:17
247:18 250:25
259:11,16
260:15 264:10
265:24 266:10
272:2 273:11,
22 276:18,19
281:2,8,13
282:2
**seniors**
177:23
**sense** 32:12
70:13 79:5
82:16 195:4
211:9
**separate**
26:8,9,17,19
36:9 42:21
50:18,19,21,
22 78:16
107:14 124:5
156:9 160:19
163:18 175:6,
8,19 176:16
182:4 186:17,
21 195:21
277:9 280:5
**separated**
281:24 282:6
**separately**
124:19 275:14
**separating**
27:10
**serve** 61:3

**served** 207:15
**service** 16:8
40:9,10 68:8
101:25 102:2
148:19 165:3
177:23 198:4
**serviced**
282:7
**services**
15:2,6,9 16:3
17:11,16,21
18:25 19:4
20:2,13 21:4,
7,12 34:18,19
35:11,13,17
36:1,4,17
37:14,19,20
38:8 39:7
40:2,15 41:8,
23 42:5,9
50:2 65:24
67:24 68:10,
14 74:19 75:7
80:7,8,9,13
81:25 84:4
89:22 92:17
100:16,20,23
101:2,8,17,
21,24 102:1,
5,11,12
103:5,6,12,
14,22 104:9,
13,17,21
105:8,25
106:15,20
107:8,10
108:9,11
111:13,23
112:3,12,14,
21,24 113:2
115:10 116:14
117:2 132:21
135:14,20
136:24 137:14
139:1,7
141:12 142:8,
14 145:3,13
154:25
155:13,16,24

156:4 157:16
161:23,25
162:1,7,18
163:22,24
164:7,8,13,
19,21,23,24
165:4,9,11,
17,19,21
166:1,2,14,
15,18,19,23
167:3,9,14
168:5,11
169:5,9,24
170:7,13
171:25 173:2,
3 174:15
189:23,25
190:1,6,9,13,
14,17 191:21
196:5,8,18,22
198:3 200:14
201:1 202:16
203:5,14
204:12 205:18
208:14 213:3
215:2,3
220:10 223:17
225:2,8
243:3,4
247:19 248:4
250:14
258:15,16
259:13 260:11
261:10 263:5,
6,12 264:9,25
265:5 267:13
274:1,9,12,
17,20 275:23
277:20
279:22,23
280:4,7,12
281:23 282:4,
19,24 284:13,
17
**Services-
corporate**
16:15,23,25
17:15 144:25
197:14 198:23

204:2 259:14
260:17 272:4
273:24
**set**  18:21
37:8 39:10
47:16,18,20,
21,22 52:19
77:8 79:10
90:5 94:14
96:16 104:4
107:16 108:9
124:10 137:8
167:15 173:8
179:7 192:10,
11 195:9
**sets**  192:2
**settled**  55:9
**setup**  66:25
**seven**  171:10
**Seventeen**
282:8
**several**  39:10
89:6 140:23
**SH**  69:18
71:5,6,11,15
72:19 73:7,13
74:14 88:5
107:5 269:24
270:22
271:11,15,16
272:16 273:21
277:8,17
279:20,25
281:7 282:17
287:11,16,22,
24
**shaking**  5:4
**share**  65:13
72:10 79:7,8
83:4,7,12
107:11 148:4
156:2
**shared**  80:9
141:11,20,25
142:14 148:19
196:22 267:18
**shareholder**
70:23 71:2,5

144:11 281:11
**shares**  96:14,
20,21,24
97:4,8,11
99:7,9
130:15,16,22,
24 131:1
144:12 148:1,
6 161:5
**sharing**
140:10 156:1
157:1,3,11
158:20 178:13
**she**  9:16
44:20 49:1,3
59:16,18
66:12 93:20,
22 94:4,5,10,
11,12,22
95:3,10,12
136:23 142:20
152:17 170:6
204:5 205:17
251:11,16,24
253:25 254:7,
12,13,14,16
262:22 268:9
269:2 279:20
**she's**  41:7
44:20 49:4
55:16 60:16
70:2,9 93:16
95:4 152:23
185:9 203:25
205:24
210:10,16
211:22 214:1
222:18 268:25
**sheet**  28:21,
22 32:24
33:4,6,8
38:22 53:21
56:10 75:22
88:16 274:13
275:4,6 276:1
**sheets**  33:11
**shopping**
101:13

**short**  64:3
119:2 161:14
207:6 218:18
242:12
**short-circuit**
270:11
**short-term**
54:9
**shortly**
179:13
**should**  12:5,7
16:13,16 19:7
32:9 38:3,9,
11,19 39:1,
19,21,25
42:17 43:3
45:11 53:2
61:18 81:1
110:15 113:17
114:15,20
115:7 117:1
124:21 134:16
135:2 158:17
167:15 184:18
248:14 264:13
268:21 280:2
**shouldn't**
103:21 115:12
134:20
**show**  11:10
32:15,18 39:5
54:20 55:21
66:2 82:19
106:1 115:8,
12 117:7
239:10 265:20
**showed**  168:24
232:4,7,21
242:17 243:11
**showing**  227:5
229:8 230:1
239:21
**shows**  75:22
232:21 240:21
**side**  7:12
28:4 39:5
42:7 53:23
56:19 95:5

107:2 123:23,
25 163:5
166:9 195:23
217:18 244:25
247:24
**sign** 92:15
174:17,21,24
175:21
**signed** 13:2,5
19:7
**similar** 96:17
125:12 154:9
156:6 199:6
264:13 280:3
**simple** 18:12
**simply** 61:16
**since** 13:19
17:1 42:25
43:1 67:6,7
120:10,15,17
121:14,21
126:17 131:2,
14 146:22
177:16 184:19
**single** 168:24
**sister** 167:2
184:16
**sister-brother**
155:15
**sits** 10:2
**sitting** 10:25
12:8 57:9
58:17 62:16
80:18 82:6
110:25 122:1
123:7 170:3
191:8,15
215:25 217:9
219:20 222:7
223:9 224:20
227:10 228:2,
11,18,25
229:10 230:7
232:12 236:24
267:17
**situation**
32:3 52:10
53:19 54:11,

17 101:9,20
102:19 103:2
197:16 199:17
275:9,11
**situations**
105:18
**six** 5:5
**Sixth** 61:15
**skilled** 6:20
15:11,18
102:23 124:13
181:25 182:16
200:15 207:22
**Skylight**
197:16
**slowly** 128:24
**small** 104:1
105:12,17
141:5,16
177:24
**Smith** 137:3
139:4 255:16,
19
**SNF** 5:21,22,
24 6:22 8:21
9:7 10:2,13,
14 11:14,19
12:3 13:3
14:6,14 17:5,
11,21 18:1,4,
9,24 19:5
20:7,15,20,
22,24 21:6,10
23:10 24:10
25:4,8,18
26:1,12 29:25
30:17,19,20
32:1,16 33:12
35:14 36:5,19
37:12,18 38:8
40:1,4,9
42:2,14 44:12
46:15,16,20,
21 48:1 49:5,
15,17 50:1,2,
8 51:11 52:1,
15 53:20
54:23 55:8

56:12 57:3,15
58:13 59:10
63:6 64:14,
16,25 65:8,9,
12 66:3,8
68:3 69:25
82:4 83:3
84:2 86:25
87:15,20,23
90:23,24
98:2,5,18
99:1,4,7,10,
15,19,22,24
102:15,16
103:16,19
104:7,16,21
107:12 108:18
109:10 110:16
113:4,14,20
114:18,22
115:9,13
116:22 118:3
120:19
127:10,12
129:12 134:14
135:5 150:5,
15 155:9
160:2,8
164:15 165:12
167:18 168:3,
10 169:4
175:10 188:23
189:5,23
190:1,7,15
191:6 193:7
195:18,21
196:1,9,19,20
197:24 198:1,
11,13,18
201:15,18
202:17 203:7,
16 204:4,13
205:2 206:1,
9,18 208:6,
11,15,18
209:3 212:24
213:14 214:6
215:1,9
216:15 217:10

220:15,21
221:4,15
222:2,25
223:3,10,20
224:7,16,22
225:13,21
226:4 227:2,
6,10 228:3,18
229:8,11
230:4,8
231:24 232:5
233:3,9
234:7,18
235:25
236:12,25
237:21 238:3,
12 239:20
240:22 241:4,
15,23 242:3,
20 243:2,22
244:4 245:2,8
246:4,12,13,
18 247:11
248:18 249:18
250:18,23
251:4,8
252:4,13,20
253:2,12,21
254:8,22
255:18 266:7
267:12,20
270:5 279:14
280:21
283:20,21
284:5,6,15,
16,19 285:2,
3,12,13,22,23
286:7,8,21,
23,24 287:3,
4,13,14
288:18,19,21
**SNF's** 35:25
105:5 197:8
207:16 232:15
234:25 235:7
**SNFS** 54:5
62:18 125:7
127:7 132:2,3
166:3,8,16

193:13 196:13
206:12
**so**  4:22 5:1,
14 6:16 7:1,
14,24 9:5
10:1 11:12
12:1,24 14:16
15:11 17:19
18:7,16 19:3,
17 20:12,17
21:3 23:4,19
24:16 25:23
26:8,23
27:10,12,19
28:8,14,16,24
29:4 30:12,16
31:25 32:4,10
34:23 35:12
37:25 38:10,
21 39:12,13
40:7,15
41:13,22
42:18,24
43:1,17 45:9,
22 46:4,19
48:23 49:16,
21,25 50:18
51:14 52:13
53:2,5,12,14,
25 54:23
55:7,14,20
56:2,3,9,14,
17 57:9,14,
19,23 58:6,8
59:12,20,23
60:18 61:10,
12 62:4,7,9,
15,21 63:17
64:15 65:6
66:10 67:11,
25 68:15,24
70:6 71:4,14,
22 72:4,12,15
73:6 74:10,
17,20 75:6,
13,21 76:25
77:22 78:1,
22,25 79:4,
12,18 80:11

82:15 83:18,
19 84:13
85:18 86:5,13
88:5,17,23
89:6 90:5,7,
15,17 91:10
92:9 93:24
94:12 95:19
96:23 97:1,
17,25 99:10,
21,24 100:25
101:2,10,17
102:11 103:5,
19 104:3,15,
25 105:3,8,
10,12,17,20
106:12,22,25
107:20,23,24,
25 109:7
110:15
113:14,17
114:20
115:21,22,23
116:3,6,22
117:18 118:13
119:20 121:8
122:7,9
124:15,18,21,
24 125:20
126:3,5,9,24
127:6,20
128:15 129:1,
4 130:17
131:7,19
132:5 133:7,
11,20,21
135:2,9
136:16
137:10,18
138:8,16
139:5,13,16,
25 140:12,17,
23 141:1
142:6 144:6,
14 145:1,11
146:21
148:10,14
149:9,10,11
150:2,23

