ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CASE NO.: 5:19-cv-00064-DCR-EBA

CARRIE JOHNSON                                                                                  PLAINTIFFS

v.                                **NOTICE OF SETTLEMENT**

BLC LEXINGTON SNF, LLC d/b/a
BROOKDALE RICHMOND PLACE SNF (KY), *et al.*,                          DEFENDANTS

* * * * * * * * *

Defendants, BLC Lexington SNF, LLC d/b/a Brookdale Richmond Place SNF (KY), *et al.*, hereby inform the Court that the parties in the above-styled action have reached an agreement in principle to resolve this matter in its entirety. An order of dismissal will be forthcoming once all settlement procedures have been accomplished and the release has been signed by the Plaintiff.

Respectfully submitted,

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

*/s/ Julie C. Foster*
Donald L. Miller, II, Esq.
J. Peter Cassidy, III, Esq.
Julie C. Foster, Esq.
2452 Sir Barton Way, Ste. 300
Lexington, KY  40509
859-226-0057
859-226-0059 – facsimile
Attorney for Defendants

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 20, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                    */s/ Julie C. Foster*
                                    ATTORNEY FOR DEFENDANTS