**ELECTRONICALLY FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CASE NO.: 5:19-cv-00064-DCR

ROBERT JOHNSON and YOLANDA ELKO,
as CO-ADMINISTRATORS of the
ESTATE of CARRIE JOHNSON,                                                      PLAINTIFFS

v.                                               **ORDER**

BLC LEXINGTON SNF, LLC d/b/a
BROOKDALE RICHMOND PLACE SNF (KY), *et al.*,                     DEFENDANTS

* * * * * * * * * *

Plaintiffs, Robert Johnson and Yolanda Elko, as Co-Administrators of the Estate of Carrie Johnson, by counsel, and Defendants, by counsel, having agreed to settle all claims in connection with this matter and settlement having occurred;

IT IS HEREBY ORDERED that this case and all claims that were or could have been brought against Defendants may be and the same are hereby DISMISSED WITH PREJUDICE, all matters in controversy and all claims between Plaintiffs and Defendants having been settled, with each party bearing their own costs and attorney's fees.

There being no just cause for delay, this Order is final and appealable.

HAVE SEEN;
TO BE ENTERED:

*Laraclay Parker – with express permission*
COUNSEL FOR PLAINTIFFS

*J. Peter Cassidy, III*
COUNSEL FOR DEFENDANTS