UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| ROBERT JOHNSON and YOLANDA ELKO, as Co-Administrators of the Estate of Carrie Johnson, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 5: 19-064-DCR |
| V. | ) ) | |
| BLC LEXINGTON SNF, LLC, d/b/a Brookdale Richmond Place SNF, et al., | ) ) ) | **ORDER** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties have tendered a proposed agreed order of dismissal which has been docketed as a motion.  [Record No. 411]  Being sufficiently advised, it is hereby

**ORDERED** as follows:

1.    The parties' construed motion [Record No. 411] is **GRANTED**.

2.    The parties shall bear their respective costs and attorney's fees.

3.    This matter is **DISMISSED**, with prejudice, and **STRICKEN** from the docket.

Dated: October 18, 2021.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky

- 1 -