151:2,19
153:1 154:20
155:13 156:5,
12 157:18,19,
21 158:7,10
159:3,5,8
160:12
162:14,22
163:10,18
164:20 165:3
166:13,23,24
167:12,25
168:14,21
169:1,7
170:19,21,24
171:10,20
172:4,6,22
174:8,11,13
175:12 178:3,
6 179:16
180:13,17
181:7,11,21
182:10,12
183:17,22
184:12,23
185:14,24
186:24 187:7
188:22 189:17
192:18,24
193:2,6,13,24
194:8,14,18
195:13,20
197:21 199:17
204:9,22
205:6,15
206:7,19,20,
24 208:9
209:5,14
210:19
211:10,12
213:14 218:7
219:3,10,19
222:24 223:16
237:17 239:25
244:16 245:18
246:22 247:5,
7,10,16 250:3
251:3,5,25
252:15 253:4,

5,24 254:3
255:5 256:12,
18 258:21
259:16 260:22
261:2,3,4,25
263:16 264:3
265:20 266:16
268:20 270:10
271:13,18
275:15 276:11
279:12
281:16,20
282:22
**social**  196:5,
8,10 264:25
**sold**  47:19
72:10 73:3,18
109:13,14
**sole**  169:10
**solved**  219:2
**some**  7:20,21
8:7 10:14
22:21 24:5
29:12 38:16
43:19,21
45:15 47:19
48:6,12 65:15
101:19
106:10,11
108:15
121:15,23
122:15 128:5,
22 129:2
137:7,9
138:12 141:4
143:14 146:13
159:6 164:2
165:16 167:22
170:20 175:15
177:10,24
185:3 189:17,
19 196:12
198:14 206:16
219:17 221:20
224:10
250:19,20
260:19 262:11
264:15 267:5
273:22 281:14

**somebody**
  83:19 101:14
  104:8 259:25
**somebody's**
  181:24
**somehow** 82:23
  195:17
**someone** 13:11
  95:19 102:20
  105:24 174:19
  282:1
**something**
  26:20 33:5
  48:10 52:19,
  22 60:21 61:1
  68:16 76:5
  96:18 101:22
  105:11,18
  106:6 130:14
  137:10 147:10
  157:24 158:1,
  15 161:2
  162:24 163:11
  169:25 170:17
  172:15 176:4
  179:4 192:4,
  6,10,11 193:2
  194:5,11
  195:20 199:19
  200:14 210:19
  245:25 254:19
  273:2
**sometime** 14:2
  86:13 90:4
**sometimes**
  81:3 101:7
  175:5 275:10
**somewhat**
  249:21
**somewhere**
  9:24 12:6
  13:20 19:18
  33:15 34:1
  75:22 84:15
  86:15 193:16,
  23
**sorry** 9:13
  11:6 16:5

  17:15 22:2
  31:14 35:19
  40:24 55:1
  57:3 59:5
  65:9 67:22
  70:22 79:18
  98:10 102:3
  104:6 111:18
  115:9 118:1
  119:1 122:8
  133:1 137:19
  143:7 145:23
  147:3 152:11
  153:10 155:18
  158:12 170:13
  177:14 192:10
  203:11,21
  211:16 212:7
  218:21 219:24
  222:1 226:20
  231:22
  234:10,16
  239:5 253:12
  257:11
**sort** 10:14
  23:18 28:12
  29:7,12 38:4
  112:9 146:2
  186:14 187:14
  263:5 273:10
  280:19
**sorts** 127:2
**sounds** 69:8
  70:18 72:4
  108:9
**source** 14:13
  57:23
**sources** 52:4
**speak** 54:17
  95:8 139:5
  166:25 168:23
  195:8 206:14,
  15 259:9,10
**specific** 60:5
  93:20 96:2
  100:8 104:10,
  24 112:2
  177:1,4
  189:23 199:16

  210:22 268:22
  271:20 280:13
**specifically**
  79:25 93:1,10
  104:4 114:9
  168:1 177:13
  242:3,4 258:7
  268:2
**specifics**
  247:16
**speech** 215:21
**spelled**
  153:13
**spend** 255:9,
  13
**spends** 116:23
  250:19
**split** 24:6
  68:20 99:11
  128:7,9
  168:22
**spoke** 7:9
**spreadsheet**
  28:10
**spreadsheets**
  28:13,20
**staff** 17:19
  18:10 196:11
  276:4 280:16
**staffed**
  197:12 198:22
**staffing**
  83:12 108:2
  197:25 198:2,
  10,12,18
  245:3 256:1
  267:14
**stand** 66:21
  71:5
**standalone**
  173:24 179:9,
  11
**standing**
  117:3
**standpoint**
  104:14,15
  171:22

**stands** 46:6,8
  63:2
**start** 245:18
  274:9
**started**
  124:21 162:10
**starting**
  28:16 67:24
  69:17 287:22
**starts** 105:14
  138:24
  247:20,24
**state** 4:9
  16:18 19:24
  23:12,15,16
  34:11,13 37:7
  175:19,21
  188:17
  199:17,20
  201:15 265:8
  270:25 271:24
  272:14 273:6
**State's** 91:25
  98:1
**state-by-state**
  199:16
**stated** 83:9
**statement**
  27:10,13,14
  32:24 33:4,6,
  7 38:22 39:15
  53:22 55:3
  97:14 131:5
  147:22 223:16
  276:9
**statements**
  33:10 57:7
  62:3 103:20
  104:11 144:11
  161:5 183:19
  244:3 277:9
  281:19
**states** 37:1
  101:20 149:5,
  8 162:13
  276:22
**status** 81:10
  171:23

**step** 26:15
**still** 43:15
57:22 74:16
94:24 104:25
134:7 136:17
138:5,13
182:7 198:5
223:3 238:3
**stipulate**
70:2,9 210:7
270:3
**stipulation**
270:13
**stood** 67:3
250:24
**stored** 234:24
235:6 241:21
243:16
**streams** 116:1
**street** 10:6,8
**strictly**
28:23 29:5
30:14 34:15
**Stripped** 29:9
**struck** 80:22
**structure**
7:13 14:24
17:9 18:14,21
22:18 28:19
33:25 37:9
38:5,6 45:23
46:3 47:7
48:7 50:21,22
64:11,17,21
66:20 67:1
90:17,20,23
99:6 100:11
113:9,12
119:17 120:10
121:19,20
124:9,14
125:4 127:14,
18 132:25
133:2 134:21,
23 137:8
139:16 143:12
144:15 150:3
158:24 159:6,

23 160:1,9
165:14,25
167:7 177:12
180:20
184:21,22
186:21,22
188:8,12,19
195:11 253:4
264:17 267:7,
9 272:13
275:14
**structured**
114:2
**structures**
18:13 27:5,11
47:7,13,16
116:9 140:12,
24 156:9
162:22
**stuff** 70:1
**sub** 41:24
72:17 121:7
123:6 125:22
126:6,10,13
131:3,10
151:23 152:21
153:15 244:17
**sub's** 126:1
**subject** 53:25
**submission**
200:13,25
201:2,5
247:22 265:4
**submit** 172:15
**submitted**
23:10 54:22
55:7 201:14
243:22
**submitting**
81:8 201:17
270:24
**subs** 128:9,
10,12,18
129:2 150:24
165:8 199:14
277:21
**subsidiaries**
24:12,18,20

78:9 96:17
120:3 122:11,
15 125:2
128:25 129:19
133:13 134:1
141:23 142:18
143:11
148:22,25
151:7 154:18
162:5,6,15
163:23 164:12
174:25 175:25
178:2,5,23
179:18 183:12
192:16 202:6
219:14 244:15
245:21 259:16
**subsidiary**
25:5,9,12
69:4 72:24
86:8 88:12
89:7 112:18
125:1 132:22
134:11,12
150:4 179:5,
6,22,25
198:14
**substantial**
53:20
**such** 87:5
212:8 227:12
281:5
**Sue** 92:10
94:11 136:6
253:23
**sued** 44:16
45:1,8,11,12
196:8 204:23
205:25 245:3
250:21 260:22
273:16 278:4
280:22 281:1
283:16
**sums** 222:2
**supplies**
190:25 263:17
**supply** 191:21
220:10 261:19
264:9

**support**
196:22
**supporting**
145:9
**supposed**
217:19
**sure** 4:24 6:8
8:25 11:22
12:8,12 13:22
19:19 21:13
22:17 24:5
26:16 27:7,24
32:21 33:1
39:8,23 42:19
44:25 46:2
48:7 54:15
58:1,8 62:2
64:2 68:22
82:5 106:18
113:22 114:25
116:19 126:21
128:23 130:2
132:3 142:19,
21 143:5
147:3,9,10,17
152:25 155:19
156:8 160:19,
20,23 165:5
167:10 168:8,
15 171:21
173:5 175:18
176:22
178:19,25
180:8 181:18
182:4,17
183:1,21
184:20 189:1,
4 193:13
194:1 195:18
197:19 200:6,
11 204:10
208:4,8
211:10
234:10,12
248:21 249:2,
12,15 250:9
252:15,16
254:11,20
255:11 257:9

259:18 260:3
262:2,5 267:8
269:1 270:16
271:19 272:12
274:11,22
275:13 276:23
277:1 278:21
280:10 283:13
288:3
SURIANO 97:21
survivor
126:4
sweep 182:8
swept 134:6
179:21,24
180:3,5,6,14,
15 183:3
253:14
switch 171:13
177:16
switched
197:19
switching
196:1
sworn 4:1,4
Synovus 12:23
13:9
system 24:3
28:10 29:22
32:23 83:17
181:7 191:25
194:1 275:8
276:12
systems 21:14
29:2,3,15,16,
21 32:11 39:4
277:14

———————
T
———————

take 5:8
26:15 30:4
51:12 56:14
63:25 74:24
105:22
118:24,25
161:12 177:23
247:23

taken 64:3
119:2 123:17
161:14 207:6
218:18 242:12
takes 205:1
taking 27:20
51:14
talk 22:7,9
23:4,21 27:12
92:6 97:22
109:4 177:14
182:21 191:8,
15 200:19
201:9 202:4
205:13,20
265:25 268:22
269:9
talked 22:4
35:13 83:24
88:6 90:23
108:15 112:12
113:3 124:19
159:14 176:13
208:9,13
251:21 252:22
266:17
277:16,18
talking 5:13
6:16,20 10:5
11:4,14,19
17:6 25:15
27:13 40:7
44:11 46:16
48:22 49:4
50:25 74:5,7
101:12 106:14
128:6 154:20
163:11 174:25
181:23 186:3
205:6,12,16
206:25 218:12
219:11 246:11
248:22 251:6
255:24
talks 208:21
Tangentally
192:8
tangible
234:24 235:6

241:22 276:3
targets
206:20
tax 16:20
19:24 20:2
22:13,15,16
23:25 24:1,8,
9,11,13,16,23
25:23 26:3,4
27:3,8 85:16
92:16 93:3
109:25 140:19
156:1,7
157:1,3,11
158:20 170:18
171:3,5,8,19,
21 174:12,13
271:8,12,13
272:1,6,10
275:5 276:10,
12,17,20
277:11
taxes 85:20
221:10 228:20
taxwise
156:12
team 26:22
128:16
174:12,14
182:21
technically
78:14
telephone
92:24
tell 22:1
47:14 69:14
90:19 115:1
138:20 162:25
169:1,2,3
174:19 187:7
218:9 253:1
265:21,25
267:17
telling 118:7
138:25
temporary
198:4

Tennessee
185:15,17,21
186:23,24
187:9
term 78:4
106:21 207:19
terminology
54:21
terms 8:22,24
12:20 20:9
66:23 85:22
181:14
testified 4:4
76:15,21
210:10 213:13
214:5 283:13
testify 5:20
7:7,11 22:10
268:3,23
269:10,15
273:15
testimony
31:20 39:25
57:14 61:24
64:8 108:16
117:13 119:6
135:21 159:25
160:7 161:19,
25 189:24
207:10 210:7
220:21 227:16
257:1 270:13
Texas 189:10
than 5:3,8
14:14 18:4
22:8 36:25
37:7 49:6
50:4 57:11
64:18 70:16
77:24 100:24
102:2 114:12
117:2 119:22
120:23 121:9,
19 124:19
135:14 157:11
195:19 198:14
211:6 254:25
259:1 269:6
277:21,22

279:7 282:18
**thank**  4:15
6:9 44:3
61:20 119:7
270:10 275:17
283:4
**Thanks**  249:6
**that**  5:3,4,9,
10,17,19 6:7,
8,19,22 7:3,
16,22,24
8:18,22 9:9,
16,17 10:2,3,
6,13,15,21,
24,25 11:10,
11,12,24
12:6,7,9,17,
19,21,22
13:12,14,17,
24 14:7,10,
11,17,24
15:6,11,16
17:3,6,8,10,
12,13 18:12,
20,21 19:12,
18,22 21:5,7,
9,16,20,23
22:5,16,23
23:8,18,20,21
24:7,13,18,23
25:2,7,8,11
26:17,20,21
27:14,20,21,
23 28:2,4,6,
9,13,20 29:7,
13,14,18
30:4,13,19
31:6,16,20,21
32:8 33:1,13
34:6 35:8,9
36:7,10,14,17
37:2,4,5,11,
13,15,17
38:1,2,25
39:2,3,8,12,
14,18,21,25
40:9,11,12,
15,16,19,25
41:13,14,16,

17,25 42:10,
11,13,18
43:7,13,17,23
44:11,15,18
45:1,7,11,12
46:2,6,8,19,
22 47:7 48:15
49:5,7,20
50:3,7,19,20
51:4,7,8,10,
20 52:6,15,
16,19,20,22
53:1,3,10,20
54:5,12,16,18
55:9,18 56:14
57:15,17,23
58:14,24
59:18,24
60:1,8,10,14,
16 61:2,8,11,
16,21,22,23,
25 62:5,6,10,
21,22,23
63:10 64:9,
18,22,25
65:1,14,21,22
66:1,7,9,10,
12,17 67:1
68:11,15,17
69:9,11 70:2,
4,9,10,12,13,
18,24 71:7,
20,22 72:18,
19 73:4,9,24
74:2,17,20,
21,22 75:7,
11,22 76:1,5,
6,9,12,13,15,
21,25 77:8,
10,11,23,25
78:5,14,23
79:5,6,8,9,
13,17,19,22
80:4,13,21
81:14,15,20,
21,22,23
82:2,9,12,13,
18,19,23
83:2,6,11,14

84:2,12,16,19
85:2,4,7,10,
12,20,24
86:20 87:12,
21 88:7,12
89:3 90:25
91:2,7,10,22
92:1,7,11,23
93:7 94:14
95:9,24 96:9
97:16 99:13,
14 100:1,3,
15,22,24
101:3,13,22
102:3,6,8,13,
22,25 103:11
104:9,11,23,
24 105:7,11,
18,20 106:1,
2,3,4,20
107:13,14,20,
21 108:4,11,
16,25 109:5,
10,11,19,22,
23,24 110:1,
8,24 111:19,
24 112:1,7,9,
23 113:19
115:1,5,19,24
116:1,3,4,25
117:1,6,13
118:7,11,14,
15,18 119:9,
16,19 120:3,
6,9 121:19,24
122:5,7,8,11,
12,13,15,16,
19,21 124:1,
8,9 125:1,18,
22 126:2,12
127:9,10
128:9,10,12
129:18,23
130:7,10
131:6,16,20,
25 132:4,5,7,
8 134:1,7,18,
24 135:7,12,
21,22 136:1,

2,10,16
138:3,12
140:7,10,18,
21 141:1,3,
11,12,21,23
142:5,6,19
143:13 144:15
145:3,5,18,20
146:4,6,14,19
147:10,18,20
148:10,14,22,
24 149:13,15,
23,25 151:17,
18 153:7,9,17
154:8,13,18,
19 155:6,17,
25 156:1,2,4,
8,10,17,19,24
157:7,11,13,
14,25 158:2,
8,14,15,24
159:24 160:1,
4,8,9,11
161:25 162:1,
2,4,15,16,20
163:6,8,10,
11,14,15,19,
24 164:6,9,14
165:8,10,15,
16 166:5,11,
12,15,16,19,
23 167:2,7,9,
10,12,15,20
168:8,21,22
169:6,8
170:23 171:6,
10,18,21,24
172:6,10,17,
20,23 173:4,
20 174:6,13,
25 175:20
176:17 178:3,
14,15,24,25
179:4,19,20,
21 180:15,16,
22 181:7,8,9,
21,22 182:3,
6,7,11,17,18,
20,25 183:2,

5,10,25
184:1,9,12,15
185:10,15,18,
22 186:1,4,7,
12,14,17,20,
21 187:1,14,
25 188:2,8,
13,16,25
189:1,14,25
190:1,2,5,10,
18 191:6,8,
13,20,23
192:2,3,6,7,
9,10,11,13,
19,20,23
193:11,17,21,
24 194:7,10,
11,15 195:4,
5,8,10,11,15,
16,20,25
196:7,17,21
197:12,17,23
198:8,15,16,
20,21 199:1,
6,13,18,22
200:2,3,5,6,
14,16,20,22
201:4,8,18,22
202:19,20
203:8,10,23
204:9,10,23,
25 205:6,14,
16,24,25
206:2,4,6
207:1,3,11
208:6 210:2,
12,15,21
211:6,8,9
212:1,6,9,11,
13,16 213:4,
13 214:5,8,16
215:1,4,6
216:16,21,23
217:2,5,23
219:11,13,25
220:21,23
221:1 222:8,
13,22 223:6,
20 224:10,18

225:16,18,24
226:1 227:6
229:25
231:23,25
232:5,8,24
233:10 234:2
237:23 238:24
239:6,8,16
240:22,24
242:18 244:5,
8,23,24,25
245:21,24
246:8,10,20,
23 247:1,21,
24 248:3,6,
12,14,21,22
249:2,3,8,15
250:4,5,8,21
251:8,11,15
252:2,9,15,
16,17,25
253:7,8,9,16,
25 254:3,5,
15,24 255:6,
8,11,15,21,
23,24 256:4,5
257:1,20,24
258:3,7,10,
13,14,17
259:11,12,14,
18,20,24
260:1,2,3,18
261:2,3,24
262:5,7,9,14,
18 263:7,9,
12,14,15,19
264:4,6,7,9,
11,16,17,24
265:1,2,6
266:8,11,17,
24 268:7,10,
12 269:2,22
270:3,10,12,
24 271:18,19,
25 272:5,7,
13,19,20
273:5,8,14,
20,23 274:2,
14,16,25

275:10,15,20,
22 276:9,15,
18,20,24
278:3,7,20
279:2,3,7,13,
14,15,17
280:7,8,10,
15,21,25
281:9,10,12,
20,23 282:1,
5,7,9 283:2,
14,23 284:21,
22,24 285:4,
9,14,19
286:25
287:10,15
288:7,17,21,
23

**that's** 5:23
6:21 12:12,17
13:21,22
18:19 20:16
21:15 27:9
28:5 30:12
37:8 41:10,16
44:21 45:5,23
53:17,25 54:3
57:12,19,20
58:4 61:4,22,
23 62:2 64:1
66:25 71:22
76:5 78:6,14,
16 79:17
80:10,14
89:25 90:5,25
96:22 105:19
110:9 112:16
114:2 130:16
134:12 137:8
139:19
141:16,22,24
143:4,9 147:5
150:22 151:23
152:15 153:2,
19,21 154:9,
11 155:8
156:7,18
158:14
159:18,22,23

164:25 166:14
167:17 170:25
174:19 178:15
180:7,9,18,19
183:18 188:8
189:17 192:5
193:12 194:17
195:8,22
196:4,12,23
198:9,16
199:19,22
201:3 211:10
213:9 215:6
217:19 219:10
223:15 229:22
230:3 247:3,
12 250:16
253:6 256:15
258:25 259:20
261:16 273:10
275:15,17
276:3 277:3
278:16 288:23

**their** 36:21
46:2 83:15
101:15 104:11
107:16 117:3
119:6 123:3
128:16 131:1,
24 133:23
154:17 166:22
167:24 172:14
182:13 191:25
192:15,23
193:22
194:20,23
203:15 205:25
206:14 247:23
249:13 260:15
261:1 263:13
282:10
288:11,22

**them** 4:25 5:2
22:1 26:8
35:14 47:17,
24,25 48:3,6
75:10 76:4
83:20 93:4
96:10 99:20

111:9,11
114:19 130:4,
13,14 162:8,
9,19 165:4
174:8 176:22
182:18 186:18
187:2,7,8
188:1 190:17
193:4,10
204:25 209:13
210:18 265:21
266:25 277:15
**themselves**
192:5 274:5
**then**    5:13
7:11 9:6
10:21 14:23
18:23 20:10
24:4 25:24
27:19 28:15
29:12 31:12,
13 34:25
40:10,19 41:1
45:10 47:22
53:16,22
56:25 62:8
70:13 71:15,
19,21,23,24
72:1,21 73:17
75:1 77:3,11,
15,16 78:24
79:6 84:13,14
86:19 88:21,
23,25 89:20
99:13 107:2,
25 110:6
115:23 116:1,
4 120:2 121:6
122:10,14
123:4,5,6
125:22 126:5,
9 128:18
129:4 131:14
139:18,23
140:10,16,17,
20 141:13,15
152:10 153:15
154:2,8
162:20 167:11

171:2 172:16
175:18 179:1
180:3,15,22
182:8 183:3,
10,22 184:4,7
193:1,4,5
194:4 197:14
199:13 206:6
217:20 242:15
248:3 255:10
258:22 262:2
281:11 282:4,
22 288:5
289:6
**therapist**
39:22 40:13
215:21
**therapists**
37:17 215:11,
22 222:3,4
**therapy**
15:15,16 18:3
34:18 35:17
36:1,4,8,11,
17 37:13,14,
18,19,20
38:1,2,8,25
39:4,5,6,20
40:1,2,5,8,
10,15 41:4,8,
23 42:3,5,8
106:20 107:8
161:23,25
162:1,6,11,18
163:22,23
164:1,7,8,13,
14,21,23
165:3,4,9,17,
19,21 166:1,
2,14,15,17,
19,22,23
167:3,4,9,13,
14,19,24
168:5,11
169:5,9,23
170:7,13
171:24 189:25
190:19,21
215:2,3 243:3

263:12,13
**there**    7:16
8:16 11:9
12:1,5 13:11
18:8,12,13
20:5 21:22
25:15 26:10
30:5,9,11,17
32:7,9 35:5,
10 37:2 38:3,
7,11,12,14,
17,18,23
39:1,2,12,17,
25 40:13
42:21 43:9,11
47:15 48:9
49:25 50:7,
14,17,18,20
52:19,20,22,
23,25 53:2,3,
11,18,25
54:1,16 61:16
62:17 64:17
65:4,7,11,15
66:6 70:22
73:12,15,17
75:21,25 77:9
78:8 82:7,9
84:6,15,20,
22,23 85:4,9
86:13,15,23,
24 87:11
90:15 92:21,
24 93:5 96:18
97:14 98:25
99:3,7 102:20
103:11,21
108:9 109:22
110:4,6,15
111:7,21,22
113:17 114:20
119:22,24
120:8 127:12,
14 128:22,23
129:2 130:11,
13 132:2,3
133:11,12
134:16,17,20,
21,25 135:3

137:6 140:10
141:4,6
143:24 144:1
145:16 146:7,
16,20,25
147:4,9,11,
14,18 150:20
151:6,19,25
154:2 155:14,
21 156:19
157:12,24
158:19 161:1
164:12
165:10,15
166:17 167:8,
23 168:21
169:18,25
174:5,7
175:2,7,8,12
177:10 179:4
181:19
182:15,18
185:16
186:16,17
187:17 189:11
193:4,16,23
194:1 195:14
200:4 202:15
206:18,20,25
209:17 211:22
214:1 216:8
219:25 224:6,
14,16 225:15,
23 227:25
231:15,20
234:23 235:5,
21 239:5,8,18
240:14,18
241:20 246:7,
9,12 247:21
251:14 253:20
256:6,21
258:14
259:10,23
260:18,22,25
261:1,18,22
262:2,11,19,
21,24 263:1
264:13 273:13

Joanne Leskowicz
June 24, 2019                                                                81

276:7,22
279:8 280:13,
19
**there's**  18:8
20:12 25:2
26:17 28:25
30:20 31:1
33:1,22 37:25
39:14,18,25
41:12 45:15
52:13 56:18
61:8 77:14,16
78:5 90:17,20
96:9 99:9
102:17
104:10,12
112:15 115:18
121:4 127:15
132:6 134:10,
16,17 140:5,
13,18,20
143:17 145:7,
25 146:9
151:12,17
152:10
153:15,24
154:8 156:10
160:20 161:18
162:8,19,20
163:2,18
164:20 166:13
167:25 175:5,
15,19 176:16
177:18 178:1
179:22 180:11
182:4,7,25
184:4,8,9,10
186:13 210:19
225:12,20
232:23 244:23
274:22 276:4
279:16
**these**  19:25
20:1 26:4
33:16 34:2
42:20 43:21
54:5 55:20
62:22 70:9
82:3 103:6

108:11 124:19
138:12 156:12
157:13 162:24
167:1 185:18
189:21,22
193:24 204:22
205:25 206:16
208:19 209:3
210:2,12
211:18 217:11
219:13,17
220:14 223:24
224:2,8 233:4
239:16 242:14
251:6,22
252:2 258:24
266:23 267:5
269:15,22
273:6 274:8
277:24 279:18
281:15 282:14
**they**  9:3
15:3,14 16:3,
4,8,12 18:3
21:11 25:20
35:10,14
36:18,24,25
42:22 46:13,
18,25 47:19
48:5 55:24,25
65:21,23 66:4
69:19,20,21
74:24 81:1
82:10 83:7,
12,20 86:18
93:3 101:15
104:3,5,22,25
107:11,13,21,
25 109:13
115:1,2
116:24,25
119:5 120:6,8
124:5 127:4
128:15,16
131:10,17,24
132:1 133:22,
23 135:10
137:12,13
146:19

147:10,13
154:23,24
160:17 164:18
165:2 167:22
168:1,21
172:14,15
173:8 174:2,
3,4 177:13
179:6 180:1,
2,14 182:11
184:5 187:22
189:2,3
191:25 192:2,
4,5,19,22,23,
24 193:1,2,3,
4,6,9,10,19,
21 194:8
195:6 197:19
198:18 202:11
203:15 204:12
210:13 213:15
214:6 215:15
216:17,21,23
218:7 244:24
247:22
249:12,20
254:12 255:25
257:20 263:12
267:6 274:19
275:13,24,25
276:2,5,6
277:13
281:15,19
282:17 284:17
287:2,20
288:4,5,6,10,
20,21
**they're**  44:18
54:9 55:22
56:8 96:16,25
105:11,14
107:17 116:24
127:3 130:17
131:12,16
145:13 151:13
164:19 175:4
179:5 180:15
197:4 198:12
211:18 216:21

258:3 261:2
272:25 276:5,
6
**thing**  23:18
27:1 29:7
34:5 55:11
57:7 58:4
111:19 112:10
187:14 199:1,
3 212:16
255:15 268:17
**things**  96:9
141:21 142:4
144:12 170:22
172:20 179:3,
20 184:9
186:15 192:19
193:18,23
247:21 250:4,
5 272:20
288:11
**think**  6:17
10:5 12:20
16:7 21:19
24:4 38:4
41:7,20 49:3,
11 59:24
60:24 62:24
64:9 66:24
72:3 74:10
86:4,5 94:4
96:18 98:12
106:6 117:17
118:7 122:5,
12 126:2
127:9,11,13,
15 129:18
130:2 132:1
134:22 137:20
138:5 139:18,
19 140:13,20
142:16,20
147:5,9
149:9,10,11,
25 150:17
152:16,23
155:11 159:18
168:13 170:19
171:6 172:4

U.S. LEGAL SUPPORT
www.uslegalsupport.com

175:7,14
176:4,23
177:25 179:8,
10 185:9
189:16,20
192:8 195:20
197:19 198:9
203:25 207:11
209:25 210:24
211:2 217:19
219:2 242:9
247:1 248:22,
24 249:1
251:2,6,14
252:16,23
256:9 258:21
263:11 268:15
269:21 270:2
274:23 280:5,
6,13 283:12
284:22 288:23

**thinking** 7:1
9:15 138:3
176:5 251:13

**third** 85:18
90:18 91:9
103:17
142:16,17
159:1 178:21
197:15 200:9
282:12

**third-party**
47:6,9,12

**this** 4:15,22
5:21 6:10,24
8:10 11:14
12:14,16,18,
22 13:10,21
16:16 17:17,
23 19:10,14
20:19 21:19,
25 22:4,5,10
23:10,13,24
25:4 28:23,25
32:3 34:15
37:11 38:22
39:1,2 42:15,
17 43:4,6,7
44:6,16,17

45:1,7,9
46:10,16
47:18,25
48:18,23 50:1
52:14,20,22
53:3,6 54:22,
23 55:4,7,12,
14,16 56:10
57:10,12
58:2,3,6,10
59:13,18
60:2,13 61:8,
9,24 62:5
64:8 66:11,24
70:4 74:12
76:3 77:7,17,
19,23 78:19
85:16,18
88:6,8 90:4
93:9 94:25
96:2,10 97:17
98:19,20
99:13 100:1,
3,9,12,17
101:3,11
103:24 104:12
105:1,10
106:13,25
107:18,19,21
108:5,22
109:8 110:9,
11,17 112:13
117:13,16,18,
22 120:13
124:15 137:11
138:17,19
146:19 155:12
159:14 161:9,
21 162:10,15
163:22 164:3
170:17,18
172:1 173:1
174:20,25
177:1,4,6,8,
9,11 181:8,9
190:4 197:18
200:4,17
201:1 202:19,
25 204:23

205:3 206:11
207:12,25
208:7 209:8
210:11 212:8
214:10 216:1,
14 217:16
218:6,9,17
219:4 221:19
222:20 223:16
226:4 227:3
228:12 229:1,
16 231:19
236:5,17
237:6,15
239:5,7 243:2
245:3,9
246:16,21
249:24 250:21
251:3 254:9
255:20 257:19
261:21 263:8,
19 266:1,16
267:23 268:3,
6,14 269:10
270:14 271:2
272:8,15
273:15 276:23
277:25 278:4
279:18 281:1
282:9 283:13,
14,16

**Thomas** 137:3
139:4 255:16,
19

**those** 7:8,25
8:13 13:12
20:14 21:11,
17 22:16
23:2,3 25:23
26:22 32:5
33:10 34:17
36:11 38:16
39:13 44:12
47:12 48:4,13
50:12,14
52:24 54:12
60:7 62:9
75:14 79:11
80:25 81:4,18

82:8 96:7
104:21 111:25
114:1,10,13,
20 116:4,9
120:2,4
121:10 122:2
127:2 128:24
130:16 131:8
135:5,10
137:7,12
140:22 141:7
144:12,24
145:12 149:8
153:19 155:3
156:4 162:22
163:1 169:15,
19 172:13,16
174:10 176:8
182:1,12
184:10 186:14
188:22 189:7,
25 190:16
195:5,9,13
196:25 199:8,
13 200:12
201:10,18,21
202:3 204:24
207:2,17,23
218:2 243:15
249:23
250:15,20,22
255:5 257:21
258:9 260:4,
23 263:5
264:1 265:20
266:19
272:12,19
274:4 277:11,
21,22 284:23
286:22

**though** 19:17,
20 33:19
38:19 52:21
85:21 106:5
150:3 220:3
278:5

**thought** 7:23
67:21 137:23
143:2,13

146:20
150:20,21
157:25 204:5
205:23 211:15
**thousands**
222:3
**three** 56:6
99:11,25
120:2 122:10,
13 123:24
124:3 162:17,
18 213:24
230:3 242:14
260:12 277:22
**through** 9:6
12:21,23,25
20:15 26:5
39:13 40:16
41:17 48:21
49:18,21
52:2,3,5
70:14 72:16
75:19 76:19
78:6,7,12
80:9 83:4
89:6 93:8
94:13 98:13
102:20 129:19
140:19 148:25
159:12 172:20
174:10 177:17
179:23,24
184:12 191:6
192:13,22
197:18 202:9
208:8,19,23
210:22,23
211:7,19
212:17 215:3
216:5 221:14,
25 222:1
228:1,17
229:7 235:24
236:11,23
242:18,19
255:3 256:23
257:14 264:18
265:8 270:1
278:9 281:10,

13 283:10
**tie** 246:21
**tied** 85:24
**time** 5:7,8
10:21 19:14
34:25 39:1,2
42:17 43:6
47:16,19,20
48:21 49:20
51:14 52:11
54:21 74:4
76:16 77:10,
23 79:3
82:10,11,15,
19 85:12
86:14,23
87:12 90:5
93:17 94:10,
14 95:1,16
100:8 105:10
116:4 119:23,
24 120:9
121:16 132:8
145:21 146:20
150:1 155:18
159:7 162:16
163:15 170:20
171:17,24
177:8,11
188:20 189:11
193:2 197:18
200:8 206:25
210:1 224:16
233:5 239:5
243:1,2
254:9,12,24
255:20 258:3
259:24 261:16
262:9 275:8
278:5 283:4
**times** 4:19,20
200:4 250:1
281:14
**timing** 77:9
135:16
**title** 16:19
201:13 207:14
**to** 5:2,8,17,
20 6:8,9,10,

11,16 7:2,7,
8,9,11,15,16,
20,21,24,25
8:6,9,14 9:7,
14,15 10:14,
20,22,23
11:11,19,22,
23,24 12:3,22
13:1,15 14:23
17:3,17 18:3,
23,24,25
19:10,12,14,
21,24 20:14,
19,21 21:6,
11,21,23
22:7,8,9,10,
17,20 23:4,5,
8,10,21,24
24:4,5 26:1,
15,16,21
27:1,3,7,8
28:9,12,24
30:18,21
31:2,11 32:12
33:1,11 34:6,
10,20,24
35:5,12,18,21
36:1,7,13
37:3,18 38:1,
10,24,25
39:3,4,5,8,
11,12,13
40:10,11,19
41:1,7 42:24
43:1,4,5,7,20
44:6,20,22
46:14,20
47:14,24,25
48:25 49:16
50:2,4,14,19,
20 51:10,16,
20 52:8,14,
15,16 53:18,
20,24 54:2,4,
5,9,12,17,23
55:2,9,10,11,
13,18,25
56:11,15
57:1,6,8,13,

14 58:8,10,
18,21,23
59:8,10,12,
17,20,23,24,
25 60:1,7,9,
11,13,15,18,
21,23,25
61:1,2,3,4,7,
10,14 62:1,2,
4,5,7,10,11,
12,16,18,21,
23 63:7,25
64:6,7,12,13
65:14 66:4,12
67:9,15 69:24
70:6,13,14
71:12 72:12,
13,15,24
73:22,25
74:5,9,10,18,
23 75:5,7,18
76:6,10,22
77:1,4 78:4,
17,23,25
79:9,17,21,22
80:1,20,25
81:1,3,8,14,
23 82:2,10,
13,19,21
83:8,10,17,20
84:2,7,17
85:1,3,24
86:7,14,17,
18,24 87:2,6,
21 88:9,16
90:6,12,13
91:23 92:6,15
93:7,20,23
94:4,12 95:8
96:17,18
97:17,22
99:7,8,14,20
100:8,22,23,
25 101:3,6,13
102:9,12
103:22
104:12,20
105:1,14,20,
22 106:5,17

107:3,23,25
108:3,4,11
109:4,13,14,
24 110:4
111:7 112:3,7
113:4,19
114:21 115:1,
3,5,13 116:8,
13,14 117:1,
19,22 118:21,
24 119:5,9,
19,21 120:17
123:9,11,24
124:3,12
125:10,12
126:22
127:10,15
129:11 131:22
132:5,10,18
133:14,18,25
134:9,10,14,
24 138:3
139:5,13,15,
17,19,20
140:8,11,15,
18 141:4
142:19 143:4
145:13
146:14,20
147:15
149:18,19
150:10,17
151:5,13,16
152:16,24
153:25 154:25
155:3,5,11,12
156:6,8,25
157:7,25
158:2,5,9,10,
15,16,17
159:2,3
161:2,5,7,18,
22 162:1,10,
12 163:23
164:6,19,20,
24 165:2,4,
13,14 166:6,
7,10,13,15,
22,24 167:8,

9,16,19 169:5
170:1,14,19
171:15,16,20
172:3,4,5,6,
12,13,18
173:7 174:9,
15 176:7,10
177:11,13,14,
16 178:10,11,
17,22,25
179:4,5,6
180:5 181:18
182:1,10,11,
13,21 183:10,
16 184:21
185:2,6
186:5,14,22,
23 187:3,13
188:25 189:3,
4,25 190:3,18
191:8,14,15,
24 192:3,18,
22 193:4,25
194:15,17,20,
23 195:3,8,10
196:1,8,9,18
197:1,3,4
198:2,11,12,
13 199:6,14
200:8,13,15,
17,19,25
201:6,9,15,
22,25 202:2,
4,6,16,18,19,
25 203:19,22,
25 204:18,22,
24 205:4,13,
15,19 206:5,
14,15,24
207:9,16
208:4 209:6,
23 210:1,2,5,
8,10,12,16,
18,20,21,22,
24 211:2,6,
12,16 212:16,
24 213:16,18,
22 214:7,11,
13,15,17,19,

21 215:1,16,
20,25 216:1,
15,19 217:10,
17,19 218:5,
8,21,23
219:17,20,21
220:6,14
221:13,14,24,
25 222:1,3,9,
20 223:1,10,
21 224:8,10,
11,12,23
225:2 226:3,
7,15 227:6,17
228:1,12,16,
18 229:1,7,10
230:5,8,9,15,
17,21 231:2,
4,9,17,23
232:13,14,19,
22,23 233:10,
19,21,25
234:2,7,10,
19,25 235:7,
16,23,24
236:6,10,12,
17,18,23,24
237:6,7
238:2,11,18
239:4,10,11,
17,20,25
240:2,8,17,
21,23 241:3,
9,15,16,23
242:5,15,25
243:9,10,21,
22 244:7,25
245:3,9,17
246:19,20,21,
22,24 247:1,
2,3,5,8,9,10,
13,22 248:6
249:2,3,9,14,
20,25 250:1,
13,16,17,24
251:1,8,19,
23,25 252:3,
6,7,10,12,16
253:7,12

254:20 255:8,
14,17,19,25
256:5,12
257:24 258:2,
3 259:9,10
261:1,3,5,15
264:10,17
265:4,25
266:7 267:6
268:2,3,5,6,
22,23 269:1,
9,10,13,15,
18,25 270:13,
14,22,24
272:19,20,24
273:14,17,20
275:9,10,11
276:4,8,25
278:8,13,21
279:3,4,11,12
280:18,22,25
281:9,18
282:1 283:10,
13,14,22,24
284:1,7,8,12,
18 285:6,15
287:7 288:3,
4,11,20,24
**today** 5:1
6:17 7:8 8:14
10:25 11:19
12:8,15,25
17:6 22:10
23:6 34:7
43:18 44:1,12
46:16 48:10
57:9 58:17
59:15 62:3,16
76:2 80:18
82:6 110:25
112:13 113:3
122:2 123:7
128:6,23
129:20 132:1,
4,9 137:11
138:12 170:3,
7 171:11
175:1 176:13
189:10 190:11

191:8,15
196:18 200:20
201:19 202:1,
6 213:13
215:25 217:10
218:13
219:11,20
222:7 223:10
224:20 227:5,
10 228:2,11,
18,25 229:10
230:8 232:13
236:24 239:8,
17 242:17
243:11 247:6
255:24 257:2
267:17 269:16
270:13 283:3
**today's**
178:24
**together**
50:15,17
83:10,19,20
124:19
**told** 186:9
208:5,24
215:1 251:5,
7,18 252:18
261:8,13
262:19 263:11
275:21,24
280:19
**tons** 211:7
**too** 142:21
159:15 176:23
269:3
**top** 10:19
26:18 36:23
43:24 47:15
55:21 79:15
90:19 110:10
122:16 139:15
140:23 149:6
160:17 162:9,
25 169:14
175:16 182:23
216:11 217:16
222:22 226:9
273:1

**topics** 7:8
**total** 4:21
58:5 220:14
**totaling**
57:16
**totally** 70:22
121:8
**touched** 251:2
**traced** 53:1
**track** 28:14,
15 35:22
70:22
**traded**
125:14,18,21
144:4,5
219:10
**training** 80:5
199:18,25
200:2,7
264:18
**transacted**
135:7
**transaction**
24:7 34:2
109:20
130:17,25
131:2 134:18
**transactional-
based** 33:23
**transactions**
32:15,18,22,
23 33:16
38:16,24
52:24 53:10
116:7 242:20
243:5
**transcript**
289:2
**transfer**
110:6 156:6
**transferred**
76:22 77:4
222:25 230:4
237:21
**transferring**
77:1
**transfers**
115:23

133:12,16
134:10
**traveled** 56:9
**treasury**
182:21
**treated**
170:19 171:2,
4,5,7,11,14,
15
**tree** 247:7
**trick** 62:12
**tried** 62:5
**triple** 84:10
85:11,13,15
86:12 188:21
248:15 262:1,
10,18 278:13
279:3
**trouble** 212:8
**true** 51:20
195:22 250:6
**truly** 25:3
**truthful**
270:5
**try** 9:14
60:25 76:14
145:22 246:1,
21
**trying** 34:24
35:5,21 39:3
41:7 43:20
49:16 53:18,
24 54:2 55:25
58:8 62:11
127:15 134:9
139:19 150:17
152:24 155:11
172:4 203:25
247:10 269:1
**Tuesday**
187:23
**turn** 89:10,13
97:1,3
**Tuscaloosa**
18:9
**Twenty** 45:18
46:12 47:5
70:25 159:13,

17,21 160:12
285:20,25
**twice** 70:17
**two** 26:9 32:5
33:16 34:2
40:14 47:17
56:6 62:22
64:19 73:15
74:4 82:11
91:24 121:5
151:7,10,17
152:4,11
177:17
185:16,24
186:7 205:16
222:24 223:15
230:14 233:5
238:8 255:24
268:18 277:21
**type** 14:19
16:7 18:3
27:2 40:8
81:4 101:2
104:11 107:17
124:13 126:22
142:22 156:6
158:19 168:25
175:5,15
180:18 241:8
250:8 255:15
260:19 262:2,
11 272:5
**types** 15:15
36:8,9 114:13
126:19 141:25
144:12 155:13
158:7

---

**U**

**uh-huh** 5:4
**uhn-uhn** 5:4
**ultimately**
64:24 72:8
198:2,6
**Um-hum** 36:15
45:13 56:20,
22 98:3

109:9,12
140:2,25
154:5 159:16
180:25 209:19
216:9,13
226:23 228:7
**umbrella**
18:15 32:8
48:4 164:7,25
248:16
**under** 15:16
18:15 20:1
22:10 24:23
26:5 32:7
36:9,10
37:23,24
38:19 39:5,
20,21 42:22
45:20 48:4,18
60:24 74:12
83:18 105:21
120:24 122:14
124:8 163:15,
25 164:2,7
165:3 168:14
169:6 178:19
184:20 186:5
195:10,17,22
198:21 201:23
248:15 250:5,
20 252:11
268:3,23
269:10 270:3
272:15 273:15
275:14 279:18
**underlying**
32:25 108:20
115:4
**underneath**
25:1 121:4,18
127:19 128:12
162:15 165:16
166:18 178:3
**understand**
5:15,19 9:4
22:17 27:4
28:15 30:17
34:10 36:17
38:4 41:3

43:20 44:21
53:24 54:2
62:20 63:9
75:4 93:25
108:16 113:22
114:13 115:17
116:19 148:24
150:2 161:24
163:6 165:22
189:24 198:16
220:25 249:8
258:19 260:21
269:13 272:21
288:3
**understanding**
14:11 17:9
25:25 28:17
37:4,11 39:24
57:24 71:20
88:7 89:25
106:3 107:13
115:4 117:13
118:14 124:10
135:20 136:13
141:21 154:13
167:17 185:18
188:7 190:2
193:12 199:22
203:17 215:7
263:14,15
264:24 279:2
284:24
**understood**
5:17 22:17
24:6,7 33:20
**unemployment**
199:2
**unique** 78:20
274:18
**unit** 10:10
26:7 27:22
28:24 29:2,
17,20,24
30:1,3,5,6,8,
10,12,15,21
31:2,25 32:1,
4,8,19 36:18,
22 37:2 38:23
53:14,15

83:18 163:20,
22 181:5
183:17 194:17
249:23 276:8
**United** 37:1
**units** 28:15
30:8,18 32:20
36:24 37:5
50:12,17
83:10 116:5
**unless** 18:2
93:3,23
282:1,22
**unlike** 180:21
**until** 66:9
88:9 89:20
158:5 167:11
254:24
**up** 9:11 18:21
23:17 24:4
27:9 30:10
31:12,13 37:8
38:10 39:10
40:19 41:1,3
44:17 47:16,
18,20,21,22
52:19 62:1
68:20 70:16
77:8 79:10
80:23 86:3
89:20 90:5
94:14 96:16
104:4 106:1
108:9 119:22
124:10
133:14,18
151:17 153:8,
9 158:22
167:15 168:24
171:6 177:15
179:7 180:3,
5,6 182:8
183:4 192:2,
10,11 195:9
198:5 206:12
210:20 219:25
247:25 251:12
255:3 271:6
273:10 275:13

276:12,17
278:8 281:6,
13
**Upgrades**
255:15
**upon** 62:3
78:6 203:23
204:3
**us** 14:22
35:21 60:21
62:23 81:5,6
119:20 167:9
172:10 209:23
211:14 264:12
267:4
**US-WIDE** 149:7
**use** 78:4
80:25 81:3
90:22 166:20
244:24
**used** 46:7
106:21 124:2
146:20 162:10
163:14 180:17
183:10,16
243:10,21
263:12
**uses** 172:13
197:24
**using** 54:20
81:5,23
280:15
**usually** 66:10
96:16 119:5
163:2

---

**V**

**value** 110:7
212:6 216:16,
22 223:4,11
**valued** 172:16
**variance** 83:7
245:15
**various** 7:12
36:8 95:5
101:5 115:25
201:15

vendor 193:5,
11 194:8,11,
15,22,25
195:2 197:15
198:5 255:4,
6,8
vendor's
194:9
vendors
80:16,20,21
81:2 192:23
197:19
venture 24:25
44:16 45:20
51:4,7 71:18,
22 72:5,10
73:16 74:23
75:6,9,15,19,
24 76:10,17,
21 77:1,3,7,
12,17,19,20
78:2,4,6,12,
18,19,22,23
79:1,2,9,13
81:14 82:13
83:25 86:19
106:9,11,25
107:3 264:15
267:10
277:12,18
281:10
ventures
24:20,23
44:13 80:25
versus 29:25
30:2 35:6
61:5,15
184:21
very 4:24
37:8 55:12
71:5 82:16
96:16 105:12,
17 107:20
125:12 141:5
154:9 156:6
173:23 226:19
253:17
282:17,21
283:4

vice 12:2
16:20 92:13
94:8 95:25
154:22 155:5
view 50:14
259:15 276:10
viewed 275:12
virtue 126:12
visits 196:16
voting 100:11
VP 21:16

_____

W

W-2S 20:1
117:7
wait 67:17
138:21
walk 46:10
walking
101:14 247:5
want 6:8,10
11:22 22:8
26:15 32:11
39:13 55:18
56:15 58:10
59:23 61:10
62:21 64:7
70:6 83:19
106:19 117:22
118:21,24
119:5 127:10
142:19 146:13
151:5 161:18
171:16 181:18
188:25 189:4
203:19 205:3,
4,15 207:9
208:4 209:6,
23 210:1,2,4,
8,20,21
234:10 240:17
247:3,13
249:2 278:21
283:13 288:3
289:3
wanted 13:15
34:10 62:7

83:19 106:17
143:4 152:24
224:10 288:24
wanting
171:20
was 4:4 6:13
7:1,10,20,21
8:9 9:2,24
11:11 12:3,
22,23 13:10
14:1,2 15:8
17:9,20 18:8,
16,21 19:14
21:13 24:6
25:4 31:11,20
34:5,15,16,17
35:9,10 36:13
39:6,9,17
41:20 42:24
43:20 44:8
47:18,20,21,
22 48:10
52:9,11,19,22
55:2,9 57:8
59:16 61:7
64:3 65:15
66:9,10 68:25
72:21 73:15,
17 74:11
77:8,9,25
78:14,15,23
79:13,21,23
80:5,7,11,12,
15,19 81:8,
15,19,23
82:3,7,9
83:22 84:6,9,
10,12,15
85:4,11,18
87:2 90:1,4
92:3 94:10,
11,14,25 95:2
97:19 99:14
100:22 101:3,
10 104:8
105:12,23
108:5 109:1,
19,22,24
110:4 117:24

118:3,4
119:2,11,16
121:19,25
123:4 124:7,
8,10 125:1,5,
14,16,17,18,
25 126:3,6
129:18 132:5,
11 134:21
135:16 137:8,
15,25 138:3,5
148:13 149:7
150:15,20,21
151:8,23
152:17 153:25
157:24 158:19
161:14 163:8,
13,25 164:2,3
165:5,7,9,10,
15,16 166:5,
17,21,22
167:7,11,20
169:1,2,3
170:20,25
171:11,12,24
178:1,3
179:1,13,14
181:9,21
188:18
189:11,20,22
195:5 206:21
207:6 212:11,
23 216:1,14
217:3 218:18
219:24,25
220:21 221:1,
15,19,20
222:2,8
223:12 224:6,
14,16 226:4,5
228:3,12,19
229:1,11,16
232:5 233:21
234:1,2
236:5,6,12,
17,18,25
237:6,7
239:4,10
241:14

242:12,25
247:5 248:10,
11,15 249:8
251:13,14,25
253:20,23,24,
25 254:5,10,
12,13,16,17,
21,23,25
255:1,11,19
256:10 258:12
259:18 260:3
261:1 262:1,
2,11 263:14,
15 264:12
265:3 266:9,
11 267:2,4,24
268:15,20
270:23 272:24
273:2 275:9
278:7 280:5
281:9,17
282:2,22
287:21 288:21
**wash** 101:15
**wasn't** 18:12
83:11 158:5
164:1 169:2
251:24 280:10
**waterfall**
78:5
**way** 29:18
33:1 38:16
40:15 48:24
49:4,6 50:7,
14 57:12
77:24 78:5
83:19 86:8
90:5 103:11
108:8 128:15
135:2 155:12
162:10 165:11
184:15 193:14
197:18 203:6,
16 209:25
224:11 246:16
248:13,14
259:18
279:12,17

**ways** 39:3
168:21
**we** 5:1,10
6:19 14:21,23
22:4,16 23:19
27:3,7,10,22,
24 28:13,14,
16 29:2,3,15
30:13 31:25
34:23 37:16
39:3,5,12,19
41:13 42:20,
23,25 47:17
49:19,21
51:4,6,7,10
54:7,15
57:19,20,21,
23 58:4 60:2,
6,24 61:1,20,
25 62:2,9,10
63:17 64:10
66:10,16
70:16 72:10
73:16,18
74:24 78:3,4
79:1,2 81:5
90:2,18,23
101:1 104:23
106:25 108:14
113:3 114:11
115:22,23
117:23 118:2
119:8,23,24
122:1 124:9,
18 125:18
126:24 128:24
130:25
134:22,23
135:17 139:21
148:10,14
153:17 154:20
156:5 157:5
158:24,25
159:1,3,11,14
162:10,14,15,
17,23 163:14
165:2 166:20,
24 169:7
170:18,20

171:7,21
172:4,5,11,
19,25 173:1,
22 174:8,9
177:11 178:2,
20,23 179:2,
13 182:17,22
184:19,20
186:4,20,22
187:2,23
188:19
189:16,17,20
190:17 191:22
193:13 194:18
195:20 196:15
197:10,14,19
199:6 200:4,5
205:3,13
208:3,9,12,
13,16 209:22
210:7,19
212:17 217:15
218:19 226:19
227:5 229:23
235:13,21
245:25 247:6
248:21 249:8,
25 251:2,6,21
252:21,23,24
253:9,16
256:12,13,18
261:25 262:9,
10,11 266:17
267:6,9
268:6,20
269:22
271:13,18
275:5 276:6,
15 277:5
278:3 289:3
**we'll** 44:5
92:1 110:24
242:15
**we're** 6:11,16
10:5 11:13,19
17:6 19:17
33:23 41:13
53:12 61:23
62:21 74:5

87:20 91:23
100:25 101:22
111:18,19
118:20 147:3
161:21 171:21
173:22
181:18,23
205:6 206:25
209:20
218:21,23
220:2 222:24
226:17
231:15,20
234:10 235:21
237:20
240:14,18
257:9
**we've** 4:12
14:4 35:12
44:11 45:1,7
46:16 48:22
62:5 63:24
64:5 72:12
83:24 88:6
109:7 112:12
119:4 128:6
152:4 161:16
174:25 176:12
186:3 187:23
196:8,17
201:18 207:8
217:2 218:12
219:11 239:8,
16 247:7
255:23 269:21
277:16,18
278:4 280:22
282:9
**website** 98:2
**welcome** 5:8
55:13
**well** 6:6 9:2
33:5 39:22
45:16 57:18
69:17 70:11
71:5 91:20
110:4 112:13
126:20 152:19
153:21 158:4

166:20 176:13
187:18 189:21
190:19 192:3
197:10 200:5
204:6 215:1
245:11,14
251:24 255:3
260:25 263:15
281:5
**went**  168:16
264:12 267:4
**were**  7:16,25
8:6,18,22,25
9:3 14:16,19
15:14,16,18,
21,24 16:3,4
17:10 18:3,
12,13 19:3,12
21:17 28:8,9,
11 34:8 35:5
38:14 39:2,3,
12 40:7
42:21,22,25
43:9 47:15
48:3,5,13
53:5 59:14
63:22 73:16
77:23 79:11
80:8 81:5
86:23,24
87:11 101:12
111:21 118:7
119:9,22,24
120:4,6,8,9
122:6,13
124:5 128:23
129:2 132:2
137:13 148:11
154:20 159:4
160:9 161:1
162:13 164:7,
12,14 168:21
169:3 177:11
178:2,4
184:20 186:4
189:17 195:24
202:15 205:23
206:1,8,19
207:17 209:11

211:15,18
218:8 223:24
225:2 226:19
239:5 243:10
249:3,9 251:6
252:3,7
259:10,11,12,
15 262:11
266:19 267:9
276:14
279:14,15,17,
25 282:7
288:11
**weren't**  39:10
48:6 175:8
206:20 267:7
**what**  6:20
7:7,10 8:18,
22,24,25 9:2,
8 10:23 12:9
13:17,22
14:3,19 16:7
19:21 20:9
22:14 23:7
24:1,22
25:15,25
26:16 27:1
28:10,17,18
29:3,5,6 30:8
32:12,18
34:8,10,13
35:25 36:21
43:20 46:6,
18,25 47:13
55:10,18,21
56:17 57:13,
18,19,20,22
58:4 59:1,9,
11,13 60:20
61:24 62:4,7
63:6,10,17
64:15 66:18
67:8 68:6
74:14 77:22
79:16,21,25
81:23,24
82:18 84:12,
19 85:13 86:2
89:16 92:13

93:14 94:7
95:2,14
98:17,21
100:1,19,25
110:9,10
114:12 117:6
118:2 119:9
124:6,24
125:25 126:19
127:3,4,23
128:1 137:15,
16 139:20
141:25
142:10,22
147:5,13,18
148:16 149:5
150:17,21
155:13 158:7
161:2 162:6
169:2,3
170:25 171:18
172:7 173:7
175:13 180:5
183:25 184:5,
23 186:12
187:24 188:16
189:11 193:24
194:2 197:3
198:8 200:17
206:2,4
211:17
212:11,24
213:3 214:11,
16 216:1
218:7 219:3
223:24 224:2,
20 225:2,7
226:3 227:2
230:16 231:3
233:14,20
234:1,6,13
236:6,18
237:7 238:17,
23 239:4,10
240:1,7
241:3,8,14
242:3,4
243:9,20
244:2 245:16,

20 246:3
247:11,20
248:21 249:8
250:20 251:15
252:5,14,16
253:1 254:4,
6,7,15,16,21
255:16 258:7
260:4 262:7
264:5 265:6,
21 269:6
273:4 275:15
278:22 287:1
288:16 289:1
**what's**  6:2
10:18 14:25
153:7 156:24
187:8 188:17
210:14
**whatever**
20:13 85:22
101:15 107:24
172:16 183:2
193:3
**whatsoever**
283:20 284:4,
15 285:1,11,
21 286:1,6,
11,23 287:2,
12 288:18
**Wheat**  159:2
**when**  6:24
7:24 11:3,18
12:22 14:1
19:20 21:11,
17 24:8 25:23
27:12 28:8
29:4,20,24
30:13,16
31:15 32:10,
21,23 34:15,
17 38:21
42:20 43:20
46:5 49:11
50:24 53:5
56:14 62:10
64:21 73:16
75:5 78:8
82:15 86:18

92:6 94:16
96:7,8 97:22
101:10 104:5
105:4 106:25
109:4 115:20
116:25 119:13
125:9,14,20
126:24 132:10
135:9 137:12,
21 138:8
141:19 145:7
148:10 162:10
166:24
171:12,13
172:20,25
174:8,9,11
177:11 178:1,
20 179:2,10,
24 180:1
181:23 186:20
188:19 194:4
199:9 200:8
219:22 220:16
221:6,10,16
222:3 223:11
227:12 228:4,
21 229:12
230:3 232:7
236:1,13
237:1,20
248:11,14
253:23 254:12
258:1 262:1,
10 264:11,12
266:6,8
267:2,4 275:9
278:10,20
280:19

**where** 12:1
13:9,22 23:16
28:15,19
29:13 41:8
46:2 48:12
53:19 54:11
57:2,3 58:12,
23 66:1,14
71:18 88:20
99:13 101:6
102:20 105:23

111:19 121:2
128:11 130:25
131:2 137:6
141:22 163:3
167:5,22
169:1 181:4
184:3 187:9,
20 191:12
202:2,8
209:22 212:23
219:7 221:19
222:7 223:19
226:24 229:16
233:9 234:9
238:12 243:15
247:24 249:24
250:24 263:14
280:21

**wherein**
110:16

**wherever**
105:7

**whether** 15:3
80:19 82:7
122:2 123:7
149:12 183:7
186:13 198:3
202:11 204:1
218:10 221:20
224:6 252:7
254:17 258:15
286:22

**which** 10:2
19:7 25:7
30:23 34:24
43:5,13 47:15
51:17 52:16
54:15 55:12
59:3 60:10,21
61:15 71:15,
17,21,25
74:23 77:13
80:10 82:1
86:11 88:19
97:1,2 101:1
102:19 103:2
108:14,17
109:22 115:25
117:12 118:2,

9 127:7
138:20,25
146:12
152:14,20,21
153:16 154:14
164:22 179:14
197:15 205:5
209:15 211:8,
24 213:24
215:22 216:4
218:4 223:1
225:8 227:19
228:11,16,25
229:5,21
230:21 231:8,
18 232:19,20
240:21 241:23
242:20 243:4
247:6 250:2,
9,10 256:18
258:5 261:22
264:18,19
268:23 270:13
272:2 278:16
279:4

**while** 45:19
91:22 171:1
189:16 218:17

**White** 92:11
95:14 136:4
251:18,20

**White's** 95:14
98:21

**who** 9:2 13:2,
5 14:3 15:8
16:10,12,21
17:2,5 28:6
29:5,6 37:17
42:22 43:20
69:15 71:2,11
72:24 74:12
82:12 83:22
91:8,12 96:20
99:21 104:5,
16 107:3
108:5 109:14
110:25 111:3,
13,16 112:13,
20,22 117:3,

16 122:24,25
129:20 130:2
139:4,13
146:10 151:10
155:3 160:15,
17 169:13
173:1,20
174:20
176:14,18
177:13 182:20
189:20,22
192:2 194:18,
19 197:8,19
200:8,18
201:4,7,14,
16,20 202:16
203:13
204:11,24
205:12
207:15,17,23
212:23 213:15
214:10,16
215:25 222:8
236:5,17
237:6 244:2
256:22 257:13
258:14 260:18
265:3,24
270:23
271:19,24
272:12 281:16

**who's** 173:17
175:16 195:22
197:23

**whoever**
107:15

**whole** 49:12
55:11 61:22

**wholly** 88:19
112:15 124:25
132:22 154:18
155:6 278:25

**whom** 9:2
241:3 246:24

**why** 54:5
62:16 90:1
143:4 148:14
212:8 215:9,
15 217:10

219:20 220:14
221:4,9,14,25
222:2 223:10
227:10 228:2,
18 229:10
230:8 235:24
236:12,24
238:2
**will** 4:9
51:10 62:2
63:17,18
70:2,9 76:14
104:22 108:25
115:21,25
162:23 203:1
267:23 270:2,
11,12
**willing** 247:2
**Wings** 61:5
**wish** 211:18
**with** 4:25
7:12 8:14
16:19 18:6
23:3 26:11
27:17 28:2
31:1 33:2
36:5 43:4,18
46:14 47:8,9,
16,18,20,21,
22 48:1,8
49:12 50:16
51:4 52:3,20,
22 53:1,3,15
55:9,17 59:11
60:4,9 61:1
67:15 69:24
70:25 77:7,8
79:13 80:15
83:4 90:15,
21,23 91:2
95:15 103:16,
17 107:11
112:6 113:25
114:5,13
118:21 119:24
120:19,21
124:21 125:22
128:25 129:11
131:17,22

134:24 140:22
144:9 147:16
150:16 159:2,
22 162:24
167:2 178:14
181:9 182:15
184:15,19
186:7 188:21
189:4 195:9,
16,22 196:14,
15 199:20
201:3,7
206:12
207:21,23
208:6,17
210:11,20
211:4 212:8
213:11 214:1,
15,21,25
215:20 218:6
220:2,6,13
221:24 223:3
229:7 230:15
231:2,19
232:19
233:19,25
235:23
236:10,22
238:4,11
239:17,25
242:10 243:4,
9 245:18
247:18 248:17
250:17
251:12,19
253:4,5,11,21
254:22
255:17,22
260:7,12
261:5 262:3
263:7,18
265:6 266:7
267:6,12
268:21 269:8,
13,17,19
270:8,22
272:3,11
273:5,10,22,
25 274:1,9

277:12 278:1
280:18,21
282:9 283:11,
23 284:8,19
285:6,15
286:20 287:7
288:11
**within** 13:20
30:18 66:19
124:13 125:3,
4 127:13
133:2 162:21
163:3 164:24
173:9,10
**without** 61:17
**witness** 4:1,3
9:15,21 11:23
18:1 20:21,23
25:17,20
31:10 33:22
34:21,23
41:6,12 44:23
45:13,18 47:5
49:2,9 60:13
61:18 63:11
98:11 106:16,
19 110:22
113:24 114:25
115:18 116:19
117:6 118:21,
25 137:23
143:6 144:19
152:19 153:1,
5 159:19
168:8 183:16
189:2 202:19
203:10,21,24
204:5 206:7
209:19 211:21
213:6 215:6
217:7 218:15
221:1 224:18
225:18 226:1,
9,18 237:25
244:7,22
245:11 246:7
247:1,15
251:10,13
257:7,17

258:1,21,24
259:9 261:25
263:1 265:11,
18 268:16
269:20 271:3,
16 272:24
273:21 279:24
283:7 289:3
**witness's**
210:7
**won't** 5:5
**wondering**
145:25 165:7,
9 201:16
213:15 226:12
254:17 279:16
282:13
**words** 100:25
198:10 206:20
274:4
**work** 15:4
16:12 18:25
36:9,10 38:2
39:13 60:25
65:22,23
78:15 81:24
102:6 127:4
132:21 133:8
136:17 138:13
141:13,20,25
142:3,4,6,10,
14,22 144:15
145:1,7,8,18
154:16 166:8
173:1 178:25
181:23 198:11
204:11 224:21
230:21 231:9
238:24 239:4,
10 240:8
241:14 257:20
**worked** 18:19
77:21 163:14
**workers**
196:11
**workers'**
198:24
**working** 15:16

66:15 77:10,
25 117:3
282:9
**works** 62:10
66:12 136:13
191:13 244:23
263:7
**worksheet**
55:12,21
56:4,5 58:22
59:8 211:17
213:8,24
216:4,14
217:15 219:16
221:13 222:12
223:15 226:13
227:19 229:5,
21 230:14
231:14 232:22
236:22 237:11
238:8 240:13,
17
**worries** 59:6
139:6
**would** 5:2,3
7:23 8:20
10:20 11:10
12:10,11,20
13:11,12,17,
20,22 14:11
15:11 16:18
18:9 20:9
23:19 24:19,
22,23 26:20,
21,22 28:20,
21 36:18
38:14,15
39:19 40:9,
12,13 43:25
47:14 48:11
50:3,16,17,
18,20 51:11,
14,16 52:2,5,
7,8,10,18,23,
25 53:2,18,
19,20 54:6,7
55:17 57:6
58:3,20 59:13
61:1,12,14

65:17 66:1,4,
14,16 67:1
70:12 73:22
77:23,24
78:15,20,25
80:1 81:4,5,
13,14,16,18
82:10,12,18,
19,21,23
83:8,13,15
85:2,6,9
87:5,8,23
91:16 92:15
93:2,3,8,14,
22 94:4,12
95:8,12,19,
20,24 96:7,8,
15,17,20 97:4
98:20,22,24
99:2 100:1
102:22 103:2,
24 104:3,7,9
106:1,22
108:3 109:24
110:1,6,10
111:14 112:8
114:25 116:6
117:6,7
121:17 122:3,
18,20 124:18
126:2 128:11,
16,18 129:5,8
131:22,23
132:9,10,24
133:11,20,23
134:1,6,18,
19,20 135:7
136:1,10,22
138:25 139:16
141:1 144:7
146:13 147:18
149:12,14,18,
19,24 151:16
154:16,23,24
157:10 158:2,
4,8,9,10,16
159:10 161:1
163:19
165:10,13,19

166:6,7,11
167:8 168:1,
19,25 169:4,
7,17 170:2
172:5 173:7,
11 174:13
175:21,23
176:20 177:13
178:25 179:8,
19 182:20
187:2,9,16,17
188:22 189:2,
3,7,13
192:10,11,13,
18,22 193:9,
10,15,21
194:8,9,13
195:17
196:20,21
198:5,17
200:11,12,18
202:23 204:2
206:23 207:24
208:6 215:10,
15 217:10
220:15 221:4,
9 223:10
224:21 227:10
244:16 245:16
247:1,16,17
248:12,13,17
249:12,13,17,
20 250:3,6,
12,15,21,23
253:5,8,11,
15,16,25
254:3,7
255:5,17,21
256:5 258:9,
17 259:20
260:1,17,18,
22 261:5
264:3,6,9,14,
15 266:10,13
267:13 269:25
272:5,7,9
273:2,8
274:2,5,19,20
275:5,10,16

276:9,16,25
277:3,5
280:13,14,15
281:4,10,12,
14,15,23,24
282:5,17,22,
25 283:17
284:2,13,17,
22,25 285:10,
20,25 286:5,
10 287:2,11
288:7,10
289:5
**wouldn't**
47:24 83:10
84:20 116:8
133:8 134:25
167:10 168:3,
10 169:25
175:12 218:7
259:23 260:25
263:1 276:12,
17
**wound** 166:24
**writing** 71:16
85:3 87:6
156:20
**written** 146:2
224:14
**wrong** 31:9
40:24 41:9
48:1 54:21
90:8 102:3
116:11 143:6
156:25 226:17
257:8

---

**Y**

**yeah** 11:5,7,
16,20 17:25
22:4 51:2,15
54:3 55:7
56:7 71:8
84:20 91:17
117:23 126:2
147:20 152:23
160:5 173:8

183:22 184:7
185:7 186:2
193:12 198:9
205:9 256:5,
8,15 258:9
262:16 263:20
267:3 269:5
270:18 271:16
275:15,17
288:5

**year** 9:8
57:5,10
105:17 116:23
137:15,16
168:24 206:23
232:6 246:11

**yearly** 245:20

**years** 24:1
39:12 64:13
168:22 171:10
177:25 222:24
230:3 237:20

**yep** 35:20,23
56:24 227:22
270:20

**yes** 4:18 5:6,
12,23,25 6:1,
11,23 7:6 8:2
9:21 10:4
12:5,7 13:1,
12,16,25
14:11 15:20,
23 19:11
20:23 21:18,
25 25:6,10,
13,20 26:22
27:16,18
31:3,17,22,24
32:14 33:9
34:4 37:4,15
38:17 42:17
43:3,9,10,14
44:17,23
49:14,16,23,
24 50:13,23
51:2 52:18
53:2 55:23
56:24 58:15,
25 66:24

67:17,20
71:22 72:8
73:15 74:9
75:25 76:7
79:10 80:6,12
81:11 83:23
84:5 85:5,8
86:21 88:10,
14 89:15,25
90:12,25
91:4,15 96:6,
15,19 100:1
102:14 103:4,
7 106:3,16
110:9 114:19
115:11 117:10
121:10
122:20,22
124:5 125:12,
16,24 126:18
127:3 128:22
129:2,9,18,19
130:16,17,20
135:23,25
136:3,5,7,9,
12,15,18,21,
25 137:2,4
141:4 143:25
144:5,8,10,13
145:6,11,12
148:13 149:2,
4,17,19
150:9,18
152:13 153:21
156:21,23
157:9 158:4
159:9,10,19,
21 160:14
163:9 164:9,
11 165:24
166:6 167:15,
17 170:25
171:4 172:2
173:13,16
174:2,7,23
175:2,23
176:1,6,9,11
178:12 180:4
181:17,20

182:1 183:6,
9,16 186:2,8
187:2,12,15,
19 188:15
189:2,15
190:20,22,24
191:1,3,17
192:14 193:21
197:2 198:16
199:8,12,15,
24,25 200:10,
12 201:24
204:19 206:2,
11 208:2,16,
20 212:2,5,10
213:12 214:9
215:6 217:7,
24 218:3,23
219:9,12,15
221:2 222:23
223:2 227:1,
4,8 230:2,6
237:25 244:13
248:8,16
249:5,10,19,
20 251:13
252:21 255:7
256:4,5
258:11 259:8,
23 260:14
261:17
263:14,15
264:20,24
266:13,15
267:16 268:16
269:19,20
271:7 273:1
277:5,7,10
278:18 279:2
288:15

**yet** 223:3
256:14

**you** 4:9,15,16
5:2,7,9,14,
16,17,19 6:2,
5,9,10,24
7:4,7,19,24,
25 8:3,6,13,
14,25 9:10,

11,19 10:11,
24 11:3,4,21
12:1,13,19
13:14 14:16,
19 16:16,18,
24 18:6 19:3,
12,20,21
20:20,22
21:2,15,19,
20,23 22:7,9,
14,19 23:4,9,
12,16,17,21
24:2,8,9
25:16,23,25
26:21 27:1,2,
12,13 28:1,8,
9,11 29:4,13,
16,17,19,20,
21,24,25
30:1,2,4,16,
17,25 31:12,
15 32:10,13,
21 33:3,5,18,
19,20 34:6,8,
20 36:13,21
37:7 38:11,21
39:8,10,23
40:7 43:17,
18,22,25
44:3,7,21,22,
25 45:3 46:4,
5 47:3,14
48:15 49:4,11
50:16 53:5
54:1,10,20
55:5,10,17,
18,21 56:5,15
57:9 58:9,14,
16,24 59:2,3,
14 60:1,2,6,
20 61:20
62:12,15,21,
24 63:9,10,13
64:7,21,22
66:10 68:21
69:14,24
70:1,4,6 72:3
73:3,6,9,20
75:5,20 76:1,

5,13,15,21
77:11 79:14
80:12,18
82:2,6,15
83:9,18,19
84:19 85:13,
17,19,21
90:19,22
91:2,23
92:11,13,18
93:10 94:1,
16,17 95:25
96:1,7,10
97:7,25 98:4,
6,7 100:7,11
101:12,15
104:5 105:4
106:6,21
107:11,20,21,
23,24,25
108:5,23
110:25 111:2,
13,18,21
112:3,23
113:22,23
114:5,10,15,
17,24,25
115:1,2,16,20
116:6,7,18,25
117:16,19,22
118:7,18,24
119:7 122:18,
21,24 123:3,
7,11,12,16,20
125:9,14,20,
21 129:20
130:21
135:19,24
137:10,19,20,
23 138:4,8,
16,17,20,25
140:23
141:13,18,19
142:13,22
143:2,13
144:18 145:7,
20,21 146:22,
25 147:4,5,
22,25 148:11

149:18 150:14
154:8,21
155:17 156:8
157:7,8,10
158:15 160:15
161:4,17,18,
22 162:12,25
164:12 165:4,
7,18 167:12
168:7,16,19,
20 169:1,2,3,
6,13,15,18
170:2,11
171:9,10
172:18,25
173:17,20,25
174:11,13,19,
21,24 175:8,
21 176:19,23,
25 177:3
179:10,24,25
180:23 181:4,
7,11,21
183:17,18,24,
25 185:3,5,9
186:9,12,14,
24 187:5,7,9
188:1,4
190:3,10
191:7,8,15
193:16 195:1,
16,24 196:10
199:9,10
200:19 201:9,
16,25 202:4,
8,22,23
203:8,10,19,
22 204:1,3,17
205:4,5,15,
16,23 206:5,
12,24 207:9,
17,18,25
208:5 209:1,
17,22 210:1,
2,8,15,17,20,
21 211:15
212:1,9,17,18
213:4,11,13,
18,22 214:5,

8,13,19
215:1,4,9,25
216:8,12,18
217:5,9,23
218:2,9,14
219:7,19
220:2,24
221:4,9,14,
19,25 222:7,
13,22 223:6,
9,19,24
224:2,6,10,
11,17,20
225:2,16,17,
24,25 226:3,
6,8 227:9,22,
25 228:1,11,
17,25 229:9,
16,22 230:1,7
231:18,25
232:4,7,12,
21,24 234:9,
13 235:14,18,
24 236:5,11,
23 237:17,23
238:2,11
240:16,24
242:15,17
243:11 244:5,
6,20,21
245:10,24,25
246:5,6,22
247:2,5,8,14,
23 248:21
249:3,8,19,
21,22 250:8,
18 251:5,7,
12,15,18,19
252:2,7,11,18
254:17 256:16
257:1,6,8,16,
24 258:19,23
259:1 260:21
261:8,22,23
262:7 263:16,
25 264:25
265:10,13,20,
24 266:4,6,
22,24 267:10,

17 268:2,10,
11,14,21
269:1,2,8,22,
25 270:10,15
271:2,8,22,24
272:21,22
273:19,20
275:13,17,20
276:2 277:3,
23 278:10,20,
22 280:19
282:8,13
283:3,4,11,14
284:21
286:15,19

**you'd** 62:1
115:3 176:7
206:23

**you'll** 62:8
231:23 232:22

**you're** 4:22,
24 5:7 11:14
12:8 19:20
25:15 29:5
32:12 46:20
50:25 55:13
62:22 71:7
74:7 85:21
92:6 97:22
100:2 106:14
109:4 118:20
125:9 142:20
150:17 163:11
192:7 198:8
204:8 205:5,
16,25 219:24
227:17 228:5,
6 247:2
248:22 262:8
279:9

**you've** 5:19
62:23 124:2
177:16 186:1
208:24 261:13
262:18 263:11
269:14 270:1,
7,16 273:14
275:24 279:12
283:12

Joanne Leskowicz
June 27, 2019

95

**Young** 244:10,
13,17
**your** 4:9 5:4
6:3 8:14
16:18,21
21:21,23
22:2,8,20
27:19 28:10
31:20 34:6
39:9,24 43:25
44:6 45:2
49:7 55:2
57:14 60:8,14
62:8,21 64:8
76:1 78:5,17
85:20 90:20
92:13 101:10
108:15 111:7
114:6 117:13
118:13 128:6
135:21 154:21
156:8 159:25
160:7 161:24
177:17 181:11
183:18 185:18
188:8,11
189:24
190:11,18
210:8,20
211:5 220:20
234:15 249:4
263:22 270:3,
15,16 272:13,
21 278:1
283:4 286:20
289:1
**yourself**
252:11